Page 1

1          IN THE UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF WISCONSIN

2

3

4

5    MENARD, INC.,                    )

6                                     )

7      Plaintiff,                     )

8                                     ) Civil No. 3:18-CV-00844

9    vs.                              )

10                                    )

11   TEXTRON AVIATION, INC.,          )

12   DALLAS AIRMOTIVE, INC., and      )

13   PRATT & WHITNEY CANADA           )

14   INTERNATIONAL, INC.,             )

15                                    )

16      Defendants.                   )

17

18

19

20

21

22

23

24

Page 2

```
 1  1            A P P E A R A N C E S
    2
 2  3  On behalf of the Plaintiff:
    4       Sarah K. Rathke
 3          SQUIRE PATTON BOGGS, LLP
    5       4900 Key Tower
 4          127 Public Square
    6       Cleveland, OH 44114
 5          216.479.8154
    7       sarah.rathke@squireb.com
 6  8       Michael Q. Tidey
            Corporate Counsel
 7  9       5101 Menard Drive
            Eau Claire, WI 54703
 8 10
   11
 9      On behalf of Dallas Airmotive, Inc.:
   12
10          Raymond L. Mariani
   13       LEADER BERKON COLAO & SILVERSTEIN, LLP
11          630 Third Avenue
   14       New York, NY 10017
12          212.486.2400
13 15       rmariani@leaderberkon.com
14 16
15 17  On behalf of Textron Aviation, Inc.:
16 18       Casey B. Suszynski
17          HKM, P.A.
18 19       30 E. 7th Street
19          Suite 3200
20 20       St. Paul, MN 55101
21          651.251.8307
22 21       csuszynski@hkmlawgroup.com
22 22
24 23  Also Present:
25 24  Steve Meyers
```

Page 3

```
 1  1              I N D E X
    2                              Page
 2  3  Exam by Sarah K. Rathke             5
    4  Exam by Casey B. Suszynski        236
 3  5  Exam by Raymond L. Mariani        239
    6  Exam by Sarah K. Rathke           263
 4  7
    8           E X H I B I T S
 5                              Page
 6  9  Exhibit No. 91 -                    6
   10  Fusion Engineering Report Of Findings
 7 11  Exhibit No. 92 -                   51
       Investigation on Nickel base superalloy steam
 8 12  turbine bolts fractured at high temperatures, a
       case history
 9 13
       Exhibit No. 93 -                   72
10 14  Final assembly checklist dated June 10, 2011
   15  Exhibit No. 94 -                  166
11     Bickford Chapter 15, Fatigue Failure
   16
12     Exhibit No. 95 -                  175
13 17  Bearing Friction Torque in Bolted Joints
14 18  Exhibit No. 96 -                  191
   15  Pratt & Whitney Materials Investigation
16 19  Laboratory Report
17 20  Exhibit No. 97 -                  195
   18  Certificate of conformity
19 21
20     Exhibit No. 99 -                  200
21 22  National Transportation Safety Board Aviation
   22  Incident Final Report
23 23
24     Exhibit No. 100 -                 206
25 24  Standard, Threaded Fasteners, Torque Limits For
```

Page 4

```
 1  1  Exhibit No. 101 -                 224
       Photograph
 2  2
       Exhibit No. 102 -                 227
 3  3  SAE International, Aerospace Standard
    4  Exhibit No. 103 -                 228
       PROTO, Statement of Accuracy
 4
    5
 5  5  Exhibit No. 104 -                 233
    6  Engineering Report
 6  7  Exhibit No. 105 -                 245
    7  Email from Ray Mariani to Aaron Jones dated
 8  8  5/28/20
 9  9  Exhibit No. 106 -                 253
   10  Protocol for the Inspection of Menards' PW530A
11 10  Engines
12 11
13 12
14 13
15 14
16 15
17 16
18 17
19 18
20 19
21 20
22 21
23 22
24 23
25 24
```

Page 5

```
 1  1          AARON JONES, DEPONENT, SWORN
 2  2             EXAMINATION
 3  3  BY MS. RATHKE:
 4  4  Q  Okay.  Could you please state and spell your
 5  5     name for the record?
 6  6  A  Aaron J. Jones.  A-A-R-O-N J. J-O-N-E-S.
 7  7  Q  And where do you reside, sir?
 8  8  A  In Bolingbrook, Illinois.
 9  9  Q  And where are you employed?
10 10  A  I'm employed at Fusion Engineering.
11 11  Q  And are you a retained expert in this matter?
12 12  A  Yes, I am.
13 13  Q  Okay.  And by whom are you retained?
14 14  A  I was retained by Mr. Mariani for Dallas
15 15     Airmotive.
16 16  Q  And when did that occur?
17 17  A  I think Mr. Mariani contacted my firm when -- it
18 18     was sometime in July of 2019.  I was out of the
19 19     country.
20 20  Q  And you said July?
21 21  A  Yes, I believe so.
22 22  Q  Okay.  And how long between when Mr. Mariani
23 23     formally -- sorry.  Strike that.
24 24         How long between when Mr. Mariani first
25
```

2 (Pages 2 - 5)

Page 6

1 1    contacted you and how long did it take you to
2 2    then become formally engaged?
3 3  A  I don't recall exactly, but within a week.
4 4  Q  Okay.  And what charge were you given in this
5 5    case?  What were your directions?
6 6  A  To investigate the cause of failure of the
7 7    subject diffuser bolts.
8 8  Q  Okay.  And what is it that you consider yourself
9 9    to be an expert in?
10 10  A  I consider myself to be an expert in metallurgy
11 11    and mechanics.
12 12      (Exhibit No. 91 marked.)
13 13  BY MS. RATHKE:
14 14  Q  All right.  And if you look at your screen --
15 15    hopefully you can access Exhibit 91.  Are you
16 16    able to do that?
17 17  A  Is that my report?
18 18  Q  Yes.
19 19  A  Yes.  I have it open.
20 20  Q  Okay.  Great.
21 21      And I think the way that it works is you
22 22    drive the exhibit on your screen, and I drive
23 23    the exhibit on my screen, and Mr. Mariani drives
24 24    the exhibit on his screen.  So -- and if you
25

Page 7

1 1    prefer to work off of a hard copy, that's fine
2 2    with me too.
3 3  A  That would be excellent.  I apologize because my
4 4    eyes are not as good as they used to be.
5 5  Q  I know.  This is -- there is no system that's a
6 6    perfect system, but this one is particularly
7 7    challenging in that it's new and it relies on
8 8    all this technology.
9 9      So if I can -- I think maybe start on
10 10    Appendix B of your expert report that sets forth
11 11    your CV.  If you can join me there.
12 12  A  And I apologize.  I'm having a little bit of a
13 13    hard time hearing you for some reason.
14 14  Q  All right.  Let's see.
15 15  A  I have the --
16 16  Q  I will speak louder.
17 17  A  That's perfect.  I'm sorry to do that to you.
18 18  Q  No.  That's quite all right.  Speaking louder, I
19 19    can handle.
20 20      Okay.  All right.  So are you at Appendix B
21 21    of your expert report, which is your CV?
22 22  A  That is correct.
23 23  Q  All right.  So in the first section of your CV,
24 24    there's a chart that sets forth areas of
25

Page 8

1 1    expertise.  Do you see that?
2 2  A  Yes.
3 3  Q  Okay.  What percentage of your -- let's say
4 4    within the last five years.
5 5      What percentage of your work has been
6 6    relating to automotive engineering and issues?
7 7  A  It varies from year to year, but I would say
8 8    between automotive and truck, distinguishing the
9 9    two -- combining the two, probably 40 to
10 10    50 percent.  It depends.
11 11  Q  And indeed that's the work that you do for our
12 12    firm presently; fair to say?
13 13  A  I do work for your firm and other firms as well.
14 14  Q  Okay.  But for our firm it's in the automotive?
15 15  A  Including your firm.
16 16      Did you -- I'm sorry, did you want the
17 17    answer or the question?
18 18      I think you missed that.  Can we start that
19 19    over?
20 20      (Record read.)
21 21      MR. MARIANI:  I just need you to answer
22 22    that question.  He didn't hear your answer, so
23 23    the reporter repeated the question.  So can you
24 24    answer what -- if that's correct, that you do --
25

Page 9

1 1    the firm you do -- the work you do for Sarah's
2 2    firm is in automotive and trucking.
3 3      THE DEPONENT:  Yes, that's correct.
4 4  BY MS. RATHKE:
5 5  Q  All right.  And what proportion of your work
6 6    within the last five years involves aviation or
7 7    aerospace issues?
8 8  A  Maybe 20 percent; 15 to 20.
9 9  Q  And what makes up the balance of your work?
10 10  A  I do a lot of industrial consulting, failure
11 11    analysis-related work for industrial clients
12 12    that are unrelated to litigation.  Typically
13 13    that's in the area of materials failure
14 14    analysis, truck and bus engineering.  We also do
15 15    a lot of insurance claims related to any number
16 16    of things.
17 17  Q  And what percentage of your work is what you
18 18    just mentioned constitute?
19 19  A  The balance.
20 20  Q  Okay.  So something on the order of 30 percent
21 21    or so?  30 to 40?
22 22  A  Of the industrial-related work, yes.  It's
23 23    probably 30 percent, in that range.
24 24  Q  Okay.  And when you mentioned your industrial
25

3 (Pages 6 - 9)

Page 10

1   work just now, you included some consulting
2   work, non-litigation work relating, I think, to
3   automotive.  Did I understand that correctly?
4  A   We do failure analysis on a variety of things.
5   Anything for industrial clients from steam
6   turbines to even -- we even do some
7   aircraft-related failures as well.  Basically
8   whatever comes in the door in terms of
9   industrial consulting that a client wants
10   failure analysis performed.
11  Q   Okay.  So let me ask a follow-up question that
12   is a little different from the question that I
13   first asked.  So what proportion, approximately,
14   of your work in the last five years has related
15   to automotive products, whether that be from
16   litigation or in industrial consulting?
17  A   I've never really -- that's a good question.
18   I've never really tried to break it down, but I
19   would say -- my estimate would be, you know, 40
20   to 50 percent.
21  Q   Okay.  I'm sure I knew this at one point, but
22   your CV indicates that you're a Ph.D. candidate.
23   Do you plan to complete that?
24  A   I was at one time, but I don't think so anymore.
25

Page 11

1  Q   Okay.  And what would that have been in?
2   Materials engineering?
3  A   It would have been another hydrid materials
4   mechanical engineering.
5  Q   Okay.  And walk me through your professional
6   experience starting from, let's say when you
7   graduated from college in 1995; is that right?
8  A   I graduated the first time in 1995, that's
9   correct.
10  Q   Okay.  Walk me through your professional history
11   since that time.
12  A   Sure.  Well, in 1995, I started out as an intern
13   and I spent some time at a company called
14   National Recovery Systems.  They are a steel
15   mill dust recycler, if you will -- what they did
16   concentrate their work in is taking the vast
17   amount of steel mill, steel-making waste and
18   generating that waste into recyclable or
19   reusable ore substitutes; in other words, what
20   we were trying to do is increase their recovery
21   yield of iron from the iron-making waste that
22   was generated during the process.
23       After that, I moved to Packer Engineering
24   in Naperville, Illinois.  I started out there,
25

Page 12

1   as a staff engineer in the materials department.
2   I worked in the materials department.  Worked up
3   through materials department, and then joined
4   and worked conjunctively with the mechanical and
5   transportation department.  And from there I was
6   promoted up -- I think I left Packer Engineering
7   as a senior director of materials and
8   transportation engineering.
9  Q   And you were there for approximately, what, 14
10   years?  13 years?
11  A   12.  13.  I remember left in earlier 2011.
12  Q   And at Packer Engineering, were there any
13   particular products or materials that you
14   specialized in or focused on?
15  A   Failure analysis, general failure analysis.  We
16   did a lot of automotive work.  We did quite a
17   bit of turbine -- steam turbine-type work, and
18   some fire-related work as well.
19  Q   Do you do fire investigations now?
20  A   Unfortunately, yes.
21  Q   And what percentage of your work does that
22   consist of?
23  A   It depends from year to year.  Right now, the
24   vast majority of the fire investigation work
25

Page 13

1   that I do is for a few companies that I've
2   worked for for about the last 15 years, and I do
3   that mostly on an industrial consulting basis.
4  Q   Okay.  And what percentage of your current work
5   flow, let's say in the past five years, consists
6   of fire investigations for those clients?
7  A   Oh, probably 10, 15 percent.  I lump that into
8   the industrial consulting.
9  Q   Okay.  All right.  So at Packer Engineering --
10   where did you go after Packer Engineering?
11  A   I went to a company called ITC Experts.
12  Q   And what did you do there?
13  A   The same work that I was doing at Packer
14   Engineering:  Industrial failure analysis,
15   litigation-related consulting in materials and
16   transportation world.
17  Q   Is ITC Experts, is that a manufacturing firm?
18  A   No.  It was a consulting firm.
19  Q   Okay.  Is that your first time working for a
20   consulting firm?
21  A   No.  Packer Engineering was a consulting firm.
22  Q   Okay.  All right.  Where did you go after ITC
23   Experts?
24  A   I went to a company called Caulfield
25

4 (Pages 10 - 13)

Page 14

1   Engineering.
2  Q  And what did you do there?
3  A  The same work that I've been doing.  If your
4     question was related to aviation-related work, I
5     began doing aviation-related work in -- when I
6     started at ITC, and that continued at Caulfield
7     Engineering.
8  Q  And what were the circumstances in which you
9     first encountered, you know, your first aviation
10    project or investigation?
11  A  I can't -- probably one of my first
12    investigations was with Steve Meyers actually.
13  Q  Tell me about that.
14  A  I don't remember which one it would've been.
15    There was a couple failure analyses, small
16    failure analysis that I did with Steve when he
17    was at ITC Experts.  Then there was a case that
18    I did -- I don't know if Steve was involved with
19    it.  It was a landing gear case at ITC.  I
20    worked on that fuel system case with you and
21    Steve at Caulfield -- or at ITC.  Excuse me.
22       Also, I think I mentioned the landing gear
23    case, and I'm trying to remember.  We're going
24    back a while now, but things of that nature back
25

Page 15

1    then.  I believe the first case I had worked on
2    with Steve was an engine case, but I could be
3    mistaken.
4  Q  And sum total in your professional career, how
5    many matters have you had involving aviation
6    issues?
7  A  I couldn't tell you in my career.  I could tell
8    you in the last few years if you wanted an
9    accurate answer.
10  Q  Okay.
11  A  I could tell you last year besides this case, I
12    was involved in three others.  And the year
13    before that I think I was involved in three or
14    four others as well.
15  Q  Okay.  And do you have any special training or
16    education in the aviation field?
17  A  As it relates to?
18  Q  Anything.
19       MR. MARIANI:  Objection to the form.
20    Vague.
21       THE DEPONENT:  I don't have an education in
22    aircraft -- I don't have an education in
23    aircraft maintenance or anything like that.  I
24    just have my engineering background.
25

Page 16

1  BY MS. RATHKE:
2  Q  Any classes specialized to aircraft or aviation
3     issues?
4       MR. MARIANI:  Objection.
5       THE DEPONENT:  I would consider all of my
6    engineering and mechanics courses related to
7    aircraft, as well as all the failure analysis
8    courses and other things I've taken over the
9    years --
10  BY MS. RATHKE:
11  Q  Have you had any classes --
12  A  -- and professional development.
13  Q  Have you had any classes or trainings that are
14    specific to aviation?
15       MR. MARIANI:  Objection to the form.
16       THE DEPONENT:  Not that I recall.
17  BY MS. RATHKE:
18  Q  Okay.  The next page of your CV starts with a
19    section for "Education and Continuing
20    Education."
21  A  Yes.
22  Q  Do you see that?
23  A  Yes.
24  Q  Is this a complete list?
25

Page 17

1  A  No.  It would be -- no.  I've taken some other
2    continuing education courses related to fire
3    investigation in the last six months.
4  Q  Anything else?
5  A  No.  That's all that I can recall at the moment.
6  Q  Okay.  And on your license section, are all of
7    your -- first of all, is this a complete list of
8    your licenses?
9  A  Yes.
10  Q  And are all of them current today?
11  A  Yes.
12  Q  Do you have a professional engineer license for
13    the State of Wisconsin?
14  A  No.
15  Q  Next on your CV is a section for "Affiliations
16    and Memberships."  Do you see that?
17  A  Yes.
18  Q  Is this a complete list, what you've set forth
19    in this Exhibit 91?
20  A  Yes.  Actually I am about to not be a member of
21    the National Society of Professional Engineers
22    anymore.
23  Q  And why is that?
24  A  Because the dues are outrageous and I really
25

5 (Pages 14 - 17)

Page 18

1   1    don't get much from it.
2   2  Q   Okay.  Other than that, are all of the
3   3    affiliations and memberships set forth in
4   4    Exhibit 91, are they current?
5   5  A   Yes.
6   6  Q   Have you ever held any professional memberships
7   7    relating to aviation specifically?
8   8        MR. MARIANI:  Objection to the form.
9   9    Vague.
10  10       You can answer.
11  11       THE DEPONENT:  Other than the Society of
12  12    Automotive Engineers, which also has an
13  13    aerospace division, no.
14  14  BY MS. RATHKE:
15  15  Q   Are you a member of the aerospace division?
16  16  A   I don't believe it's separated that way.
17  17  Q   Are there separate meetings for the aerospace
18  18    division?
19  19  A   Truthfully, I don't know.
20  20  Q   Have you ever attended any aviation -- any
21  21    aerospace meetings?
22  22  A   Of the SAE?
23  23  Q   Yes.
24  24  A   No, not that I recall.
25

Page 19

1   1  Q   The next section of your CV set forth in
2   2    Exhibit 91 relates to "Editorial and Peer Review
3   3    and Professional Committees."
4   4        Do you see that?
5   5  A   Yes.
6   6  Q   Is the list set forth there in Exhibit 91, is
7   7    that a full and current list?
8   8  A   Yeah.  One thing I would note that, yes, there's
9   9    one missing, and I would note that there's an
10  10    error in my resume.  It says associate editor.
11  11    I'm a peer reviewer on line No. 1.
12  12  Q   Okay.
13  13  A   I'm an editorial review board.  There's a
14  14    misprint when my resume was changed over.
15  15        Also, I've also recently performed peer
16  16    review on two or three different sections of the
17  17    upcoming ASM handbook series related to
18  18    microscopy, electron microscopy, and chemical
19  19    analysis.
20  20  Q   And have you ever conducted any peer review or
21  21    editorial activities relating to work product
22  22    discussing aviation issues specifically?
23  23        MR. MARIANI:  Objection to the form.
24  24    Vague.
25

Page 20

1   1        THE DEPONENT:  I'm sure in the time of
2   2    reviewing papers, I can't think of one
3   3    specifically, but I've been reviewing papers for
4   4    the Journal of Failure Analysis for several
5   5    years.  Not one comes to mind, but I'm sure
6   6    there's been quite a few superalloy papers that
7   7    I've looked at over the years that I'm sure were
8   8    aviation related.  I just can't think of one off
9   9    the top of my head.
10  10  BY MS. RATHKE:
11  11  Q   Okay.  Let's turn within Exhibit 91 to your case
12  12    list.  Sorry.  We're on publications.
13  13        Are the list of publications,
14  14    presentations, and research papers in
15  15    Exhibit 91, are those complete and current?
16  16  A   Those are complete.  I'm in the process of
17  17    completing another paper for the SAE related to
18  18    the metallurgy of bus bars and their --
19  19    electrical bus bars and their performance in
20  20    fires.
21  21  Q   Because I suspect we're going to get asked about
22  22    this, can you please spell "bus bar"?
23  23  A   Bus bar.  B-U-S B-A-R.  Two words, or one word
24  24    if you like.
25

Page 21

1   1  Q   Have you ever published or presented anything
2   2    specific to aviation?
3   3  A   No, not that I can think of.  And it's not on my
4   4    CV, so I would assume no.
5   5  Q   All right.  Turning ahead to Appendix C within
6   6    Exhibit 91.  This is your testimony list there?
7   7  A   Yes.
8   8  Q   All right.  And it appears that -- well, let me
9   9    just ask you straight up.
10  10        Have you set forth a full and complete list
11  11    of the cases in which you've rendered deposition
12  12    or trial testimony since July 17, 2013?
13  13  A   Yes.  There's only -- there's a deposition
14  14    missing on here that I completed recently.
15  15  Q   Okay.  And what case is that in?
16  16  A   It's not on the list.  It was a case for Daimler
17  17    Trucks.
18  18  Q   And is Squire Patton Boggs involved in that
19  19    matter?
20  20  A   No.  Squire Patton Boggs does the vehicle work,
21  21    and other firms do the truck-related work.
22  22  Q   Okay.  And who are you representing?
23  23  A   I'm working for Daimler Truck North America.
24  24  Q   And do you happen to know where the case is
25

6 (Pages 18 - 21)

Page 22

1  pending?
2  A  It's in the Los Angeles area.
3  Q  And which law firm is representing Daimler
4     Trucks?
5  A  Nelson Mullins.
6  Q  And which attorney?  Do you know?
7  A  I think the lead attorney is still Cosgrove.
8  Q  And what product -- is it a Daimler Truck
9     product?
10 A  It's a Daimler Truck product, yes.
11 Q  Okay.  Can you identify for me within Appendix C
12    of Exhibit 91 which of the cases listed involves
13    aircraft, aviation, or aerospace issues?
14 A  Bahamas Air Holdings versus Messier Dowty in
15    2013.
16 Q  And what was the product?  Is that the landing
17    gear?
18 A  That was the landing gear case.
19 Q  And what was your role?
20 A  I performed the failure analysis on the landing
21    gear.
22 Q  And specifically on what part?
23 A  I honestly don't remember.  It was a
24    high-strength steel component in the landing

Page 23

1  gear that fractured during the landing.
2  Q  Okay.  What else?
3  A  That would be it.
4  Q  Have you been involved in any litigation matter
5     previously that involved bolted joints, failure
6     analysis of bolted joints in any product?
7  A  Yes.
8  Q  Tell me about that.
9  A  Well, there's some on my testimony list.
10 Q  Okay.  Which ones?
11 A  The Edward Tavinor trial inquest in New Zealand
12    involved bolted joints.
13 Q  And what was the product?
14 A  That involved the drive shaft and a transmission
15    from a Mitsubishi truck that was manufactured by
16    Daimler.  Also on here -- on my testimony list,
17    Dale Kelley versus Discount Tire involved a
18    fastener failure.
19 Q  Was it a bolted joint failure specifically?
20 A  Yeah, it was a bolted joint failure.
21 Q  Okay.  What else?
22 A  Sloan Petroleum.  Bennett versus Sloan Petroleum
23    was a bolted joint case.
24 Q  In what product?

Page 24

1  A  The Motorcoach Industries case was also a bolted
2     joint case.  I can't remember.  I think it was
3     related to the -- going back a few years.  Put
4     an asterisk by that because I'm not going to
5     commit to that's what it was.  I don't remember
6     for sure.
7  Q  Okay.  Anything else on the list contained in
8     Exhibit 91?
9  A  Deenik versus Anvil was involving a joint, but
10    it was a different type of joint.  It wasn't a
11    bolted joint.  It was a mechanical compression
12    joint.
13       I think that's it on my testimony list.
14 Q  Okay.  And I trust you've had other matters in
15    life that involved bolted joints; fair?
16 A  Oh, yes, I've been retained by your firm to
17    investigate bolted joint matters.
18 Q  Okay.  Have you done any other work, litigation
19    or otherwise, involving the failure of a bolted
20    joint in an aircraft application?
21 A  I looked at some insurance related landing gear
22    bolts on something last year.  I think that's
23    all I can think of off the top of my head.
24 Q  And in the last five years, what percentage of

Page 25

1  your work relates to a Daimler product of
2  some -- of any variety?
3  A  It varies year to year.  Right now, I think I
4     have three active Daimler cases.
5  Q  What percentage of your workload is that?
6  A  Oh, right now, 10 percent maybe, if that.
7  Q  Okay.  Over the past five years, what would you
8     say the percentage of your work relates to a
9     Daimler product?
10 A  Well, there was one year where we did -- we were
11    involved in a massive Daimler project and it
12    took up almost six months.  So if you include
13    that, maybe 25 percent.
14 Q  Okay.
15 A  More normally I would say it's on the order of,
16    you know, 10 to 15 percent.  It just depends.
17 Q  Do you hold any FAA mechanics licenses?
18 A  No.
19 Q  Do you hold any FAA inspection authorizations?
20 A  No.
21 Q  Do you hold any aviation credentials or FAA
22    licenses?
23       MR. MARIANI:  Objection to the form.
24    Vague.

7 (Pages 22 - 25)

Page 26

1   1        THE DEPONENT:  Not that I'm aware of.
2   2   BY MS. RATHKE:
3   3   Q   Have you ever received any specialized training
4   4        as an aircraft mechanic?
5   5   A   As an aircraft mechanic, no.
6   6   Q   Have you ever personally operated an aircraft?
7   7   A   Only on video games.
8   8   Q   Have you ever personally performed maintenance
9   9        on an aircraft engine?
10  10  A   Maintenance, no.
11  11  Q   Are you credentialed to legally maintain,
12  12       repair, or inspect an aircraft engine?
13  13  A   By the FAA, no.
14  14  Q   Or any country's credentialing body.
15  15  A   No.
16  16  Q   Have you ever taken any training or educational
17  17       courses in aviation accident reconstruction?
18  18  A   No.
19  19  Q   Have you ever taken any training or educational
20  20       courses in aviation failure analysis?
21  21       MR. MARIANI:  Objection to the form.
22  22       Vague.
23  23       THE DEPONENT:  I have not -- an aviation
24  24       specific failure analysis course, no.
25

Page 27

1   1   BY MS. RATHKE:
2   2   Q   Have you ever taken any training or educational
3   3        courses in aviation safety?
4   4   A   No.
5   5   Q   Have you ever received any training from Pratt &
6   6        Whitney?
7   7   A   No.
8   8   Q   Have you ever received any training from the
9   9        FAA?
10  10  A   No.
11  11       MR. MARIANI:  Objection to the form.
12  12  BY MS. RATHKE:
13  13  Q   Have you ever personally seen a Pratt & Whitney
14  14       530A engine?
15  15  A   No.
16  16  Q   Including --
17  17  A   Only components.
18  18  Q   Including in this case?
19  19       MR. MARIANI:  Objection to the form.
20  20       Vague.
21  21       THE DEPONENT:  No.
22  22  BY MS. RATHKE:
23  23  Q   And you say only components.  Have you ever seen
24  24       any components of a Pratt & Whitney 530A engine
25

Page 28

1   1        other than the diffuser bolts and nuts?
2   2   A   I don't believe so.
3   3   Q   Do you know what the procedure is for a bolt to
4   4        become certified for aerospace use?
5   5        MR. MARIANI:  Objection of the form.
6   6        Vague.
7   7        THE DEPONENT:  I guess I don't understand
8   8        your question.  I know there's a certification
9   9        process.  Are you talking about the FAA
10  10       certification process or the manufacturer's
11  11       certification process?
12  12  BY MS. RATHKE:
13  13  Q   I guess in this country the FAA certification
14  14       process.  Do you know what that entails for the
15  15       Pratt & Whitney bolts at issue in this case?
16  16       MR. MARIANI:  Objection of the form.
17  17       THE DEPONENT:  Are you referring to how
18  18       Pratt & Whitney certifies the bolts or how they
19  19       would be certified to go back into service?
20  20  BY MS. RATHKE:
21  21  Q   The former.
22  22  A   I'm not familiar with that process.
23  23  Q   Do you consider yourself to be an aviation
24  24       expert?
25

Page 29

1   1        MR. MARIANI:  Objection of the form.
2   2        Vague.
3   3        THE DEPONENT:  I consider myself to be an
4   4        expert in failure analysis.
5   5   BY MS. RATHKE:
6   6   Q   But I take it you do not consider yourself to be
7   7        specifically an aviation expert; fair?
8   8        MR. MARIANI:  Objection of the form.  Vague
9   9        and argumentative.
10  10       THE DEPONENT:  Well, I certainly wouldn't
11  11       be performing an aircraft accident
12  12       reconstruction or anything like that.  But I'm
13  13       more than comfortable consulting on engineering
14  14       issues on aircraft that fall within my area of
15  15       expertise.
16  16  BY MS. RATHKE:
17  17  Q   Do you consider yourself to be an aircraft
18  18       mechanic expert?
19  19       MR. MARIANI:  Objection of the form.
20  20       Vague.
21  21       THE DEPONENT:  Specifically I don't
22  22       consider myself to be an aircraft mechanic
23  23       expert, but I consider myself to be an expert in
24  24       mechanics in terms of general procedures related
25

8 (Pages 26 - 29)

Page 30

1 to maintenance of aircraft or any other piece of
2 equipment.
3 BY MS. RATHKE:
4 Q  Do you consider yourself to be an expert in
5   aviation safety and failure analysis?
6      MR. MARIANI:  Objection of the form.
7   Vague.
8      THE DEPONENT:  I don't consider myself to
9   be an expert in aviation safety per se, but I
10   would consider myself to be an expert in failure
11   analysis of aviation components as it relates to
12   my background, education, and experience.
13 BY MS. RATHKE:
14 Q  Do you consider yourself to be an expert in the
15   installation and torquing of aviation bolts?
16      MS. RATHKE:  Richard, that's a word you're
17   going to hear a lot.  Torquing as in torque.
18      MR. MARIANI:  Objection of the form.
19      You can answer.
20      THE DEPONENT:  Yes.
21 BY MS. RATHKE:
22 Q  Do you consider yourself to be an expert in
23   aircraft maintenance procedures?
24      MR. MARIANI:  Objection of the form.
25

Page 31

1   Vague.
2      THE DEPONENT:  I'm not an A & P maintenance
3   person, so, no, I guess specifically I'm not an
4   expert in every maintenance procedure as it
5   relates to aircraft maintenance.  Specific areas
6   of topics I would consider myself an expert in.
7 BY MS. RATHKE:
8 Q  What is the purpose of the diffuser in an
9   aircraft jet engine?
10 A  The diffuser is the part of the intake system
11   that distributes air into the combustion chamber
12   of the engine.
13 Q  And is the diffuser located in the cold section
14   or the hot section of an aircraft engine?
15 A  It is adjacent to the hot section.
16 Q  Do you consider it to be located in the cold
17   section?
18      MR. MARIANI:  Objection.
19      You can answer again.
20      THE DEPONENT:  I think technically it's
21   related -- it's in the cold section, but it's
22   adjacent to the hot section.
23 BY MS. RATHKE:
24 Q  In fact, the diffuser is located in the cold
25

Page 32

1   section of an aviation engine, correct?
2      MR. MARIANI:  Objection.  Asked and
3   answered.
4      You can answer again.
5      THE DEPONENT:  I think that's what I just
6   said.
7 BY MS. RATHKE:
8 Q  All right.  Do you agree that the 24 broken
9   diffuser bolts found in Menard's three aircraft
10   engines constitutes a safety issue?
11      MR. MARIANI:  Objection of the form.
12   Vague.
13      THE DEPONENT:  I will defer that answer to
14   another expert.  Based on what I've seen where
15   they end up, it could possibly be an issue, but
16   that's not my area.
17 BY MS. RATHKE:
18 Q  Sitting here today, do you have any reason to
19   dispute that the 24 broken diffuser bolts found
20   in Menard's three aircraft engines constitutes a
21   safety issue?
22      MR. MARIANI:  Objection.  Asked and
23   answered.
24      You can answer again.
25

Page 33

1      THE DEPONENT:  I would defer to Mr. Cheyne.
2 BY MS. RATHKE:
3 Q  So the answer to my question is sitting here
4   today you have no reason to dispute what I just
5   said?
6      MR. MARIANI:  Objection.  Third time.
7      THE DEPONENT:  I don't have any --
8      MR. MARIANI:  You can answer -- hold on.
9   You can answer for a third time.
10      THE DEPONENT:  I don't have an opinion.
11 BY MS. RATHKE:
12 Q  Would you get on an aircraft if you knew that it
13   had broken diffuser bolts?  Would you fly in
14   that aircraft?
15      MR. MARIANI:  Objection.  Incomplete
16   hypothetical.
17      You can answer.
18      THE DEPONENT:  Possibly.
19 BY MS. RATHKE:
20 Q  Do you agree that if the diffuser is not solidly
21   held in place by the diffuser bolts, the air
22   coming from the engine compressor could
23   extinguish the combustion flame causing loss of
24   engine power?
25

9 (Pages 30 - 33)

Page 34

1    MR. MARIANI: Objection. Incomplete
2  hypothetical.
3    You can answer.
4    THE DEPONENT: Can you repeat the question?
5  I apologize. I couldn't hear all of it.
6  BY MS. RATHKE:
7  Q  Yes.
8    Do you agree that if the diffuser is not
9  solidly held in place by the diffuser bolts, the
10  air coming from the engine compressor could
11  extinguish the combustion flame causing loss of
12  engine power?
13  A  So under your question do you mean all the bolts
14  are disconnected?
15  Q  Let's start there. Yes.
16  A  I can see that as being an issue because then
17  the diffuser is no longer supported.
18  Q  Do you agree that broken diffuser bolts that are
19  loose in the engine compartment can damage other
20  engine components?
21    MR. MARIANI: Objection. Incomplete
22  hypothetical.
23    You can answer.
24    THE DEPONENT: I don't know the answer to
25

Page 35

1  that. I don't know the answer for that.
2  However, I can tell you based on what we've seen
3  in the data on this particular case, it does not
4  appear that it has damaged any other engine
5  components.
6  BY MS. RATHKE:
7  Q  Are you aware that in this case, the broken
8  diffuser bolts that came loose and were loose in
9  the engine compartment did, in fact, damage the
10  compression line of one of the aircrafts?
11  A  I believe it put some dents into it. That's
12  correct.
13  Q  Do you agree that when multiple bolts are used
14  to join components, that when one bolt fails,
15  there is an increased stress on the remaining
16  bolts?
17    MR. MARIANI: Objection. Incomplete
18  hypothetical.
19    THE DEPONENT: I agree that load is shifted
20  when a fracture of a bolt occurs to the
21  remaining bolts.
22  BY MS. RATHKE:
23  Q  And do you agree that the increased stress on
24  the other bolts increases the likelihood that
25

Page 36

1  the other bolts will also fail?
2  A  No, not necessarily.
3  Q  In this application involving the diffuser in
4  Menard's aircraft, do you agree that the
5  increased stress on the other bolts that remain
6  increases the likelihood that the other bolts
7  will fail?
8    MR. MARIANI: Objection. Vague as to which
9  engine you're talking about.
10    THE DEPONENT: Could you repeat that
11  question again? I'm sorry. You tailed off at
12  the end. I think it's my speaker phone. I
13  apologize.
14  BY MS. RATHKE:
15  Q  No. That's okay. You're doing fine.
16    Do you agree that in the diffusers at issue
17  in this case when one bolt fails there's an
18  increased stress on the remaining diffuser
19  bolts?
20    MR. MARIANI: That was asked and answered.
21    THE DEPONENT: Yes. I answered that
22  question already.
23  BY MS. RATHKE:
24  Q  The question that I asked previously related to
25

Page 37

1  products generically. Right now I am asking
2  specifically with regard to this product. So
3  let me ask again.
4    Do you agree for this diffuser on these
5  engines, do you agree that when one diffuser
6  bolt fails, there's an increased stress on the
7  remaining diffuser bolts?
8    MR. MARIANI: Objection. Vague as to which
9  of the three engines you're speaking of.
10    You can answer.
11    THE DEPONENT: Yes. Generally speaking, if
12  one bolt is not present, then you will see an
13  increase in load on the remainder of the joint
14  that will be compensated for by the remaining
15  fasteners.
16  BY MS. RATHKE:
17  Q  And do you agree that this increased stress on
18  the remaining fasteners increases the likelihood
19  that those remaining fasteners will fail?
20    MR. MARIANI: Same objection. Unclear.
21    THE DEPONENT: Well, you would expect the
22  alternating stress to increase on those
23  fasteners. And at that point the likelihood of
24  fatigue, depending on the state of stress, may
25

10 (Pages 34 - 37)

Page 38

1  1   or may not increase the likelihood of those
2  2   bolts failing.
3  3   BY MS. RATHKE:
4  4   Q   How about if, in the instance where 10 out of
5  5   the 22 diffuser bolts in one of the aircraft, if
6  6   10 diffuser bolts failed, do you agree that that
7  7   would increase the likelihood of failure of the
8  8   remaining diffuser bolts?
9  9   A   I would expect that to be the case.
10 10  Q   So then let me ask you this:  Would you want to
11 11  fly on an aircraft if you knew that 10 of its 22
12 12  diffuser bolts had broken?
13 13      MR. MARIANI:  Objection to the form.
14 14  Incomplete hypothetical.
15 15      You can answer.
16 16      THE DEPONENT:  Most likely not.
17 17  BY MS. RATHKE:
18 18  Q   Do you have kids?
19 19  A   I'm sorry?
20 20      MR. MARIANI:  He couldn't hear the
21 21  question.
22 22  BY MS. RATHKE:
23 23  Q   Do you have kids?
24 24      MR. MARIANI:  I'm going to --
25

Page 39

1  1       THE DEPONENT:  No, I don't have kids.
2  2       MR. MARIANI:  I'm going to object to asking
3  3   personal questions about the witness, unless you
4  4   have some basis to proffer how that relates to
5  5   his opinions about expertise in metallurgy.
6  6   BY MS. RATHKE:
7  7   Q   Sure.
8  8       Would you want your parents to fly on an
9  9   aircraft if you knew that 10 out of 22 of its
10 10  diffuser bolts had failed?
11 11      MR. MARIANI:  Objection. Incomplete
12 12  hypothetical.
13 13  BY MS. RATHKE:
14 14  Q   Let me complete the hypothetical.
15 15      In this scenario, you like your parents.
16 16      MR. MARIANI:  I still have my objection.
17 17  BY MS. RATHKE:
18 18  Q   Ray didn't like his parents.  That's okay.
19 19      You have parents getting on that plane.
20 20  Nobody wants their parents getting on that
21 21  plane; fair to say, Mr. Jones?
22 22  A   I would think at the point where you're --
23 23  nearly half the bolts -- if nearly half the
24 24  bolts are fractured, that would probably not be
25

Page 40

1  1   a safe condition to fly.
2  2   Q   I mean, how about six out of 22?  How do you
3  3   feel about that?
4  4       MR. MARIANI:  Objection. Incomplete
5  5   hypothetical.
6  6       THE DEPONENT:  Probably the same way.  If
7  7   it was a couple, I might consider it, but I
8  8   don't know.  I don't have enough -- the reason
9  9   I'm changing -- not changing, but hesitant in my
10 10  answer is I don't have enough information to
11 11  examine the joint in order to give you an exact
12 12  answer as it relates to that from a safety
13 13  factor point of view.  But that being said, I
14 14  think that if you're near half of the bolts
15 15  fractured, that the joint is going to be fairly
16 16  heavily compromised and it's probably not a safe
17 17  condition.
18 18      I also would say that according to the FAA,
19 19  I guess based on what I've read, is that if any
20 20  of the bolts are fractured, the aircraft would
21 21  be considered out of service.  So I would have
22 22  to go along with that and say it's probably, as
23 23  far as the FAA is concerned, it's not a safe
24 24  condition.
25

Page 41

1  1       So at that point, I would say, no, I
2  2   wouldn't let my parents on the plane.
3  3   BY MS. RATHKE:
4  4   Q   Okay.  So just to speak colloquially for a
5  5   second.  I mean, what happened in this case with
6  6   the broken diffuser bolts, one engine which had
7  7   10 broken diffuser bolts -- I mean, this is
8  8   legitimately a big deal and a cause for concern
9  9   for Menard's; fair to say?
10 10      MR. MARIANI:  Objection. Vague.  And also
11 11  compound.
12 12      You can answer.
13 13      THE DEPONENT:  I'm sorry.  Your question is
14 14  having broken diffuser bolts is a concern for
15 15  Menard's?
16 16  BY MS. RATHKE:
17 17  Q   Yes.
18 18  A   Yes.  If I was Menard's, I would be concerned
19 19  about it.
20 20  Q   Okay.  Fair enough.
21 21      And if it happened to you, your interest
22 22  would be in figuring out why that happened; fair
23 23  to say?
24 24  A   That's correct.
25

11 (Pages 38 - 41)

Page 42

1 Q  And you agree that wanting to know why that
2    happened is a reasonable response in these
3    circumstances?
4        MR. MARIANI:  Objection.  Vague.
5        You can answer, if you understand the
6    question.
7        THE DEPONENT:  Well, as an engineer and a
8    failure analysis analyst, any time anything
9    fractures or breaks, I'm interested in the
10   reason why.
11 BY MS. RATHKE:
12 Q  Do you agree that Menard's did not do anything
13   to cause or contribute to any of the diffuser
14   bolt failures in this case?
15 A  Based on my analysis, yes.  But I would defer
16   the full answer to that question to Mr. Cheyne,
17   who has done more investigation into the
18   operation side of the engines.
19 Q  Do you understand Mr. Cheyne to be saying that
20   Menard's did anything to cause or contribute to
21   the failure of any of these bolts?
22 A  I haven't seen any opinions of his related to
23   that yet -- pardon me.  To the contrary.
24 Q  I'm sorry.  I think we got like a quadruple
25

Page 43

1    negative at this point.  So let me just ask a
2    straight-on one.
3        Are you aware of any opinions set forth by
4    Mr. Cheyne indicating that Menard's did, in some
5    way, cause or contribute to the broken diffuser
6    bolts?
7 A  No.
8 Q  And I take it you've reviewed Mr. Cheyne's
9    report; yes?
10 A  Yes.
11 Q  When was the last time that you spoke with
12   Mr. Cheyne?
13 A  A few months ago.
14 Q  Do you agree that overtorquing diffuser bolts,
15   if you did that, that could cause them to break
16   in operation?  Setting aside whether that is
17   what happened in this instance.
18       MR. MARIANI:  Objection.  Incomplete
19   hypothetical.
20       THE DEPONENT:  Do I agree that overtorquing
21   diffuser bolts could result in a fracture?
22 BY MS. RATHKE:
23 Q  Yes.
24 A  Are you going to narrow the question down to the
25

Page 44

1    location of the fracture or anything else?
2 Q  No.
3        MR. MARIANI:  Same objection.
4        THE DEPONENT:  I agree that overtorquing
5    the bolts to the point of cracking would result
6    in fracture.
7 BY MS. RATHKE:
8 Q  Do you agree that -- is it possible to
9    overtorque the bolts, not to the point of
10   cracking during the installation process but
11   overtorquing them short of cracking caused the
12   bolts to fail in operation?
13       MR. MARIANI:  Objection.  I'm going to
14   object.  There's two questions pending.  So it's
15   not clear to me if you withdrew the first
16   question or you're asking two at the same time.
17       MS. RATHKE:  I think I asked one question.
18       MR. MARIANI:  Then I never heard the answer
19   to the first.  So can the reporter please read
20   back the last two questions and tell me if
21   there's any answer to the first one.
22       (Record read.)
23       MR. MARIANI:  You can answer if you
24   understand what the pending question is.
25

Page 45

1        THE DEPONENT:  Could you just re-ask it
2    again so I'm clear?
3 BY MS. RATHKE:
4 Q  Yes.
5        Do you agree that overtorquing the bolts,
6    but not to the point of cracking them during the
7    installation, doing that is capable of causing
8    the bolts to fail in operation?
9        MR. MARIANI:  Objection.  Incomplete
10   hypothetical.
11       THE DEPONENT:  How overtorqued are you
12   talking about?
13 BY MS. RATHKE:
14 Q  Let's say -- in this case, the proper torque
15   range is 27 to 30 inch-pounds, right?
16 A  Yes.
17 Q  And in this case, I think you found that the
18   cracking starts at, like, 180 inch-pounds,
19   correct?
20 A  In that range.
21 Q  Okay.  Let's say 100 inch-pounds.
22 A  100 inch-pounds is below yield.
23       No.  I would say that is unlikely that that
24   would cause a failure.
25

12 (Pages 42 - 45)

1  Q  What about 160?
2  A  160 is slightly over yield. If all the bolts
3     were torqued in that range, I wouldn't expect
4     there to be a failure.
5  Q  You would not or would?
6  A  Pardon me?
7        I would think that it's unlikely that
8     you're going to see a failure if they're torqued
9     in the yield range like that.
10 Q  My question, though: Is that capable of causing
11    a failure?
12 A  I'm sorry. I thought someone was jumping in.
13       If there are no cracks in the bolts, no
14    cracks initiated in the bolts, I don't believe
15    that there would be a failure related to it.
16 Q  In any instance?
17       MR. MARIANI: Objection. Asked and
18    answered.
19       You can answer again.
20       THE DEPONENT: In any instance? I mean,
21    you're increasing the mean stress on the bolt by
22    doing that; however, we don't know the level of
23    the alternating stress. But based on literature
24    and analysis of a bolted joint, the answer would
25

1     be typically no.
2  BY MS. RATHKE:
3  Q  Okay. So if I'm understanding your expert
4     opinion correctly, it is your belief that
5     overtorquing bolts -- that overtorquing the
6     diffuser bolts in this application will not
7     cause them to fracture so long as they are not
8     cracked during the torquing process; is that a
9     fair statement?
10       MR. MARIANI: Objection. Misstates his
11    testimony.
12       You can answer.
13       THE DEPONENT: I would add to that as long
14    as there's no significant thread deformation
15    that -- yes.
16 BY MS. RATHKE:
17 Q  And in that case, I mean, do you agree or do you
18    not agree that there's any particular importance
19    to following Pratt & Whitney's
20    recommendations -- sorry. Strike that.
21       Do you believe that it is not important to
22    follow Pratt & Whitney's instruction that the
23    diffuser bolts be torqued to the specified 27 to
24    30 inch-pounds so long as they're not cracked
25

1     during the process?
2        MR. MARIANI: Objection.
3        THE DEPONENT: No. I don't agree with
4     that. I think that the best method would be to
5     apply it to their torque requirements. That's
6     why they -- they did the analysis of the joint.
7     They know more about it than Menard's or DAI,
8     but based on evidence and based on literature
9     and analysis of what we have, it suggests that
10    there's quite a bit of leeway.
11 BY MS. RATHKE:
12 Q  Okay. But from a practical perspective, in your
13    expert opinion, it doesn't really matter if you
14    follow Pratt & Whitney's instructions, just so
15    long as you don't torque the bolt to the point
16    of developing a crack. There should be no risk
17    of failure.
18       MR. MARIANI: Objection. Asked and
19    answered.
20       You can answer again.
21       THE DEPONENT: Well, yes. Basically, yes,
22    because what we're seeing, if you overtorque a
23    bolt, you get initiation of a crack in a
24    completely different location. And because of
25

1     that, the forces that are involved on the
2     aircraft that are causing it to fracture at the
3     threads are unrelated to that.
4  BY MS. RATHKE:
5  Q  Do you agree that one of the main causes of
6     threaded fastener failure is incorrect
7     tightening?
8  A  Yes, I agree with that statement. And the main
9     cause of failure is insufficient tightening, not
10    too much tightening.
11 Q  And what supports that statement? What's the
12    basis for your belief?
13 A  Every literature, every bolted joint literature
14    out there. My anecdotal experience in the real
15    world.
16 Q  Give me an example of a publication literature
17    that supports the notion that undertorquing is
18    the principal cause of threaded fastener
19    failure.
20 A  Introduction to Bolted Joints, the Handbook of
21    Bolted Joints. I think there's a reference to
22    it in the ASM handbooks. If you go through my
23    literature file, you'll find any number of those
24    references. I'd happily look them up for you.
25

Page 50

1  1      It's well established that undertorquing,
2  2   or insufficient preload, moreover, is the
3  3   primary cause of bolted fasteners.
4  4      If you read the literature -- if you read
5  5   the literature, you'll see that most literature
6  6   wants the most preload, i.e., the most torque
7  7   you can possibly get on a bolt, as close to
8  8   yield as reasonable.  Or even in many cases,
9  9   bolts are torqued to past yield in order to
10 10   create a more uniform joint.
11 11      THE DEPONENT:  Can we take a quick break?
12 12      MS. RATHKE:  Of course.
13 13      THE DEPONENT:  Okay.  About five minutes.
14 14      MS. RATHKE:  Yeah.  Of course.
15 15      THE DEPONENT:  Thank you.
16 16      Are you done with that question?
17 17      MS. RATHKE:  Yeah.  No.  Go ahead.
18 18      THE DEPONENT:  Okay.  Thank you.
19 19      (Break.)
20 20   BY MS. RATHKE:
21 21   Q  All right.  So, Mr. Jones, I didn't have time to
22 22    read your entire literature file over the break,
23 23    but let's see.
24 24      Are you familiar with an article that you
25

Page 51

1  1   produced written by some -- called Investigation
2  2   on Nickel-Based Superalloy Steam Turbine Bolts
3  3   Fractured at High Temperatures:  A Case History.
4  4   First author is somebody named Rolla, R-O-L-L-A.
5  5   A  Probably the Italian paper, yes.  Do you have it
6  6    handy or can I grab it?
7  7   Q  Holdup.  I got it for you.
8  8      I'm going to mark it.  Okay.  I don't know
9  9   if you have to refresh, but if you do, on your
10 10    screen, you should see the Rolla article which
11 11    has been marked as Exhibit 92 to your
12 12    deposition.  And tell me if you --
13 13      (Exhibit No. 92 marked.)
14 14      MR. MARIANI:  This is Ray.  It didn't come
15 15   up on mine.
16 16      MS. RATHKE:  I'm sorry, Mr. Mariani.  What
17 17   did you say?
18 18      THE DEPONENT:  I'm just grabbing my hard
19 19   copy.
20 20      MR. MARIANI:  This is Ray.  It was not on
21 21   mine.  I'm now trying to refresh and go back in.
22 22      Okay.  Now I think it's there.  Let me see.
23 23   Rolla article.  Okay.  I'm with you.
24 24   \\\
25

Page 52

1  1   BY MS. RATHKE:
2  2   Q  Okay.  Marked as Exhibit 92 to your deposition.
3  3      Are you with me so far, Mr. Jones?
4  4   A  Yes.
5  5   Q  All right.  So if you turn to -- I see that
6  6    there are no page numbers, but if you turn to
7  7    the second-to-last page of article text that has
8  8    Figure 7 on it.
9  9   A  Figure 7.
10 10   Q  Within Exhibit 92.
11 11   A  Yes.  That's the micrograph showing the external
12 12    chrome layer?
13 13   Q  Yes.  I mentioned that just to orient you as to
14 14    page number.
15 15      Okay.  Do you see a Section 4 on that page
16 16   of Exhibit 92 headed "Discussions and
17 17    Conclusions"?
18 18   A  Yes.
19 19   Q  Okay.  About halfway down that paragraph,
20 20    there's a sentence that starts "For each bolt
21 21    material."
22 22   A  About halfway down?
23 23      MR. MARIANI:  It's close to the right
24 24    margin.
25

Page 53

1  1      THE DEPONENT:  Yes, I got it.
2  2   BY MS. RATHKE:
3  3   Q  Okay.  Let me just read what I want into the
4  4    record.
5  5      So Exhibit 92 states:  "For each bolt
6  6    material, the failure rate has been determined
7  7    as the ratio between the number of fractured
8  8    bolts over the number of used ones, and the main
9  9    fracture causes have been reported.  Refractaloy
10 10    26 -- that's R-E-F-R-A-C-T-A-L-O-Y -- 26
11 11    confirms to be a good choice for
12 12    high-temperature resistance bolts since its
13 13    failure rate is only 0.03 percent.  15 fractured
14 14    samples over about 50,000 bolts present in the
15 15    investigation."
16 16      All right.  Now it says:  "The main
17 17    identified cause of fracture is the incorrect
18 18    tightening that produces higher strengths than
19 19    the designed ones, and thus the consequent
20 20    induced rupture."
21 21      Do you see that?
22 22   A  Yes, I do.
23 23   Q  I take that to understand that Mr. Rolla, et al.
24 24    are saying that overtorque is the prevalent
25

14 (Pages 50 - 53)

1 failure rate in this instance.
2     Do you agree with me?
3 A Yes and no. You're looking at this and looking
4   at the wrong cause of failure here. They're
5   talking about creep failures, which are not
6   fatigue failures. And I would agree that
7   overtorquing a bolt in a creep situation could
8   potentially lead to a failure. It's not the
9   same as a fatigue situation. It's unrelated.
10 Q Is overtorquing a bolt capable of causing a
11   failure?
12     MR. MARIANI: Objection of the form.
13   Incomplete hypothetical. I think it was also
14   asked and answered already.
15     You can answer.
16     THE DEPONENT: In most cases overtorquing a
17   bolt will not result in a fatigue failure.
18 BY MS. RATHKE:
19 Q The question was a little different, though.
20     Is overtorquing a bolt capable of causing a
21   fatigue failure?
22     MR. MARIANI: Same objection.
23     You can answer.
24     THE DEPONENT: In some instances, it's

1 possible. I don't believe it's possible in this
2   particular joint.
3 BY MS. RATHKE:
4 Q In what instances is it possible for an
5   overtorque to cause a fatigue failure?
6 A In a concentrically loaded joint.
7 Q And what does that mean?
8 A That means a joint that does not have any
9   bending or prying forces on it, essentially.
10 Q Are there any other circumstances in which
11   overtorque is capable of causing a fatigue
12   failure?
13     MR. MARIANI: Objection. Incomplete
14   hypothetical.
15     You can answer.
16     THE DEPONENT: Well, I already discussed --
17   so I discussed the cracking issue as well. I
18   think I talked about that one. So I would say
19   that we covered the two primary issues where
20   you're going to see overtorquing result in a
21   crack or a fatigue failure.
22 BY MS. RATHKE:
23 Q Are there any others?
24     MR. MARIANI: Objection. Asked and

1 answered.
2     You can answer.
3     THE DEPONENT: Not that I think of right
4   now.
5 BY MS. RATHKE:
6 Q Okay. How much have you billed on this matter
7   to date?
8 A I don't know.
9 Q Approximately?
10 A I don't know. I would have to look at my
11   invoices.
12 Q Did you produce invoices in your file?
13 A Yes.
14 Q Do you issue those monthly?
15 A Yes.
16 Q And did you produce all the invoices that you
17   have sent to date on this matter?
18 A Yes.
19 Q What did you do to prepare for your deposition
20   today?
21 A I --
22     MR. MARIANI: Hold on. I direct the
23   witness not to answer with any of your
24   communications with me, other than the

1 communications where I directed you specifically
2   to assume a certain fact as applicable to the
3   case. Other than that, I'm directing you not to
4   disclose any communications.
5     You can now answer.
6     THE DEPONENT: I prepared for this by
7   reviewing my report, reviewing depositions, and
8   reviewing my literature file and examining my
9   data.
10 BY MS. RATHKE:
11 Q Did you review any new materials not previously
12   produced to us in preparation for your
13   deposition today?
14 A I think you've been supplied everything that
15   I've reviewed, or at least a cover of the book
16   from what I've reviewed.
17 Q Did you review any new materials that you hadn't
18   seen before you wrote your expert report marked
19   as Exhibit 91 in preparation for your
20   deposition?
21 A Yeah, I did, actually. I think Mr. Mariani
22   produced it to you. There was an NTSB article
23   and some measurements and some photographs from
24   Dallas Airmotive that I received.

1  Q  Anything else?
2  A  I would have to double-check.  Can you give me
3     one moment?
4  Q  Yes.
5  A  Yes.  There was one other article.  Actually, it
6     was previously produced by Mr. Meyers.  Another
7     article from the bolt science website.
8     Actually, I didn't review it previously, but it
9     wasn't part of my file.
10 Q  And did any of the new materials that you
11    reviewed that you just described to me, did any
12    of those have significance with regard to the
13    expert opinion that you've rendered in this
14    case?
15    MR. MARIANI:  Objection to the form.
16    You can answer.
17    THE DEPONENT:  The NTSB article supports my
18    opinion that the vast majority of bolt --
19    fatigue bolt fractures are related to
20    undertorque or improper preload.  The other
21    thing that I provided just was related to
22    breakaway torques and things of that nature.
23    But, no, everything confirmed my opinions.
24    \\\

1  BY MS. RATHKE:
2  Q  And you mentioned measurements and photographs.
3     What were those?
4  A  The bolt testing that I performed, as well as
5     the failure of the SEM work and optical work
6     performed by ESI and Fusion.
7  Q  Okay.  And how long did you spend preparing for
8     your deposition?
9  A  I don't know.  Maybe 12 hours.  There's a lot of
10    material.
11 Q  Did you talk to any Dallas Airmotive mechanics
12    about their training?
13 A  No, I don't believe so.  I may have.
14 Q  Sorry.
15 A  No.  I apologize.  I'm doing it to you.
16    I may have.  There may have been one on the
17    call that I was on, but I don't recall.
18 Q  Okay.  Tell me all of the Dallas Airmotive
19    employees that you can recall speaking with.
20 A  I spoke to Ian Cheyne, John Fallor, and I think
21    I spoke to the general counsel once.
22 Q  Okay.  I would characterize the people that
23    you've mentioned as management-level employees
24    at Dallas Airmotive.

1     Would you agree with that?
2     MR. MARIANI:  Objection of the form.
3     You can answer.
4     THE DEPONENT:  Yes.  I do believe there was
5     a mechanic in the room on one of my phone calls,
6     but I don't recall that person's name.
7  BY MS. RATHKE:
8  Q  Okay.  Have you ever spoken to anybody at Dallas
9     Airmotive who actually engages in the process of
10    overhauling Pratt & Whitney 530A engines?
11    MR. MARIANI:  Objection of the form.
12    You can answer.
13    THE DEPONENT:  John Fallor is directly
14    involved with PW530A.
15 BY MS. RATHKE:
16 Q  Well, in no occasion does John Fallor's stamp
17    appear on any overhaul document as him having
18    ever completed an overhaul operation; fair to
19    say?
20    MR. MARIANI:  Objection.  Argumentative.
21    THE DEPONENT:  I don't recall seeing his
22    name on any stamps.
23 BY MS. RATHKE:
24 Q  And it's not consistent with your understanding

1     of Mr. Fallor's role and responsibility at
2     Dallas Airmotives that he would be personally
3     doing the overhaul work for Pratt & Whitney 530A
4     engines; fair to say?
5     MR. MARIANI:  Objection to the form.
6     Vague.
7     THE DEPONENT:  I don't know what Mr. Fallor
8     does.
9  BY MS. RATHKE:
10 Q  Have you talked to any Dallas Airmotive employee
11    about their process for overhauling 530A engines
12    and specifically for overhauling the parts
13    related to and adjacent to the diffuser?
14 A  I've spoken to them related to parts outside of
15    the diffuser.  Is that the short form of your
16    question?
17 Q  No.  The process of overhauling the diffuser and
18    the diffuser bolts.
19 A  I've spoken to them generally about it, both
20    Mr. Cheyne and Mr. Fallor.
21 Q  And what did they tell you?
22 A  They confirmed the general procedure, what parts
23    are replaced.  They confirmed the inspection
24    procedures and things of that nature.

Page 62

1 Q  And what else have you spoken with Dallas
2    Airmotive employees about?
3 A  I can't remember if I spoke to them or I
4    communicated it through Mr. Mariani, my request
5    for bolts, exemplar bolts.
6 Q  Is that where you got your exemplar bolts?
7 A  Exemplar bolts from used engines were provided
8    to me by Dallas Airmotive, and Dallas Airmotive
9    also provided me 13 new bolts.
10 Q  What else?  Is there anything else that you
11    spoke with Dallas Airmotive employees about?
12 A  One thing that I recall is discussing the design
13    of the 530A diffuser as it compares to the 540
14    and 545 engine.
15 Q  Okay.  What did you learn from that discussion?
16 A  Well, significantly to me, and significantly to
17    the fatigue issue is that the diffusers from the
18    other engine are made out of a different
19    material, which has a higher Young's modulus,
20    which will affect the joint stiffness.  And the
21    subject diffusers, the 530A diffusers, are made
22    from titanium, which has half of the Young's
23    modulus or half of the inherent material
24    stiffness of the steel-type diffuser of housings
25

Page 63

1    that are used on the 540 and 545 engines.
2        And as that's important to me is because
3    that tells me right off the bat, because the
4    geometry of those joints are relatively the
5    same, they're within, I think a
6    hundred-thousandths of an inch of each other,
7    that the PW530A joint stiffness is going to be
8    on the order of half of what you see on the
9    other engines, which makes sense why we're only
10    seeing failures on the 530A engine, because the
11    joints are compressible and the stiffness of the
12    joint is directly related to the Young's modulus
13    of the materials.
14 Q  Did you include discussion of this issue in your
15    expert report?
16 A  No, because I just got the information finally
17    the other day.  I think I did actually mention
18    that the -- yeah, actually I did.  I take that
19    back.  I think I mentioned some of it.  I may
20    have added a little more detail to it, but I do
21    believe I mentioned it.  Yeah, I did mention it
22    in my report, and Mr. Cheyne mentions it in his
23    report as well.
24 Q  Well, you indicated the titanium issue in
25

Page 64

1    connection with the overhaul -- the final
2    assembly installation procedures in heating;
3    fair to say?
4 A  I did indicate that, that's correct.
5        MR. MARIANI:  Objection to form.
6 BY MS. RATHKE:
7 Q  But not with regard to the comparison between
8    the 530A and the 545; fair to say?  That's not
9    in the report?
10        MR. MARIANI:  I'm just going to direct the
11    witness, you have an 80- or 90-page report, and
12    you can take all the time you wish right now to
13    review the report in order to answer that
14    question.
15        THE DEPONENT:  I'm doing that right now.
16 BY MS. RATHKE:
17 Q  Sure.  Although, I mean, I think we both read it
18    recently.
19 A  Yep.  I did mention it in my report, on page 49
20    of 65.  I actually said the exact same thing
21    that I just said to you.  First full paragraph
22    on page 49 of 65.
23 Q  On page 49?
24 A  49 of the PDF.  Page 48 of my report, 49 of the
25

Page 65

1    PDF, first full paragraph.  Fusion Engineering
2    notes that special instruction only applies, in
3    the middle of the paragraph.
4    "These engines reportedly utilize diffuser
5    housings manufactured from a steel alloy.  This
6    is significant because the modulus of elasticity
7    (E) or Young's modulus, of titanium is much
8    lower than iron-based alloys.  In fact, it's
9    approximately half.  Consequently, the joint
10    stiffness of the PW530A titanium diffuser duct
11    will be lower than the engines with nickel- or
12    iron-based diffuser housings."
13 Q  Okay.  All right.  I want to go earlier in the
14    report.
15        Page 2 of the report, it's probably page 3
16    of the PDF.
17 A  One moment.  This is one in which I wish I had
18    two machines.
19 Q  Actually it's page 1 of the report, which is
20    page 2 of the PDF.
21        Yeah, I do think it's just easier to do
22    this if you have two machines going at once, for
23    future reference.
24 A  Yeah.  Okay.  Page 2, page 1 of the report.
25

17 (Pages 62 - 65)

1  1  Q  Yeah.  Exactly.
2  2  A  Okay.
3  3  Q  All right.  I'm on the second-to-last paragraph,
4  4     "According to."
5  5  A  Yes.
6  6  Q  Okay.  You say:  "According to the authorized
7  7     release certificates, Dallas Airmotive followed
8  8     Revision 30 of the 30J1113 Pratt & Whitney
9  9     Overhaul Manual, June 4, 2010, and task
10 10    72-09-10-220-801 of the Pratt & Whitney
11 11    Component Inspection/Repair manual when
12 12    overhauling the 2006 Cessna engines in 2011.
13 13    Dallas Airmotive used Revision 31 of the
14 14    overhaul manual again in combination with the
15 15    same task number of the component
16 16    inspection/repair manual when overhauling the
17 17    2003 Cessna engines in 2013."
18 18       Other than viewing the authorized
19 19    release certificates, did you do any other
20 20    investigation to verify this specific point?
21 21  A  No.  I defer that to Mr. Cheyne.
22 22  Q  And the authorized released certificates that
23 23    you viewed, they do not specifically indicate
24 24    that Dallas Airmotive complied with the Pratt &
25

1  1     Whitney specified torque values for the diffuser
2  2     bolts; fair statement?
3  3  A  I don't think so, because they're saying they
4  4     followed the Pratt & Whitney overhaul manual,
5  5     which means they followed everything in the
6  6     manual.
7  7  Q  Okay.  All right.  And page 4 of the report,
8  8     probably the fifth page of the PDF referring to
9  9     Exhibit 91.
10 10  A  Yes.
11 11  Q  You refer to the Dallas Airmotive operation
12 12    checklist.  Do you see that, the paragraph above
13 13    the graphic?
14 14  A  At least two different -- are you on page 5 of
15 15    the report?  I'm sorry.
16 16  Q  4 of the report, 5 of the PDF.
17 17       No, it's not you.  It's just cumbersome.
18 18  A  No problem.
19 19       Yeah, you're looking at the page with
20 20    Figure 2 on it, correct?
21 21  Q  That's right.
22 22  A  Okay.  And your question was?
23 23  Q  In the paragraph above that, you refer to the
24 24    Dallas Airmotive operation checklist.
25

1  1       Do you see that?
2  2  A  Yes.
3  3  Q  And you indicate that the Dallas Airmotive
4  4     operation checklist specifically verifies that
5  5     "the mechanic applied compound PWC06-009 to the
6  6     threads of the 22 bolts, torqued the bolts in a
7  7     star pattern, and retorqued the bolts at room
8  8     temperature."
9  9       Do you see that?
10 10  A  Yes.
11 11  Q  Okay.  Now that operation checklist, that is not
12 12    a document that exists in this case with regard
13 13    to each of the engines, correct?
14 14       In other words, there's an operations
15 15    checklist for the 544 and the 545 engines but
16 16    not for the 687 engine.  Is that your
17 17    understanding as well?
18 18  A  Are we missing -- I know -- I think we're
19 19    missing one, but I can't remember which.  It
20 20    must be the 687, according to my report.
21 21  Q  Yes.  Okay.  So fair to say that you did not see
22 22    an operation checklist for the 687 engine,
23 23    correct?
24 24  A  If it's in my report --
25

1  1       MR. MARIANI:  I'm going to object to the
2  2     extent I believe the 687 engine, Menard has
3  3     withdrawn any claims with respect to that
4  4     engine, if I am not mistaken.  One of the four
5  5     engines they've withdrawn the claims.
6  6       MS. RATHKE:  This is wrong.
7  7  BY MS. RATHKE:
8  8  Q  Okay.  In fact, you notice that there are
9  9     virtually no overhaul records that exist for
10 10    let's just say one of the engines at issue in
11 11    this case, correct?
12 12       MR. MARIANI:  Objection.  Vague.
13 13       THE DEPONENT:  I don't remember off the top
14 14    of my head.  I would have to go review it all
15 15    again, but for some reason I think you're
16 16    correct, but I don't remember 100 percent.
17 17  BY MS. RATHKE:
18 18  Q  Did you ask anyone at Dallas Airmotive about why
19 19    there were not maintenance records relating to
20 20    one of the three engines at issue?
21 21  A  I don't recall.
22 22  Q  Do you recall anyone from Dallas Airmotive
23 23    telling you that they had essentially lost or
24 24    destroyed the records relating to that engine?
25

18 (Pages 66 - 69)

Page 70

1  A  No.
2  Q  Do you recall anybody from Dallas Airmotive
3     offering any explanation as to where the missing
4     records were?
5  A  If they did, I don't recall.
6  Q  In coming to your expert opinions in this case,
7     is it helpful to have full maintenance records
8     for each of the engines and components that
9     you're giving opinions on?
10  A  It's always helpful, yes.
11  Q  Are you aware that Dallas Airmotive does have
12     overhaul records for the 686 engine, which is
13     the twin of the engine where the records are
14     missing?
15        MR. MARIANI:  Objection to the form.
16        THE DEPONENT:  I'm aware that there's
17     records for 686.
18  BY MS. RATHKE:
19  Q  And do you know any explanation for why Dallas
20     Airmotive would have disposed of records for one
21     engine in an aircraft but kept records for the
22     other one?
23        MR. MARIANI:  Read back the question,
24     please.
25

Page 71

1        (Record read.)
2        MR. MARIANI:  Thank you.
3        Objection.  Calls for speculation.
4        You can answer.
5        THE DEPONENT:  I don't know.
6  BY MS. RATHKE:
7  Q  Okay.  Going back to your reference to the
8     Dallas Airmotive operation checklist on page 4
9     of your report, Exhibit 91, fair to say that no
10     Dallas Airmotive operation checklist for final
11     assembly in this case directs the engine
12     mechanic to verify that they've retorqued the
13     diffuser bolts to the specified 27 to
14     30 inch-pounds, correct?
15  A  Are you referring to the number being on the
16     checklist itself?
17  Q  I am.
18  A  I agree with you, the torque number is not
19     written on the checklist.
20  Q  Do you have any understanding as to why it
21     isn't?
22  A  My understanding from what I've read and been
23     told is that there's computer monitors at every
24     workstation that provide that information to the
25

Page 72

1     mechanics as they do their work.
2  Q  And where do you read that?
3  A  I read it in Mr. Cheyne's report, and I believe
4     the same was communicated to me.
5  Q  By whom?
6  A  Mr. Cheyne or Mr. Fallor.
7        MS. RATHKE:  I'm going to direct your
8     attention to what's been marked as Exhibit 93 on
9     the screen.
10        (Exhibit No. 93 marked.)
11  BY MS. RATHKE:
12  Q  And after you've had a chance to take a look,
13     can you verify for me that Exhibit 3 (sic) is a
14     final assembly checklist dated June 10, 2011,
15     for one of the Menard's PW530 aircraft engines?
16  A  Yes, it appears to be.
17        Are you referring to the first page?
18  Q  Well, it's approximately a 20-page long
19     document.  So the checklist goes on at some
20     length.
21  A  Correct.
22  Q  That's your understanding as well?
23  A  Yes.  And I believe your question is, does this
24     pertain to one of the engines?
25

Page 73

1  Q  Yes.  Do you agree with me that it pertains to
2     one of the engines, yes.
3  A  Yes.  I don't know specifically without
4     cross-referencing the overall number, but, yes.
5  Q  Okay.  Where would you find the overhaul number?
6     Is it on this document?
7  A  The overhaul number is on the sales order,
8     overhaul 53067.
9  Q  All right.  And is it your understanding that if
10     tasked or an item is included in the Pratt &
11     Whitney computer instructions, it would not be
12     included on the overhaul manual -- sorry, on the
13     Dallas Airmotive checklist including the one on
14     Exhibit 93?
15        MR. MARIANI:  Objection.  Vague.
16        You can answer.
17        THE DEPONENT:  I'm sorry.  I don't
18     understand your question.
19  BY MS. RATHKE:
20  Q  What is your understanding of what dictates
21     whether a task is included in the Dallas
22     Airmotive checklist, such as the one marked as
23     Exhibit 93?
24        MR. MARIANI:  I'm going to object that this
25

Page 74

1  1      goes beyond the scope of the opinions proffered
2  2      by the witness in the case.
3  3          But you can answer.
4  4          THE DEPONENT: I was just going to say, you
5  5      would have to talk to Mr. Cheyne about that or
6  6      Mr. Fallor.
7  7   BY MS. RATHKE:
8  8   Q   Well, I think you were just telling me what they
9  9      were telling you about it. So I guess that's
10 10      what I'm asking.
11 11   A   I'm sorry, then, can you repeat your question?
12 12      It didn't make much sense to me.
13 13   Q   Yeah. What dictates which items are included in
14 14      the Dallas Airmotive checklist?
15 15          MR. MARIANI: Objection. Goes beyond the
16 16      scope of what the witness has been proffered to
17 17      testify about.
18 18          You can answer.
19 19          THE DEPONENT: I don't know. I didn't
20 20      have -- I never asked that specific question. I
21 21      don't see torque values written on here for
22 22      anything. What I see looking at this document
23 23      is the verification measurements and things of
24 24      that nature that need to be recorded on there,
25

Page 75

1  1      but I don't see torque requirements for
2  2      anything, which would suggest to me they're all
3  3      on the computer monitor for them.
4  4   BY MS. RATHKE:
5  5   Q   Well, if you turn to -- the Bates page is 2710
6  6      on the bottom, but it also happens to be
7  7      task 83. So if you could get there with me,
8  8      that would be great.
9  9   A   Yes.
10 10   Q   Task 83 instructs the mechanic to record a
11 11      torque value; fair to say?
12 12   A   "Install torque retaining nut."
13 13          Yes, I do.
14 14   Q   So, I mean, it's not the case that Dallas
15 15      Airmotive doesn't have its mechanics record
16 16      torque values on its checklist. It has
17 17      mechanics record torque values sometimes; fair?
18 18   A   Yes. That's a very large torque. It looks like
19 19      it says 2,250. I don't know what that retaining
20 20      nut is but it must be a big nut.
21 21   Q   And I take it you have no information as to why,
22 22      in some instances, Dallas Airmotive's checklist
23 23      require the mechanics to indicate a torque value
24 24      and in other instances they do not?
25

Page 76

1  1   A   No, I don't. I mean, to me this looks pretty
2  2      similar to automotive engine and diesel engines
3  3      checklist that work kind of the same way. But,
4  4      no, I don't know the answer to your question.
5  5   Q   Within Exhibit 93, let's go to task No. 101.
6  6          In task No. 101, Dallas Airmotive mechanics
7  7      are again asked to record a torque value,
8  8      correct?
9  9   A   Yes.
10 10   Q   So your understanding that torque values
11 11      categorically do not get recorded on Dallas
12 12      Airmotive's operations checklists, that is an
13 13      incorrect understanding; fair to say?
14 14          MR. MARIANI: Objection. Misstates his
15 15      testimony.
16 16          You can answer.
17 17          THE DEPONENT: Yeah. That's correct.
18 18      What I had said was I don't see them
19 19      calling out specific torques on this checklist
20 20      but you may have misunderstood me. There's only
21 21      one or two instances where torques are called
22 22      out on this entire checklist.
23 23   BY MS. RATHKE:
24 24   Q   Let's start at --
25

Page 77

1  1   A   As far as No. 101 is concerned -- sorry.
2  2          MR. MARIANI: Finish your answer, please.
3  3          THE DEPONENT: As far as 101 is concerned,
4  4      make sure the key washer did not turn during
5  5      torquing of the nut at 22 degrees.
6  6          I'd have to refer to the manual on that
7  7      because I find it very odd that they're
8  8      requiring the degree measurement and a torque,
9  9      so there must be some specific specification
10 10      that they're trying to meet for No. 101. But
11 11      without reviewing that section of the manual, I
12 12      couldn't answer that question more specifically
13 13      than that.
14 14   BY MS. RATHKE:
15 15   Q   Let's go to task No. 107 within Exhibit 93.
16 16          Task 107 in Exhibit 93 asks the Dallas
17 17      Airmotive engine mechanic to verify minimum
18 18      breakaway torque of 2.0 pound-inches between
19 19      each shank nut and bolt.
20 20          So this is an instance where the Dallas
21 21      Airmotive's instructions are directing a
22 22      specified torque value; fair to say?
23 23   A   What it's doing is verifying that the shank nuts
24 24      are appropriate for replacement, or for use,
25

20 (Pages 74 - 77)

Page 78

1 correct.

2 Q  Through a specified torque value, correct?

3 A  Yes.  But I don't think you understand --

4 perhaps you do, but what they're saying is it's

5 a test.  They're not installing anything to

6 2 inch-pounds; they're verifying that the

7 breakaway torque of each bolt is at least 2.

8 It's not an installation torque.

9 Q  Does that matter?

10 A  Yeah.

11 MR. MARIANI: Objection.  Vague.

12 You can answer if you understand the

13 question.

14 THE DEPONENT:  It's not the same thing.

15 BY MS. RATHKE:

16 Q  But is the distinction relevant?  Is it

17 material?

18 MR. MARIANI: Objection.  Vague.

19 You can answer.

20 THE DEPONENT:  It's noteworthy, but it

21 doesn't have anything to do with the cause of

22 failure of these bolts as far as I'm concerned.

23 BY MS. RATHKE:

24 Q  I mean, the truth is you don't know anything

25

Page 79

1 about why Dallas Airmotive includes some tasks

2 and not others in its operations checklist; fair

3 to say?

4 MR. MARIANI: Objection.  Asked and

5 answered three times.  You're badgering the

6 witness on this point.  I'll allow the witness

7 to answer it yet again, a fourth time.

8 You can answer a fourth time.

9 THE DEPONENT:  As I said, I've given you

10 the knowledge that I have as it relates to this

11 document.

12 BY MS. RATHKE:

13 Q  Task No. 30 in Exhibit 93, it indicates that the

14 Dallas Airmotive mechanic is to apply the

15 compound PTWC06-009 to the threads and install

16 the 22 bolts.

17 Do you see that?

18 A  Yes.

19 Q  The instruction to apply the compound to the

20 threads of the bolts but not any other part of

21 the bolts, like the underside of the head of the

22 bolts, do you know what the purpose is of that

23 instruction?

24 MR. MARIANI: Objection to the form.

25

Page 80

1 You can answer.

2 THE DEPONENT:  I'm sorry.  I don't

3 understand your question.  I think it speaks for

4 itself.  But I'm not sure I understand your

5 question.

6 BY MS. RATHKE:

7 Q  Do you have an understanding as to why the

8 Dallas Airmotive instruction tells mechanics to

9 apply the compound to the threads of the bolt

10 only and not the underside of the head of the

11 bolt?  What's the purpose for that?

12 MR. MARIANI: Objection of the form.

13 THE DEPONENT:  I'm sorry.  Go ahead if you

14 have an objection.

15 MR. MARIANI: I stated it.  You can go.

16 THE DEPONENT:  Typically you don't apply

17 any sort of lubricant -- you typically don't

18 want to apply a lubricant under the head of a

19 bolt, mostly because it can cause loosening.

20 You're relying on that friction in a lot of

21 cases.  So you typically wouldn't apply a

22 lubricant under the head of a bolt.

23 BY MS. RATHKE:

24 Q  And you know that in operation, there is

25

Page 81

1 typically not lubricant applied under the head

2 of the bolt; fair to say?

3 A  No.  I've had cases -- in cases I've been

4 involved in where people have put lubricant

5 on places where they haven't supposed to, and

6 they resulted in failures, or loosening

7 failures.

8 Q  But you're not supposed to?  These Dallas

9 Airmotive components are not supposed to have

10 lubricant applied to the underside of the head

11 of the bolt; fair?

12 A  Yeah.  You would definitely try to avoid it.

13 Q  Well, is it your belief that Dallas Airmotive's

14 engineers have done that in this case?  Because

15 if so, I think we probably need to know that

16 right now.

17 A  I don't believe I've seen --

18 MR. MARIANI: Objection.  Calls for

19 speculation.

20 You can answer.

21 BY MS. RATHKE:

22 Q  It seems to be suggesting that your mechanics

23 have been doing that.  I mean, have they been or

24 have they not been?

25

21 (Pages 78 - 81)

Page 82

1  1        MR. MARIANI: Objection. Compound.
2  2        You can answer if you understand what
3  3    question is pending.
4  4        THE DEPONENT: I'm sorry. I didn't catch
5  5    that last part. I caught like two words,
6  6    "mechanics" and that was it.
7  7  BY MS. RATHKE:
8  8  Q  Is it your belief that Dallas Airmotive's
9  9    mechanics are applying lubricant to the
10 10    underside of these diffuser bolts before they
11 11    reinstall them after overhaul?
12 12  A  I don't have that belief. I have seen no
13 13    evidence to suggest that.
14 14  Q  So on a test condition that does apply lubricant
15 15    to the underside of a bolt, does that replicate real-world
16 16    diffuser bolts, does that replicate real-world
17 17    conditions, correct?
18 18        MR. MARIANI: Objection. Can I have the
19 19    question, Reporter?
20 20        Please read back the question, Rich.
21 21        (Record read.)
22 22        MR. MARIANI: Thank you.
23 23        You can answer.
24 24        THE DEPONENT: I think I already answered
25

Page 83

1  1    the question.
2  2        (Record read.)
3  3        THE DEPONENT: Okay. Well, my answer would
4  4    be that other than maybe a little bit of
5  5    transfer that may have come from the thread as
6  6    it goes through the hole, I wouldn't expect
7  7    there to be a significant amount of lubricant
8  8    under the head. Of course, when you lubricate
9  9    the bolts and put them through the hole, you may
10 10    get a little bit of material, a little bit of
11 11    lubricant that ends up at the head area, but I
12 12    wouldn't expect that to be applied there.
13 13  BY MS. RATHKE:
14 14  Q  And so if you're conducting a test of these
15 15    diffuser bolts in which you want to replicate
16 16    real-world conditions, then you also don't want
17 17    to apply lubricant under the head of the bolt;
18 18    is that fair?
19 19  A  I wouldn't intentionally apply lubricant there.
20 20  Q  Your report again -- so now we're back to 91.
21 21    Page 5 of the report, so probably page 6 of the
22 22    PDF, Section 5.0.
23 23        Let me know when you're there.
24 24  A  I'm there.
25

Page 84

1  1  Q  Okay. The middle of that paragraph indicates:
2  2    "Calibration reports produced by Dallas
3  3    Airmotive indicate that the workstation where
4  4    the diffuser was assembled at Dallas Airmotive
5  5    had torque wrenches in the ranges of 0 to
6  6    3 inch-pounds (sic), 0 to 50 inch-pounds, 0 to
7  7    75 inch-pounds, and 10 to 50 inch-pounds that
8  8    were calibrated every four months."
9  9        Do you see that?
10 10  A  Yes.
11 11        MR. MARIANI: Excuse me. I think you
12 12    misspoke or I couldn't hear it at the beginning,
13 13    but you first, I thought, said 0 to 3, when, in
14 14    fact, the document says 0 to 30.
15 15        MS. RATHKE: Yeah, Ray. I think you're
16 16    skipping out a little bit. So I think it may be
17 17    a user issue on your part, but I agree with your
18 18    reading of it.
19 19        MR. MARIANI: Okay.
20 20  BY MS. RATHKE:
21 21  Q  My question for you, Mr. Jones, is, were there
22 22    any records that you saw as to which of these
23 23    torque wrenches was used for each part of the
24 24    final assembly operation?
25

Page 85

1  1        Actually let me scratch that question and
2  2    let me instead ask: Did you see any records as
3  3    to which of these torque wrenches were used to
4  4    reapply the diffuser bolts after overhaul?
5  5  A  No, I have not seen that record, but any of them
6  6    would be appropriate. Moreover, 0 to 50 or 0 to
7  7    75 would probably be the most appropriate, or
8  8    the 10 to 50.
9  9  Q  Then why are those the most appropriate?
10 10  A  The 0 to 30 could be used. I prefer to use a
11 11    torque wrench when I'm doing a measurement of
12 12    something like that, to use something closer to
13 13    where my obtained value is more in the middle of
14 14    the range of the tool, but if the 0 to 30
15 15    calibrates out at 30 inch-pounds to
16 16    30 inch-pounds, it's appropriate. It can be
17 17    used.
18 18  Q  Okay. Is it fair to say that the broader -- the
19 19    range of a torque wrench is, let's say, 0 to 30
20 20    versus 0 to 75, for instance, the less precise
21 21    its measurements are?
22 22  A  I wouldn't say necessarily less precise.
23 23    Depending on the accuracy and precision of the
24 24    torque wrench, it would be more important to me,
25

22 (Pages 82 - 85)

1  1   and then the precision.  But I would have to
2  2       look at those documents to see that.
3  3   Q  Do you know what kind of torque wrenches were
4  4       used for the replacement of diffuser bolts at
5  5       Dallas Airmotive?
6  6   A  I don't recall if they were on the
7  7       Bates-numbered documents or not.  I can't
8  8       recall.  I would have to refer to them.
9  9   Q  Did you see any of the instrumentation that
10 10      Dallas Airmotive used to reapply the diffuser
11 11      bolts after overhaul?
12 12   A  Did I personally see it?
13 13   Q  Yes.
14 14   A  No.
15 15   Q  Okay.  It is physically possible to tighten
16 16      diffuser bolts using a regular ratchet wrench,
17 17      correct?
18 18   A  Yes.
19 19   Q  And it is physically possible to tighten
20 20      diffuser bolts by hand?
21 21   A  You mean without a wrench?
22 22          MR. MARIANI:  Objection to the form.
23 23   BY MS. RATHKE:
24 24   Q  It could be done.
25

1  1   A  Without a wrench?
2  2   Q  Yes.
3  3   A  No.
4  4   Q  And why not?
5  5   A  Because if you don't have a wrench, the
6  6       prevailing torque of the nut is about
7  7       9 inch-pounds.  It's kind of difficult to apply
8  8       9 inch-pounds of torque to a No. 10 bolt by
9  9       hand, especially on the diffuser housing.
10 10   Q  Did you personally write every word in your
11 11      expert report, Exhibit 91?
12 12   A  No, probably not.
13 13   Q  Who else contributed to the writing of the words
14 14      in your expert report?
15 15   A  Nicole Schimpf.
16 16   Q  Could you spell her name.
17 17   A  Schimpf, S-C-H-I-M-P-F.
18 18   Q  Okay.  And did you say another individual's
19 19      name?
20 20   A  Kevin Jones probably contributed as well.
21 21   Q  Kevin Jones spelled like anybody would guess?
22 22   A  Yep.
23 23   Q  Any relation to you?
24 24   A  He's my younger brother.  He's another
25

1  1       metallurgist.
2  2   Q  And anybody else contribute to the language set
3  3       forth in Exhibit 91?
4  4   A  No.  Primarily it was myself and then the
5  5       remainder -- you know, parts in editing done by
6  6       those two people.
7  7   Q  Okay.  Was editing done by any other people?
8  8   A  In terms of the report composition?
9  9   Q  Yes, please.
10 10   A  People that it's gone through internal review,
11 11      but no other people wrote anything.
12 12   Q  Okay.  So what was Ms. Schimpf's contribution to
13 13      Exhibit 91?
14 14   A  Nicole wrote some of the introduction areas, and
15 15      she also went and probably did a fair bit of
16 16      correcting my writing.
17 17   Q  Anything else?
18 18   A  She helped write some of the factual parts of
19 19      the report.
20 20   Q  Factual, like the beginning sections which we've
21 21      already discussed?
22 22   A  Yes.  And also I think she put together -- I'm
23 23      sorry.  It's been a few months, but I think she
24 24      put together kind of the summary of the testing
25

1  1       and things like that.  I don't think I wrote all
2  2       of that.
3  3   Q  Did she assist with any of the testing itself?
4  4   A  Yes.  She was involved in the testing.
5  5   Q  What did Ms. Schimpf do with regard to your
6  6       testing?
7  7   A  It's kind of a two-man job.  So herself or Kevin
8  8       Jones would be assisting when we're putting
9  9       the -- when we were running the testing that
10 10      would be, you know, photography, helping with
11 11      measurements, holding things still while we're
12 12      trying to tighten bolts and things that
13 13      nature.
14 14   Q  And was there any of the testing or
15 15      investigative work in your report that you would
16 16      say that Ms. Schimpf led rather than you?
17 17   A  Led?  No, I don't think so.
18 18          She may have led the research.
19 19   Q  I'm sorry.  Say that again.  I didn't mean to
20 20      cut you off.
21 21   A  Oh, she probably led some research that I've
22 22      asked her to do.  For instance, she led our NTSB
23 23      research.  I assigned her to complete our
24 24      spreadsheet with our data analysis in it.
25

23 (Pages 86 - 89)

1  1   Q   And what do you mean by the NTSB research?  What
2  2       does that specifically refer to?
3  3   A   Mr. Meyers had produced a ton of NTSB citings
4  4       talking about bolt torque, and I was interested
5  5       to see what those were because, as I told you
6  6       previously, that the vast, overwhelming majority
7  7       of bolt fatigue failures are due to insufficient
8  8       preload.  So I had Nicole go through those
9  9       documents one by one and determine if any of
10 10      them were related to overtorquing.
11 11  Q   And what did you determine?
12 12  A   As I recall, I don't think there were any
13 13      instances that were overtorquing.  There may
14 14      have been one, but I don't -- I'm not sure.  I
15 15      would have to look.  If you like, I can consult
16 16      my data and let you know.
17 17  Q   Up to you after this but not at this time.  But
18 18      thank you for offering.
19 19  A   Some of the NTSB research that was performed is
20 20      the vast majority were due to undertorque or
21 21      insufficient preload.
22 22  Q   Okay.  Seems to me like you can't swing a dead
23 23      cat in this case without running into the
24 24      Bickford book.  Is that something that
25

1  1       Ms. Schimpf located for you?
2  2   A   No.  I think everybody in my company has a copy
3  3       of Bickford.
4  4   Q   What other research did Ms. Schimpf perform in
5  5       this matter?
6  6   A   I believe she summarized Mr. Meyers' deposition.
7  7   Q   Have you produced that summary in this case?
8  8   A   Yes.
9  9   Q   Did you, yourself, read Mr. Meyers' deposition
10 10      transcript?
11 11  A   Yes.  I read every word of it.
12 12  Q   And the same with Mr. Baron, B-A-R-O-N?
13 13  A   Yes, I read Rick's report as well.
14 14  Q   And his deposition transcript?
15 15  A   Yes.  His deposition transcript I read as well.
16 16  Q   Okay.  How about Kevin Jones, your brother, what
17 17      was his role in the creation of Exhibit 91?
18 18  A   Let's see.  One moment.  Let me just kind of go
19 19      through it and I can give you a better idea.
20 20  Q   Okay.
21 21  A   Kevin did some photography work.  Kevin also did
22 22      some -- help assembling exhibits or figures for
23 23      the report.  Kevin also did some literature
24 24      searching on the metallurgical side, not on the
25

1  1       bolted joint side.
2  2       Kevin found some of the references that we
3  3       used.  Kevin assisted with some of the bolt
4  4       testing in the beginning.
5  5       Kevin also actually, I think Kevin found
6  6       and got Exhibit -- or Figure 35 in my report for
7  7       me.  Because I couldn't find it, which is just a
8  8       chart showing the relative stress level for the
9  9       number of teeth in a nut.
10 10  Q   Is there any testing that your brother led
11 11      rather than you?
12 12  A   No.  All testing was done at my direction.  I
13 13      mean, Kevin did on January 20th and when
14 14      Mr. Meyers was here with his bolt, Kevin ran the
15 15      microscopes and things of that nature, but the
16 16      work was performed at my direction.
17 17  Q   And how long have you worked with your brother?
18 18  A   Well, Kevin is a partner in my firm.  I've
19 19      worked with him since 2006, approximately.
20 20  Q   And is that just at Fusion or is that before
21 21      Fusion as well?  I apologize.  I don't recall.
22 22  A   We're going back to that parents thing a long
23 23      time ago.  My parents wanted to have me help my
24 24      brother get out of the steel mill.  So I helped
25

1  1       Kevin get retained and hired by Packer
2  2       Engineering many years ago, and I've worked with
3  3       him ever since.
4  4   Q   And is he an engineer like yourself?
5  5   A   Kevin has a master's degree in materials
6  6       engineering.
7  7   Q   All right.  And did anybody else assist in the
8  8       creation of Exhibit 91?
9  9   A   Possibly my assistant.
10 10  Q   Okay.  All right.  In Exhibit 91 in various
11 11      places, you indicate that during flight, the
12 12      diffuser bolts are subjected to elevated
13 13      temperatures and vibrations.
14 14      Tell me what you mean by that.
15 15  A   Well, because the diffuser sits next to the hot
16 16      section, it was communicated to me that it
17 17      experiences temperatures in the range of 600 to
18 18      700 degrees Fahrenheit.  And because it's a jet
19 19      engine and it's subject to rotating components,
20 20      there's all kinds of frequencies of vibration
21 21      that are going to be exposed to it and those
22 22      vibrations are going to be lateral, radial, and
23 23      longitudinal.
24 24  Q   And by sitting next to the hot section, do you
25

Page 94

1   1      mean in the cold section?
2   2   A   Yes.  It's in the cold section of the engine,
3   3      but it butts up to the hot section.
4   4   Q   And where do you get the information that the
5   5      operating temperatures are around 600 degrees
6   6      Fahrenheit?  Where does that come from?
7   7   A   I received that information from Mr. Cheyne.
8   8   Q   And how did he convey that information to you?
9   9   A   Actually, I recall him -- I think he looked it
10  10      up based on the numbers, N1 and N2 section
11  11      numbers, if I'm not mistaken.  But you would
12  12      have to ask him for sure.
13  13   Q   Okay.  Do you have an indication of how often or
14  14      how -- for what duration of time the diffuser
15  15      bolts at issue in this case are subjected to
16  16      those temperatures, meaning in the 600 degree
17  17      Fahrenheit range.
18  18   A   No, not exactly, but gauging the oxidation
19  19      layers that's growing, I would say they're up
20  20      there probably for most of the time the engine
21  21      is operating.
22  22   Q   Okay.
23  23   A   So I don't know.  Defer those questions to
24  24      Mr. Cheyne.
25

Page 95

1   1   Q   Well, you said your conclusion is also based on
2   2      the amount of oxidation you're seeing.  So tell
3   3      me how that contributes to your understanding
4   4      that the diffuser bolts are subject to
5   5      600 degree Fahrenheit temperatures most of the
6   6      time during operation.  What do you mean by
7   7      that?
8   8   A   Because if they weren't exposed to any
9   9      temperature, say over 3- or 400 degrees for any
10  10      period of time, I wouldn't expect any surface
11  11      oxidation to form on the bolts.  So obviously
12  12      they're getting up to a temperature where
13  13      oxidation -- when I'm referring to oxidation,
14  14      I'm talking about normal oxidation that you
15  15      would expect to see in service.
16  16         So that implies to me the fact that you're
17  17      seeing oxide layers develop would tell me that
18  18      it's seeing temperatures above 4-, 500 degrees
19  19      Fahrenheit.
20  20   Q   And you're telling me that you saw oxidation
21  21      developing on diffuser bolts that are at issue
22  22      in this case.  In other words, coming from
23  23      Menard's engines, correct?
24  24   A   Well, that's apparent.  If you look at the
25

Page 96

1   1      bolts, obviously they've changed colors.  The
2   2      reason they've changed colors is due to
3   3      oxidation.
4   4   Q   And are we talking about the bolts received in
5   5      your custody that were broken during operation?
6   6   A   Are we talking about the subject bolts?
7   7   Q   Right.  I think we're in final agreement with
8   8      each other.  But I just want to make sure that
9   9      you mean the bolts that you received that are
10  10      the broken bolts and not any of the ones that
11  11      went through testing, were cleaned, or whatever,
12  12      that were still installed in the engines that
13  13      you may have gotten from Mr. Meyer?
14  14   A   I'm sorry.  I'm completely confused.  I don't
15  15      know what you mean.  I didn't receive any bolts
16  16      from Mr. Meyer.
17  17   Q   Well, you got some bolts from Mr. Meyer that he
18  18      did some testing on; fair?
19  19         MR. MARIANI:  Objection of the form.
20  20         You can answer.
21  21         THE DEPONENT:  I didn't have any bolts from
22  22      Mr. Meyers.  I photographed one from Mr. Meyers,
23  23      and I measured some of the subject bolts.
24  24   \\\
25

Page 97

1   1   BY MS. RATHKE:
2   2   Q   Okay.  So the oxidation -- the bolts that you
3   3      saw that experienced oxidation, those would have
4   4      included the bolts that broke in Menard's
5   5      engines; fair?
6   6   A   How about I sum it up this way?  Every bolt that
7   7      I've seen removed from an engine has some degree
8   8      of oxidation on it, what I would call normal
9   9      surface oxidation.
10  10   Q   Did you personally see a bolt from Menard's
11  11      engines that was removed from the diffuser that
12  12      hadn't broken that had surface oxidation?
13  13   A   Yes.
14  14   Q   How many such bolts did you have?
15  15   A   I don't have any of them.
16  16   Q   Well, then, what do you mean that you saw them?
17  17      Where did you see them?
18  18   A   How many did I see?  Well, I can show you every
19  19      single one.
20  20   Q   Okay.  Which ones?
21  21   A   Every one.
22  22   Q   And which ones are those?
23  23   A   I would have to look them up.  Every one that
24  24      was removed from the engine.
25

25 (Pages 94 - 97)

Page 98

1  Q  And came into your custody?
2       MR. MARIANI:  Objection.  Misstates his
3   testimony.
4       Go ahead.
5       THE DEPONENT:  What I'm telling you quite
6   simply is the bolts that were in service on the
7   subject engines all experienced some degree of
8   surface oxidation.
9  BY MS. RATHKE:
10  Q  Did you personally observe any of the bolts that
11   came out of Menard's diffusers that were not
12   broken?
13  A  Yes.
14  Q  Which ones?
15       MR. MARIANI:  Objection.  Hold on a second.
16   Objection to the form.
17       Let me just note for the witness.  If you
18   want to refer to your report at any time, unless
19   you're directed not to refer to it, you can feel
20   free to refer to your report at any time.
21  BY MS. RATHKE:
22  Q  You can refer to the Holy Bible for all I care.
23   I just want to know what bolts you looked at.
24  A  The ones that were removed in December 2019.
25

Page 99

1  Q  And which ones are they?  I mean, you give them
2   numbers, correct?  Which ones?
3  A  Give me a minute.  I'll give you every number.
4       Okay.  From 687:  2, 3, 4, 5, 7, 8, 9, 10,
5   12, 13, 14, 15, 16, 19.
6       From 545:  11, 13, 20, 21, 22.
7       From 544:  1, 2, 3, 5, 6, 7, 10, 12, 13,
8   22.
9       MS. RATHKE:  Mr. Court Reporter, were you
10   able to follow that?
11       COURT REPORTER:  Yes, ma'am.
12  BY MS. RATHKE:
13  Q  And you're saying -- did you have those bolts in
14   your custody?
15       MR. MARIANI:  Objection to the form as to
16   "custody."
17       You can answer if you understand what the
18   question is.
19       THE DEPONENT:  They were brought to my
20   office by Mr. Meyers and Mr. Baron, and I
21   examined and measured them at that time.
22  BY MS. RATHKE:
23  Q  For what duration of time did you do that?
24  A  I don't know.  A few hours.
25

Page 100

1  Q  Okay.  Explain what you mean by normal surface
2   oxidation, the phrase you used a few moments
3   ago.
4  A  Normal surface oxidation is the -- because these
5   bolts operate at temperature -- these bolts are
6   designed to operate at a lot higher temperature.
7   But what happens over time is you get selective
8   depletion of elements at the surface layers, and
9   it occurs during normal operation at
10   temperature.  It's expected.
11  Q  And are you able to quantify the magnitude and
12   duration of the vibrations that these diffuser
13   bolts are exposed to in service?
14  A  Unfortunately, no.  That would require strain
15   gauging and putting accelerometers onto a
16   working engine and doing a significant amount of
17   testing, unless Pratt & Whitney would've been
18   kind enough to give us that information.
19  Q  Did you ask?
20  A  Yes.
21  Q  Tell me about how you asked for that
22   information.
23  A  I just asked Mr. Mariani if that was possible.
24  Q  And was it?
25

Page 101

1  A  I don't think he was able -- I don't know if he
2   asked for it or not.  You would have to take it
3   up with him.  He said he would look into it.
4  Q  Okay.  And have you ever communicated with
5   anybody at Pratt & Whitney about any aspect of
6   this case?
7  A  No, not at Pratt & Whitney.
8  Q  And I take it that knowing about the operating
9   conditions and being able to quantify the
10   operating conditions to which these bolts were
11   exposed, that would help the analysis of trying
12   to figure out what happened to them and what
13   caused them to break?
14       MR. MARIANI:  Objection.  Vague.
15       THE DEPONENT:  I think that we have enough
16   information right now to come to a good
17   engineering conclusion.  More information would
18   be noteworthy, but I don't think it would change
19   any opinions at this point.
20  BY MS. RATHKE:
21  Q  Your report, Exhibit 91, is dated February 21,
22   2020.  When did you perform the testing
23   described in Exhibit 91?
24  A  What testing in particular?  There's a lot of
25

26 (Pages 98 - 101)

1   testing in here.

2  Q  Let me just short circuit this.

3      Is it fair to say that you conducted the

4      sum and substance of the testing set forth in

5      Exhibit 21 -- in Exhibit 91 -- before

6      February 21, 2020 when the exhibit is dated and

7      was produced but after receiving Menard's expert

8      reports on December 20, 2019?  Between those two

9      periods of time.

10  A  Yes.  That would be a fair statement.

11  Q  Okay.  Did you do any investigation or testing

12     that did not make its way and is not mentioned

13     in Exhibit 91?

14  A  No.

15  Q  Did you ever investigate -- I'm going to ask you

16     a couple things.  I'm going to ask you whether

17     you investigated them.  Okay?

18      Did you ever investigate the possibility

19     that the bolt failures in this case were caused

20     by differential thermal expansion of the joint,

21     particularly with respect to the fact that the

22     diffuser block was made from titanium?

23  A  Yes.  To the extent that I could, yes, I did.

24  Q  And what did that investigation consist of?

25

1  A  Well, I think we've already talked about it

2      earlier today.  We looked at the fact that it's

3      made out of titanium.  We talked about the fact

4      that its stiffness is half that of steel and how

5      that would affect the stiffness of the joint.

6      I really became interested in that a lot

7      because Mr. Meyers testified to something that's

8      just physically incorrect.  He said the joint

9      was incompressible and that the incompressible

10     joint had no bearing on the torque or anything

11     like that related to the bolt, which is just

12     factually and physically false from a number of

13     records.

14      So when he brought that up, I decided to

15     investigate that.  And interestingly, because of

16     the fact that the modulus of titanium is very

17     low compared to that of steel or stainless

18     steel, the joint stiffness is going to be

19     greatly affected.  And I suspect that strongly

20     that has a lot to do by -- you see failures on

21     the 530A engines up and you don't see them on

22     other engines.

23  Q  Did you investigate the possibility that

24     galvanic corrosion caused the bolt failures in

25

1      this case?

2  A  Yes.

3  Q  And what was the conclusion of that inquiry?

4  A  We didn't see evidence of galvanic corrosion.

5  Q  Did you investigate the possibility that

6      harmonic vibrational modes exacerbated the

7      cracking of the bolts?

8      MR. MARIANI:  I couldn't hear the question.

9      Please read it back.

10  BY MS. RATHKE:

11  Q  Did you investigate the possibility that

12     harmonic vibrational modes exacerbated the

13     contracting cracking of the bolts?

14  A  Well, yes.  And that goes right back to the use

15     of titanium, because the titanium is going to

16     change the natural frequency of the diffuser and

17     it's going to lower the natural frequency of the

18     system right there.  And by lowering the natural

19     frequency of the system, it's going to be more

20     susceptible to resonant frequencies.  So yes, I

21     did investigate that.

22  Q  And did you investigate the possibility that a

23     manufacturing defect caused the bolt failures?

24  A  Yes, I did.

25

1  Q  What was your conclusion?

2  A  I think it's contributory in this particular

3      case.

4  Q  Page 6 of your report, Exhibit 91, so page 7 of

5      the PDF.

6  A  I have it.

7  Q  Specifically referring to Figure 3.

8      Do you observe -- so what's being depicted

9      in Figure 3 is each of the broken diffuser bolts

10     that you had access to; fair to say?

11  A  Those were the bolts that were provided to us at

12     the inspection in August of 2019 at ESI in

13     Dallas.

14  Q  Okay.  And is it your observation that each of

15     the nuts installed is installed very near the

16     end of the bolts, within the last one to two

17     bolt threads?

18  A  Yes.

19  Q  And do you have an understanding as to why they

20     do it that way?

21  A  I don't understand your question.

22  Q  Sure.

23  A  Why they put the bolt all the way through the

24     nut?

25

Page 106

1 Q  Do you have an understanding as to --
2 A  One moment.  My lights just went out.  Sorry.
3 Q  Do you have an understanding as to why the
4    standard placement of the nut is within one or
5    two threads of the end of the bolt?  Why is that
6    the installation point?
7 A  Is your question why one or two threads stick
8    out the end of the nut?
9 Q  Yes.
10 A  Is that it?
11    Well, No. 1, you want to have the bolt run
12    all the way through the nut so you get full
13    thread engagement.  And then you typically want
14    to go at least one thread below the end of the
15    bolt so you're out of the run end area of the
16    thread.  So a proper joint or proper assembly
17    would use a bolt that penetrates completely
18    through the nut.
19 Q  And is it the case that where a nut sits on the
20    bolt in service affects the forces that the bolt
21    is exposed to?
22 A  I don't understand that question.  I'm sorry.
23 Q  Sure.
24    So let's say that you had the nut engaged
25

Page 107

1    much further up on the bolt so you had lots of
2    bolt sticking out the end of the nut.  Do you
3    understand me so far?
4 A  Yes.  Lots of threads sticking through the nut,
5    correct.
6 Q  That's right.  Yeah.
7    In that instance, would it be fair to say
8    that, functionally speaking, you are using a
9    much shorter bolt than the full length of what
10    that bolt would be?  If you're able to decipher
11    what I'm saying.
12    MR. MARIANI:  Objection of the form.
13    You can answer.
14    THE DEPONENT:  Well, the bolt wouldn't
15    necessarily be shorter.  It depends on the joint
16    that it's being past through.
17 BY MS. RATHKE:
18 Q  Sure.  But the forces that are going to be
19    acting on that bolt will be acting on the
20    portion of the bolt that -- put it this way:
21    The forces that are acting on that bolted joint
22    will not be acting on the portion of the bolt
23    that's sticking out past the nut, correct?
24 A  Other than the elastic forces that are
25

Page 108

1    transmitted through the tip of the nut, I would
2    tend -- I think -- I'll predicate it, I think I
3    agree with you.
4 Q  Okay.  Let me think of a better and more
5    coherent way to say this, because perfectly
6    candidly, it's been a long time since I took a
7    science class.
8    So let me say that -- is it fair to say
9    that if a bolt -- if a nut is fastened further
10    up on the bolt, the bolt will experience
11    different physical forces than if the nut is
12    fastened within the last threads or two the way
13    that it's supposed to be?
14 A  If I'm understanding your question correctly,
15    no.
16 Q  I'm trying to find a good way to communicate
17    this.
18 A  You can draw me a picture.
19 Q  Can I, though?  I mean, I don't know that I can.
20    I mean -- all right.  I'll try.
21    I'm a bolt.  This is me.
22 A  And when we're done here, can we take a quick
23    lunch break?
24 Q  Yeah.
25

Page 109

1    Okay.  I'm a bolt.  Do you see I'm a bolt
2    here?
3 A  Yes.
4 Q  Okay.  I'm a nut.  Look at me, I'm a nut.  This
5    is me.
6 A  Yeah.
7 Q  Just nutting it up over here.
8    So this is Bolt No. 1.  Now I'm going to
9    draw Bolt No. 2 and Nut No. 2.
10    Okay.  Bolt 1 versus Bolt 2.  Do you see
11    what I'm saying?
12 A  Okay.  So you have two different-sized joints
13    essentially.
14 Q  Well, I kind of meant to make them the same
15    length.
16 A  You wanted them to be the same length.  Okay.
17    So you're saying if I put a longer bolt
18    through -- if I -- I'm trying to answer your
19    question.
20    What you're saying is -- let me present a
21    hypothetical.
22 Q  Yes.
23 A  If you have a one-inch piece and you put a bolt
24    through it, and one bolt sticks out a little bit
25

28 (Pages 106 - 109)

Page 110

1 1   and another bolt sticks out a lot more, that's
2 2   your question?
3 3  Q  You're with me.
4 4  A  The string development between the clamped
5 5   surface is going to be the same.
6 6  Q  The string development between the clamped
7 7   surface is going to be the same.  What does that
8 8   mean?
9 9  A  That means the stress and strain in the clamped
10 10   area is going to be the same.
11 11  Q  The stress and strain in the clamped area is
12 12   going to be the same, but is the stress and
13 13   strain between the bolt head and the clamped
14 14   area, that will be different as between the two
15 15   bolts because there's more length on one than
16 16   the other, correct?
17 17  A  No.
18 18       MR. MARIANI:  Objection to the form.
19 19       You can answer.
20 20       THE DEPONENT:  No.  The part sticking out
21 21   the end of the nut doesn't have any effect,
22 22   other than a mass effect.
23 23  BY MS. RATHKE:
24 24  Q  Well, that's not true.  If you've got a bolt,
25

Page 111

1 1   and you've got part of it that's sticking off
2 2   the end, the part that's sticking off the end is
3 3   absorbing and experiencing no relevant physical
4 4   forces pertaining to that clamping force,
5 5   correct?
6 6  A  I agree with you.
7 7  Q  All the force is being distributed on the part
8 8   of the bolt that's within the nut or higher;
9 9   fair?
10 10  A  Or higher or you mean below the nut, if you
11 11   will?  Between the bolt head and the nut.
12 12  Q  Yes.
13 13  A  Those forces will be the same regardless of the
14 14   length of the bolt.
15 15  Q  The forces will be the same, but their
16 16   distribution on the bolt area will be different
17 17   because in the -- you have different lengths of
18 18   bolt to absorb those forces as between the two
19 19   scenarios, correct?
20 20       MR. MARIANI:  Objection in the form.
21 21       THE DEPONENT:  I disagree with that
22 22   statement, if I understand you correctly.
23 23  BY MS. RATHKE:
24 24  Q  The clamping forces, the forces acting on the
25

Page 112

1 1   clamped joints, are the same -- those forces
2 2   don't care where you put your nut, right?
3 3  A  They don't care where you put your nut.
4 4  Q  So the net forces operating on your bolted joint
5 5   are going to be the same no matter where you put
6 6   your nut?  The amount of force --
7 7  A  I'm not trying to be difficult with you.  I just
8 8   don't understand.
9 9  Q  Yeah, I don't believe that you are.
10 10       So the physical forces caused by the
11 11   application will be the same across the two-bolt
12 12   scenarios no matter where the nut is placed,
13 13   correct?
14 14  A  I guess -- when you say "where the nut is
15 15   placed," because the nut -- if it's a joint, the
16 16   nut can only be in one place, okay?  So that's
17 17   what I don't understand -- that's where I'm
18 18   losing you.  And I'm trying to understand what
19 19   you're telling me.
20 20       The nut would be the same place.  So
21 21   because the nut is in the same place, if you
22 22   look at this from a free-body diagram
23 23   perspective, the forces are only going to be
24 24   active between the clamped members.  Okay?
25

Page 113

1 1  Q  Yes.
2 2  A  So unless the amount of threading and shank
3 3   ratio is different within the bolt, there's not
4 4   going to be really any difference.
5 5  Q  I agree with you.
6 6       And the difference in these two scenarios,
7 7   if the bolt has a lot of hang off past the nut
8 8   versus whether it doesn't, is that the bolt with
9 9   a lot of hang off, that hang-off portion will
10 10   not be eligible to absorb the forces being
11 11   experienced by that bolted joint; fair?
12 12  A  Yes, I think I agree with you.
13 13  Q  Okay.  I think we got there.  That's great.
14 14       MS. RATHKE:  You had asked for a break.
15 15   Let us commence with the breaking -- for lunch
16 16   you said?
17 17       THE DEPONENT:  Yeah.  I just got to grab a
18 18   sandwich or something.
19 19       MS. RATHKE:  Sure.  How long do you guys
20 20   think?
21 21       THE DEPONENT:  Whatever works for you.
22 22       MS. RATHKE:  Ray, is 30 good?
23 23       MR. MARIANI:  Yeah, for me 30 minutes is
24 24   good.  I don't know if Aaron has to go out for
25

29 (Pages 110 - 113)

Page 114

1 something or you have something accessible
2 there.
3     THE DEPONENT: I'll tell you what, let me
4 go see. They were supposed to bring me
5 something. Let me go see. And if they haven't
6 gotten it here yet, then we can keep going if
7 it's good with you guys, until it shows up.
8     MS. RATHKE: Okay. Report back.
9     MR. MARIANI: We're just going to wait a
10 second for you then.
11     MS. RATHKE: Yeah. We can go off while
12 we're waiting, though.
13     MR. MARIANI: Go ahead.
14     (Off the record.)
15 BY MS. RATHKE:
16 Q  Mr. Jones, do you have an opinion to a
17   reasonable degree of scientific certainty as to
18   what did cause these diffuser bolts to develop
19   an initial fatigue crack that progressed into
20   bolt failure?
21 A  Yes.
22 Q  Tell me what your belief is.
23 A  My opinion is that, No. 1, it's related to
24   reusing the bolts based upon our data. The data
25

Page 115

1 suggests that reusing the bolts changes the
2 frictional characteristics of the bolts that
3 will then result in a change in preload of the
4 bolts.
5     Also, the data and my analysis suggests
6 that there's a manufacturing defect in the bolts
7 themselves. And both of those contributed to
8 the initiation of the fatigue crack.
9 Q  Let's start with contributing cause No. 1,
10   reusing the bolts changes the frictional
11   characteristics which changes the preload. Why
12   does that happen? What causes that in your
13   opinion?
14 A  What causes the change in frictional
15   characteristics?
16 Q  When you reuse the bolts, yes.
17 A  Well, I think the change in frictional
18   characteristics -- actually, I want to throw in
19   another factor but let me answer your question
20   as well.
21     The change in friction is probably related
22   to No. 1, the bolts have been used before so the
23   threads are going to have a change in their
24   surface, simply because the threads have been
25

Page 116

1 engaged in the past. And, secondly, that the
2 oxidation that occurs on the bolts in service is
3 going to change their frictional characteristics
4 as well, and that's reflected in the literature
5 that I provided.
6 Q  And specifically what literature are you
7   referring to in this moment?
8 A  It's covered in both Shigley and Bickford, in
9   both of Bickford's books.
10 Q  And could you spell "Shigley"?
11 A  S-H-I-G-L-E-Y.
12 Q  Thank you.
13     All right. And now tell me about cause
14   No. 2, the manufacturing defect issue.
15 A  Okay. Well, if you refer to the PWC report that
16   was published on DAO517, they made an
17   interesting discovery. They found evidence of a
18   high-temperature oxide layer that was developed
19   during bolt manufacturing. Essentially it had
20   to be developed during bolt manufacturing due to
21   the temperature that the oxide they discovered
22   formed.
23     That oxide was subsequently rolled into the
24   threads when the thread was rolled following
25

Page 117

1 heat treatment. And that left a layer inside
2 the bolt in the threaded area of the bolt that
3 was then compressed into the area of the bolt
4 that left a stress concentration in the bolt
5 that would make it more likely for fatigue
6 cracks to initiate.
7     We found the same evidence present on the
8 subject bolts from the Menard engines.
9 Q  On how many bolts from the Menard engines?
10 A  The ones that we examined that were available to
11   us.
12 Q  So all of them, the ones that you listed for me
13   earlier?
14 A  No, I didn't find them on them. I found them on
15   the metallographic examples that were examined.
16 Q  Okay. And can you orient me in your report to
17   where that metallographic examination is
18   discussed?
19 A  Well, there's a picture on -- I can show you
20   some more. There's one in my report. There's
21   several more that I can refer you to, but
22   Figure 37 of my report, but I could show you
23   some other ones as well, if you would like.
24 Q  Are the other photographs that you're referring
25

30 (Pages 114 - 117)

Page 118

1  to, are those in your expert materials?
2  A  They were provided by your experts.
3  Q  Okay.  So how many -- all right.
4     Is it your understanding or belief that
5  this manufacturing defect occurs across all such
6  bolts that have been manufactured, or it's an
7  episodic manufacturing defect that occurs with
8  some production runs?
9  A  I can't answer that question.  All I can tell
10  you is the evidence that I've seen.  I don't
11  know.  I mean, these bolts are most likely made
12  in a batch manner, and I don't know how big the
13  batches are, but I'll just note that the -- I
14  apologize.  I forgot what I was going to say.
15     I don't know what the manufacturing process
16  is; however, I suspect the bolts are made in
17  batches.  I don't know how frequently those
18  batches are made, but we did see evidence of a
19  high-temperature oxide layer on the subject
20  bolts, similar to the bolt from DAO517.  And
21  that bolt, as you recall, was not installed by
22  Dallas Airmotive.  It was installed by Pratt &
23  Whitney.  And the same issue was present on our
24  bolts.
25

Page 119

1  Q  Okay.  And did you see evidence of this
2  manufacturing defect on all SEM images for the
3  subject bolts that you observed or were there
4  images where you did not observe this
5  manufacturing defect?
6  A  It's only visible on the SEM images of the bolt
7  cross-sections that are in high-enough suitable
8  magnification to see it.
9  Q  And were there any SEM cross-sections where you
10  did not observe but you could expect to be able
11  to where you did not observe the manufacturing
12  defect?
13  A  As I sit here I don't recall exactly, but I
14  suspect -- I expect it's going to be visible on
15  all of them.
16  Q  Okay.  And the Pratt & Whitney report that you
17  refer to, is that the report that references the
18  bird strike?
19  A  No.  It's the materials laboratory report.
20     The bird strike was DOA508.
21  Q  And which report are you referring to?
22  A  DOA517.
23  Q  And the first issue that you discuss that
24  reusing the bolts changes the frictional
25

Page 120

1  characteristic of those bolts making them more
2  prone to failure, what percentage of the bolts
3  would you expect -- strike that.
4     Given both of the factors that you
5  explained to me -- strike that too.
6     You indicated that there was a third factor
7  that you wanted to discuss as well but that you
8  would answer my question first.  So what's the
9  third factor?
10  A  Oh, yes.  The third factor is that I can't omit
11  or tell you the amount of what we would call in
12  engineering terms accumulated damage to the
13  bolts prior to them being removed and
14  reinstalled by Dallas Airmotive.
15     In other words, because this is a
16  high-cycle fatigue failure, the fatigue crack
17  itself does not initiate until well -- well into
18  the life of the failure.  In other words,
19  typically speaking, a high-cycle fatigue crack
20  is only present in the last, I think,
21  10 percent, approximately, of the failure.  And
22  the remaining 90 percent of the time goes into
23  initiation.
24     So I can't tell you that how much damage
25

Page 121

1  was accumulated by the bolts in prior
2  operations.
3  Q  Okay.  So the first factor that you told me,
4  reusing the bolts changes the frictional
5  characteristics of the bolts which changes the
6  preload makes them more susceptible to failure.
7  In what percentage of the bolt -- the diffuser
8  bolt population would you expect reusing the
9  bolts to change the frictional characteristic of
10  those bolts?  Is it across the population or is
11  it a subset?
12  A  I would expect some change across the
13  population.  The range of that change I don't
14  know.
15  Q  So given -- all right.
16     So given that you would expect cause No. 1,
17  the change to the frictional characteristics of
18  the bolts on reuse, which you expect to occur to
19  some degree across the population, and given the
20  manufacturing defects which you observed
21  100 percent of the time when it was possible to
22  observe it, what percentage of bolts would you
23  expect to fail after they've been reused?
24     MR. MARIANI:  Objection.  Incomplete
25

31 (Pages 118 - 121)

1 hypothetical.

2     You can answer.

3     THE DEPONENT:  Well, that goes back to the

4 load case scenario, and then you're getting into

5 details related to the exact preload

6 distribution on the joint and you're getting

7 into issues related to the statistical ability

8 to reproduce preload from one bolt to the next.

9 So I couldn't give you an exact answer.

10     What I can tell you is that this -- the way

11 these failures are occurring suggests to me that

12 reusing the bolts, and potentially even some of

13 the new bolts, because we've seen failures of

14 brand-new bolts on engines as well, that it's

15 probably what I would call right on the edge of

16 design.

17 BY MS. RATHKE:

18 Q  What does that mean?

19 A  Meaning that it's in the statistically -- in the

20    statistical area where you're going to get

21    occasional failures even on new bolts, based on

22    the evidence I've seen so far.

23 Q  So I forget exactly what the numbers are, but

24    fair to say that the majority of bolt failures

25

1 have occurred on these three Menard's engines?

2     MR. MARIANI:  Is there a question or are

3 you asking him if he agrees with you?

4 BY MS. RATHKE:

5 Q  Do you agree with me?

6 A  The majority of the -- the bolt failures that

7    we're aware of, I think the majority of them

8    are -- the ones that we're aware of, I think the

9    majority of them have occurred on Menard's

10    engines.

11 Q  Why is that?

12 A  Well, if you look at the data, one thing I'll

13    tell you is, No. 1, the Menard's engines were

14    right at overhaul, at their overhaul or close to

15    their overhaul requirements.  Let me

16    double-check my data here.

17     And they were also high-time engines,

18 relatively speaking.

19 Q  But we're certainly not alone in that; fair to

20    say?  There are, I don't know, a hundred such

21    engines that have been overhauled, right?

22     MR. MARIANI:  Did you get to complete your

23 prior answer, Mr. Jones, when you said you were

24 looking for data?

25

1     THE DEPONENT:  I'm sorry.  I was looking

2 something up.

3     MR. MARIANI:  So can we let the witness

4 please complete the prior answer before we move

5 on?

6     THE DEPONENT:  I'm trying to find it.  One

7 moment.

8     So I'm looking at this, and if you look at

9 the failures that we're aware of right now, it

10 seems that the Menard engines 544 and 545 have

11 the largest number of hours on them, and they've

12 also experienced the largest number of failures.

13     DAO687, for example, has 7,563 hours and

14 has three bolt failures.  Well, that's identical

15 to DAO517 that experienced three bolt failures

16 that have 7,200 hours.  So I suspect what you're

17 seeing is that statistical -- a statistical

18 variation based on time.

19 BY MS. RATHKE:

20 Q  So do you think that all engines that get to a

21    point in overhaul use similar to the engines 544

22    and 545?  If your theory is right, should they

23    also be experiencing broken diffuser bolts?

24 A  It's entirely possible.  The other variable that

25

1 you have to consider is -- the exact procedure

2 and torquing procedure that would be applied.

3 Okay.

4     So everyone follows the book, but does

5 Dallas Airmotive wait three minutes between

6 tightening the bolts and Pratt & Whitney wait 7?

7 Those things, when you're getting down in the

8 weeds of failures that are these low high-cycle

9 fatigue failures, those are the things you have

10 to start considering.  So there could be small,

11 small, you know, in -- well, what you would

12 consider relatively inconsequential changes to

13 the procedure or just following the procedure

14 and doing it under a slightly different time

15 frame because this case is heated up.  That's

16 all going to have an effect on the preload and

17 you could be seeing some of that stack up going

18 on right here.

19 Q  Do you have a sense for how many PW530A engines

20    are in the field in use today?

21 A  No.

22 Q  Sorry.  Go ahead.

23 A  I know it's over 700.

24 Q  You're aware that that's an older engine,

25

Page 126

1 correct?
2        MR. MARIANI:  Objection of the form.
3        THE DEPONENT:  I think one set of engines
4    was '03 and one set of engines was '06.
5 BY MS. RATHKE:
6 Q  Okay.  But is Pratt & Whitney making 530A
7    engines anymore?
8 A  I don't know.
9 Q  Okay.  Do you have any sense for -- of the
10   population of 530A engines in the field, what
11   their use history is going to be like?  I mean,
12   how old are these engines?
13 A  I don't know.  It seems like there's a big
14   variance because I think DAO169, which is an
15   earlier engine than any of the subject engines,
16   it only had 4,000 hours on it in 2018 or 2019.
17   So you're going to see a big variance.
18 Q  I see.  So is it your belief that the 544 and
19   the 545 engines that Menard's owned, that these
20   are the highest-use engines in the fleet of
21   Pratt & Whitney 530A engines?  Is that your
22   understanding?
23 A  No, I never said that.
24 Q  Is it your understanding?
25

Page 127

1 A  No.  I just say of the population of the sample
2    of engines that we have, those engines are on
3    the -- the engines with the most failures are on
4    the high end of ours.
5 Q  Okay.  But I guess what I'm asking about, is the
6    population of other engines that exist in the
7    world, which is greater than five, even
8    considerably greater than five, how does our
9    experience compared to -- I mean, as far as we
10   know, there are no bolt failures in the hundreds
11   of other engines that are in use.  Do you agree
12   with that?
13 A  I'm not aware of any other failures at this
14   point, other than the ones that have been
15   discussed.
16 Q  And you're aware that Dallas Airmotive is
17   responsible for let's say 40 percent of the
18   overhauls of Pratt & Whitney 530A engines,
19   correct?
20        MR. MARIANI:  Objection.  Lack of
21   foundation.
22        You can answer.
23        THE DEPONENT:  I don't know the -- I don't
24   know what percentage of overhauls that Dallas
25

Page 128

1    Airmotive performs.
2 BY MS. RATHKE:
3 Q  Okay.  Are you aware that Dallas Airmotive has
4    performed -- are you aware that other than Pratt
5    & Whitney, Dallas Airmotive is the only approved
6    overhaul company for Pratt & Whitney 530A
7    engines?  Are you aware of that?
8        MR. MARIANI:  Objection to the form.
9        You can answer.
10        THE DEPONENT:  I'm aware of Dallas
11   Airmotive and PW West Virginia, the two overhaul
12   facilities.  There could be more, but those are
13   the ones that I'm aware of.
14 BY MS. RATHKE:
15 Q  Well, I think you say it in your report that
16   other than Pratt & Whitney, Dallas Airmotive is
17   the only FAA approved overhaul shop for these
18   engines, correct?
19 A  I believe so.
20 Q  Okay.  So I get that you don't have a precise
21   sense for how many 530A engine overhauls that
22   Pratt & Whitney has performed, but certainly you
23   know that the number exceeds 100, correct?
24 A  According to Mr. Cheyne's report, Dallas
25

Page 129

1    Airmotive has completed 150 overhauls.
2 Q  Okay.  And so to be overhauled, the engines must
3    have been in use for at least 4,000 flight
4    hours; is that correct?  Is that your
5    understanding?
6 A  Well, under a normal overhaul, yes.  But if
7    there's other reasons for it to come in to be
8    overhauled, it may not be in the 4,000-hour
9    interval.
10 Q  Generally speaking, though, that's correct,
11   4,000 hours, right?
12 A  Generally speaking, that's the overhaul
13   interval.
14 Q  Okay.  So if we know that at least 100 530A
15   engines have been overhauled by Dallas, not even
16   by anybody else, why aren't we seeing broken
17   diffuser bolts in the vast, vast majority of
18   these engines, if your theory is right?
19        MR. MARIANI:  Objection.
20        Sorry.  Objection.  Calls for speculation.
21   Incomplete hypothetical.
22        You can answer.
23        MS. RATHKE:  Well, I thought he was the
24   expert.
25

33 (Pages 126 - 129)

Page 130

1 1        MR. MARIANI:  I object to your comments on
2 2    the side, which is uncalled for.
3 3        You may now answer the question.
4 4        THE DEPONENT:  Could you repeat it?  You
5 5    kind of broke up at the end of your question.
6 6  BY MS. RATHKE:
7 7  Q  Yes.
8 8  A  I'm sorry.
9 9  Q  Given that we know that Dallas Airmotive has
10 10    itself touched more than 100 530A engines and
11 11    overhauled them, so we know that there are at
12 12    least that population of aircraft that have been
13 13    in service long enough to be overhauled, why
14 14    aren't any of those engines experiencing broken
15 15    diffuser bolts if your theory is right?  What's
16 16    your explanation?
17 17  A  Well, I disagree with that, say that, okay,
18 18    Dallas Airmotive's performed 150, and right now
19 19    they're aware of four engines that have had
20 20    diffuser bolt failures.
21 21        Well, Pratt & Whitney -- I'm aware of three
22 22    failures from Pratt & Whitney.  So I would say
23 23    it's fairly equal in terms of that.
24 24  Q  Yeah, I'm not trying to distribute blame.  I
25

Page 131

1 1    think you're looking at the wrong focus of my
2 2    question.
3 3        I'm just asking why there aren't more
4 4    broken diffuser bolts in the field, given that
5 5    we know that Dallas Airmotive itself has
6 6    overhauled 150 of these engines so they've been
7 7    in use for more than 4,000 hours, we can
8 8    presume.  Why aren't we seeing more failures?
9 9    Why is it just us?
10 10  A  Like I said --
11 11        MR. MARIANI:  Objection.  Lack of
12 12    foundation.
13 13        You can answer.
14 14        THE DEPONENT:  Like I said, this is a
15 15    high-cycle, very low-stress fatigue failure.
16 16    You're getting -- the reason that I believe that
17 17    you're not getting more, or at least at this
18 18    point we don't know if there's more.  I mean, I
19 19    don't know how many have not been reported for
20 20    that matter.
21 21        But the reason that I believe that it is
22 22    this way is because this joint essentially is on
23 23    the edge, and you're getting what I call
24 24    statistical failures.
25

Page 132

1 1  BY MS. RATHKE:
2 2  Q  Okay.  And you know that --
3 3  A  The preload could be related -- you know, the
4 4    small changes in preload could be related to
5 5    exactly, you know, air in the torque wrenches,
6 6    okay.  Temperature -- the exact temperature at
7 7    which the torque is applied when it comes down
8 8    at 400 degrees.
9 9        All those things are going to accumulate
10 10    into an air band, a statistical band that is
11 11    going to contribute to the failure rate.  And if
12 12    we're right on the edge, which I suspect we are,
13 13    I think that's why you're seeing these failures,
14 14    a very rare occurrence.
15 15  Q  All right.  You are aware that failures of
16 16    diffuser bolts have to be reported to the FAA's
17 17    database, correct?
18 18        MR. MARIANI:  Objection.  Calls for a legal
19 19    conclusion.
20 20        You can answer.
21 21  BY MS. RATHKE:
22 22  Q  I take it you're not aware of that?
23 23        MR. MARIANI:  Objection.
24 24        THE DEPONENT:  I've seen some people
25

Page 133

1 1    discuss it, and I'm not sure what the answer to
2 2    that is so I would defer to Mr. Cheyne.
3 3  BY MS. RATHKE:
4 4  Q  Is he a lawyer?
5 5  A  No.  The expert.
6 6  Q  Okay.  So you think that it's possible that
7 7    they're not being reported.  That's your
8 8    testimony?
9 9  A  I can't exclude that right now, no.
10 10  Q  Okay.  How many do you think --
11 11  A  To that example, there's an engine out there
12 12    that's got a broken diffuser bolt in it right
13 13    now that we still don't know what happened to
14 14    it.  The CLBS engine that was a brand-new engine
15 15    that had a diffuser bolt failure.  I haven't
16 16    seen anything on the FAA or anywhere else that
17 17    suggests that that one has been investigated or
18 18    reported.
19 19  Q  Have you looked?
20 20  A  Yes.
21 21  Q  Where is your belief that these failures are
22 22    reported to?  What's your understanding of where
23 23    that information goes?
24 24  A  Well, I've looked on the NTSB, and I've looked
25

34 (Pages 130 - 133)

Page 134

1 on the FAA website, and that's about as much of
2 the ability that I have to do. I know the
3 Dallas Airmotive doesn't have any information
4 about that engine either.
5 Q  Okay. So your words are it's likely that many
6 engines are right on the edge, correct? That
7 was your testimony?
8 A  Yes.
9 Q  Right on the edge of what? Like, how many
10 diffuser bolt failures do you feel like we're
11 right on the edge of?
12 A  What I'm saying is the joint is on the edge, and
13 it's going to be extremely sensitive to preload.
14 And all of these variables, once you stack them
15 up, air in torque wrenches, temperature at which
16 you complete the torquing, the speed of the
17 torquing, the joint is sensitive to all of those
18 things, so you're going to see -- in some cases
19 you're going to get some that are maybe torqued
20 right on the edge.
21     Let's say we had it torqued to
22 30 inch-pounds and the air of the wrench was a
23 little bit -- the precision of the wrench is a
24 little bit different. This could be DAI. This

Page 135

1 could be Pratt & Whitney. You're getting into
2 that range where you're getting barely enough
3 preload.
4     So now -- this is what I suspect, is you're
5 getting into that range where there's just
6 barely enough preload and any little thing, any
7 little change, if the preload is just slightly
8 too low, then you're going to start getting a
9 fatigue crack. Nonetheless, I can tell you
10 this, that there's no evidence that the bolts
11 failed due to overtorquing, especially due to
12 your expert's theories.
13 Q  Well, if "any little thing" can mean that you're
14 going to start getting a preload, I mean,
15 listen. My client is just an aircraft owner.
16 They don't have anything to do with this
17 industry other than that. But why isn't Dallas
18 Airmotive, therefore, sounding the alarm?
19     MR. MARIANI: I'm going to object to the
20 question as compound and also including some
21 gratuitous comments.
22     You can answer if you understand what the
23 question is.
24     THE DEPONENT: I think the question is why

Page 136

1 didn't Pratt & Whitney do something about it?
2 And as of May, they did.
3 BY MS. RATHKE:
4 Q  So you're going to say the reason that -- you've
5 known about this issue since at least the date
6 of your report in February, correct?
7 A  Correct.
8 Q  By extension, Dallas Airmotive has understood
9 this issue at least as of the date of your
10 report in February, correct?
11 A  Yes.
12 Q  As of February, when we knew Dallas Airmotive
13 knew, that any little thing could cause us to
14 start getting a partial crack, since that time,
15 has Dallas Airmotive started replacing diffuser
16 bolts during overhaul or are they still reusing
17 them? Have they been reusing them?
18     MR. MARIANI: Objection. You misstated his
19 testimony.
20     You can answer.
21     THE DEPONENT: You did misstate my
22 testimony. However, as far as I'm aware, Dallas
23 Airmotive has been replacing the bolts for quite
24 some period of time now. I don't know exactly,

Page 137

1 but I believe they've been replacing the bolts
2 since prior to my report being issued.
3 BY MS. RATHKE:
4 Q  What's the source of your information?
5 A  Dallas Airmotive.
6 Q  And is it your understanding that Dallas
7 Airmotive has been contacting operators that
8 they did overhaul for previously where the usage
9 levels are getting higher to notify them of this
10 issue?
11     MR. MARIANI: Objection. Calls for
12 speculation.
13     You can answer.
14     THE DEPONENT: I don't know.
15 BY MS. RATHKE:
16 Q  Should they be?
17     MR. MARIANI: Objection. Calls for a legal
18 conclusion.
19     You can answer.
20     THE DEPONENT: I think that's a Pratt &
21 Whitney issue. The manufacturer is in charge of
22 those things.
23 BY MS. RATHKE:
24 Q  Okay. But I think we know that Pratt & Whitney

35 (Pages 134 - 137)

Page 138

1  1  isn't doing it.  At least they're not to my
2  2  knowledge.  Dallas Airmotive knows that this
3  3  problem exists.
4  4        Should it -- and that it has contributed to
5  5  the problem by performing overhauls and reusing
6  6  bolts.  Should -- under these circumstances,
7  7  should Dallas Airmotive be notifying operators
8  8  that they need to come in and get their diffuser
9  9  bolts replaced?
10 10       MR. MARIANI:  Objection.  Same question
11 11  that you just asked.  Calls for a legal
12 12  conclusion again, because it's the same
13 13  question.
14 14       You can answer it a second time.
15 15       THE DEPONENT:  No, I don't believe they
16 16  need to because Pratt & Whitney issued a service
17 17  bulletin in 2018 recommending the bolts to be
18 18  replaced.
19 19  BY MS. RATHKE:
20 20  Q  So you think that eliminates all danger from the
21 21  field if, going forward in May, we start
22 22  replacing bolts rather than reusing them?  Any
23 23  previous overhaul where we replace bolts, that's
24 24  not an issue.  We can just wait until the next
25

Page 139

1  1  overhaul.
2  2        MR. MARIANI:  Objection.  Incomplete
3  3  hypothetical.
4  4        Answer if you understand the question.
5  5        THE DEPONENT:  Like I said, I think the
6  6  onus is on the manufacturer of the engine.
7  7  Dallas Airmotive, as a remanufacturer or
8  8  rebuilder, is obligated to follow the procedures
9  9  put forth by Pratt & Whitney.
10 10  BY MS. RATHKE:
11 11  Q  Is that a "just following orders" defense?
12 12       MR. MARIANI:  Objection to the question.
13 13  Vague.
14 14       You can answer if you understand.
15 15       THE DEPONENT:  I think Dallas Airmotive
16 16  acted appropriately.  When they discovered the
17 17  issue with broken bolts, they started replacing
18 18  bolts and using new bolts in their process.  I
19 19  think that's entirely appropriate.
20 20  BY MS. RATHKE:
21 21  Q  Okay.  But Dallas Airmotive has overhauled
22 22  engines in the field, correct?
23 23  A  In the field?
24 24  Q  Yeah.  It's overhauled PW530A engines for its
25

Page 140

1  1  own customers, correct?
2  2  A  Yes.
3  3  Q  To your understanding, does Dallas Airmotive owe
4  4  any duty at all to those customers of Dallas
5  5  Airmotive to say, We have recently learned that
6  6  we should not have reused some bolts that we put
7  7  into your engine.  We wanted to notify you of
8  8  this problem because we believe it's a safety
9  9  issue.
10 10       Do you think there's any obligation that
11 11  Dallas Airmotive has to notify people that they
12 12  have a safety issue?
13 13       MR. MARIANI:  I'm going to object.  It's
14 14  the third time you asked this.  You're asking
15 15  for legal conclusions from a lay witness, and
16 16  this also goes beyond the scope of what this
17 17  witness --
18 18       MS. RATHKE:  He's not a lay witness.  He's
19 19  your expert.
20 20       MR. MARIANI:  This goes beyond the scope of
21 21  what he's designated for as an expert.  So you
22 22  can ask him about his opinions in the area he's
23 23  designated.  He's not designated as an FAA
24 24  expert on this case.
25

Page 141

1  1        MS. RATHKE:  I'm not asking as a legal
2  2  matter.
3  3  BY MS. RATHKE:
4  4  Q  Do you feel that they have any moral obligations
5  5  to go tell people in the flying public that are
6  6  their own customers that, We've learned that
7  7  it's unsafe to reuse diffuser bolts in your
8  8  engines, which is a thing that we've done?
9  9        MR. MARIANI:  I'm directing him not to
10 10  answer.  You can't ask the witness about what he
11 11  thinks of, quote, moral obligations of parties
12 12  in the case.  That's not within the scope of his
13 13  expertise.  It's not what he's hired for.  It's
14 14  not what he's designated for.
15 15       You're -- basically you should keep your
16 16  questions to what he's designated for.  No
17 17  differently than he's not designated about other
18 18  issues related to this case.  He's on specific
19 19  issues.
20 20       MS. RATHKE:  Ray, your speaking objections
21 21  are inappropriate.
22 22       MR. MARIANI:  Your questions -- you're
23 23  abusing your right to question the witness.  You
24 24  can't ask him anything you want.  That's not
25

36 (Pages 138 - 141)

Page 142

1  1  within Rule 26.
2  2      MS. RATHKE:  Then you just object.
3  3      MR. MARIANI:  No, no.  I have other bases
4  4  to go beyond it.  I can direct him not to answer
5  5  when you're abusing your rights as a lawyer.
6  6      MS. RATHKE:  Then do that.  But your
7  7  speaking objections are inappropriate.
8  8      MR. MARIANI:  Well, I thought you would
9  9  want to know why I'm directing him not to answer
10 10  a question.
11 11      MS. RATHKE:  No.  I believe that your
12 12  speaking objections are inappropriate.
13 13      MR. MARIANI:  Okay.  Move on then, please.
14 14  I directed him not to answer.  If you have any
15 15  more questions.  If not, let the other person
16 16  ask.
17 17  BY MS. RATHKE:
18 18  Q  Would you get on a plane that had Pratt &
19 19  Whitney 530A engines if you realized that it had
20 20  been overhauled once in the last year and the
21 21  bolts had not been replaced?
22 22      MR. MARIANI:  Objection.
23 23      THE DEPONENT:  Yes.
24 24      MR. MARIANI:  Incomplete hypothetical.
25

Page 143

1  1      You can answer.
2  2      THE DEPONENT:  Yes.
3  3  BY MS. RATHKE:
4  4  Q  Why would you feel safe doing that, considering
5  5  your testimony about the systematic issues with
6  6  the diffuser bolts?
7  7      MR. MARIANI:  Objection.  Argumentative.
8  8      THE DEPONENT:  I didn't say "systematic."
9  9  I said "statistical."  Statistically the odds of
10 10  failure are very, very small.
11 11  BY MS. RATHKE:
12 12  Q  How small?  What are they?
13 13  A  I don't know.  Out of the universe of engines,
14 14  we're aware of five so I think that's a pretty
15 15  small margin.
16 16  Q  You said there could be others out there.
17 17  A  That's correct.
18 18  Q  After how many hours of usage would you expect
19 19  the initiation cracks to occur in the bolts?
20 20  A  Well, according to your experts, they were there
21 21  the minute -- the minute the bolt was installed.
22 22  Q  That's not what my experts say.
23 23  A  Yes, they do.
24 24  Q  But is that your answer?
25

Page 144

1  1  A  No, that's what your experts explicitly say.
2  2      They say we overtorqued the bolts and we cracked
3  3      them.  Your experts explicitly say that.
4  4  Q  Okay.  I'm not asking you to testify for my
5  5      experts.  Do you understand that?
6  6  A  I clearly understand it.  I'm just saying you
7  7      asked a question.  I can't answer that question
8  8      directly.
9  9  Q  When would you expect initiation cracks to
10 10      occur, after how many hours in service?
11 11  A  I don't know.
12 12  Q  Based on your theory?
13 13      MR. MARIANI:  Objection.  Incomplete
14 14  hypothetical.
15 15      You can answer.
16 16      THE DEPONENT:  I don't know.
17 17  BY MS. RATHKE:
18 18  Q  Directionally speaking, approximately how many
19 19  thousands of hours of service?
20 20      MR. MARIANI:  Same objection.
21 21      THE DEPONENT:  I don't know.
22 22  BY MS. RATHKE:
23 23  Q  What percentage of the fleet of the population
24 24      of diffuser bolts used in Pratt & Whitney 530A
25

Page 145

1  1  engines would you expect to fail under your
2  2  theory?
3  3  A  I don't know.  I don't have enough information,
4  4  and I don't have enough information about the
5  5  joint to make that conclusion.
6  6  Q  Is there any pattern as to which diffuser bolts
7  7  are likely to fail first based, for instance, on
8  8  their positioning around the circumference of
9  9  the diffuser?
10 10  A  I haven't investigated that directly, but I
11 11  would refer to my notes, and I could maybe
12 12  attempt to answer that, but I haven't looked at
13 13  that directly.
14 14      What I do recall seeing is that it seems
15 15  like one goes, and then as a typical flange
16 16  failure, you see the adjacent bolt go and they
17 17  tend to work in either adjacent bolts or on the
18 18  other side.
19 19  Q  So either adjacent or not adjacent?
20 20  A  There could be on the other side, but typically
21 21  you see -- typically, and I'm not saying that
22 22  that's the case for every single bolt on one of
23 23  these engines.  I would have to consult my
24 24  notes, but typically you'll see one and then the
25

37 (Pages 142 - 145)

Page 146

1 1    next one will go and it'll follow a pattern.
2 2  Q   And is that because if you lose the joining
3 3    force of one bolt, that puts more force on its
4 4    neighbors?
5 5  A   Yes.  The load is shed to the neighboring bolts.
6 6  Q   Yeah.
7 7       Okay.  Referring back to Exhibit 91, which
8 8    is your report.  Let's go to page 15 of the
9 9    report, page 16 of the PDF, Section 8.0.
10 10  A   Okay.
11 11  Q   In the middle of the first paragraph in
12 12    Section 8.0, you say: "Dallas Airmotive
13 13    provided data regarding the breakaway torque
14 14    values measured when these bolts were removed
15 15    from the diffuser assemblies."
16 16       Do you see that?
17 17  A   Yes.
18 18  Q   Do you have information as to how these
19 19    breakaway torque values were measured by Dallas
20 20    Airmotive before the components came to you?
21 21  A   Yes.  As I stated in my report, they measure
22 22    them in a loosening direction.
23 23  Q   Do you regard Dallas Airmotive's breakaway
24 24    torque data as accurate?
25

Page 147

1 1  A   Accurate for loosening direction, yes.
2 2  Q   And you seem to emphasize "for a loosening
3 3    direction."  What do you mean by that?
4 4  A   Well, I expect the numbers to be a little bit
5 5    higher in the tightening direction.
6 6  Q   And why is that?
7 7  A   Because typically when you have a bolt in the
8 8    tightening direction, there's some things that
9 9    come into effect, frictional things that come
10 10    into effect that affect things differently in
11 11    the tightening direction as opposed to the
12 12    loosening direction.
13 13  Q   In your mind does that mean that measuring
14 14    breakaway torque in a tightening direction is
15 15    improper?
16 16  A   No.  I mean, typically measuring breakaway
17 17    torque can be done either way.  You'll see
18 18    literature cite one way or another.  I typically
19 19    do it in the tightened direction, but a
20 20    loosening direction is okay, too, for the
21 21    purposes of what we're doing here.
22 22  Q   And do you regard -- I think if you look at
23 23    page 16 of your report, 17 of the PDF, table 1
24 24    sets forth the breakaway torque data for each of
25

Page 148

1 1    these five bolts in each of these five engines,
2 2    correct?
3 3  A   Correct.
4 4  Q   How many bolts do you have per engine?
5 5  A   For all of them but DAO169, I have all 22.
6 6  Q   Okay.  And how many do you have for 169?
7 7  A   I don't recall -- I think I have them all, but I
8 8    just don't recall off the top of my head.
9 9  Q   Okay.  And in your data file, is there raw data
10 10    indicating what bolt had each breakaway torque
11 11    value?  In other words, if I wanted to know the
12 12    breakaway torque value for each particular
13 13    individual bolt, could I find that in your file?
14 14  A   Yes.
15 15  Q   Okay.  And who did you receive that torque --
16 16    breakaway torque information from?
17 17  A   The breakaway torque information was sent to me
18 18    with the bolts from Dallas Airmotive.
19 19  Q   And by whom specifically at Dallas Airmotive?
20 20  A   I don't recall who sent -- whose name was on the
21 21    envelope.  It was Ian Cheyne or John Fallor, I
22 22    assume.
23 23  Q   And what is your understanding as to why the
24 24    reinstalled bolts have higher breakaway torque
25

Page 149

1 1    values?
2 2  A   Well, I think it's a couple things.  No. 1, the
3 3    bolts have been reused so the threads have, like
4 4    I said -- I think I answered this question
5 5    already, but I'll do it again.  The bolts had
6 6    been used once, okay, so the thread flanks have
7 7    all been contacted by a nut in the past.
8 8    There's oxidation on the bolts now that wasn't
9 9    there the first time.
10 10       And your question was why did the new
11 11    bolts -- I think that was the comparison between
12 12    new bolts and old bolts.  Yes, that's my answer.
13 13  Q   But is it your understanding that the fact that
14 14    the thread flanks had been contacted in the
15 15    past, is it your understanding that that would
16 16    tend to make the torque lower or that it would
17 17    make it higher?
18 18  A   Well, it changes the frictional characteristics
19 19    of the bolt.  So it's -- it could go either way,
20 20    but what we're seeing is it makes it go higher.
21 21  Q   And what's the mechanical explanation for that?
22 22  A   That adhesion and sticking and friction between
23 23    the bolts.  It could be the formation of a fresh
24 24    oxide layer -- a new oxide layer between the
25

38 (Pages 146 - 149)

1   bolt and the nut.  I can't tell you exactly
2   what's going on.  There's too many variables to
3   consider.
4       But that's why people tell you -- that's
5   why most joints that are considered critical,
6   manufacturers tell you to replace the bolts
7   because you avoid problems like this.
8   Q   So if there are other applications within these
9   aircraft or other aircraft where Dallas
10   Airmotive is reusing rather than replacing
11   bolts, is that problematic for you?
12       MR. MARIANI:  Objection to the form.
13   Vague.
14       You can answer.
15       THE DEPONENT:  One moment.
16       The answer to that is it's not problematic
17   to me as long as they're following what's
18   dictated by the manufacturer.
19       Let me turn my lights back on.  I
20   apologize.
21   BY MS. RATHKE:
22   Q   No problem.
23   A   I don't know why I have to get up to make the
24   lights turn back on.
25

1   Q   So you used the phrase, and it went by me so
2   quickly I didn't write it down, but if something
3   is a critical joint or critical --
4   A   If you look at data, and I can tell you from
5   anecdotal experience as well, if you look at
6   literature, you know, engineering literature,
7   you'll see that the recommendation is --
8   engineering recommendations are typically to
9   replace bolts that are used in critical
10   locations upon reassembly.
11   Q   And what is a critical --
12   A   Well, the definition of critical, it depends on
13   what the manufacturer deems critical or not.
14   Apparently, Pratt & Whitney now deems this
15   critical because they're requesting replacement
16   bolts now.
17   Q   And have you had a conversation with anybody at
18   Pratt & Whitney about that?
19   A   No.
20   Q   Okay.  Let's go to page 17 of Exhibit 91, so
21   Figure 15.  Talk a little bit about your testing
22   now.
23       All right.  Figure 15 on page 17 of
24   Exhibit 91 shows your test fixtures; fair?
25

1   A   Yes.
2   Q   What organization calibrates these?
3   A   They were -- calibrated what?  The Mitutoyo
4   micrometer?
5   Q   Yes.
6   A   It was calibrated by Mitutoyo.
7   Q   And how often?
8   A   It's brand-new.
9   Q   As of when?
10   A   As of five days before the testing began.  The
11   certificate of calibration is in my file.  It's
12   the same one Mr. Meyers used.
13   Q   The same what?
14   A   Same micrometer.
15   Q   Okay.  And in your eight test parameters, you
16   test how much torque is needed in what
17   conditions to stretch or break various bolts.
18   Is that a fair characterization of what you're
19   doing?
20   A   What I'm doing is developing a torque
21   displacement curve so I can calculate the
22   friction factor or nut factor that goes into
23   assembly.  I'm also characterizing when cracks
24   develop and where those cracks develop.
25

1   Q   And in doing this, is it your intention as
2   closely as possible within the equipment that
3   you've got to replicate as closely as possible?
4   A   I apologize.
5   Q   No, go ahead and turn on your lights.
6   A   I'll do it in the dark.
7   Q   Okay.  Is it your intention in these micrometer
8   testing -- in these micrometer tests to
9   replicate as closely as possible the operating
10   conditions of the diffuser bolts when they're
11   being used?
12   A   No, I'm not trying to replicate the operating
13   conditions.  I'm just trying to characterize the
14   stretch in the bolts in a substantially similar
15   joint.
16       And I am going to go turn my light on, if
17   you don't mind.
18   Q   I do not.
19       I'm looking for a particular picture.
20       Well, just looking at your Figure 15 in
21   Exhibit 81, does this depict -- do these
22   pictures depict a fair and accurate fashion how
23   your micrometer testing was conducted?
24   A   I don't really understand the question.  It's
25

39 (Pages 150 - 153)

Page 154

1  1    just showing -- the purpose of this photograph
2  2    was just to show the two different fixtures.
3  3    But, yes, it's generally showing how the
4  4    measurements were taken on loaded bolts.
5  5  Q  And how -- these also characterize fairly how
6  6    the bolts were placed in the test equipment?
7  7  A  How the bolt was fixtured in the test slug, yes.
8  8  Q  Yes.  Go to page 22 of Exhibit 91.
9  9  A  Yes.
10 10  Q  You see Figure 20?
11 11  A  Sorry.  20.  Figure 20?  Yes.
12 12  Q  Yeah, Figure 20.
13 13  A  Yes.
14 14  Q  The lower picture in Figure 20, there's a
15 15    picture of a test L used bolt.  Is that one of
16 16    the bolts that you tested with the micrometer?
17 17  A  Yes.
18 18  Q  Okay.  And --
19 19  A  Obviously, I didn't measure it when it was
20 20    broken because it bears no -- there is no valid
21 21    number because it's broken, but that bolt was
22 22    measured with a micrometer before it was tested.
23 23  Q  And the way that the nut is placed on the test L
24 24    used bolt depicted in Figure 20 in Exhibit 91,
25

Page 155

1  1    is this how the nut was placed when you were
2  2    doing your stretch testing?
3  3  A  I don't know what you mean.
4  4  Q  Where the nut is sitting on the -- is where the
5  5    nut is sitting on the bolt, is that where you
6  6    had it when you were doing the test?
7  7  A  Well, that's where the nut was relative to the
8  8    bolt when it broke.  That one was torqued up to
9  9    209 inch-pounds, so it threaded in a lot more.
10 10    But generally speaking, yes.
11 11  Q  And is that placement of the nut on the bolt, is
12 12    that substantially similar to all of the testing
13 13    that you did as described in Section 8.0 of your
14 14    report marked as Exhibit 91?
15 15  A  I'd direct you to my photographs of the testing
16 16    that would show you where the nut was in every
17 17    test.
18 18  Q  Okay.  And is it your belief that those
19 19    photographs are in your report, Exhibit 91, or
20 20    are they in your work file?
21 21  A  They're in my file.
22 22  Q  Okay.  All right.  Now, is it fair to say that
23 23    if the placement of the nut on the bolt is as
24 24    depicted in Figure 20, let's say with five or
25

Page 156

1  1    six threads protruding off the end of it, as a
2  2    functional matter you are testing the amount of
3  3    stretch in the portion of the bolts that is
4  4    between the nut and the bottom of the bolt head?
5  5  A  Yes.  I think -- yes.
6  6  Q  And do any of your tests replicate what torque
7  7    value is needed to produce a failure when a bolt
8  8    is subject to engine heat and vibration as it is
9  9    in operation?
10 10  A  No.
11 11  Q  And your testing shows the overtorque required
12 12    to produce an instantaneous overload of a bolt
13 13    by applying a torque that exceeds the strength
14 14    of the bolt; is that correct?
15 15    MR. MARIANI:  Objection to the form.
16 16    You can answer.
17 17    THE DEPONENT:  I don't agree with the term
18 18    "instantaneous overload."
19 19  BY MS. RATHKE:
20 20  Q  Is there a better term that I should be using?
21 21    I think you see what I'm trying to convey.
22 22    MR. MARIANI:  Objection to the form.
23 23    You can answer if you understand the
24 24    question.
25

Page 157

1  1    THE DEPONENT:  Can you just repeat the
2  2    question?
3  3  BY MS. RATHKE:
4  4  Q  Yes.
5  5    What your testing shows is the amount of
6  6    torque required to produce fractures in a bolt
7  7    by applying a torque value that exceeds the
8  8    strength of the bolt, correct?
9  9  A  That's one of the things my testing shows.  The
10 10    most important thing that my testing shows is
11 11    that by overtorquing a bolt, you will never get
12 12    a crack between the first thread and the nut and
13 13    the bolt.  And that's the most significant
14 14    result of my testing.  The fracture location is
15 15    secondary to the cracking location that my
16 16    testing shows.
17 17    The main purpose of fracturing the bolts
18 18    was just to get an idea of what it actually took
19 19    to fracture the bolts.  Like I say in my report,
20 20    Mr. Meyers' data is grossly skewed because of
21 21    the amount of friction he had under the head of
22 22    the bolt that caused extremely high friction nut
23 23    factors.  So I wanted to find out what the true
24 24    fracture torque would be approximately.
25

40 (Pages 154 - 157)

Page 158

1  1  Q  Why is friction underneath the head of the bolt
2  2     improper?
3  3  A  Because if you read any book on bolted joints,
4  4     it will tell you to avoid exactly the situation
5  5     that exists on Mr. Meyers' bolt.
6  6  Q  Why?
7  7  A  Because it creates excess friction.
8  8  Q  I think we read, though, in Dallas Airmotive's
9  9     operating checklist that in operation you're not
10 10    supposed to put any sort of lubricant underneath
11 11    the head of the bolt.  Do you recall that?
12 12  A  That's unrelated to what I'm speaking of.  But,
13 13    yes, I do.
14 14  Q  In actual operation, there will be friction
15 15    underneath the bolts with whatever surface it is
16 16    that the bolt is contacting, correct?
17 17  A  There won't be that much.
18 18  Q  Why not?
19 19  A  There's no evidence of that same type of
20 20    damage -- it's as simple as this.  His test data
21 21    is invalid because of the amount of friction
22 22    that he generated under there, the torque value
23 23    that he required to fracture.
24 24        If you look up the nut factor that we
25

Page 159

1  1     calculated, it's more than twice what is
2  2     indicated in any reputable piece of literature.
3  3     That tells you there's an issue right there.
4  4  Q  For your testing, did you put a lubricant under
5  5     the head of the bolt?
6  6  A  Not intentionally ever.
7  7  Q  Okay.  But my question is:  Did you put
8  8     lubrication under the head of the bolt?
9  9        MR. MARIANI:  Objection.  Asked and
10 10    answered.
11 11        You can answer.
12 12        THE DEPONENT:  Unintentionally.  Like I
13 13    said, sometimes just in any assembly situation,
14 14    you may get a small amount of lubricant under
15 15    the head of the bolt due to the fact that you're
16 16    putting it through the hole and a little bit may
17 17    scrape off.
18 18        However, if you look at the bottom of my
19 19    bolts, you'll see some evidence of some galling,
20 20    which will suggest there wasn't really any
21 21    lubricant present there.
22 22  BY MS. RATHKE:
23 23  Q  So how did you avoid friction to the bottom of
24 24    the bolt without intentionally applying
25

Page 160

1  1     lubricant?
2  2  A  Well, that's really easy.  I drilled the hole
3  3     the right size.  Mr. Meyers' clearance hole was
4  4     undersized.  I wasn't provided his fixture to
5  5     measure it, but it's clear on his test fixture
6  6     that there is galling in the radius and on the
7  7     shank of the bolt.  So that's telling me that
8  8     the clearance hole in his test fixture was too
9  9     small.
10 10  Q  Do you indicate in your report that his
11 11    clearance hole is too small?
12 12  A  I think I do.
13 13  Q  Why don't you go ahead and let me know -- orient
14 14    me to where you indicate that.
15 15  A  Right there on page 29 of my report, paragraph
16 16    underneath Figure 23:  "Fusion Engineering
17 17    observed a significant amount of smearing and
18 18    galling beneath the head.  Figure 24 shows that
19 19    the smearing extended into the radius between
20 20    the flange and shank of the bolt, suggesting
21 21    that interference was occurring between the
22 22    radius and the bolt hole in the test fixture,
23 23    indicating that a high friction was present."
24 24  Q  Where does it say that the bolt hole was too
25

Page 161

1  1     small?
2  2  A  Well, I'm saying the exact same thing with
3  3     "interference."  It's synonymous.
4  4  Q  Does any of your testing show that a used bolt
5  5     develops cracks at a lower torque value than the
6  6     new bolt?
7  7  A  I think they were all within the same range.  I
8  8     would have to double-check my data, but as I
9  9     recall they were all relatively close to each
10 10    other.
11 11        THE DEPONENT:  Can we take a quick
12 12    five-minute break?  If you got a question, go
13 13    ahead.
14 14        MS. RATHKE:  No.  We can take a break.
15 15        THE DEPONENT:  I just want to see if I can
16 16    fix my light real quick here.
17 17        MS. RATHKE:  Sure.  Let's go off.
18 18        (Off the record.)
19 19  BY MS. RATHKE:
20 20  Q  Is it fair to conclude, based on what you just
21 21    told me, that as far as how much torque it takes
22 22    to actually crack a bolt, your testing shows
23 23    that the performance of new bolts and the
24 24    performance of used bolts is comparable?
25

41 (Pages 158 - 161)

Page 162

1 A   As I said, that's my recollection.  I would have
2     to check my data to confirm that.
3 Q   As far as bolt stretching is concerned, is time
4     a factor at a given torque level for how much
5     bolt stretch that will occur?  In other words,
6     like, having it torqued for a year, is that
7     going to produce a different result in terms of
8     stretch than doing it for a second?
9 A   You're going to get a small amount of relaxation
10    over time.
11 Q  Is that quantified anywhere?
12 A  I think it depends on a lot of factors, but it's
13    going to be a small amount.
14 Q  Page 19 of your report, Exhibit 91.  The last
15    paragraph says -- in the middle it says that you
16    indicate that stretch deformation occurred
17    predominantly to the -- in the shank portion of
18    the bolts.
19        It's not clear to me how you determined
20    that.  So can you tell me how you determined
21    that and the extent to which these figures on
22    the next page are relevant?
23 A  Are you referring to -- okay.  Well, you have to
24    look at the rest of my file.  But what we did
25

Page 163

1     here was we developed -- we got the thread form
2     from the SAE or ANSI standard.  We found the
3     limits of that thread form.  Then scaled the
4     thread form to the bolt itself to calculate how
5     much deformation was occurring in the threads.
6     And then for this particular test what we did
7     was perform optical measurements of the shank
8     and the threaded portion to get the change in
9     length of each portion.  It's in my file.
10 Q  Okay.  So let me just ask a few follow-up
11    questions to make sure that I understand.  So is
12    it fair to say you compared a stretched bolt to
13    the drawings set forth in the SAE standard
14    first?
15 A  Okay.  Well, no.  There's two different things.
16    For the bolts that are discussed -- let me make
17    sure I'm giving you the right information.
18        Okay.  Yeah, so for this one what we did is
19    we took the 19032 thread form, the UNJ form --
20 Q  Which one is that?  What is that?
21 A  The 19032 thread form, which is the thread of
22    this particular bolt.
23 Q  Okay.  Yes.  I understand.
24 A  What we did was we first got the thread form and
25

Page 164

1     we scaled it to high magnification images that
2     we took of the bolt before and after we
3     stretched it significantly, permanently
4     stretched it.  Okay.  And then what we did on
5     top of that -- what we saw was essentially no
6     change in the thread form, which means no stress
7     or strain or -- pardon me, no permanent strain
8     was developing in the thread form, which goes
9     back to why the cracks are occurring only at the
10    shank in the first lead-in thread.  Okay?  That
11    data supports that.
12        Further to that, what we did is we took the
13    entire length of the bolt.  And if you go into
14    my file, you'll see where we made precision
15    measurements of each section of the bolt where
16    they were lined up next to each other and
17    they're comparing the lengths and the change of
18    the head, the change of the shank and the change
19    in length of the threads.
20        So this is all based on a paper that we
21    were -- that your experts supplied where
22    overtorque was being detected by finding strain
23    in the threads.  And this evidence shows there's
24    no major permanent strain being developed in the
25

Page 165

1     threads.
2 Q   You indicated that for the new bolts that you
3     used, you got them from Dallas Airmotive,
4     correct?
5 A   Correct.
6 Q   And are these the same type -- the same bolts
7     that would've been installed in the diffuser
8     assembly?
9 A   Yes.  They are MF969624Ps.
10 Q   Same manufacturer as those -- as the one that
11    makes the ones that are actually installed in
12    the diffuser assemblies?
13 A   I don't know if they're the same manufacturer or
14    not.  I think they said made in France and
15    every -- excuse me.
16        Every MS9696 bolt I've seen a certificate
17    for says made in France, so I suspect they're
18    from the same manufacturer.
19 Q   Let me upload an exhibit from the Bickford book.
20 A   What exhibit number is it?
21 Q   Well, I don't have one yet because I'm
22    screwing around with it.
23        Okay.  Exhibit 94.
24        (Exhibit No. 94 marked.)
25

42 (Pages 162 - 165)

Page 166

1  BY MS. RATHKE:
2  Q  Chapter 15 of the Bickford book is called
3     Fatigue Failure.  Are you familiar with that
4     chapter?
5  A  Yes.
6  Q  All right.  I haven't replicated the whole
7     chapter because it's a lot of pages and I'm
8     working from home, but I've got the first few
9     pages of that chapter.  Are you with me?
10 A  Yeah.  Can you give me one second so I can open
11    it in something that I can view it in?  One
12    moment.
13 Q  Yes.  Of course.
14 A  Okay.  I'm ready when you are.
15 Q  Okay.  Let's see what we -- all right.  Let's
16    just start on the first page of Exhibit 94,
17    Section 15.1, Fatigue Progress.  All right.
18    Sequence of a fatigue failure.
19       "We learned in Chapter 13 that fatigue will
20    be a potential problem only if four essential
21    conditions are present:  Cyclic tensile loads,
22    stress levels above a threshold value called the
23    endurance limit, a susceptible material, and an
24    initial flaw in that material.  If these
25

Page 167

1     conditions are all present, then a natural
2     sequence of events can occur and can lead to a
3     fatigue failure.  These events are called crack
4     initiation, crack growth, crack propagation, and
5     final rupture."
6        Do you agree with that directionally
7     speaking?
8  A  Generally speaking, yes.
9  Q  I mean, I understand.  Bickford -- is it fair to
10    characterize Bickford as an academic resource
11    for threaded fasteners?
12 A  I consider him an academic and practical
13    resource for threaded fasteners.
14 Q  Are there instances, however, when real-world
15    application differs from what Bickford
16    recommends?
17 A  I think Bickford does a good job.  I don't know
18    that I agree with that.  I think Bickford does a
19    very good job of comparing the real world to
20    engineering theory.
21 Q  Okay.  Well, let's move on to the third page of
22    Exhibit 94 under the Section 15.1.3, Appearance
23    of the Brake.  And let me know when you're with
24    me.
25

Page 168

1     MR. MARIANI:  I'm only able to see two
2  pages on Exhibit 94 when I'm opening it in the
3  Veritext.  The third page is blank.  It looks
4  like there's three pages total and the third
5  page is blank.
6     MS. RATHKE:  Mine has all three pages.  How
7  about yours, Mr. Jones?
8     THE DEPONENT:  I have it.
9     MS. RATHKE:  Okay.  Well, Ray, I'm not
10 sure.  Maybe Marissa can email it to you.  But
11 I'm just going to carry on.
12    MR. MARIANI:  Okay.  Hold on a second.  I
13 need to see your exhibits you're using as well,
14 not just you.  So you need to hold on.  I'm
15 going to try to go back out and load it again.
16 It's not showing up.
17    I don't have page 2 anymore but now I have
18 page 3.  So there's some flaw in the Veritext
19 software, whatever.  But I can see page 3 now.
20    MS. RATHKE:  There's a flaw in some part of
21 the process.
22 BY MS. RATHKE:
23 Q  All right.  So 15.1.3 on page 3 of Exhibit 94,
24    are you with me, Mr. Jones?
25

Page 169

1  A  Yes.
2  Q  All right.  The last paragraph of that section
3     says:  "The most common places to find fatigue
4     cracks and failures in bolts are in the regions
5     of highest stress concentration."
6        Do you agree with that as a general
7     statement?
8  A  Yes.
9  Q  And then it says:  "These are where the head
10    joins the shank of the bolt, the thread run-out
11    point, the first thread or two of engagement in
12    the nut, and any place where there is a change
13    in diameter of the body or the shank."
14       Do you see that?
15 A  Yes, ma'am.
16 Q  Do you agree with that part of the Bickford
17    exhibit, 94?
18 A  Yes.
19 Q  And, in fact, the breakages in the field are
20    occurring in the first thread or two of
21    engagement in the nut, correct?
22    MR. MARIANI:  Objection.  Form.
23    THE DEPONENT:  Correct.
24    \\\
25

43 (Pages 166 - 169)

Page 170

1  1  BY MS. RATHKE:
2  2  Q   Okay.  Page --
3  3  A   I would say more carefully they're adjacent to
4  4       the first thread in the nut, but, yes.
5  5  Q   Referring back to Exhibit 91, your report.
6  6  A   What's 91?
7  7  Q   Your report.
8  8  A   Okay.
9  9  Q   Page 22, Section 9.0, discussing the testing
10 10      discussion of testing performance by Fusion
11 11      Engineering.  Let's see.
12 12          The first sentence says: "Examination of
13 13      the data collected indicates that the stretch
14 14      varies in a linear elastic fashion with the
15 15      applied torque until approximately 120 to
16 16      135 inch-pounds of applied torque."
17 17          Does this refer back to the data collected
18 18      in Section 8.0 of your report or does it refer
19 19      to something else?
20 20  A   It refers to Figure 16, which is on page 20 of
21 21      my report, and it refers to the linear portion
22 22      of the graph that occurs between approximately
23 23      20 and 135 inch-pounds of applied load, or
24 24      applied torque.
25

Page 171

1  1  Q   Okay.  And what Figure 16 depicts in graphic
2  2       manner is the results of your testing set forth
3  3       in Section 8.0 in the previous two pages.  Is
4  4       that a fair understanding?
5  5  A   Yes.  I think that's all of the data.
6  6  Q   Okay.  Got it.
7  7          All right.  Let's talk about the nut
8  8       factor.  What do you use it for and what's its
9  9       significance in your analysis?
10 10  A   Well, in my analysis -- like I said, originally,
11 11      what I wanted to do, it just seemed to me -- I
12 12      have a fair bit of experience with bolts, and it
13 13      seemed to me that Mr. Meyers' numbers were
14 14      grossly out of range for what I would expect the
15 15      fracture torque to be for a No. 10 fastener.  I
16 16      mean, he's getting up near 30 inch-pounds.  So
17 17      the first thing I wanted to do was characterize
18 18      what is the actual nut factor, and for some
19 19      complicity the nut factor in our case is really
20 20      characterizing all the frictional
21 21      characteristics of what we're measuring here.
22 22          So what I wanted to know was, is his data
23 23      correct in terms of are we -- is he getting
24 24      representative torque displacement values that
25

Page 172

1  1       are consistent with what you would expect to
2  2       actually see.
3  3          So I started out by trying to calculate --
4  4       I was going to do a calculation, and then I
5  5       looked up some papers on how to do the
6  6       calculation.  I decided that it would take a lot
7  7       of work to do that.
8  8          So in the alternative, I did the
9  9       experimental method way to determine what the
10 10      nut factors were, and there was two reasons why
11 11      I wanted to do it.
12 12          No. 1, I wanted to know if it changed
13 13      between new and old book, old bolts as it
14 14      clearly indicated in the Bickford book.
15 15      Bickford says it in a couple places that you'll
16 16      see changes when you reuse bolts.  So I wanted
17 17      to determine that.
18 18          And I also wanted to get an idea with the
19 19      Never-Seez, is the nut factor close to what
20 20      published values are.  And the data shows that
21 21      it is.
22 22          My nut factor is close to published data.
23 23      Mr. Meyers is off by a factor of 2.
24 24  Q   Have you ever used the nut factor before in any
25

Page 173

1  1       professional application?
2  2  A   Yes.
3  3  Q   When?
4  4  A   I had a bolted joint case with a wheel off years
5  5       ago.
6  6  Q   Any other time?
7  7  A   Only in theoretical calculations where I'm using
8  8       it as the fudge factor, if you will, for a
9  9       calculation.
10 10  Q   Okay.  My question indeed is, other than the one
11 11      time that you describe with the wheel off, have
12 12      you ever used a nut factor before in a practical
13 13      application?
14 14  A   Oh, yeah, all the time.
15 15  Q   I think you just said --
16 16  A   All the time.  No, I thought you meant calculate
17 17      the nut factor.
18 18          If I need to do a bolted joint calculation,
19 19      the first thing I'm going to do is find the nut
20 20      factor.  I mean, even in my own personal life
21 21      when I'm building something, if I want to
22 22      determine the torque I'm going to use on
23 23      something, I may pull out a representative nut
24 24      factor to determine where I want to be.
25

44 (Pages 170 - 173)

Page 174

1  1  Q  All right.  But other than one previous case,
2  2     you've never in practical application calculated
3  3     nut factor before?  This is your second time.
4  4        MR. MARIANI:  Objection of the form.
5  5     Misstates the testimony.
6  6        You can answer.
7  7        THE DEPONENT:  You've asked me two
8  8     different questions.  No. 1, I've used --
9  9     performed many calculations in the past for
10 10    nut -- with using a nut factor.  I have done an
11 11    experimental test to calculate the nut factor at
12 12    least two times as it relates to litigation
13 13    cases.
14 14  BY MS. RATHKE:
15 15  Q  All right.  There's an article in your
16 16     literature file called Bearing Friction Torque
17 17     in Bolted Joints.
18 18        Are you familiar with that?
19 19  A  I think I am.  Could you give me the author,
20 20     please?
21 21  Q  I will do you one better and I will introduce it
22 22     as Exhibit 95.  And you can tell me whether what
23 23     I've introduced is, indeed, literature that came
24 24     from your file.
25

Page 175

1  1        (Exhibit No. 95 marked.)
2  2        THE DEPONENT:  Yes, this came from my file.
3  3  BY MS. RATHKE:
4  4  Q  Okay.  And just for the record, will you agree
5  5     that what's been marked as Exhibit 95 to your
6  6     deposition is an article called Bearing Friction
7  7     Torque in Bolted Joints.  The lead author is
8  8     Sayed, S-A-Y-E-D, Nassar, N-A-S-S-A-R.  And the
9  9     article is dated February 12, 2004.
10 10       Fair enough so far?
11 11  A  Yes.  Nassar, yes.
12 12  Q  Do you regard Exhibit 95 as authoritative in any
13 13     way?
14 14  A  I downloaded this paper -- funny you ask this
15 15     question.  I downloaded this paper because I was
16 16     thinking about doing some calculations to
17 17     incorporate friction into -- before I did some
18 18     testing, and that's why I downloaded this paper.
19 19     I don't recall much in it.  It just convinced me
20 20     that doing an experiment was a better deal than
21 21     doing a calculation.
22 22  Q  Okay.  Turn, if you will, to what's probably the
23 23     third or fourth page of the PDF, but the
24 24     introduction section of the article marked as
25

Page 176

1  1        Exhibit 95, please.
2  2  A  One moment.
3  3  Q  You bet.
4  4  A  The introduction?
5  5  Q  Yes, sir.
6  6  A  Yep.  Okay.
7  7  Q  Okay.  First sentence reads:  "The safety,
8  8     reliability, and the quality of bolted
9  9     assemblies are significantly affected by the
10 10    level by and the stability of the fastener
11 11    tension, which is most commonly achieved by
12 12    either churning of the head or the nut of the
13 13    threaded fastener."
14 14       Do you agree with that statement?
15 15  A  Yes.
16 16  Q  Okay.  And then the article describes the
17 17     difficulty in achieving torquing power without
18 18     losing torquing force to two different types of
19 19     friction.
20 20       Is that fair enough as a general statement?
21 21  A  Yeah.  This paper is just basically about how to
22 22     calculate friction in a joint.
23 23  Q  Yes.  All right.  Why don't you -- the last
24 24     paragraph on the page that we're on with the
25

Page 177

1  1     introduction, that last paragraph says:  "The
2  2     torque tension relationship is often simplified
3  3     by using a tabulated constant known as the nut
4  4     factor."
5  5        That's what you're doing, correct?
6  6  A  Yes.
7  7  Q  Then it says:  "Juvinall" -- that is
8  8     J-U-V-I-N-A-L-L, and that's a name, it's a
9  9     reference to an article -- "provides an
10 10    approximate value of 0.2 for the nut factor but
11 11    cautions against using it for critical joints
12 12    without providing guidance as to establish a
13 13    more reliable yet practical torque tension
14 14    relationship."
15 15       "Bickford provides some mean values of the
16 16    nut factor for various combinations of joint
17 17    materials and surface conditions; however, the
18 18    scatter in the nut factor is too great to render
19 19    it reliable, particularly in critical joints."
20 20       Do you agree with what I read?
21 21  A  Well, yes, I do because he's speaking of book
22 22     values for nut factors, not calculated No. 2s.
23 23  Q  Where does it say that?
24 24  A  Because he says right there, "Bickford provides
25

45 (Pages 174 - 177)

Page 178

1 1    some mean values of the nut factor for various
2 2    combinations of joint materials and surface
3 3    conditions; however, the scatter in the nut
4 4    factor is too great to render reliable,
5 5    particularly in critical joints."
6 6       In other words, if you would go to refer
7 7    into Bickford, Bickford would say the best way
8 8    to get a nut factor to apply to a joint would be
9 9    to actually do the experiment that I did.
10 10   Q   And the diffuser bolt constitutes a critical
11 11   joint, correct?
12 12   A   That's an answer for Pratt & Whitney.
13 13   Q   Let's refer back to Exhibit 91, which is your
14 14   report.  Page 27.
15 15      Near the end of that page there's a
16 16   sentence that says:  "Literature also shows that
17 17   simply reusing bolts that have been installed
18 18   can cause the nut factor to increase or
19 19   decrease, which will thereby alter the effective
20 20   preload.  To mitigate the risk of joint failure
21 21   due to the changes in preload, manufacturers
22 22   typically recommend replacing bolts when they
23 23   are removed on critical joints."
24 24      Do you see that?
25

Page 179

1 1   A   Yes.
2 2   Q   It is your understanding that the diffuser bolt
3 3   constitutes a critical joint, correct?
4 4       MR. MARIANI:  Objection.  That was just
5 5   asked two questions ago.
6 6       You can answer it again.
7 7       MS. RATHKE:  Thank you.
8 8       THE DEPONENT:  Like I said, I think that's
9 9   something for Pratt & Whitney.  It's not for me
10 10  to decide.  It's their engine design.  And I
11 11  would say as of now they consider it a critical
12 12  joint because they're recommending that the
13 13  bolts be replaced upon service.
14 14  BY MS. RATHKE:
15 15  Q   Okay.  We're in agreement.
16 16      The sentence that I read, the two sentences
17 17  that I read, the first one that says "Literature
18 18  also shows that simply reusing bolts that have
19 19  been installed can cause the nut factor to
20 20  increase or decrease which will thereby alter
21 21  the effective preload," and then you cite
22 22  generally to Bickford, an introduction to the
23 23  design and behavior of bolted joints, but you
24 24  don't have a pin cite.
25

Page 180

1 1      How certain are you that this proposition
2 2   is supported by that Bickford source?
3 3   A   Would you like me to show you the page?
4 4   Q   Sure.  If we can do it, like, reasonably
5 5   quickly.
6 6   A   I'm using the 3rd Edition of Bickford.  I think
7 7   you have the 2nd.  On page 229 of the 3rd
8 8   Edition, it's covered in detail.  Actually, it
9 9   starts on page 228.
10 10     "Many investigators have found, in fact,
11 11  that nut factors determined on a sample" -- no,
12 12  that's not right.  Yeah.
13 13  Q   Mr. Jones, you got to kind of slow it down for
14 14  the court reporter to have any chance of
15 15  following you here.
16 16  A   Okay.  Yes.  So on page 229, it says:  "A diesel
17 17  manufacturer reported privately that the torque
18 18  required to achieve a desired preload in engine
19 19  head bolts increased by 50 percent with four
20 20  reassembly operation using the same parts."
21 21     In other words, to get the preload the
22 22  torque had to go up by 50 percent.
23 23     The nut factor in this case increased by
24 24  50 percent with the reuse of the fasteners.
25

Page 181

1 1      Another example is an aerospace manufacturer
2 2   using a seven-eighths of an inch diameter bolt
3 3   that was tightened and loosened and then
4 4   retightened back to the preload.  I'm
5 5   paraphrasing here.  In that particular case, the
6 6   torque decreased by about 50 percent to get the
7 7   same preload.
8 8   Q   And is your testimony that this is the portion
9 9   of the Bickford treatise, the 3rd Edition that
10 10  supports the contention in Exhibit 91 that ends
11 11  with footnote 15?
12 12  A   Yes.  I know it's in another place, but that's
13 13  the one I could find readily.
14 14  Q   Okay.  Is it in another place in the Bickford
15 15  book or is it another source?
16 16  A   Well, I think I've given you more than enough to
17 17  support what I stated right there, right there.
18 18  Q   Well, I just want to make sure I have the
19 19  complete accounting of --
20 20  A   It's in Shigley as well.
21 21  Q   And you're referring, of course, to Shigley,
22 22  S-H-I-G-L-E-Y, and Mischke, M-I-S-C-H-K-E, their
23 23  6th Edition, Mechanical Engineering Design,
24 24  naturally?
25

46 (Pages 178 - 181)

Page 182

1   A  Yeah, a machine design book.
2   Q  Okay.  You also don't have a pin cite for that.
3       So directionally which chapter would that
4       be in, in the Shigley --
5   A  Here.  I'll get you that reference as well.  One
6       moment.
7       Okay.  On page 473 of Shigley:  "The
8       prudent designer protects against these
9       circumstances because the reassembled joint is
10      different, in italics, only to the permanent set
11      and the fasteners for which torque tension
12      relationship is now unknown.  Furthermore, for
13      the same torque, the initial tension will be
14      less than the designer had specified."
15      He's citing a specific example here.  But
16      he's saying the exact same thing that I just
17      pointed out in my report.  That's page 473.
18  Q  Okay.  Have you now shared with me all of the
19      sources that you believe support your statement
20      ending with footnote 15 in your Exhibit 91?
21  A  Oh, I'm sure there's others but those are the
22      two that I used as a cite.  It's pretty well
23      known.
24      It's also in The Handbook of Bolted Joints.
25

Page 183

1       It's probably the same verbiage.
2   Q  The other Bickford?
3   A  Yes.
4   Q  Of the handbook Bickford?
5   A  Yes.
6   Q  All right.  Within your Exhibit 91, you have
7       some commentary and discussion on the bolt
8       removal testing done by Mr. Meyers at EMS in
9       Clarksburg, West Virginia, in December, correct?
10  A  Yes.
11  Q  All right.  Are you aware that the protocol for
12      that bolt removal testing was approved by all of
13      the parties to this action before it was done?
14  A  No.
15  Q  So I take it you did not have an opportunity to
16      review the protocol of that testing before it
17      was done.
18  A  I looked through my file last night.  I don't
19      have a protocol.
20  Q  And I take it that you were not at the
21      December 2019 West Virginia inspection, correct?
22  A  No, I was not.
23  Q  Were you invited?
24  A  I didn't attend.  I wasn't asked to attend.
25

Page 184

1   Q  Okay.  And the reason that you didn't attend is
2       because you weren't asked to; is that correct?
3   A  Correct.
4   Q  Do you have knowledge as to how much tensile
5       force a diffuser bolt on a PW530A engine is
6       subject to during operation?
7   A  In addition to the preload?
8   Q  Yes.
9   A  No.  I suspect that most loads that are -- it's
10      subjected to are probably more on the range of
11      prying and bending loads than pure tension
12      loads.
13  Q  And what's your suspicion based on?
14  A  The shape of the joint, the eccentricity of the
15      joint.
16  Q  And what do you mean by that exactly?
17  A  Essentially it's a flange joint, and because
18      it's a flange joint, the way it's going to be
19      loaded, it's going to create prying on the
20      joint.  And that is a condition that you have to
21      be aware of in a bolted joint design.
22  Q  I am turning back to Clarksburg.  How would you
23      have measured the torque of the diffuser bolts
24      that were still installed on the subject
25

Page 185

1       engines?
2   A  Honestly, I would have verified that they were
3       all torqued over 30 inch-pounds.  And I would
4       have walked away if I wanted to know the actual
5       removal torques, I would have had a wrench large
6       enough to actually get the removal torque.
7   Q  And is that your only criticism of Mr. Meyers'
8       breakaway torque measurements?
9   A  I think I summarized my criticism of his
10      measurements in my report thoroughly.
11  Q  But what would you have done?
12  A  Well, that's a loaded question because I don't
13      see any evidence of overtorquing on any of this
14      stuff here.  I wouldn't -- if I was concerned, I
15      would have been concerned about undertorquing.
16      And as soon as I found out that the breakaway
17      torques were all exceeding the specified number,
18      I would have been happy and walked away.
19  Q  Okay.  But let's just say for whatever reason,
20      you feel duty-bound to measure the breakaway
21      torques of the still-installed diffuser bolts
22      and nuts.
23      How would you have gone about doing that?
24  A  Well, I would have done it with a torque wrench
25

47 (Pages 182 - 185)

Page 186

1  that could register the value of the actual
2  breakaway torque.
3  Q  What else would you have done different from
4     what Mr. Meyers did?
5  A  Well, I would never -- I would never have done
6     the other test that he did, the reinstallation
7     test and the measurement test.  As I've covered,
8     those tests are completely invalid.
9  Q  Okay.  But with regard to the breakaway torque
10    measurement, what else would you have done
11    different from what Mr. Meyers did, other than
12    having a bigger wrench?
13 A  I would have recorded the numbers.
14 Q  Okay.  Anything else?
15 A  I already told you, I consider the whole concept
16    of the test invalid.  So I told you what I would
17    have done if I were to do testing.  I don't know
18    what else to say.
19 Q  Well, I know you consider the test to be
20    invalid, but if you wanted -- if you thought
21    breakaway torque was of concern, if you thought
22    torque values were of concern, how would you
23    measure breakaway torque, or how would you try
24    to measure the torque of still-installed bolts,
25

Page 187

1  or would you not try to do it because it's
2  not --
3  A  It's like I said, you can't do it.  It's stated
4     in the literature.  You know, breakaway torque
5     is good to determine if a bolt's torqued enough.
6     You're never going to get an answer if it's
7     overtorqued by doing what Mr. Meyers did.  And
8     it's reflected in the literature everywhere.
9     And anecdotally I can tell you that as well.
10 Q  Okay.  And you quote the Bickford book for that
11    proposition, that you can never return to a
12    previously tightened bolt and measure the
13    residual preload accurately with torque return
14    tools, right?  That's kind of what you're
15    getting at?
16 A  Well, I would say you can if you do it right
17    away, but after it's been in service for a
18    while, no.
19 Q  And what do you mean by "a while"?
20 A  Pardon me?
21 Q  What do you mean by "a while"?  Where is the
22    dividing line between when it works and when it
23    doesn't work?
24 A  I don't know if I could give you an exact time,
25

Page 188

1  but I would say after it's been operating in an
2  engine for a period of time, it's no longer
3  valid.
4  Q  Like a week?
5  A  If it's been in the engine a week, yes.  If the
6     engine has been running.
7  Q  Okay.  Yes, valid, or yes, invalid?
8  A  Well, I haven't done the testing to confirm
9     where the validity begins and ends, but I can
10    tell you that as soon as the engine is exposed
11    to temperature and it's been run and it's been
12    subjected to the operational stresses, at that
13    point all bets are off.
14 Q  Okay.  You understand that Pratt & Whitney is
15    the designer of these bolts, correct?
16 A  No, I don't understand that they designed these
17    bolts.
18 Q  Okay.  As between the parties involved in this
19    litigation, or the entities involved in this
20    litigation, Pratt & Whitney is in the best
21    position to understand the physical properties
22    of these bolts, correct?
23       MR. MARIANI:  Objection as to the form of
24    your question.  Lack of foundation.  Improperly
25

Page 189

1  characterizes the parties in the case.
2       You can answer.
3       THE DEPONENT:  I don't think that Pratt &
4  Whitney is in any better position than Fusion
5  Engineering or ESI to characterize the
6  properties of these bolts.
7  BY MS. RATHKE:
8  Q  Well, when I asked you if these bolts and nuts
9     constitute critical joints, you indicated to me
10    that that's a question for Pratt & Whitney,
11    correct?
12 A  About the joint, yes.  It's the joint.  You were
13    asking me about the bolts previously.  Now
14    you're asking me about the joint.
15 Q  Okay.  Your belief is that Pratt & Whitney is
16    not in the best position to characterize the
17    bolts but it is in the best position to
18    characterize the joints; fair enough?
19       MR. MARIANI:  Objection of the form.
20    Vague.
21       You can answer.
22       THE DEPONENT:  I didn't say -- that's not
23  what I said.  I said that the material -- the
24  properties of the bolts could be determined by
25

48 (Pages 186 - 189)

Page 190

1  Fusion Engineering, ESI, or Pratt & Whitney.  I
2  also said that Pratt & Whitney did not design
3  the bolt.  The bolt is a standardized design by
4  a standard.
5  BY MS. RATHKE:
6  Q  Is Pratt & Whitney the best party -- the party
7    in the best position to characterize the
8    properties of the joints?
9  A  I would hope they have the most data, yes.
10  Q  And you do not believe that Pratt & Whitney is
11    the designer of these joints or of the bolts?
12      MR. MARIANI:  Objection.  Compound.
13      You can answer if you know what the
14    question is.
15      THE DEPONENT:  I believe that Pratt &
16    Whitney specified these bolts.
17  BY MS. RATHKE:
18  Q  Who do you think manufactures them?
19  A  I think they might have been manufactured by
20    Textron.
21  Q  What's that based on?
22  A  The card that I saw that came with the bolts.
23    Like I said, it said they were made in France,
24    and I think it had Textron on it.
25

Page 191

1      And I think when you do a search for the
2    part number for the bolt, it comes up as Textron
3    a lot.
4  Q  Let me upload an exhibit here.
5      (Break.)
6      (Exhibit No. 96 marked.)
7  BY MS. RATHKE:
8  Q  I've marked on the screen, if you look, I've
9    marked Exhibit 96 to your deposition, which I'll
10    say for the record is a Pratt & Whitney
11    Materials Investigation Laboratory Report,
12    ME174647 -- sorry, 64FS.
13      MR. MARIANI:  Give me a second to open it
14    up, please, before you continue.
15  BY MS. RATHKE:
16  Q  Mr. Jones, let me ask if you've seen Exhibit 96
17    before.
18  A  One moment.  Let me just get this up.  I
19    apologize.  I was trying to get it to download
20    and it was just hanging up on me here.
21      Okay.  So this is the Pratt materials
22    laboratory report?
23  Q  Yes.
24  A  Do you have a problem if I work off my own copy?
25

Page 192

1  Q  I do not.
2      MR. MARIANI:  Give me one second.  I've
3    opened it three times, and it keeps opening but
4    not the whole document.  So assuming you're
5    going to be going through various pages, I can't
6    see it all.  So the same problem we're having
7    before.
8      Rich, do you know any solution on this, why
9    some exhibits we're only getting to see some of
10    the pages when we open them?
11      THE DEPONENT:  I can't find my copy, so
12    I'll work with yours.  Okay.
13  BY MS. RATHKE:
14  Q  Have you seen Exhibit 96 before?
15  A  Yes.
16  Q  And Exhibit 96 is a Pratt & Whitney
17    investigation as to another MS9696-24 diffuser
18    bolt failure; yes?
19  A  Yes, from DAO517.
20  Q  Yes.
21      All right.  If you turn to the fourth page
22    of the PDF, you should be on a page that
23    two-thirds of the way down the page there should
24    be a header called Discussion.  Let me know when
25

Page 193

1    you're there.
2  A  Yes.
3  Q  All right.  The last paragraph on that page
4    says:  "The analyses performed by the chemical
5    technology and tests suggests that an anti-seize
6    compound has been applied on the threads;
7    therefore, the expected clamping force should
8    have been obtained if the torque was properly
9    applied.  The latter can generally be assessed
10    by measuring the breakaway torque upon their
11    removal if the assembly has not undergone some
12    distress where cracking fracture."
13      Do you see that?
14  A  Yes.
15  Q  Fair to say that Pratt & Whitney uses -- the
16    manufacturer of this bolt or the designer of
17    this joint uses breakaway torque to characterize
18    the torque value of the joint?
19      MR. MARIANI:  Objection.  Calls for
20    speculation.
21      You can answer.
22      THE DEPONENT:  I'm sorry, Ray.
23      MR. MARIANI:  Yep.  I said objection.
24    Calls for speculation.
25

49 (Pages 190 - 193)

Page 194

1  1        You can answer.
2  2        THE DEPONENT:  Okay.  So what they're
3  3    talking about here is, if you read this in the
4  4    correct context, which I don't think you are,
5  5    they're talking about the use of anti-seize to
6  6    verify that anti-seize was put on the thread so
7  7    they get the correct preload when they install
8  8    it.  What he's concerned about is it being
9  9    undertorqued or not having enough preload, and I
10 10    agree with his statement that you can measure
11 11    breakaway torque to determine if you had enough.
12 12    It's just hard to tell -- it doesn't give you
13 13    good information if it was overtorqued,
14 14    unfortunately.
15 15  BY MS. RATHKE:
16 16  Q   The purpose of breakaway torque is to just
17 17    simply measure the amount of torque, is it not?
18 18  A   Yes, the required torque to get it to move.
19 19  Q   Yes.  Which is something that Pratt & Whitney
20 20    has done in this Exhibit 96, correct?
21 21  A   No, they haven't done.  They suggested it.
22 22  Q   All right.  They suggested it.
23 23        And it's the same bolted joint at issue as
24 24    the one at issue in our case.
25

Page 195

1  1  A   Yes.
2  2  Q   All right.  Let's -- you know, I'm going to
3  3    introduce an exhibit that we found that came
4  4    from your files.  Let's see here.
5  5        I'm terrible at this.
6  6        All right.  Here we go.  I'm marking
7  7    Exhibit 97, which is a paper that came from your
8  8    working files.  It should now be uploaded.  Let
9  9    me know if you recognize it.
10 10        (Exhibit No. 97 marked.)
11 11        THE DEPONENT:  Yes.
12 12  BY MS. RATHKE:
13 13  Q   Okay.  And Exhibit 96 -- sorry, 97, which came
14 14    from your files, is a certificate of conformity
15 15    relating to the MS9696-24 bolt, correct?
16 16  A   Correct.
17 17  Q   And it is in French but it is from Canada,
18 18    correct?
19 19  A   Yep.
20 20  Q   And Exhibit 97 indicates in the box on the far
21 21    right-hand side, if the thing was oriented
22 22    correctly, indicates that the manufacturer of
23 23    this bolt is Pratt & Whitney.  Do you see that?
24 24  A   On the right-hand side?
25

Page 196

1  1  Q   Where it says manufacturer, yes.  Box 12.
2  2  A   Status work, manufactured.
3  3  Q   Yes.
4  4  A   That means it's a manufactured part.
5  5  Q   Are you familiar with these certificates of
6  6    conformity?
7  7  A   I've seen them before.
8  8  Q   All right.  Do you understand that box 12 means
9  9    that the entity indicated in box 4 is the
10 10    manufacturer, correct?
11 11        MR. MARIANI:  I want to ask you to hold one
12 12    second.  I can't see the document in the
13 13    Veritext platform because it's sideways.  And if
14 14    I try to blow it up, it becomes distorted.  So I
15 15    can't see it there.  So I've got to open it in
16 16    the production that was (connection
17 17    interruption), so hold on, please.
18 18        Are you referring to the first or second
19 19    page of the exhibit, Sarah?
20 20        MS. RATHKE:  Page 1.
21 21        MR. MARIANI:  Okay.  It's still -- when you
22 22    blow it up, it's -- maybe yours is clear.  Mine
23 23    is completely blurry when I blow it up to try to
24 24    see what it says in these boxes.
25

Page 197

1  1        MS. RATHKE:  Ray, we all deal with
2  2    challenges.  We're doing the best we can.
3  3        MR. MARIANI:  Aaron, are you able to read
4  4    this document by pulling it up?
5  5        MS. RATHKE:  Me?  Yes.
6  6        THE DEPONENT:  Yes.
7  7        MR. MARIANI:  All right.  Go ahead.
8  8  BY MS. RATHKE:
9  9  Q   All right.  You understand that the box 12 of
10 10    these forms indicates that the entity indicated
11 11    in box 4 is the manufacturer, correct?
12 12        MR. MARIANI:  Objection.  Calls for
13 13    speculation.
14 14        THE DEPONENT:  You said before box 12.
15 15  BY MS. RATHKE:
16 16  Q   Yeah.  Box 12 is --
17 17  A   You were talking box 4 or box 12?
18 18  Q   Box 12 indicates that the entity in box 4 is the
19 19    manufacturer.
20 20        MR. MARIANI:  Calls for speculation.
21 21        THE DEPONENT:  I don't know for sure
22 22    because I look at the bolts and it says -- or
23 23    the nuts and it says new, in box 11 and 12
24 24    notes --
25

50 (Pages 194 - 197)

Page 198

1  BY MS. RATHKE:
2  Q  So Exhibit 97 -- page 1 relates to bolts, not
3     nuts.  You see that, correct?
4  A  Correct.  I'm going to answer your question by
5     saying I don't know.
6  Q  Okay.  So you just don't know who the
7     manufacturer is of these bolts?
8  A  I just know that when I ordered -- and I'm
9     working on memory here.  No, I don't know for
10    sure.  For some reason I thought it was Textron
11    Aviation manufactured them, but I could be
12    completely wrong.
13 Q  Okay.  And is what's been marked as Exhibit 97,
14    is this the French language document that you
15    were thinking of that you referred to earlier?
16 A  I think so, but I thought there was another one.
17    It might be with our evidence artifacts, but I
18    don't recall.
19 Q  Okay.
20 A  It might have been on the receipt or something
21    that came on the nuts.  I don't recall, but I
22    don't profess to know everything about that -- I
23    think that's like an airworthiness or approved
24    part.  I don't profess to know that type of
25

Page 199

1     stuff.
2  Q  Okay.
3  A  That would be for Mr. Cheyne.
4  Q  All right.  You said that you reviewed a
5     quantity -- or somebody from your office
6     reviewed a quantity of NTSB investigation
7     reports in connection with this matter that
8     Mr. Meyers described in his expert report; is
9     that a fair characterization?
10 A  Yes.
11 Q  All right.  Let me mark another exhibit.  In a
12    moment Exhibit 98 should be evident to you on
13    your screen.
14    MS. RATHKE:  Ray, I suspect you're going to
15    have to refresh.  We'll wait for you to do so.
16    THE DEPONENT:  Ray, I do believe you're
17    jinxing me.
18    MR. MARIANI:  Same issues.  It comes up,
19    but so far it's all blank pages.
20    MS. SUSZYNSKI:  I actually get blank pages
21    on this one too.
22    THE DEPONENT:  I get seven blank pages.
23    MS. RATHKE:  All right.  Marissa, can you
24    reload this one?
25

Page 200

1     MS. BLACK:  It's already done, Sarah.  It's
2  reloaded.
3     THE DEPONENT:  All I'm getting is an
4  exhibit number.
5     MS. RATHKE:  Yep.  Hold on a second.
6     Let me try this again.  It's going to give
7  it a new number because I don't have any choice,
8  so bear with me.  What's coming up should be
9  Exhibit 99.
10    (Exhibit No. 99 marked.)
11    MS. RATHKE:  And with any luck it will be
12  visible.
13    MR. MARIANI:  Aaron, are you able to open
14  it?
15    THE DEPONENT:  Yes.
16 BY MS. RATHKE:
17 Q  Okay.  Is Exhibit 99 an NTSB aviation incident
18    final report that you examined because it was in
19    Mr. Meyers' expert file?
20 A  I will verify it.  I assume you got this out of
21    my file, but I'll verify it.
22    Yes, I have it in my file.
23 Q  All right.  Starting out on the first page under
24    Analysis, Exhibit 99 states:  "The pilot
25

Page 201

1     executed a forced landing when the airplane
2     experienced a total loss of engine power during
3     cruise flight.  Examination of the engine
4     crankshaft and attached rod components revealed
5     that both nuts on the No. 3 connecting rod were
6     backed off from their original installed
7     position.  One nut on the No. 4 connecting rod
8     had also backed off but had not failed."
9     Do you see that?
10 A  What page are you on?
11 Q  No. 1, first few sentences.
12 A  Yeah.  One moment.  Let me open it in my system
13    viewer.  This thing is terrible.  I apologize.
14    Okay.  Yeah, I have it now.  First
15    paragraph.
16 Q  Yeah.  I read the first three sentences.
17 A  Okay.
18 Q  Okay.  Flip to page 4 of the PDF.  Fourth
19    paragraph down, starts with the words "The
20    position."  And let me know when you're with me.
21    Okay.  You're with me.  I'm going to read
22    that into the record.
23    "The position of each nut was marked
24    relative to the rod and two sets of torque
25

51 (Pages 198 - 201)

Page 202

1  measurements were recorded for rods 1, 2, 5, and
2  6, using a 300 inch-pound maximum peak recording
3  torque wrench.  Breakaway torque was measured
4  during initial disassembly.
5       "After the breakaway torque was measured,
6  the torque required to return the nut to its
7  original position was also measured.  In all
8  instances the breakaway torque exceeded the
9  300 inch-pounds, 25 foot-pounds rated capacity
10  of the wrench.  Most of the return -- sorry --
11  most of the return-to-position torque values
12  also exceeded 300 inch-pounds."
13       Do you see that?
14  A  Yes.
15  Q  So is it fair to say that at least in this
16  investigation, the NTSB uses breakaway torque to
17  try to determine what the torque values were in
18  operation?
19  A  Well, this is a different component, yes.  And
20  as I said before, I've said numerous times, I
21  don't have a problem with it looking for a
22  condition of undertorque.  It's just anything
23  that's been in service, you're not going to be
24  able to determine if it's been overtorqued.
25

Page 203

1  Q  In Exhibit 99 --
2  A  It also lists here that the torque for the rod
3  bolts is 40 foot-pounds, so I'm not surprised
4  they're not getting anywhere with a
5  300 inch-pound wrench.  So in this particular
6  case they're talking about an undertorqued bolt.
7  Q  Exhibit 99 simply measures the torque value,
8  without reference to overtorque or undertorque,
9  correct?
10  A  Well, it can't be measuring the actual torque
11  value if the spec is 480 inch-pounds and they're
12  measuring it with a 300 inch-pound wrench.  To
13  me, it doesn't mean anything.
14  Q  Well, it means that they're measuring breakaway
15  torque, correct?
16       MR. MARIANI:  Objection.  Asked and
17  answered.
18       THE DEPONENT:  They are trying to measure a
19  breakaway torque that's listed higher than a
20  torque wrench they're using.
21       MR. MARIANI:  Asked and answered.
22       THE DEPONENT:  The listed torque spec is
23  480 inch-pounds, and they're attempting to
24  measure the torque using a 300 inch-pound torque
25

Page 204

1  wrench.
2  BY MS. RATHKE:
3  Q  So the answer to the question, they're
4  attempting to measure breakaway torque is
5  correct?
6  A  Obviously they're looking for an undertorque
7  situation, so it's a different situation, as
8  I've said before.
9  Q  Can you show me where the word "undertorque"
10  appears in Exhibit 99?
11  A  The only logical conclusion that I can take from
12  this is they're looking at undertorque, because
13  if they were looking for overtorque or anything
14  else, they would use a torque wrench that was
15  appropriate for the specified torque on the
16  bolt.
17  Q  So your testimony is that breakaway torque is a
18  valid way of measuring an undertorque situation?
19  A  Breakaway torque can be valid for looking for a
20  condition of undertorque.  I mean, we see this
21  all the time.  We do it all the time.
22       A good example -- a good and simple example
23  would be a wheel separation from a car.  In that
24  particular instance, you're looking for evidence
25

Page 205

1  of undertorque all the time because it's not
2  uncommon for an installer to do it, undertorque
3  them.  And what you'll do is go and measure the
4  torque, the breakaway torque.
5       If the breakaway torque -- let's say the
6  specification was 100 foot-pounds, as an
7  example.  We're just going to pull a number.
8  And if we find the breakaway torque -- you know,
9  tightening breakaway torque is in the 90 to 150
10  range, we're going to say it's okay.
11       But I've had -- as a simple example, I've
12  had wheels that I know were torqued to
13  100 foot-pounds that have taken over 200 to
14  break loose.  It's the nature of a bolted joint.
15  Q  What a breakaway torque measurement produces is
16  an integer torque value, correct?
17       MR. MARIANI:  Object to the form.
18  Incomplete hypothetical.
19       You can answer.
20       THE DEPONENT:  Depending on the wrench.
21  BY MS. RATHKE:
22  Q  No matter what torque wrench you use, a
23  breakaway torch measurement produces an integer
24  that is a torque value, correct?
25

52 (Pages 202 - 205)

Page 206

1   1        MR. MARIANI:  Same objection.
2   2        THE DEPONENT:  Same answer.
3   3   BY MS. RATHKE:
4   4   Q   What torque wrench does not produce an integer
5   5       torque value?
6   6   A   A digital one that reads in fractions of a
7   7       foot -- inch-pound or foot-pound.
8   8   Q   I see.
9   9        So a breakaway torque measurement produces
10  10      a net value, correct?
11  11   A   It produces a --
12  12        MR. MARIANI:  Objection.  Incomplete
13  13   hypothetical.
14  14        You can answer.
15  15   BY MS. RATHKE:
16  16   Q   Please answer.
17  17   A   I said it produces a measured value.
18  18   Q   I've marked Exhibit 100 to your deposition,
19  19      which is a NASA document entitled Standard
20  20      Threaded Fasteners, Torque Limits For.
21  21        Let me know when you've gotten it up.
22  22        (Exhibit No. 100 marked.)
23  23        THE DEPONENT:  Is it a 486 document?
24  24   \\\
25

Page 207

1   1   BY MS. RATHKE:
2   2   Q   I don't know what you mean but a -- yes.  Yes,
3   3       it is.
4   4   A   I'm going to use my own copy.  But, yes.
5   5   Q   Is "verification torque" another word for
6   6       breakaway torque?
7   7   A   One moment.  Let me bring it up.
8   8        You're referring to page 11 of that
9   9       document, I'm assuming, on page 4 of the
10  10      document, page 11 of the PDF?
11  11   Q   Yeah.  Is "verification torque" another word for
12  12      breakaway torque?
13  13   A   I'm reading this as -- I guess so.  I've seen
14  14      this term used in here before, and I think it's
15  15      kind of a vague term because it's not a typical
16  16      industry term.  But I suspect that's what
17  17      they're saying here.
18  18   Q   And fair to say --
19  19   A   On page 3 where they give that a definition as
20  20      well.
21  21   Q   Fair to say that NASA defines, at least in
22  22      Exhibit 100, defines verification torque as:
23  23      "The torque required to initially move the
24  24      wrenched fastener from the assembled condition.

Page 208

1   1        Verification torque is always measured in the
2   2       tightening direction, and it usually exceeds the
3   3       maximum limit of the desired installation
4   4       torque.
5   5        "It is normally used to, No. 1, break loose
6   6       the net seizure effects before encountering the
7   7       corrosive effects when the fastener assembly is
8   8       disassembled; No. 2, initially deform the
9   9       captive internal thread element on blind
10  10      fasteners with threaded cores; or No. 3, to
11  11      determine the magnitude of the installation
12  12      torque after a given span of time after cyclic,
13  13      thermal, or vibration loading, et cetera."
14  14        Correct?
15  15   A   Yes.  Yes, I agree with that.  I read that.
16  16   Q   All right.
17  17   A   Just noting on that document that you note that
18  18      that value is higher.  Exceeds the maximum limit
19  19      of the desired installation torque.  So that
20  20      goes back to what I was talking about, related
21  21      to trying to make sure things are not
22  22      undertorqued.
23  23   Q   Have you ever seen the Pratt & Whitney drawings
24  24      for the diffuser bolt at issue in this case?
25

Page 209

1   1   A   I've seen the mill spec and the SAE drawings for
2   2       them.  They're in my report.
3   3   Q   What is your basis to believe that the mill spec
4   4       and the SAE spec are the binding specification
5   5       in this instance, rather than proprietary Pratt
6   6       & Whitney specification for use in aviation
7   7       settings?
8   8        MR. MARIANI:  Objection to the form.
9   9        You can answer.
10  10        THE DEPONENT:  Because they're using a mill
11  11      spec number and nomenclature system.
12  12   BY MS. RATHKE:
13  13   Q   Any other basis for your belief?
14  14   A   No.  That's what I need.
15  15   Q   And have you seen any document showing Pratt &
16  16      Whitney's own tolerance for these bolts?
17  17   A   No.  It's a commodity bolt, though.  I mean, you
18  18      can buy it from any number of people.  So I'm
19  19      sure it's the same.  That's the SAE standard for
20  20      the part number.
21  21   Q   How do you know that?
22  22   A   Because it says correctly on it, and it
23  23      designates it right on the conformance
24  24      certificate.
25

53 (Pages 206 - 209)

Page 210

1 Q  Well, what is the significance of that?

2 A  That means it conforms with SAE -- or pardon me, AS9696, which is an SAE standard.  Or they're representing it to conform with that.

5 Q  Sure.  But what is your evidence that Pratt & Whitney doesn't have a proprietary standard where the tolerances are tighter?

8    MR. MARIANI:  Objection.  Lack of foundation.

10    You can answer.

11    THE DEPONENT:  Well, the bolts that I've measured from service suggests that they're following the tolerance guidelines that are outlined in the standard.

15 BY MS. RATHKE:

16 Q  Yes.  They're within those guidelines, yes.

17    But what's your understanding that Pratt & Whitney doesn't have independent tolerances for these bolts that are used in the aviation application?

21 A  They're only aviation application bolts.

22 Q  They're military application bolts.

23 A  Aerospace application.  AS, aerospace.  That's the standard.

Page 211

1 Q  After removing engine 687 Bolt 15, Mr. Meyers marked where the bolt had been when it was fully torqued and reinserted it into the diffuser and torqued it to 30 inch-pounds and 74 inch-pounds, and noted that it still had not reached the original installation mark.

7    Your report in Exhibit 91 indicates that this test is not valid because the bolt had old Never-Seez on it and because Mr. Meyers had used turbine oil as a lubricant and because you believe he did not clean it, correct?

12 A  Correct.

13 Q  Page 36 of your report, Exhibit 91, first paragraph, second sentence indicates:  "After removal, the bolt was not cleaned, coated with an unknown grade of turbine oil, and reinstalled to 30 inch-pounds of applied torque."

18    Where did you get the information that the bolt was not cleaned?

20 A  It wasn't registered in his report, and I believe I examined the bolt afterwards at Fusion Engineering.

23 Q  Okay.  If your presumption is incorrect and he had, in fact, cleaned the bolt, would that

Page 212

1    change any of your conclusions?

2 A  No.  No.  The bolt was reused.  I wouldn't expect it to go back the same way.

4 Q  Are you aware that Pratt & Whitney's instructions allow the use of turbine oil as a lubricant instead of Never-Seez?

7 A  Regardless if they do, it's not the same as was installed at the time it was administered and the threads have changed.  It's irrelevant.

10 Q  Page 36 in the second paragraph indicates -- starting with the second sentence:  "Images of the bolt DA68715 taken by Fusion Engineering clearly show that residual Never-Seez was present on the bolt from the time the diffuser bolt was installed by Dallas Airmotive during overhaul.  In order to properly install the bolt, the residual Never-Seez that was present on the bolt should have been removed to eliminate potential frictional changes."

20    Do you see that?

21 A  Yes.

22 Q  And that is what you attempted to depict in Figure 26 on page 37, correct, entitled Dried and Cracked Never-Seez?

Page 213

1 A  That's a different bolt.

2 Q  Correct.  Why would you -- if you're discussing Mr. Meyers and his treatment of Bolt 15 from engine 687, why would you include a picture of Bolt 3 to illustrate that?

6    MR. MARIANI:  Objection.

7    THE DEPONENT:  Probably --

8    MR. MARIANI:  Excuse me.  Objection.  Misstates the report.

10    You can answer.

11    THE DEPONENT:  Probably because the image in 26 was a clear image and easier for a reader to understand what I was speaking about.

14 BY MS. RATHKE:

15 Q  Do you have photographs that purport to show that Bolt 15 has residual Never-Seez on the threads?

18 A  I will find it.

19    Yes, I do.

20 Q  Does that -- does your photograph have a Bates label or any other identifying information?

22 A  Yes.  I don't know the Bates number for it, but I can tell it to you.  It's VHX, "Victor Harry X-ray," 000189.  And it is in my file under DAI

54 (Pages 210 - 213)

Page 214

1  1    bolt inspection 120, 2020 Kea.
2  2  Q  And was the inclusion of the photograph of
3  3    Bolt 3 in Figure 26, was that an accident or was
4  4    that intentional?
5  5  A  No.  Like I said, it just was a little bit more
6  6    clearer.  And I also wanted to show what the
7  7    Never-Seez looked like before it was -- had oil
8  8    put on it by Mr. Meyers in his test.
9  9  Q  Page 38 of your report, which is Exhibit 91.
10 10    You also criticize Mr. Meyers' marking analysis
11 11    with reference to the diffuser assembly
12 12    conditions and in particular with the fact that
13 13    the diffuser is heated before the final
14 14    assembly, and the difference --
15 15  A  One moment, please.
16 16    Sorry.  Can you refer me -- I was trying to
17 17    find my report again.
18 18  Q  38.
19 19  A  Page 38?
20 20  Q  Yep.
21 21  A  Give me one moment to close some documents here.
22 22    I've got so many open I can't find out where I'm
23 23    at anymore.
24 24  Q  Okay.
25

Page 215

1  1  A  So Exhibit 91, page 38?
2  2  Q  Yep.  Probably 39 of the PDF.
3  3  A  Yes.
4  4    Okay.  I'm sorry.  Go ahead.
5  5  Q  All right.  Here you're criticizing Mr. Meyers'
6  6    marking analysis with regard to the fact that
7  7    the diffuser is heated before final assembly and
8  8    the difference in thermal coefficient of
9  9    expansion between the bolts and the diffuser
10 10    materials, the titanium diffuser material.
11 11    Is that a fair characterization?
12 12  A  I'm saying that he didn't take that into
13 13    account.
14 14  Q  Yes.  Right.
15 15    Middle of the paragraph on page 38 states:
16 16    "This data indicates that if the bolt
17 17    temperature increases to nearly the same
18 18    temperature as the diffuser assembly prior to
19 19    torquing, the thickness of the titanium diffuser
20 20    housing will decrease less than the length of
21 21    the bolt as the assembly cools.
22 22    "As a result, the apparent torque present
23 23    on the bolt after the assembly reaches room
24 24    temperature will be higher than the
25

Page 216

1  1    30 inch-pounds due to the greater stretch
2  2    developed in the bolt because of the difference
3  3    in TCE, thermal efficient expansion, between the
4  4    materials.
5  5    "The effect of the assembly temperature may
6  6    also have a large influence in the marking
7  7    method employed by Mr. Meyers on Bolt 15 of
8  8    engine DA687, yet it was not considered in his
9  9    analysis."
10 10    First question is:  Did you run this
11 11    paragraph by anyone at Dallas Airmotive before
12 12    putting it into your report and specific --
13 13    well, let's just stop there.
14 14    Did anybody from Dallas Airmotive review
15 15    that paragraph?
16 16  A  I don't know.  Not that I recall.  Maybe after I
17 17    wrote the report.
18 18  Q  To your knowledge, did anybody from Dallas
19 19    Airmotive vet or review the theory that after
20 20    the diffuser cools during the assembly process,
21 21    the bolts will be overtorqued rather than
22 22    undertorqued?
23 23  A  No.  I said it's a possibility.
24 24  Q  Okay.
25

Page 217

1  1  A  As I said, if the bolt comes up to temperature
2  2    of the housing, you're going to run into that
3  3    condition.
4  4  Q  All right.  Do you have --
5  5  A  I didn't run any experiments to see how that
6  6    effects breakaway torque, let alone the
7  7    temperature and vibration effects that have been
8  8    going on in the engine for several thousand
9  9    hours, but that's just another point.
10 10  Q  And my question is:  Did you actually run by
11 11    anybody at Dallas Airmotive the theory that it
12 12    would have an impact --
13 13    MR. MARIANI:  Objection.  Asked and
14 14    answered.
15 15  BY MS. RATHKE:
16 16  Q  -- that this should be taken into account?
17 17  A  Well, I don't think that Dallas Airmotive --
18 18    Dallas Airmotive is following the procedure
19 19    that's dictated by Pratt & Whitney.  So I don't
20 20    know -- I can determine the effect by
21 21    calculation.
22 22    I don't have to run it by them.  But it's
23 23    another -- what we were talking about earlier
24 24    where you get statistical differences and you're
25

55 (Pages 214 - 217)

Page 218

1    getting into statistical failure.
2        What if Pratt & Whitney does it a little
3    bit faster or a little bit slower than Dallas
4    Airmotive, you may be getting different preloads
5    on those bolts.  We don't know.  You don't know,
6    neither do I.  And neither does Mr. Meyers.
7  Q  Well, did you run by Dallas Airmotive the theory
8    that as a result of the heating in the assembly
9    process, it's even possible, it's physically
10   possible that the bolts at the end of that
11   process will be overtorqued?
12 A  I didn't say overtorqued.  I said the preload
13   would change.
14 Q  Do you know why the diffuser assembly is heated
15   prior to reinstallation?
16 A  I think it has to get a bearings assembly in
17   place.
18 Q  And what do you mean by that?
19 A  I think you have to heat it.  I don't recall
20   exactly, but I believe heating it has to do with
21   lining it up with the bearing assembly, that
22   it -- the No. 4 bearing assembly that it rides
23   over.
24 Q  And do you have any data concerning the
25

Page 219

1    temperature of the diffuser bolts during the
2    reassembly process?
3  A  No.  The data I have says take it out of the
4    oven, put the bolts in, and then put it together
5    after you lower it in.
6  Q  And I take it you've never observed the
7    installation of a diffuser?
8  A  No.
9  Q  And I take it also that you never discussed that
10   process with any Dallas Airmotive mechanic or
11   any other Dallas Airmotive employee?
12 A  No.  I discussed how they put it together.
13 Q  With whom?
14 A  With Ian Cheyne and John Fallor.
15 Q  And specifically what did you discuss?
16 A  I wanted to confirm that they heated up and then
17   put the bolts in it before they assemble it.
18 Q  And do you have an understanding as to why the
19   bolts are torqued twice?
20 A  Well, you want to verify your torque when it
21   cools down.  That's pretty common.  If you're
22   putting something together that's been heated
23   and it's going to sit at room temperature, it's
24   not uncommon to require a second check of
25

Page 220

1    torque.
2        And especially if -- for instance, if this
3    was the steel housing, if this was the steel
4    housing with the Waspoly bolt, I believe you'd
5    be looking at a different situation, so you
6    would want to verify that you maintain torque
7    because of the TCE differences in those
8    materials.
9  Q  400 degrees Fahrenheit is not an extremely high
10   temperature.  Is that a fair characterization?
11       MR. MARIANI:  Objection of the form.
12       THE DEPONENT:  It's a relative -- extremely
13   high relative to the sun?  Relative to room
14   temperature?
15 BY MS. RATHKE:
16 Q  Relative to, you know, moving metal.
17       MR. MARIANI:  Objection of the form.
18       THE DEPONENT:  Moving metal, you're talking
19   about 5 microinches -- 5 to 7 microinches per
20   degree.  That's real.  That's a span from
21   400F -- let's say 75 to 400F.  That's
22   325 degrees.  325 microinches.  That's more than
23   a thousandth of an inch.
24   \\\
25

Page 221

1  BY MS. RATHKE:
2  Q  You cook a pizza at 400 degrees Fahrenheit,
3    correct?
4  A  Yes.
5  Q  All right.  You had some comments on Dr. Baron's
6    report as well, correct?
7  A  No.  I want to quantify something first.
8        If we were to assume that bolt was exposed
9    to 400 degrees when it was -- from room
10   temperature, it would grow by three-thousandths
11   of an inch.  That is more than the stretch
12   required on the bolt for the torque range.
13 Q  Is it your understanding that the bolt itself
14   heats to -- you understand that Pratt & Whitney
15   does not instruct anybody to heat the bolts,
16   correct?
17 A  No.  They instruct the user -- the overhaul to
18   put the bolt into the hot surface.
19 Q  Is it your belief that the bolts reached the
20   temperature of 400 degrees Fahrenheit during
21   that process?
22 A  I don't know.
23 Q  Well, does it seem particularly likely that the
24   bolts reached 400 degrees?
25

56 (Pages 218 - 221)

Page 222

1   1        MR. MARIANI:  Objection.  Calls for
2   2   speculation.
3   3        THE DEPONENT:  I wouldn't be surprised if
4   4   they reach 250 or 300.  I don't know that they
5   5   would reach 400.
6   6   BY MS. RATHKE:
7   7   Q   Okay.  Thank you.
8   8        All right.  Now, studying page 39 of
9   9   Exhibit 91, you offer your thoughts concerning
10  10   Dr. Baron's report; fair?
11  11   A   39?
12  12   Q   Page 39 of your report.
13  13   A   Yes.
14  14   Q   Actually, go to page 43 of Exhibit 91, where
15  15   we've got Figure 32.
16  16   A   Okay.
17  17   Q   All right.  You've got an arrow pointing to
18  18   something you call Possible Striations.
19  19   A   Yes.
20  20   Q   Why do you think that it's merely possible
21  21   rather than that they are striations?
22  22   A   Because they could be just -- they could be
23  23   evidence of propagation marks.  I think it's
24  24   evidence of fatigue.  I just didn't want to say
25

Page 223

1   1   it's definitely a striation or moreover a
2   2   propagation mark.
3   3   Q   Okay.  What's the largest magnification at which
4   4   you viewed the photograph depicted in 32 of
5   5   Exhibit 91?
6   6   A   It's exhibited at 1,000X.
7   7        MS. RATHKE:  Okay.  Let me --
8   8        (Discussion off the record.)
9   9        MS. RATHKE:  Let's take five now.  I don't
10  10   expect a huge amount of time after we're done --
11  11   I mean, after we come back.  So let's take five.
12  12        THE DEPONENT:  Can you give me 10?  Just
13  13   because I got to run, do something real quick.
14  14   Thank you.
15  15        MS. RATHKE:  You bet.
16  16        (Break.)
17  17   BY MS. RATHKE:
18  18   Q   All right.  So I've marked what should -- we
19  19   were talking about Figure 32 on page 43 of your
20  20   expert report marked as Exhibit 91.  My question
21  21   is if you've blown that up in magnification, I
22  22   need to see if you can determine whether what
23  23   you've indicated as possible striations are, in
24  24   fact, striations.  So let me draw your attention
25

Page 224

1   1   to what's been marked as Exhibit 101.
2   2        (Exhibit No. 101 marked.)
3   3        MS. RATHKE:  Hopefully it's there.
4   4        MR. MARIANI:  I'm only up to 100.
5   5        MS. RATHKE:  Well, you got to refresh.
6   6        MR. MARIANI:  I did.
7   7        MS. RATHKE:  I'm asking the guy with
8   8   Internet service.
9   9        THE DEPONENT:  I don't have 100.  Mine ends
10  10   at 100 right now, Sarah.
11  11        MR. MARIANI:  Yep.  Same problem.
12  12        MS. RATHKE:  Now it's working.  All right.
13  13        THE DEPONENT:  Try again?
14  14        MS. RATHKE:  Yep.  Try again.
15  15        Do you see a little photo?
16  16        MR. MARIANI:  Yep.
17  17        THE DEPONENT:  Yeah.  I'm trying to.
18  18   BY MS. RATHKE:
19  19   Q   If you hover over the box, there's a series of
20  20   three round things on the lower right-hand side
21  21   of the exhibit box.  The top one is, like, a
22  22   geometric situation.  And if you hover over
23  23   that, it says "fit to page."  Hit the button
24  24   that says "fit to page."
25

Page 225

1   1   A   I just opened it in my system viewer.
2   2   Q   All right.  Exhibit 101 is a 2,500-time
3   3   magnification of the area in the question that
4   4   you're pointing to in your Figure 32.
5   5        Does that make sense to you?
6   6   A   Yes.
7   7   Q   And let me ask if Exhibit 101 helps resolve
8   8   whether the sort of parallel up and down lines
9   9   indicated kind of in the middle of the exhibit,
10  10   whether those, in fact, are striations?
11  11   A   Again, I've looked at this photo in the past.
12  12   I'm not going to comment on it, whether it's a
13  13   striation or progression mark.  Either way to me
14  14   it is an indication of fatigue.
15  15   Q   Did you observe any parallel noncritical cracks
16  16   in the surface layer of the bolts that would be
17  17   consistent with the notion that the surface area
18  18   of these bolts is inherently brittle?
19  19   A   Well, if you go back to the previous image on my
20  20   Figure 32 -- could you repeat your question?  I
21  21   want to make sure I'm answering the question
22  22   that you asked me.
23  23   Q   Yeah.  Did you observe any noncritical cracks in
24  24   the surface layer of the bolts -- and this is
25

57 (Pages 222 - 225)

Page 226

1 1   really relating to your oxidation point.
2 2       Did you observe any noncritical cracks in
3 3   the surface layer of the bolts that would be
4 4   consistent with the notion that the surface area
5 5   of these bolts is inherently brittle?
6 6   A  I saw evidence of cracking in the thread root
7 7   and all of the -- all of the secondary cracks I
8 8   would consider as noncritical because they did
9 9   not progress to failure.
10 10  Q  All right.  And in page 49 of your report, you
11 11  reference an SAE standard, specifically SAE
12 12  AS7471.
13 13  A  Correct.
14 14  Q  And that you indicate is a standard that
15 15  requires high-temperature oxides be removed from
16 16  the bolt blanks prior to thread rolling, and the
17 17  presence of the high-temperature oxidation layer
18 18  is indicative of a manufacturing defect in the
19 19  subject bolts.
20 20      Do you see that?
21 21  A  Yes.
22 22  Q  You should see momentarily what's marked on your
23 23  screen as Exhibit 102.
24 24      (Exhibit No. 102 marked.)
25

Page 227

1 1  BY MS. RATHKE:
2 2  Q  And if you could just let me know, confirm one
3 3   way or another, whether that is the same SAE
4 4   standard to which you are referring, that would
5 5   be great.
6 6  A  Okay.  Now it's not refreshing at all.
7 7      Oh, there it goes.
8 8  Q  It's a bigger document so it will take a little
9 9   longer.
10 10  A  SAE AS7471.  I think that's what I referenced in
11 11  my report.  It appears to be the same standard.
12 12  Q  Okay.  Great.  You produced calibration records
13 13  for the tools and equipment that you used to
14 14  conduct your analysis in this case, correct?
15 15  A  I produced calibration records for the wrenches
16 16  and micrometers that I used in my testing.
17 17  Q  And that is because proper calibration is
18 18  important for your micrometer and for the torque
19 19  wrenches so that you can be certain that their
20 20  measurements are correct; is that fair?
21 21  A  To verify that they're working within their
22 22  specifications, correct.
23 23  Q  All right.  I'm going to mark -- do you know how
24 24  long torque wrench calibrations are good for?
25

Page 228

1 1      MR. MARIANI:  Objection.  Form.  Incomplete
2 2  hypothetical.
3 3      THE DEPONENT:  Off the top of my head, no.
4 4  I think it depends on the amount of usage.  In
5 5  any regard, the torque wrenches that I used were
6 6  brand-new and the first time they were ever used
7 7  after their calibration were for this testing.
8 8  BY MS. RATHKE:
9 9  Q  Exhibit 103 should come up on your screen.
10 10      (Exhibit No. 103 marked.)
11 11  BY MS. RATHKE:
12 12  Q  And I'll ask if you recognize Exhibit 103 as a
13 13  calibration document from your files.
14 14  A  One moment.  I'm waiting for it to load.
15 15  Q  You bet.
16 16  A  Yes.
17 17  Q  The first page of Exhibit 103 pertains to a
18 18  50 foot-pound torque wrench that your shop uses,
19 19  correct?
20 20  A  Yes.
21 21  Q  And the reason that you produce this is because
22 22  this 50-pound torque wrench was used in your
23 23  investigation in this case; fair statement?
24 24  A  Correct.  It was purchased for this case.
25

Page 229

1 1  Q  And when did you purchase torque wrenches for
2 2   this case?
3 3  A  I purchased it in January of 2020.
4 4  Q  Did you have torque wrenches in your possession
5 5   before January 2020?
6 6  A  I have several calibrated torque wrenches, but I
7 7   did not have a torque wrench to cover the range
8 8   that I needed for this particular application.
9 9      And the other torque wrenches I had were
10 10  clicker-style torque wrenches, and I wanted to
11 11  use one with an indicator on them.
12 12  Q  So which torque wrench does the first page of
13 13  Exhibit 103 pertain to?
14 14  A  This pertains to -- this torque wrench goes up
15 15  to, I believe -- this is the one that we used
16 16  for the higher torque load measurements, I think
17 17  over 50 or 60 -- 50 or 75 inch-pounds.
18 18  Q  So because Exhibit 103 indicates the last
19 19  calibration date of November 12th, 2018, fair
20 20  to say that you did not buy this particular
21 21  torque wrench new for this case, in
22 22  January 2020?
23 23  A  No, that's incorrect.  That's just when it was
24 24  made and it sat on a shelf.
25

Page 230

1  1   Q   What is?
2  2   A   The calibration date is from when it was
3  3       manufactured and then it sat on a shelf until
4  4       somebody purchased it.  It was a brand-new
5  5       torque wrench.
6  6   Q   All right.
7  7   A   The calibration date is probably from when it
8  8       was manufactured.
9  9   Q   Okay.  So if I'm understanding you correctly,
10 10      the calibration date for the brand-new torque
11 11      wrench that you bought was 11-12-2018, according
12 12      to Exhibit 103?
13 13  A   Correct.
14 14  Q   Got it.
15 15      Is Exhibit 103 the most recent calibration
16 16      certificate that you have for that particular
17 17      calibration wrench -- for that particular torque
18 18      wrench?
19 19  A   Yes, because it was a brand-new torque wrench,
20 20      and it's not up for calibration.  It won't be up
21 21      for calibration on our end again until next
22 22      year.  That's why there's an in-service date
23 23      below there on the specification.  So it says
24 24      "One-year calibration integral recommended.
25

Page 231

1  1       User must determine the best interval date and
2  2       time and usage."
3  3       Well, this was a brand-new torque wrench.
4  4       It was never used before 2020.  So now we won't
5  5       be calibrating it for another year, or a year
6  6       from January 2020.  Actually, it'll be in our
7  7       calibration log on our tool system in my office.
8  8   Q   And where did you buy it from?
9  9   A   I bought it from an online tool distributor.
10 10      Either MSC Industrial or Zoro.  I don't remember
11 11      which.
12 12  Q   Why did you prefer not to use your -- I think
13 13      you called it a click-style torque wrench that
14 14      you already had in your possession.
15 15  A   Well, I had another torque wrench that was a
16 16      high-range inch-pound torque wrench that was a
17 17      click-style wrench, which it gives you a click.
18 18      You set it and then it gives you a click when
19 19      you reach the acquired torque.
20 20      I wanted to be a little bit more accurate
21 21      by watching the gauge in order to get the
22 22      precise number so I could creep up on the torque
23 23      properly.  So I wanted one with a dial or a
24 24      digital display so I could accurately read the
25

Page 232

1  1       numbers so I know I was reproducing the torque
2  2       numbers correctly.
3  3   Q   So after you purchased the new torque wrench
4  4       that -- to which Exhibit 103 pertains, grand
5  5       total how many torque wrenches did you own?
6  6   A   Do I own personally or through my business?
7  7   Q   Through your business.
8  8       Did you buy 103 through your business or
9  9       did you buy it personally?
10 10  A   No.  I bought these through my business.
11 11      Personally, I probably own eight torque
12 12      wrenches.  My business owns seven or eight.
13 13      Most of them are larger-style ones.  We don't do
14 14      much on the small-bolt world.  So like I said, I
15 15      wanted to get a low-end torque wrench.
16 16      The only other torque wrench I have for
17 17      doing small inch-pound measurements is actually
18 18      a screwdriver style that does, like, 0 to
19 19      10 inch-pounds.
20 20  Q   Okay.  Have you read Mr. Cheyne's report?
21 21  A   Yes.
22 22  Q   I'm not going to burden the record too much by
23 23      throwing in additional exhibits, but Mr. Cheyne
24 24      sets forth four factors in his report that he
25

Page 233

1  1       says in combination caused the diffuser bolts to
2  2       fail.  And I'm going to ask if you agree with
3  3       his words.  Okay?
4  4   A   Can you tell me what part of the report -- are
5  5       you talking about his opinion on paragraph 15?
6  6   Q   Yes.
7  7       MR. MARIANI:  Also, I'm going to object.  I
8  8   don't have this document handy.  So if you're
9  9   not posting it, we'll have to wait until I can
10 10  locate it elsewhere.
11 11      Do you plan to introduce it or no?
12 12  BY MS. RATHKE:
13 13  Q   Okay.  If you look on your screen, Mr. Cheyne's
14 14      report is introduced as 104.
15 15      Do you agree with that, Mr. Jones?
16 16      (Exhibit No. 104 marked.)
17 17      MR. MARIANI:  I don't have the document
18 18  opened yet.  So can you please wait a minute
19 19  when you introduce an exhibit to the other
20 20  lawyers, the courtesy to open the document when
21 21  you proceed with questioning.  This is
22 22  happening --
23 23      MS. RATHKE:  I don't even recall you giving
24 24  me copies of documents of previous depositions.
25

59 (Pages 230 - 233)

Page 234

1  1        MR. MARIANI:  I don't know what that has to
2  2   do with the courtesy of waiting for somebody to
3  3   open a document.
4  4        I've got it open.  Please go ahead.
5  5   BY MS. RATHKE:
6  6   Q  All right.  Paragraph 15 of Mr. Cheyne's report,
7  7     which is now marked as Exhibit 104.
8  8        Are you with me, Mr. Jones?
9  9   A  Yes.
10 10  Q  He states:  "Based on my experience and a
11 11    thorough review of the evidence, it is most
12 12    likely that a combination of factors caused the
13 13    failure.  A:  Higher frictional forces when
14 14    installing used bolts in second- or third-run
15 15    engines led to a lower clamping force at the
16 16    specified torque."
17 17        Agree or disagree?
18 18  A  I agree with that opinion.  That's my opinion as
19 19    well.
20 20  Q  "B:  This combined with the known differential
21 21    expansion of the parts during the required
22 22    installation heating led to low preloads on the
23 23    bolts/joint."
24 24        Agree or disagree?
25

Page 235

1  1   A  I think it's a possibility.
2  2   Q  "C:  The low preload joint clamping force then
3  3     led to loose bolts which allowed bolt vibration
4  4     in the assembly."
5  5        Agree or disagree?
6  6   A  I agree that the fatigue fractures were due to a
7  7     lack of preload, not too much preload.  Yes, I
8  8     agree with that statement, that low preload led
9  9     to loose bolts which allowed vibration and which
10 10    allowed them to fracture.
11 11  Q  You believe that the bolts, in fact, were loose?
12 12  A  They did not have sufficient preload.
13 13  Q  "D:  This, in turn, caused cracking at the
14 14    thread roots adjacent to the first engaged
15 15    thread of the nuts with subsequent fatigue,
16 16    progression, and failure."
17 17        Agree or disagree?
18 18  A  I agree with that statement.
19 19        MS. RATHKE:  All right.  I have no further
20 20   questions.
21 21        MS. SUSZYNSKI:  I have a couple.  Give me
22 22   just a second.
23 23        THE DEPONENT:  I'm sorry.  Who is this?
24 24        MS. SUSZYNSKI:  I was going to say.
25

Page 236

1  1        Mr. Jones, my name is Casey Suszynski, and
2  2   I represent Textron in this matter.
3  3        THE DEPONENT:  Nice to meet you.
4  4        MS. SUSZYNSKI:  You as well.
5  5        EXAMINATION
6  6   BY MS. SUSZYNSKI:
7  7   Q  You testified that you aren't sure, but you
8  8     think Textron may have manufactured the bolts at
9  9     issue; is that correct?
10 10  A  Yes.
11 11  Q  Do you know offhand which part number you're
12 12    referring to when you say that?
13 13  A  I'm thinking specifically of the nuts because I
14 14    purchased the nuts independently of receiving
15 15    them from Dallas Airmotive.  And for some reason
16 16    when I looked up the part number on various
17 17    websites, and I could be mistaken, but for some
18 18    reason I thought that they kept referencing it
19 19    as a Textron bolt or a Textron nut.
20 20  Q  You purchased nuts -- when did you purchase the
21 21    nuts that you're referring to?
22 22  A  In January 2020.
23 23  Q  And what's the part number of the nuts you
24 24    purchased?
25

Page 237

1  1   A  ST6317-09.
2  2   Q  Do you have receipts from that purchase?
3  3   A  I'm sure they're somewhere in our artifacts.
4  4   Q  Would those receipts show if it was manufactured
5  5     by Textron?
6  6   A  I don't know.  Let me see if I can find it.
7  7   Q  Yeah.  That would be great.  Thank you.
8  8   A  Maybe I didn't buy them.  Hold on one second.
9  9   Q  Sure.
10 10  A  I apologize.  I don't have that handy.
11 11  Q  Okay.  And you stated as you were looking that
12 12    you may not have even purchased the nuts now; is
13 13    that correct?
14 14  A  No, no.  I was looking at the wrong website.  I
15 15    was looking at a different receipt for something
16 16    else.
17 17  Q  Okay.  Do you recall actually buying the nuts in
18 18    January 2020?
19 19  A  Yes.
20 20  Q  Okay.  And, again --
21 21  A  Easier way if you search online -- I think if
22 22    you search online you'll probably find it.
23 23  Q  Well, let me ask you this:  The bolts at issue
24 24    that failed were not manufactured in 2020 or for
25

60 (Pages 234 - 237)

Page 238

1   1   sale in 2020, correct?
2   2   A   I don't know when they were manufactured.
3   3   Q   Well before 2020, correct?
4   4   A   I would assume so but I don't know.  Oh, you
5   5       mean the subject bolts, yes.
6   6   Q   Correct.
7   7           Do you know when those were manufactured?
8   8   A   No, I do not.  You mean the subject bolts or the
9   9       bolts I tested?
10  10  Q   The subject bolts, sir.
11  11  A   No, I do not know when they were manufactured.
12  12  Q   Do you know when the bolt --
13  13  A   Let me explain to you, probably help you out and
14  14      make your life a little bit easier.
15  15  Q   I'll let you do that.
16  16  A   If you go to some website -- and like I said, I
17  17      could be wrong, but if you go to some website
18  18      and you push the part number for the nut in, it
19  19      will say -- I'm looking at a site right now
20  20      called Air Power Inc.  And it says right there,
21  21      "Air frame parts, Continental Engine, Cessna
22  22      part number ST6317-09 nut, self-lock shank."
23  23      And I think that may have been why I thought
24  24      they were manufactured by Textron.
25

Page 239

1   1   Q   Okay.  But my -- why it doesn't make my life
2   2       easier, sir, is because you have told us today
3   3       that you think there's a manufacturing defect
4   4       that contributed to the failure, correct?
5   5   A   I was referring to the bolts, not the nuts.
6   6   Q   Okay.  So you have no evidence to support any
7   7       assertion that the bolts were manufactured by
8   8       Textron or Cessna?
9   9   A   I don't see evidence of that.
10  10  Q   Okay.
11  11  A   The nut is what I -- and if I said that earlier,
12  12      I'm going to correct it right now because just
13  13      doing my quick Internet search while we've been
14  14      discussing this, it was the nut that I had
15  15      purchased that I saw that the Textron lead to.
16  16  Q   Okay.  Sir, do you have any opinion that the nut
17  17      caused or contributed to the accident?
18  18  A   No, ma'am, I do not.
19  19          MS. SUSZYNSKI:  That's all I have, then.
20  20      Thank you.
21  21          MR. MARIANI:  I have some questions for the
22  22      witness as well.
23  23              EXAMINATION
24  24  BY MR. MARIANI:
25

Page 240

1   1   Q   Mr. Jones, do you recall you were asked some
2   2       questions early in the deposition about your
3   3       background and experience?  Do you recall that?
4   4   A   Yes.
5   5   Q   Can you tell me, do you have any firsthand
6   6       experience doing mechanical work on any type of
7   7       engines?
8   8   A   Yes.  I worked at an engine assembly business
9   9       that my family owned for many years.  I worked
10  10      at my family's truck dealership doing engine
11  11      rebuilding and machining work.  I also still to
12  12      this day build racing engines for people and
13  13      myself.
14  14  Q   Okay.  And when you say "racing engines," can
15  15      you tell us a little more what you're speaking
16  16      about.
17  17  A   Sure.  I built many different -- I've built even
18  18      custom engines.  I've built V8s cut in half for
19  19      racing applications that are now V4s.  I'm
20  20      presently building a 2-liter Honda that will be
21  21      making approximately 350-horsepower naturally
22  22      aspirated.  I've built probably in my lifetime
23  23      over 300 automotive and diesel engines, if not
24  24      more.
25

Page 241

1   1   Q   Okay.  And in the engines you've worked on over
2   2       the years, both ones manufactured by others as
3   3       well as ones you've built yourself, do you run
4   4       into the issue of bolted joints and torquing up
5   5       bolts in the engines?
6   6   A   On a regular basis, engines -- automotive and
7   7       diesel engines, just like jet turbine engines,
8   8       also have a whole series of torque
9   9       specifications and requirements that must be
10  10      followed.
11  11  Q   Okay.  And in this case, did you find that your
12  12      work that you were asked to undertake, did that
13  13      work involve principally the issue of a bolted
14  14      joint?
15  15  A   Yes.  My understanding was -- what I was
16  16      retained to do was investigate the failure of
17  17      the bolt and the relationship to the joint, the
18  18      bolted joint at issue here.
19  19  Q   And -- go ahead.  I interrupted you.
20  20  A   No, no.  Nothing.
21  21  Q   Okay.  And for purposes of your work on this
22  22      case, because this bolted joint happens to be in
23  23      an aircraft turbine engine, the fact that you've
24  24      never personally disassembled and reassembled an
25

Page 242

1  aircraft turbine engine, did that affect your
2  ability in any way to examine this bolted joint?
3  A  In this particular case, no.  I mean, I've
4  worked on steam turbines and other types of
5  turbines that have been exposed to similar types
6  of operating conditions, temperature, you know,
7  issues with temperature, joint stiffness and
8  things of that nature in the past, let alone the
9  fact that we've been numerous -- have been
10  involved with, led, or participated in numerous
11  fatigue investigations over the years.
12      And to that note, I would just add to that,
13  that in my experience, that most bolted joint
14  fatigue failures are related to insufficient
15  preload or joint design issues.  I can't
16  personally think of a time in my career where
17  I've -- possibly I may have, but where I've
18  encountered a bolt that was overtorqued to the
19  point where it was cracked and led to a failure.
20  Q  Okay.  You were asked a number of questions
21  early by counsel about your experience with
22  aircraft accident investigation, aircraft safety
23  classes.  Do you recall that line of
24  questioning?
25

Page 243

1  A  Yes.
2  Q  Is it your understanding in this case, there was
3  no accident or crash; is that correct?
4  A  That's my understanding.  My understanding, the
5  bolts were found during an inspection.
6  Q  And the aircraft was on the ground when the
7  bolts were found broken; is that right?
8  A  That's my understanding.
9  Q  Was there any aircraft accident for you to
10  investigate in this case?
11  A  Not that I'm aware of.
12  Q  Okay.  Do you recall Ms. Rathke was asking you
13  questions about whether, when the bolts broke
14  off on the subject engines, whether it caused
15  damage to other parts in the engine?
16  A  Yes.
17  Q  And do you recall she asked you about whether a
18  combustion liner sustained some dents?
19  A  Yes.
20  Q  Are you aware that Menard's in this case has
21  admitted that it's not seeking damages for
22  anything in the case related to any other
23  damages on the engine?
24      MS. RATHKE:  Object to foundation.
25

Page 244

1  BY MR. MARIANI:
2  Q  You can answer.
3  A  I was not aware of that.  I restricted my
4  investigation to the technical issues.
5  Q  Okay.  Now, do you recall you were asked some
6  questions about the West Virginia engine
7  disassembly that occurred and protocol that was
8  provided in relation to that -- sorry.  Let me
9  withdraw that for the moment.
10      Let me ask you about your information that
11  you have with regard to Pratt & Whitney and the
12  information that it disseminated regarding these
13  subject bolts.  Are you aware of Pratt & Whitney
14  having put out some information in and around
15  the time that the Menard bolts were discovered
16  to be broken?
17  A  I'm aware of the service bolt, and that was
18  published recommending replacement of the bolts
19  on wing.
20  Q  And based on your experience and knowledge on
21  parts of this nature, can you come up with any
22  explanation for why a manufacturer like this
23  would recommend the replacement of the bolts on
24  wing if there was absolutely no problem with the
25

Page 245

1  bolts?
2      MS. RATHKE:  Object to form and foundation.
3  BY MR. MARIANI:
4  Q  You can answer.
5  A  Sorry.  The lights just went off.
6      No, I can't think of a reason other than --
7  I can't think of a reason why they would
8  recommend replacing them on wing like that
9  unless there was a concern on their end.
10  Q  Okay.  Let me show you what we've marked now as
11  Exhibit 105.
12      (Exhibit No. 105 marked.)
13  BY MR. MARIANI:
14  Q  You can look and see if that should be available
15  in the exhibit folder.  Tell me if you're able
16  to see that.
17  A  One moment.
18      Yes.  I have it.
19  Q  Okay.  And have you seen Exhibit 105 before
20  today?
21  A  Yes, I have.
22  Q  And approximately when did you receive that?
23  A  May 28.
24  Q  What's your understanding about what Exhibit 105
25

62 (Pages 242 - 245)

Page 246

1  is?
2      MS. RATHKE:  Object to foundation.
3  BY MR. MARIANI:
4  Q   You can answer.
5  A   What I see here is that it says now to discard
6      the bolts from the gas generator diffuser
7      assembly.  And if it says discard them, it must
8      be -- implies that new bolts will be installed
9      upon assembly.
10  Q   And when you say "it says," what are you
11      referring to?  What's your understanding about
12      where this data is coming from?
13  A   Okay.
14      MS. RATHKE:  Same objection.
15      MR. MARIANI:  Hold on one second, Aaron.
16      What's the basis for the objection?
17      MS. RATHKE:  Foundation.
18  BY MR. MARIANI:
19  Q   Okay.  You can answer.
20  A   This is Bates numbered.  Under Section 28,
21      Diffuser Assembly, you'll see on the left-hand
22      side of the page there's a vertical bar next to
23      No. 6.  That vertical bar, I believe, means
24      there's been a revision.  And as you can see
25

Page 247

1  there, it tells the overhauler to remove and
2  discard the bolts from the diffuser assembly.
3  Q   Okay.  And is this information that my office
4      provided to you?
5  A   Yes, it is.
6  Q   Okay.  And is it your -- what's your
7      understanding as to the original source of this
8      data?
9  A   I believe it came from Pratt & Whitney as it
10      looks like their manual.
11  Q   And what you see here in your -- is it your
12      view that this is somehow related to the service
13      instruction you were telling us about that came
14      out earlier?
15      MS. RATHKE:  Object to foundation.
16  BY MR. MARIANI:
17  Q   Go ahead.
18  A   It appears to be consistent with the service
19      recommendation because now they're requiring it
20      within the disassembly and overhaul manual.
21  Q   In your experience, have you seen any instance
22      where a manufacturer would require a change like
23      this when there's absolutely nothing wrong with
24      the part in question?
25

Page 248

1  A   Not in my experience.
2  Q   Do you recall that you were asked some questions
3      earlier about the location of certain Dallas
4      Airmotive records related to one of the three
5      engines in question?
6  A   Yes.
7  Q   Are you aware that the FAA requires repair
8      companies, licensed repair companies like Dallas
9      Airmotive, to retain records only for two years
10      post-overhaul?
11  A   No.
12  Q   And do you recall Ms. Rathke mentioning that to
13      you when she asked you questions about where
14      those records were?
15  A   No.
16  Q   You had discussed earlier that the bolts in
17      question, the subject bolts have a -- at least
18      the subject ones and others have a manufacturing
19      defect with respect to this oxide on the outside
20      in the bolt.
21      Do you recall that?
22  A   Yeah.  Yes.
23  Q   Okay.  And do you have any information at your
24      disposal presently to tell you what percent of
25

Page 249

1  bolts installed in Pratt & Whitney 530A engines
2  have that same manufacturing defect?
3  A   You mean encompassing all the engines?
4  Q   Correct.  All the Pratt & Whitney 530As that are
5      out there operating.
6      Do you know of those that are out there
7      operating what percentage of those have bolts
8      installed in the diffuser that do have the
9      manufacturing defect?
10  A   No, I do not.
11  Q   And do you recall a series of questions that
12      Ms. Rathke asked you before regarding why it
13      was, in your understanding, that there were a
14      handful of engines that have been discovered,
15      530As with broken bolts, but all these other
16      530As are out there operating.  They so far
17      haven't been reported to have broken bolts.
18      Do you recall that line of questioning?
19  A   Yes, I recall that.
20  Q   And how would this issue of the manufacturing
21      defect on some but perhaps not all bolts, how
22      would it relate to that topic?
23  A   I'm sorry.  Could you repeat that question
24      again?
25

63 (Pages 246 - 249)

Page 250

1  Q  Sure.
2  A  I'm sorry.  My air-conditioning kicked on and
3     it's hard for me to hear.
4  Q  That's okay.
5        Does the fact that you don't know what
6     percentage of those Pratt & Whitney 530A engines
7     that are out there operating have bolts with the
8     manufacturing defect, does that have some
9     relationship to explaining why only a handful of
10    530s have come in with broken bolts?
11       MS. RATHKE:  Hey, Richard.  I'm having
12    trouble hearing -- I think it might be Ray's
13    Internet connection.  I don't know if anybody
14    else is having trouble hearing him.
15       Richard, can you read back that last
16    question.
17       (Record read.)
18       THE DEPONENT:  It's entirely possible.  I
19    also add that it seems to be a problem limited
20    to the 530 as well that you're not seeing these
21    failures on other bolts.  So I suspect it's --
22    like I said, it's a combination of the bolt and
23    the joint that's contributing to it.
24    \\\

Page 251

1  BY MR. MARIANI:
2  Q  And what's the principle distinction in your
3     opinion that's relevant between the 530 versus
4     the other Pratt & Whitney 500 series engine?
5  A  As I previously testified, it's going to be the
6     stiffness of the joint as it relates to the
7     material choice between the 530 and the other
8     engines.
9  Q  And "material choice," referring to which engine
10    part?
11 A  The diffuser housing.
12       MS. RATHKE:  You're hard to hear.
13       MR. MARIANI:  I'm speaking as loudly as I
14    can, so I am doing my best.
15 BY MR. MARIANI:
16 Q  So when you say "material choice," referring to
17    which engine part?
18 A  The diffuser housing.  The diffuser housing on
19    the PW530A is titanium alloy and the remainder
20    appear to be a steel alloy.
21 Q  Did you find anything noteworthy with regard to
22    the serial numbers on the Pratt engines that
23    have experienced the bolt failure?
24 A  They seem to fall between -- the lowest number

Page 252

1     we have is the 169, and it goes to 687.  We
2     don't see any above or below that date.  There
3     seems to be a range in there.  I just don't have
4     enough information to draw further correlation
5     with that to real-world failures.
6  Q  And do you recall Ms. Rathke asked you a number
7     of questions about whether you asked Pratt &
8     Whitney for data about certain things?
9  A  Yes.
10 Q  And are you aware that Pratt & Whitney is no
11    longer a party defendant in this lawsuit?
12 A  Yeah.  I'm aware of that now.
13 Q  Right.  Are you aware that Ms. Rathke's client,
14    Menard, dismissed them from the lawsuit?
15 A  No.  I am now.
16 Q  And are you aware that Ms. Rathke's client,
17    Menard, dismissed them prior to that provision
18    manual coming out that we've marked as
19    Exhibit 105?
20 A  I am now.
21 Q  Okay.  Now, do you recall there were some
22    questions regarding the West Virginia inspection
23    where Mr. Meyers removed certain bolts from the
24    subject engines?

Page 253

1  A  Yes.
2  Q  Okay.  So we've marked as Exhibit No. 106, the
3     protocol that was provided to us by Mr. Meyers
4     via Menard.  So see if you can open up
5     Exhibit 106 at this time.
6        (Exhibit No. 106 marked.)
7        THE DEPONENT:  Okay.  I have it open.
8  BY MR. MARIANI:
9  Q  Okay.  And look that over and tell me what you
10    see on there, if anything, with regard to the
11    breakaway torque being used?
12 A  It says "Characterize bolt torque and/or bolt
13    stretch to subject bolt installed on the
14    engine."
15 Q  All right.  Do you recall Ms. Rathke asked you
16    questions?  She didn't show you this document
17    before, do you remember, but she asked you
18    questions about it where she was saying to you
19    isn't it true that this document was approved by
20    all the parties before the inspection?
21       Do you recall that?
22       MS. RATHKE:  Object to foundation.
23       THE DEPONENT:  Yes.
24    \\\

64 (Pages 250 - 253)

Page 254

1  1  BY MR. MARIANI:
2  2  Q  And now that you see the document that you
3  3     weren't shown before when she questioned you,
4  4     now you can see in the document there's
5  5     absolutely no mention about Mr. Meyers doing
6  6     anything with regard to how he was going to
7  7     measure breakaway torque, what instrument he was
8  8     going to use, whether he was going to put the
9  9     bolts back in and take them out again.
10 10        Do you see that now that you're actually
11 11     getting to see the document?
12 12  A  It's pretty vague.  It just says characterize
13 13     bolt torque and/or stretch.
14 14  Q  Does the word "characterize" -- to you as
15 15     somebody who is an engineer and a very
16 16     experienced mechanic, does the word
17 17     "characterize" when you see it on a protocol
18 18     tell you something that someone is going to
19 19     physically do something with their hands, remove
20 20     parts and put them back in again?
21 21  A  To me No. 4 is pretty vague.  It's very vague
22 22     simply because it doesn't indicate methods or
23 23     procedures for performing whatever
24 24     characterization that they want to perform --
25

Page 255

1  1     wanted to perform.
2  2  Q  If you were going to draft a protocol and wanted
3  3     to actually tell somebody what you were doing,
4  4     not hidden from them but disclose it in advance
5  5     how you were going to do breakaway torque, would
6  6     you use the words, quote, "characterize bolt
7  7     torque," quote, or would you use some other
8  8     words to describe the process of removing bolts?
9  9        MS. RATHKE:  Object to the form.
10 10  BY MR. MARIANI:
11 11  Q  You can answer.
12 12  A  Typically when I perform an inspection type as
13 13     this regarding bolt torques and things of that
14 14     nature, typically I put the procedure in that I
15 15     plan -- or intend to use before I show up.
16 16  Q  And would you expect on a protocol that's going
17 17     to involve the removal of bolts to try to
18 18     measure breakaway torque, would you expect the
19 19     words, quote, "breakaway torque," quote, would
20 20     be included in the protocol?
21 21        MS. RATHKE:  Object to the form.
22 22        THE DEPONENT:  Typically what I would
23 23     say -- I would expect in a protocol would be
24 24     measure breakaway torque and the tightening
25

Page 256

1  1     direction, measure breakaway torque in the
2  2     loosening direction, or something like that.
3  3     That's fairly common on bolt inspection
4  4     protocols that I've seen and written.
5  5  BY MR. MARIANI:
6  6  Q  Do you see anything like that in this protocol
7  7     that Mr. Meyers sent us via Menard's lawyers?
8  8  A  No.  No.  In fact, I probably object to
9  9     measuring bolt stretch because it's irrelevant,
10 10     as discussed in my report.
11 11  Q  Okay.  Thank you very much.
12 12        I'm going to pull up another exhibit.  Give
13 13     me one second.
14 14        Do you recall Ms. Rathke asked you some
15 15     questions before about an NTSB report that
16 16     Mr. Meyers was relying on?
17 17  A  Yes.
18 18  Q  Okay.  And that's Exhibit 99, which I'm now
19 19     opening again.  And can you open Exhibit 99 as
20 20     well?
21 21  A  Yes.  Give me one moment, please.
22 22        Yes, I have Exhibit 99 open.
23 23  Q  Okay.  And do you recall when Ms. Rathke
24 24     questioned you, do you recall her reading the
25

Page 257

1  1     analysis but stopping at the end of the sentence
2  2     that said -- the sentence that reads, quote,
3  3     "One not on the No. 4 connecting rod it also
4  4     backed off but had not failed," closed quote.
5  5        Do you recall that and then she jumped to
6  6     page 4?
7  7  A  Yes.
8  8  Q  Okay.  So let's now read together what continues
9  9     on that page that she did not read to you.
10 10        Quote:  "Bolt preload is related to
11 11     installation torque, but with many variables
12 12     such as lubrication, thread
13 13     deformities/variations, rough surfaces and
14 14     contamination.  Torque tests showed a variance
15 15     of 18 to 25 percent of torque values between the
16 16     tightening and loosening of the nut.  The
17 17     breakaway torque value were within the range of
18 18     test values for properly torqued nut; however,
19 19     due to the uncertainty of the readings, no
20 20     conclusion can be drawn as to the adequacy of
21 21     the original installation torque."
22 22        Do you see what I just read in, Mr. Jones?
23 23  A  Yes.
24 24  Q  What do you draw from the NTSB saying no
25

65 (Pages 254 - 257)

Page 258

1  conclusion can be drawn from the adequacy of the
2  original installation torque?  What does that
3  mean to you?
4  A  It means to me -- based on my reading of this,
5     they're not putting a lot of stock in their
6     test.
7  Q  Okay.  And when we went to page 4 earlier,
8     Ms. Rathke was questioning you on page 4, and
9     she asked you if the NTSB in this instance was
10     trying to measure the torque that had been
11     applied.
12        Do you recall that?
13  A  Yes.
14  Q  If you're trying to measure torque that's
15     supposed to be set to 480 inch-pounds, can you
16     possibly do that under the rules of physics with
17     a wrench that only goes to 300 inch-pounds?
18  A  Well, you can certainly break it away but you
19     would not receive a measurement.
20  Q  You would never know if it went to over 400 if
21     the wrench you're holding only goes up to 300;
22     is that true?
23        MS. RATHKE:  Object to the form.
24        THE DEPONENT:  That's correct.
25

Page 259

1  BY MR. MARIANI:
2  Q  Okay.  Let's take a look at your report, if we
3     could, which has been previously marked as
4     Exhibit No. --
5  A  Okay.  I have it open.
6  Q  Sorry.  I just need to get the number.
7        Okay.  Exhibit 91.
8        So if you can go to page 36 as numbered at
9     the bottom, Bates number 5540, and tell me when
10     you reach that.
11  A  I'm sorry.  I heard you say turn to page 36 and
12     then I lost you there.
13  Q  I'm just giving the corresponding Bates number,
14     5540.
15  A  Okay.
16  Q  Are you at that page?
17  A  I'm on page 36 of my report.
18  Q  Okay.  And do you recall Ms. Rathke asked you
19     questions about your discussion at the bottom of
20     page 36 where you had commented about the Bolt
21     No. 15 which showed residual Never-Seez.
22        Do you recall that?
23  A  Yes.
24  Q  And then do you recall she went to the next
25

Page 260

1  page, and she pointed you to Figure 26 and said
2  to you "Why do you have Bolt No. 3 there when
3  you were talking of Bolt No. 15?"
4        Do you recall that discussion?
5  A  Yes.
6  Q  Now, take a look at the top of page 37.  Do you
7     discuss Bolt No. 3 on page 37?
8  A  Yes, I do.  I discuss it on page 37.
9  Q  Please read into the record what you stated
10     there.
11  A  "While inspecting the bolts -- while inspecting
12     the bolts that had been removed from the subject
13     engines, Fusion Engineering noted significant
14     changes to the nature of the Never-Seez
15     remaining on the bolts.  The Never-Seez on the
16     removal of bolts appeared dried and cracked as
17     shown on Bolt 3 from DAO687 in Figure 26.
18     Contrastingly, fresh Never-Seez has an oily, wet
19     appearance and tends to flow to some degree when
20     applied to the bolt as shown in Figure 27.
21        "NASA publication 1228, referenced several
22     times by Mr. Meyers, indicates that Never-Seez
23     is satisfactory as a one-time lubricant.  It
24     also indicates that oil within Never-Seez boils
25

Page 261

1  off during temperature exposure but the compound
2  leaves non-galling oxides of nickel, copper, and
3  zinc between the threads."
4  Q  Thank you.
5        And so was your reference of your insertion
6     of Bolt No. 3 on that page by accident or was
7     that intentional by you?
8  A  No.  As I stated before, it was intentional
9     because it was a good image that showed exactly
10     what I was speaking to.  On Bolt No. 15 that
11     Mr. Meyers tested had been dipped in -- or
12     coated with turbine oil.  So it did not have the
13     same appearance as the remainder of the bolts
14     that were removed from the engine.
15  Q  Okay.  Do you have an understanding with regard
16     to -- well, let me withdraw that.
17        Do you recall you had a discussion with
18     Ms. Rathke earlier with regard to the process of
19     mechanics in different maintenance shops, such
20     as Dallas Airmotive or Pratt & Whitney of West
21     Virginia, performing the installation of the
22     diffuser with the diffuser bolts and there being
23     potentially slight variations with regard to
24     their installation process when they're doing
25

66 (Pages 258 - 261)

Page 262

1  that.
2      Do you recall this discussion?
3  A  Yes.
4  Q  Is it your understanding when the torque is
5     applied to the bolts, is there only one number
6     specified by the Pratt & Whitney manual for the
7     torque value or is it a range of torque that can
8     be applied?
9  A  It's a range of torque.
10  Q  So is it your understanding that when the
11     mechanics are doing this in two different shops,
12     that they could be applying different torque
13     when they put the bolts on, but both shops in
14     both mechanics are doing the job according to
15     the manual?
16  A  That's possible.  And there's also a
17     contribution to air from the torque wrench, even
18     though it's calibrated because the torque wrench
19     also has an air associated with it.
20  Q  And did you reach a conclusion in your work that
21     with regard to these potentially slow variations
22     in the install process could potentially have
23     some effect with regard to the life of these
24     bolts?
25

Page 263

1  A  Well, absolutely, because -- as I think I
2     testified earlier is the preload on these bolts
3     at room temperature is very, very low.  It's
4     well less than half of the yield strength of the
5     bolt, which is, from an engineering perspective,
6     a very low preload for a fatigue perspective.
7      So if you have something that's torqued or
8     preloaded to a very low preload to begin with
9     and now you start getting small variations,
10     you're going to increase your likelihood of
11     fatigue because the scatter in the preload will
12     be higher.
13      MR. MARIANI:  Okay.  I don't have any
14     further questions at this time.
15      Does anybody else have questions for the
16     witness?
17      MS. RATHKE:  I have one follow-up question.
18          EXAMINATION
19  BY MS. RATHKE:
20  Q  Mr. Jones, you referenced a racing background.
21     Is that Go-Karts?
22  A  I've raced Go-Karts, midgets, cars, sprint cars.
23      MS. RATHKE:  Okay.  No further questions.
24      MR. MARIANI:  Casey, do you have anything
25

Page 264

1  else?
2      MS. SUSZYNSKI:  I don't.  Thank you.
3      MR. MARIANI:  Okay.  Then the deposition is
4  concluded.
5      Thank you very much, Rich, our reporter,
6  for your cooperation today.
7      (Signature reserved.)
8      (Deposition concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 265

1          CERTIFICATE
2
3      I, Richard D. Ehrlich, a Certified Shorthand
4  Reporter of the State of Illinois, CSR License No.
5  084-2019, do hereby certify that I stenographically
6  reported the proceedings had at the Zoom deposition,
7  as aforesaid, and that the foregoing transcript is a
8  true and accurate record of the proceedings had
9  therein.
10      IN WITNESS WHEREOF, I do set my hand at
11  Chicago, Illinois, this 29th day of June, 2020.
12
13      Richard D. Ehrlich
14      Certified Shorthand Reporter
15      License No. 084.2019
16
17
18
19
20
21
22
23
24

67 (Pages 262 - 265)

Page 266

1      Veritext Legal Solutions

       1100 Superior Ave
2          Suite 1820

       Cleveland, Ohio 44114
3      Phone: 216-523-1313

4 June 29, 2020
5 To: Raymond L. Mariani
6 Case Name: Menard, Inc. v. Textron Aviation, Inc., et al.
7 Veritext Reference Number: 4122884
8 Witness: Aaron Jones       Deposition Date: 6/12/2020
9 Dear Sir/Madam:
10 Enclosed please find a deposition transcript.  Please have the
11 witness
12 review the transcript and note any changes or corrections on the
13 included errata sheet, indicating the page, line number, change,
14 and
15 the reason for the change.  Have the witness' signature notarized
16 and
17 forward the completed page(s) back to us at the Production
18 address shown
19 above, or email to production-midwest@veritext.com.
20 If the errata is not returned within thirty days of your receipt
21 of
22 this letter, the reading and signing will be deemed waived.
23 Sincerely,
24 Production Department
25 NO NOTARY REQUIRED IN CA

Page 267

1  1      DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2  2
      ASSIGNMENT REFERENCE NO: 4122884
3  3  CASE NAME: Menard, Inc. v. Textron Aviation, Inc., et al.
      DATE OF DEPOSITION: 6/12/2020
4  4  WITNESS' NAME: Aaron Jones
   5      In accordance with the Rules of Civil
5      Procedure, I have read the entire transcript of
   6  my testimony or it has been read to me.
6  7      I have made no changes to the testimony
      as transcribed by the court reporter.
7  8
      _____
8  9  Date          Aaron Jones
   10      Sworn to and subscribed before me, a
9      Notary Public in and for the State and County,
   11  the referenced witness did personally appear
10  and acknowledge that:
   12
11      They have read the transcript;
   13      They signed the foregoing Sworn
12      Statement; and
   14      Their execution of this Statement is of
13      their free act and deed.
   15
14      I have affixed my name and official seal
   16
15  this _____ day of_____, 20____.
   17
16      _____
17 18      Notary Public
18 19
19      _____
20 20      Commission Expiration Date
21 21
22 22
23 23
24 24
25 25

Page 268

1  1      DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2  2
      ASSIGNMENT REFERENCE NO: 4122884
3  3  CASE NAME: Menard, Inc. v. Textron Aviation, Inc., et al.
      DATE OF DEPOSITION: 6/12/2020
4  4  WITNESS' NAME: Aaron Jones
   5      In accordance with the Rules of Civil
5      Procedure, I have read the entire transcript of
   6  my testimony or it has been read to me.
6  7      I have listed my changes on the attached
      Errata Sheet, listing page and line numbers as
7  8  well as the reason(s) for the change(s).
   9      I request that these changes be entered
8      as part of the record of my testimony.
   10
9      I have executed the Errata Sheet, as well
11  as this Certificate, and request and authorize
10  that both be appended to the transcript of my
   12  testimony and be incorporated therein.
11 13  _____
      Date          Aaron Jones
12 14
      Sworn to and subscribed before me, a
13 15  Notary Public in and for the State and County,
      the referenced witness did personally appear
14 16  and acknowledge that:
   17      They have read the transcript;
15      They have listed all of their corrections
   18  in the appended Errata Sheet;
16      They signed the foregoing Sworn
   19      Statement; and
17      Their execution of this Statement is of
18 20  their free act and deed.
19 21  I have affixed my name and official seal
20 22  this _____ day of_____, 20____.
21 23
22      Notary Public
23 24
24      _____
25 25      Commission Expiration Date

Page 269

1  1      ERRATA SHEET
        VERITEXT LEGAL SOLUTIONS MIDWEST
2  2      ASSIGNMENT NO: 4122884
   3  PAGE/LINE(S) /       CHANGE      /REASON
3  4  _____
   5  _____
4  6  _____
   7  _____
5  8  _____
   9  _____
6  10 _____
7  11 _____
8  12 _____
9  13 _____
10 14 _____
11 15 _____
12 16 _____
13 17 _____
14 18 _____
15 19 _____
16 20 _____
17
18 20  Date          Aaron Jones
19 21  SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
20 22  DAY OF _____, 20_____ .
21 23  _____
22      Notary Public
23 24
24      _____
25 25      Commission Expiration Date

68 (Pages 266 - 269)

**[& - 10]**                                                    Page 1

| & | | | |
|---|---|---|---|
| **&** 1:14 2:10 3:15 | **084-2019** 265:4 | 113:1 114:1,23 | 221:1 222:1 223:1 |
| 27:5,13,24 28:15 | **084.2019** 265:15 | 115:1,9,22 116:1 | 224:1 225:1 226:1 |
| 28:18 31:2 47:19 | **1** | 117:1 118:1 119:1 | 227:1 228:1 229:1 |
| 47:22 48:14 60:10 | | 120:1 121:1,16 | 230:1 231:1 232:1 |
| 61:3 66:8,10,24 | **1** 1:1 2:1 3:1 4:1 | 122:1 123:1,13 | 233:1 234:1 235:1 |
| 67:4 73:10 100:17 | 5:1 6:1 7:1 8:1 9:1 | 124:1 125:1 126:1 | 236:1 237:1 238:1 |
| 101:5,7 118:22 | 10:1 11:1 12:1 | 127:1 128:1 129:1 | 239:1 240:1 241:1 |
| 119:16 125:6 | 13:1 14:1 15:1 | 130:1 131:1 132:1 | 242:1 243:1 244:1 |
| 126:6,21 127:18 | 16:1 17:1 18:1 | 133:1 134:1 135:1 | 245:1 246:1 247:1 |
| 128:5,6,16,22 | 19:1,11 20:1 21:1 | 136:1 137:1 138:1 | 248:1 249:1 250:1 |
| 130:21,22 135:1 | 22:1 23:1 24:1 | 139:1 140:1 141:1 | 251:1 252:1 253:1 |
| 136:1 137:20,24 | 25:1 26:1 27:1 | 142:1 143:1 144:1 | 254:1 255:1 256:1 |
| 138:16 139:9 | 28:1 29:1 30:1 | 145:1 146:1 147:1 | 257:1 258:1 259:1 |
| 142:18 144:24 | 31:1 32:1 33:1 | 147:23 148:1 | 260:1 261:1 262:1 |
| 151:14,18 178:12 | 34:1 35:1 36:1 | 149:1,2 150:1 | 263:1 264:1 265:1 |
| 179:9 188:14,20 | 37:1 38:1 39:1 | 151:1 152:1 153:1 | 267:1 268:1 269:1 |
| 189:3,10,15 190:1 | 40:1 41:1 42:1 | 154:1 155:1 156:1 | **1,000x** 223:6 |
| 190:2,6,10,15 | 43:1 44:1 45:1 | 157:1 158:1 159:1 | **10** 1:11 2:8 3:6,10 |
| 191:10 192:16 | 46:1 47:1 48:1 | 160:1 161:1 162:1 | 4:11 5:10 6:10 |
| 193:15 194:19 | 49:1 50:1 51:1 | 163:1 164:1 165:1 | 7:10 8:10 9:10 |
| 195:23 208:23 | 52:1 53:1 54:1 | 166:1 167:1 168:1 | 10:10 11:10 12:10 |
| 209:6,15 210:5,17 | 55:1 56:1 57:1 | 169:1 170:1 171:1 | 13:7,10 14:10 |
| 212:4 217:19 | 58:1 59:1 60:1 | 172:1,12 173:1 | 15:10 16:10 17:10 |
| 218:2 221:14 | 61:1 62:1 63:1 | 174:1,8 175:1 | 18:10 19:10 20:10 |
| 244:11,13 247:9 | 64:1 65:1,19,24 | 176:1 177:1 178:1 | 21:10 22:10 23:10 |
| 249:1,4 250:6 | 66:1 67:1 68:1 | 179:1 180:1 181:1 | 24:10 25:6,10,16 |
| 251:4 252:7,10 | 69:1 70:1 71:1 | 182:1 183:1 184:1 | 26:10 27:10 28:10 |
| 261:20 262:6 | 72:1 73:1 74:1 | 185:1 186:1 187:1 | 29:10 30:10 31:10 |
| **0** | 75:1 76:1 77:1 | 188:1 189:1 190:1 | 32:10 33:10 34:10 |
| | 78:1 79:1 80:1 | 191:1 192:1 193:1 | 35:10 36:10 37:10 |
| **0** 84:5,6,6,13,14 | 81:1 82:1 83:1 | 194:1 195:1 196:1 | 38:4,6,10,11 39:9 |
| 85:6,6,10,14,19,20 | 84:1 85:1 86:1 | 196:20 197:1 | 39:10 40:10 41:7 |
| 232:18 | 87:1 88:1 89:1 | 198:1,2 199:1 | 41:10 42:10 43:10 |
| **0.03** 53:13 | 90:1 91:1 92:1 | 200:1 201:1,11 | 44:10 45:10 46:10 |
| **0.2** 177:10 | 93:1 94:1 95:1 | 202:1,1 203:1 | 47:10 48:10 49:10 |
| **000189** 213:24 | 96:1 97:1 98:1 | 204:1 205:1 206:1 | 50:10 51:10 52:10 |
| **00844** 1:9 | 99:1,7 100:1 | 207:1 208:1,5 | 53:10 54:10 55:10 |
| **03** 126:4 | 101:1 102:1 103:1 | 209:1 210:1 211:1 | 56:10 57:10 58:10 |
| **06** 126:4 | 104:1 105:1 106:1 | 212:1 213:1 214:1 | 59:10 60:10 61:10 |
| | 106:11 107:1 | 215:1 216:1 217:1 | 62:10 63:10 64:10 |
| | 108:1 109:1,8,10 | 218:1 219:1 220:1 | 65:10 66:10 67:10 |
| | 110:1 111:1 112:1 | | |

[10 - 11]                                                                                           Page 2

| | | | |
|---|---|---|---|
| 68:10 69:10 70:10 | 157:10 158:10 | 239:10 240:10 | 16:11 17:11 18:11 |
| 71:10 72:10,14 | 159:10 160:10 | 241:10 242:10 | 19:11 20:11 21:11 |
| 73:10 74:10 75:10 | 161:10 162:10 | 243:10 244:10 | 22:11 23:11 24:11 |
| 76:10 77:10 78:10 | 163:10 164:10 | 245:10 246:10 | 25:11 26:11 27:11 |
| 79:10 80:10 81:10 | 165:10 166:10 | 247:10 248:10 | 28:11 29:11 30:11 |
| 82:10 83:10 84:7 | 167:10 168:10 | 249:10 250:10 | 31:11 32:11 33:11 |
| 84:10 85:8,10 | 169:10 170:10 | 251:10 252:10 | 34:11 35:11 36:11 |
| 86:10 87:8,10 | 171:10,15 172:10 | 253:10 254:7 | 37:11 38:11 39:11 |
| 88:10 89:10 90:10 | 173:10 174:10 | 255:10 256:10 | 40:11 41:11 42:11 |
| 91:10 92:10 93:10 | 175:10 176:10 | 257:10 258:10 | 43:11 44:11 45:11 |
| 94:10 95:10 96:10 | 177:10 178:10 | 259:10 260:10 | 46:11 47:11 48:11 |
| 97:10 98:10 99:4 | 179:10 180:10 | 261:10 262:10 | 49:11 50:11 51:11 |
| 99:7,10 100:10 | 181:10 182:10 | 263:10 264:10 | 52:11 53:11 54:11 |
| 101:10 102:10 | 183:10 184:10 | 265:9 267:8 268:8 | 55:11 56:11 57:11 |
| 103:10 104:10 | 185:10 186:10 | 269:7 | 58:11 59:11 60:11 |
| 105:10 106:10 | 187:10 188:10 | **100** 3:24 45:21,22 | 61:11 62:11 63:11 |
| 107:10 108:10 | 189:10 190:10 | 69:16 121:21 | 64:11 65:11 66:11 |
| 109:10 110:10 | 191:10 192:10 | 128:23 129:14 | 67:11 68:11 69:11 |
| 111:10 112:10 | 193:10 194:10 | 130:10 205:6,13 | 70:11 71:11 72:11 |
| 113:10 114:10 | 195:10 196:10 | 206:18,22 207:22 | 73:11 74:11 75:11 |
| 115:10 116:10 | 197:10 198:10 | 224:4,9,10 | 76:11 77:11 78:11 |
| 117:10 118:10 | 199:10 200:10 | **10017** 2:11 | 79:11 80:11 81:11 |
| 119:10 120:10,21 | 201:10 202:10 | **101** 4:1 76:5,6 | 82:11 83:11 84:11 |
| 121:10 122:10 | 203:10 204:10 | 77:1,3,10 224:1,2 | 85:11 86:11 87:11 |
| 123:10 124:10 | 205:10 206:10 | 225:2,7 | 88:11 89:11 90:11 |
| 125:10 126:10 | 207:10 208:10 | **102** 4:2 226:23,24 | 91:11 92:11 93:11 |
| 127:10 128:10 | 209:10 210:10 | **103** 4:3 228:9,10 | 94:11 95:11 96:11 |
| 129:10 130:10 | 211:10 212:10 | 228:12,17 229:13 | 97:11 98:11 99:6 |
| 131:10 132:10 | 213:10 214:10 | 229:18 230:12,15 | 99:11 100:11 |
| 133:10 134:10 | 215:10 216:10 | 232:4,8 | 101:11 102:11 |
| 135:10 136:10 | 217:10 218:10 | **104** 4:5 233:14,16 | 103:11 104:11 |
| 137:10 138:10 | 219:10 220:10 | 234:7 | 105:11 106:11 |
| 139:10 140:10 | 221:10 222:10 | **105** 4:6 245:11,12 | 107:11 108:11 |
| 141:10 142:10 | 223:10,12 224:10 | 245:19,24 252:19 | 109:11 110:11 |
| 143:10 144:10 | 225:10 226:10 | **106** 4:9 253:2,5,6 | 111:11 112:11 |
| 145:10 146:10 | 227:10 228:10 | **107** 77:15,16 | 113:11 114:11 |
| 147:10 148:10 | 229:10 230:10 | **11** 1:12 2:8 3:7 | 115:11 116:11 |
| 149:10 150:10 | 231:10 232:10,19 | 4:12 5:11 6:11 | 117:11 118:11 |
| 151:10 152:10 | 233:10 234:10 | 7:11 8:11 9:11 | 119:11 120:11 |
| 153:10 154:10 | 235:10 236:10 | 10:11 11:11 12:11 | 121:11 122:11 |
| 155:10 156:10 | 237:10 238:10 | 13:11 14:11 15:11 | 123:11 124:11 |

| | | | |
|---|---|---|---|
| 125:11 126:11 | 207:8,10,11 | 24:12 25:12 26:12 | 130:12 131:12 |
| 127:11 128:11 | 208:11 209:11 | 27:12 28:12 29:12 | 132:12 133:12 |
| 129:11 130:11 | 210:11 211:11 | 30:12 31:12 32:12 | 134:12 135:12 |
| 131:11 132:11 | 212:11 213:11 | 33:12 34:12 35:12 | 136:12 137:12 |
| 133:11 134:11 | 214:11 215:11 | 36:12 37:12 38:12 | 138:12 139:12 |
| 135:11 136:11 | 216:11 217:11 | 39:12 40:12 41:12 | 140:12 141:12 |
| 137:11 138:11 | 218:11 219:11 | 42:12 43:12 44:12 | 142:12 143:12 |
| 139:11 140:11 | 220:11 221:11 | 45:12 46:12 47:12 | 144:12 145:12 |
| 141:11 142:11 | 222:11 223:11 | 48:12 49:12 50:12 | 146:12 147:12 |
| 143:11 144:11 | 224:11 225:11 | 51:12 52:12 53:12 | 148:12 149:12 |
| 145:11 146:11 | 226:11 227:11 | 54:12 55:12 56:12 | 150:12 151:12 |
| 147:11 148:11 | 228:11 229:11 | 57:12 58:12 59:9 | 152:12 153:12 |
| 149:11 150:11 | 230:11 231:11 | 59:12 60:12 61:12 | 154:12 155:12 |
| 151:11 152:11 | 232:11 233:11 | 62:12 63:12 64:12 | 156:12 157:12 |
| 153:11 154:11 | 234:11 235:11 | 65:12 66:12 67:12 | 158:12 159:12 |
| 155:11 156:11 | 236:11 237:11 | 68:12 69:12 70:12 | 160:12 161:12 |
| 157:11 158:11 | 238:11 239:11 | 71:12 72:12 73:12 | 162:12 163:12 |
| 159:11 160:11 | 240:11 241:11 | 74:12 75:12 76:12 | 164:12 165:12 |
| 161:11 162:11 | 242:11 243:11 | 77:12 78:12 79:12 | 166:12 167:12 |
| 163:11 164:11 | 244:11 245:11 | 80:12 81:12 82:12 | 168:12 169:12 |
| 165:11 166:11 | 246:11 247:11 | 83:12 84:12 85:12 | 170:12 171:12 |
| 167:11 168:11 | 248:11 249:11 | 86:12 87:12 88:12 | 172:12 173:12 |
| 169:11 170:11 | 250:11 251:11 | 89:12 90:12 91:12 | 174:12 175:9,12 |
| 171:11 172:11 | 252:11 253:11 | 92:12 93:12 94:12 | 176:12 177:12 |
| 173:11 174:11 | 254:11 255:11 | 95:12 96:12 97:12 | 178:12 179:12 |
| 175:11 176:11 | 256:11 257:11 | 98:12 99:5,7,12 | 180:12 181:12 |
| 177:11 178:11 | 258:11 259:11 | 100:12 101:12 | 182:12 183:12 |
| 179:11 180:11 | 260:11 261:11 | 102:12 103:12 | 184:12 185:12 |
| 181:11 182:11 | 262:11 263:11 | 104:12 105:12 | 186:12 187:12 |
| 183:11 184:11 | 264:11 265:10 | 106:12 107:12 | 188:12 189:12 |
| 185:11 186:11 | 267:9 268:9 269:8 | 108:12 109:12 | 190:12 191:12 |
| 187:11 188:11 | **11-12-2018**   230:11 | 110:12 111:12 | 192:12 193:12 |
| 189:11 190:11 | **1100**   266:1 | 112:12 113:12 | 194:12 195:12 |
| 191:11 192:11 | **12**   1:13 2:9 3:8 | 114:12 115:12 | 196:1,8,12 197:9 |
| 193:11 194:11 | 4:13 5:12 6:12 | 116:12 117:12 | 197:12,14,16,17 |
| 195:11 196:11 | 7:12 8:12 9:12 | 118:12 119:12 | 197:18,23 198:12 |
| 197:11,23 198:11 | 10:12 11:12 12:11 | 120:12 121:12 | 199:12 200:12 |
| 199:11 200:11 | 12:12 13:12 14:12 | 122:12 123:12 | 201:12 202:12 |
| 201:11 202:11 | 15:12 16:12 17:12 | 124:12 125:12 | 203:12 204:12 |
| 203:11 204:11 | 18:12 19:12 20:12 | 126:12 127:12 | 205:12 206:12 |
| 205:11 206:11 | 21:12 22:12 23:12 | 128:12 129:12 | 207:12 208:12 |

| | | | |
|---|---|---|---|
| 209:12 210:12 | 20:13 21:13 22:13 | 127:13 128:13 | 209:13 210:13 |
| 211:12 212:12 | 23:13 24:13 25:13 | 129:13 130:13 | 211:13 212:13 |
| 213:12 214:12 | 26:13 27:13 28:13 | 131:13 132:13 | 213:13 214:13 |
| 215:12 216:12 | 29:13 30:13 31:13 | 133:13 134:13 | 215:13 216:13 |
| 217:12 218:12 | 32:13 33:13 34:13 | 135:13 136:13 | 217:13 218:13 |
| 219:12 220:12 | 35:13 36:13 37:13 | 137:13 138:13 | 219:13 220:13 |
| 221:12 222:12 | 38:13 39:13 40:13 | 139:13 140:13 | 221:13 222:13 |
| 223:12 224:12 | 41:13 42:13 43:13 | 141:13 142:13 | 223:13 224:13 |
| 225:12 226:12 | 44:13 45:13 46:13 | 143:13 144:13 | 225:13 226:13 |
| 227:12 228:12 | 47:13 48:13 49:13 | 145:13 146:13 | 227:13 228:13 |
| 229:12 230:12 | 50:13 51:13 52:13 | 147:13 148:13 | 229:13 230:13 |
| 231:12 232:12 | 53:13 54:13 55:13 | 149:13 150:13 | 231:13 232:13 |
| 233:12 234:12 | 56:13 57:13 58:13 | 151:13 152:13 | 233:13 234:13 |
| 235:12 236:12 | 59:13 60:13 61:13 | 153:13 154:13 | 235:13 236:13 |
| 237:12 238:12 | 62:9,13 63:13 | 155:13 156:13 | 237:13 238:13 |
| 239:12 240:12 | 64:13 65:13 66:13 | 157:13 158:13 | 239:13 240:13 |
| 241:12 242:12 | 67:13 68:13 69:13 | 159:13 160:13 | 241:13 242:13 |
| 243:12 244:12 | 70:13 71:13 72:13 | 161:13 162:13 | 243:13 244:13 |
| 245:12 246:12 | 73:13 74:13 75:13 | 163:13 164:13 | 245:13 246:13 |
| 247:12 248:12 | 76:13 77:13 78:13 | 165:13 166:13,19 | 247:13 248:13 |
| 249:12 250:12 | 79:13 80:13 81:13 | 167:13 168:13 | 249:13 250:13 |
| 251:12 252:12 | 82:13 83:13 84:13 | 169:13 170:13 | 251:13 252:13 |
| 253:12 254:12 | 85:13 86:13 87:13 | 171:13 172:13 | 253:13 254:13 |
| 255:12 256:12 | 88:13 89:13 90:13 | 173:13 174:13 | 255:13 256:13 |
| 257:12 258:12 | 91:13 92:13 93:13 | 175:13 176:13 | 257:13 258:13 |
| 259:12 260:12 | 94:13 95:13 96:13 | 177:13 178:13 | 259:13 260:13 |
| 261:12 262:12 | 97:13 98:13 99:5 | 179:13 180:13 | 261:13 262:13 |
| 263:12 264:12 | 99:6,7,13 100:13 | 181:13 182:13 | 263:13 264:13 |
| 265:11 267:10 | 101:13 102:13 | 183:13 184:13 | 265:13 267:11 |
| 268:10 269:9 | 103:13 104:13 | 185:13 186:13 | 268:11 269:10 |
| **120**   170:15 214:1 | 105:13 106:13 | 187:13 188:13 | **135**   170:16,23 |
| **1228**   260:21 | 107:13 108:13 | 189:13 190:13 | **14**   1:15 2:11 3:10 |
| **127**   2:4 | 109:13 110:13 | 191:13 192:13 | 4:15 5:14 6:14 |
| **12th**   229:19 | 111:13 112:13 | 193:13 194:13 | 7:14 8:14 9:14 |
| **13**   1:14 2:10 3:9 | 113:13 114:13 | 195:13 196:13 | 10:14 11:14 12:9 |
| 4:14 5:13 6:13 | 115:13 116:13 | 197:13 198:13 | 12:14 13:14 14:14 |
| 7:13 8:13 9:13 | 117:13 118:13 | 199:13 200:13 | 15:14 16:14 17:14 |
| 10:13 11:13 12:10 | 119:13 120:13 | 201:13 202:13 | 18:14 19:14 20:14 |
| 12:11,13 13:13 | 121:13 122:13 | 203:13 204:13 | 21:14 22:14 23:14 |
| 14:13 15:13 16:13 | 123:13 124:13 | 205:13 206:13 | 24:14 25:14 26:14 |
| 17:13 18:13 19:13 | 125:13 126:13 | 207:13 208:13 | 27:14 28:14 29:14 |

| | | | |
|---|---|---|---|
| 30:14 31:14 32:14 | 135:14 136:14 | 217:14 218:14 | 43:15 44:15 45:15 |
| 33:14 34:14 35:14 | 137:14 138:14 | 219:14 220:14 | 46:15 47:15 48:15 |
| 36:14 37:14 38:14 | 139:14 140:14 | 221:14 222:14 | 49:15 50:15 51:15 |
| 39:14 40:14 41:14 | 141:14 142:14 | 223:14 224:14 | 52:15 53:13,15 |
| 42:14 43:14 44:14 | 143:14 144:14 | 225:14 226:14 | 54:15 55:15 56:15 |
| 45:14 46:14 47:14 | 145:14 146:14 | 227:14 228:14 | 57:15 58:15 59:15 |
| 48:14 49:14 50:14 | 147:14 148:14 | 229:14 230:14 | 60:15 61:15 62:15 |
| 51:14 52:14 53:14 | 149:14 150:14 | 231:14 232:14 | 63:15 64:15 65:15 |
| 54:14 55:14 56:14 | 151:14 152:14 | 233:14 234:14 | 66:15 67:15 68:15 |
| 57:14 58:14 59:14 | 153:14 154:14 | 235:14 236:14 | 69:15 70:15 71:15 |
| 60:14 61:14 62:14 | 155:14 156:14 | 237:14 238:14 | 72:15 73:15 74:15 |
| 63:14 64:14 65:14 | 157:14 158:14 | 239:14 240:14 | 75:15 76:15 77:15 |
| 66:14 67:14 68:14 | 159:14 160:14 | 241:14 242:14 | 78:15 79:15 80:15 |
| 69:14 70:14 71:14 | 161:14 162:14 | 243:14 244:14 | 81:15 82:15 83:15 |
| 72:14 73:14 74:14 | 163:14 164:14 | 245:14 246:14 | 84:15 85:15 86:15 |
| 75:14 76:14 77:14 | 165:14 166:14 | 247:14 248:14 | 87:15 88:15 89:15 |
| 78:14 79:14 80:14 | 167:14 168:14 | 249:14 250:14 | 90:15 91:15 92:15 |
| 81:14 82:14 83:14 | 169:14 170:14 | 251:14 252:14 | 93:15 94:15 95:15 |
| 84:14 85:14 86:14 | 171:14 172:14 | 253:14 254:14 | 96:15 97:15 98:15 |
| 87:14 88:14 89:14 | 173:14 174:14 | 255:14 256:14 | 99:5,15 100:15 |
| 90:14 91:14 92:14 | 175:14 176:14 | 257:14 258:14 | 101:15 102:15 |
| 93:14 94:14 95:14 | 177:14 178:14 | 259:14 260:14 | 103:15 104:15 |
| 96:14 97:14 98:14 | 179:14 180:14 | 261:14 262:14 | 105:15 106:15 |
| 99:5,14 100:14 | 181:14 182:14 | 263:14 264:14 | 107:15 108:15 |
| 101:14 102:14 | 183:14 184:14 | 265:15 267:12 | 109:15 110:15 |
| 103:14 104:14 | 185:14 186:14 | 268:12 269:11 | 111:15 112:15 |
| 105:14 106:14 | 187:14 188:14 | **15**   1:16 2:13 3:10 | 113:15 114:15 |
| 107:14 108:14 | 189:14 190:14 | 3:11 4:16 5:15 | 115:15 116:15 |
| 109:14 110:14 | 191:14 192:14 | 6:15 7:15 8:15 9:8 | 117:15 118:15 |
| 111:14 112:14 | 193:14 194:14 | 9:15 10:15 11:15 | 119:15 120:15 |
| 113:14 114:14 | 195:14 196:14 | 12:15 13:2,7,15 | 121:15 122:15 |
| 115:14 116:14 | 197:14 198:14 | 14:15 15:15 16:15 | 123:15 124:15 |
| 117:14 118:14 | 199:14 200:14 | 17:15 18:15 19:15 | 125:15 126:15 |
| 119:14 120:14 | 201:14 202:14 | 20:15 21:15 22:15 | 127:15 128:15 |
| 121:14 122:14 | 203:14 204:14 | 23:15 24:15 25:15 | 129:15 130:15 |
| 123:14 124:14 | 205:14 206:14 | 25:16 26:15 27:15 | 131:15 132:15 |
| 125:14 126:14 | 207:14 208:14 | 28:15 29:15 30:15 | 133:15 134:15 |
| 127:14 128:14 | 209:14 210:14 | 31:15 32:15 33:15 | 135:15 136:15 |
| 129:14 130:14 | 211:14 212:14 | 34:15 35:15 36:15 | 137:15 138:15 |
| 131:14 132:14 | 213:14 214:14 | 37:15 38:15 39:15 | 139:15 140:15 |
| 133:14 134:14 | 215:14 216:14 | 40:15 41:15 42:15 | 141:15 142:15 |

[15 - 16]                                                                                           Page 6

| | | | |
|---|---|---|---|
| 143:15 144:15 | 223:15 224:15 | 37:16 38:16 39:16 | 139:16 140:16 |
| 145:15 146:8,15 | 225:15 226:15 | 40:16 41:16 42:16 | 141:16 142:16 |
| 147:15 148:15 | 227:15 228:15 | 43:16 44:16 45:16 | 143:16 144:16 |
| 149:15 150:15 | 229:15 230:15 | 46:16 47:16 48:16 | 145:16 146:9,16 |
| 151:15,21,23 | 231:15 232:15 | 49:16 50:16 51:16 | 147:16,23 148:16 |
| 152:15 153:15,20 | 233:5,15 234:6,15 | 52:16 53:16 54:16 | 149:16 150:16 |
| 154:15 155:15 | 235:15 236:15 | 55:16 56:16 57:16 | 151:16 152:16 |
| 156:15 157:15 | 237:15 238:15 | 58:16 59:16 60:16 | 153:16 154:16 |
| 158:15 159:15 | 239:15 240:15 | 61:16 62:16 63:16 | 155:16 156:16 |
| 160:15 161:15 | 241:15 242:15 | 64:16 65:16 66:16 | 157:16 158:16 |
| 162:15 163:15 | 243:15 244:15 | 67:16 68:16 69:16 | 159:16 160:16 |
| 164:15 165:15 | 245:15 246:15 | 70:16 71:16 72:16 | 161:16 162:16 |
| 166:2,15 167:15 | 247:15 248:15 | 73:16 74:16 75:16 | 163:16 164:16 |
| 168:15 169:15 | 249:15 250:15 | 76:16 77:16 78:16 | 165:16 166:16 |
| 170:15 171:15 | 251:15 252:15 | 79:16 80:16 81:16 | 167:16 168:16 |
| 172:15 173:15 | 253:15 254:15 | 82:16 83:16 84:16 | 169:16 170:16,20 |
| 174:15 175:15 | 255:15 256:15 | 85:16 86:16 87:16 | 171:1,16 172:16 |
| 176:15 177:15 | 257:15 258:15 | 88:16 89:16 90:16 | 173:16 174:16 |
| 178:15 179:15 | 259:15,21 260:3 | 91:16 92:16 93:16 | 175:16 176:16 |
| 180:15 181:11,15 | 260:15 261:10,15 | 94:16 95:16 96:16 | 177:16 178:16 |
| 182:15,20 183:15 | 262:15 263:15 | 97:16 98:16 99:5 | 179:16 180:16 |
| 184:15 185:15 | 264:15 265:16 | 99:16 100:16 | 181:16 182:16 |
| 186:15 187:15 | 267:13 268:13 | 101:16 102:16 | 183:16 184:16 |
| 188:15 189:15 | 269:12 | 103:16 104:16 | 185:16 186:16 |
| 190:15 191:15 | **15.1**   166:17 | 105:16 106:16 | 187:16 188:16 |
| 192:15 193:15 | **15.1.3**   167:22 | 107:16 108:16 | 189:16 190:16 |
| 194:15 195:15 | 168:23 | 109:16 110:16 | 191:16 192:16 |
| 196:15 197:15 | **150**   129:1 130:18 | 111:16 112:16 | 193:16 194:16 |
| 198:15 199:15 | 131:6 205:9 | 113:16 114:16 | 195:16 196:16 |
| 200:15 201:15 | **16**   1:17 2:14 3:11 | 115:16 116:16 | 197:16 198:16 |
| 202:15 203:15 | 4:17 5:16 6:16 | 117:16 118:16 | 199:16 200:16 |
| 204:15 205:15 | 7:16 8:16 9:16 | 119:16 120:16 | 201:16 202:16 |
| 206:15 207:15 | 10:16 11:16 12:16 | 121:16 122:16 | 203:16 204:16 |
| 208:15 209:15 | 13:16 14:16 15:16 | 123:16 124:16 | 205:16 206:16 |
| 210:15 211:1,15 | 16:16 17:16 18:16 | 125:16 126:16 | 207:16 208:16 |
| 212:15 213:3,15 | 19:16 20:16 21:16 | 127:16 128:16 | 209:16 210:16 |
| 213:16 214:15 | 22:16 23:16 24:16 | 129:16 130:16 | 211:16 212:16 |
| 215:15 216:7,15 | 25:16 26:16 27:16 | 131:16 132:16 | 213:16 214:16 |
| 217:15 218:15 | 28:16 29:16 30:16 | 133:16 134:16 | 215:16 216:16 |
| 219:15 220:15 | 31:16 32:16 33:16 | 135:16 136:16 | 217:16 218:16 |
| 221:15 222:15 | 34:16 35:16 36:16 | 137:16 138:16 | 219:16 220:16 |

| | | | |
|---|---|---|---|
| 221:16 222:16 | 42:17 43:17 44:17 | 143:17 144:17 | 224:17 225:17 |
| 223:16 224:16 | 45:17 46:17 47:17 | 145:17 146:17 | 226:17 227:17 |
| 225:16 226:16 | 48:17 49:17 50:17 | 147:17,23 148:17 | 228:17 229:17 |
| 227:16 228:16 | 51:17 52:17 53:17 | 149:17 150:17 | 230:17 231:17 |
| 229:16 230:16 | 54:17 55:17 56:17 | 151:17,20,23 | 232:17 233:17 |
| 231:16 232:16 | 57:17 58:17 59:17 | 152:17 153:17 | 234:17 235:17 |
| 233:16 234:16 | 60:17 61:17 62:17 | 154:17 155:17 | 236:17 237:17 |
| 235:16 236:16 | 63:17 64:17 65:17 | 156:17 157:17 | 238:17 239:17 |
| 237:16 238:16 | 66:17 67:17 68:17 | 158:17 159:17 | 240:17 241:17 |
| 239:16 240:16 | 69:17 70:17 71:17 | 160:17 161:17 | 242:17 243:17 |
| 241:16 242:16 | 72:17 73:17 74:17 | 162:17 163:17 | 244:17 245:17 |
| 243:16 244:16 | 75:17 76:17 77:17 | 164:17 165:17 | 246:17 247:17 |
| 245:16 246:16 | 78:17 79:17 80:17 | 166:17 167:17 | 248:17 249:17 |
| 247:16 248:16 | 81:17 82:17 83:17 | 168:17 169:17 | 250:17 251:17 |
| 249:16 250:16 | 84:17 85:17 86:17 | 170:17 171:17 | 252:17 253:17 |
| 251:16 252:16 | 87:17 88:17 89:17 | 172:17 173:17 | 254:17 255:17 |
| 253:16 254:16 | 90:17 91:17 92:17 | 174:17 175:17 | 256:17 257:17 |
| 255:16 256:16 | 93:17 94:17 95:17 | 176:17 177:17 | 258:17 259:17 |
| 257:16 258:16 | 96:17 97:17 98:17 | 178:17 179:17 | 260:17 261:17 |
| 259:16 260:16 | 99:17 100:17 | 180:17 181:17 | 262:17 263:17 |
| 261:16 262:16 | 101:17 102:17 | 182:17 183:17 | 264:17 265:18 |
| 263:16 264:16 | 103:17 104:17 | 184:17 185:17 | 267:15 268:14 |
| 265:17 267:14 | 105:17 106:17 | 186:17 187:17 | 269:14 |
| 268:14 269:13 | 107:17 108:17 | 188:17 189:17 | **175**   3:12 |
| **160**   46:1,2 | 109:17 110:17 | 190:17 191:17 | **18**   1:19 2:16 3:14 |
| **166**   3:10 | 111:17 112:17 | 192:17 193:17 | 4:19 5:18 6:18 |
| **169**   148:6 252:1 | 113:17 114:17 | 194:17 195:17 | 7:18 8:18 9:18 |
| **17**   1:18 2:15 3:13 | 115:17 116:17 | 196:17 197:17 | 10:18 11:18 12:18 |
| 4:18 5:17 6:17 | 117:17 118:17 | 198:17 199:17 | 13:18 14:18 15:18 |
| 7:17 8:17 9:17 | 119:17 120:17 | 200:17 201:17 | 16:18 17:18 18:18 |
| 10:17 11:17 12:17 | 121:17 122:17 | 202:17 203:17 | 19:18 20:18 21:18 |
| 13:17 14:17 15:17 | 123:17 124:17 | 204:17 205:17 | 22:18 23:18 24:18 |
| 16:17 17:17 18:17 | 125:17 126:17 | 206:17 207:17 | 25:18 26:18 27:18 |
| 19:17 20:17 21:12 | 127:17 128:17 | 208:17 209:17 | 28:18 29:18 30:18 |
| 21:17 22:17 23:17 | 129:17 130:17 | 210:17 211:17 | 31:18 32:18 33:18 |
| 24:17 25:17 26:17 | 131:17 132:17 | 212:17 213:17 | 34:18 35:18 36:18 |
| 27:17 28:17 29:17 | 133:17 134:17 | 214:17 215:17 | 37:18 38:18 39:18 |
| 30:17 31:17 32:17 | 135:17 136:17 | 216:17 217:17 | 40:18 41:18 42:18 |
| 33:17 34:17 35:17 | 137:17 138:17 | 218:17 219:17 | 43:18 44:18 45:18 |
| 36:17 37:17 38:17 | 139:17 140:17 | 220:17 221:17 | 46:18 47:18 48:18 |
| 39:17 40:17 41:17 | 141:17 142:17 | 222:17 223:17 | 49:18 50:18 51:18 |

| | | | |
|---|---|---|---|
| 52:18 53:18 54:18 | 150:18 151:18 | 232:18 233:18 | 61:19 62:19 63:19 |
| 55:18 56:18 57:18 | 152:18 153:18 | 234:18 235:18 | 64:19 65:19 66:19 |
| 58:18 59:18 60:18 | 154:18 155:18 | 236:18 237:18 | 67:19 68:19 69:19 |
| 61:18 62:18 63:18 | 156:18 157:18 | 238:18 239:18 | 70:19 71:19 72:19 |
| 64:18 65:18 66:18 | 158:18 159:18 | 240:18 241:18 | 73:19 74:19 75:19 |
| 67:18 68:18 69:18 | 160:18 161:18 | 242:18 243:18 | 76:19 77:19 78:19 |
| 70:18 71:18 72:18 | 162:18 163:18 | 244:18 245:18 | 79:19 80:19 81:19 |
| 73:18 74:18 75:18 | 164:18 165:18 | 246:18 247:18 | 82:19 83:19 84:19 |
| 76:18 77:18 78:18 | 166:18 167:18 | 248:18 249:18 | 85:19 86:19 87:19 |
| 79:18 80:18 81:18 | 168:18 169:18 | 250:18 251:18 | 88:19 89:19 90:19 |
| 82:18 83:18 84:18 | 170:18 171:18 | 252:18 253:18 | 91:19 92:19 93:19 |
| 85:18 86:18 87:18 | 172:18 173:18 | 254:18 255:18 | 94:19 95:19 96:19 |
| 88:18 89:18 90:18 | 174:18 175:18 | 256:18 257:15,18 | 97:19 98:19 99:5 |
| 91:18 92:18 93:18 | 176:18 177:18 | 258:18 259:18 | 99:19 100:19 |
| 94:18 95:18 96:18 | 178:18 179:18 | 260:18 261:18 | 101:19 102:19 |
| 97:18 98:18 99:18 | 180:18 181:18 | 262:18 263:18 | 103:19 104:19 |
| 100:18 101:18 | 182:18 183:18 | 264:18 265:19 | 105:19 106:19 |
| 102:18 103:18 | 184:18 185:18 | 267:17 268:15 | 107:19 108:19 |
| 104:18 105:18 | 186:18 187:18 | 269:15 | 109:19 110:19 |
| 106:18 107:18 | 188:18 189:18 | **180**   45:18 | 111:19 112:19 |
| 108:18 109:18 | 190:18 191:18 | **1820**   266:2 | 113:19 114:19 |
| 110:18 111:18 | 192:18 193:18 | **19**   1:20 2:18 3:16 | 115:19 116:19 |
| 112:18 113:18 | 194:18 195:18 | 4:20 5:19 6:19 | 117:19 118:19 |
| 114:18 115:18 | 196:18 197:18 | 7:19 8:19 9:19 | 119:19 120:19 |
| 116:18 117:18 | 198:18 199:18 | 10:19 11:19 12:19 | 121:19 122:19 |
| 118:18 119:18 | 200:18 201:18 | 13:19 14:19 15:19 | 123:19 124:19 |
| 120:18 121:18 | 202:18 203:18 | 16:19 17:19 18:19 | 125:19 126:19 |
| 122:18 123:18 | 204:18 205:18 | 19:19 20:19 21:19 | 127:19 128:19 |
| 124:18 125:18 | 206:18 207:18 | 22:19 23:19 24:19 | 129:19 130:19 |
| 126:18 127:18 | 208:18 209:18 | 25:19 26:19 27:19 | 131:19 132:19 |
| 128:18 129:18 | 210:18 211:18 | 28:19 29:19 30:19 | 133:19 134:19 |
| 130:18 131:18 | 212:18 213:18 | 31:19 32:19 33:19 | 135:19 136:19 |
| 132:18 133:18 | 214:18 215:18 | 34:19 35:19 36:19 | 137:19 138:19 |
| 134:18 135:18 | 216:18 217:18 | 37:19 38:19 39:19 | 139:19 140:19 |
| 136:18 137:18 | 218:18 219:18 | 40:19 41:19 42:19 | 141:19 142:19 |
| 138:18 139:18 | 220:18 221:18 | 43:19 44:19 45:19 | 143:19 144:19 |
| 140:18 141:18 | 222:18 223:18 | 46:19 47:19 48:19 | 145:19 146:19 |
| 142:18 143:18 | 224:18 225:18 | 49:19 50:19 51:19 | 147:19 148:19 |
| 144:18 145:18 | 226:18 227:18 | 52:19 53:19 54:19 | 149:19 150:19 |
| 146:18 147:18 | 228:18 229:18 | 55:19 56:19 57:19 | 151:19 152:19 |
| 148:18 149:18 | 230:18 231:18 | 58:19 59:19 60:19 | 153:19 154:19 |

| | | | |
|---|---|---|---|
| 155:19 156:19 | 237:19 238:19 | 64:2 65:2,15,20,24 | 177:2 178:2 179:2 |
| 157:19 158:19 | 239:19 240:19 | 66:2 67:2,20 68:2 | 180:2 181:2 182:2 |
| 159:19 160:19 | 241:19 242:19 | 69:2 70:2 71:2 | 183:2 184:2 185:2 |
| 161:19 162:14,19 | 243:19 244:19 | 72:2 73:2 74:2 | 186:2 187:2 188:2 |
| 163:19 164:19 | 245:19 246:19 | 75:2 76:2 77:2 | 189:2 190:2 191:2 |
| 165:19 166:19 | 247:19 248:19 | 78:2,6,7 79:2 80:2 | 192:2 193:2 194:2 |
| 167:19 168:19 | 249:19 250:19 | 81:2 82:2 83:2 | 195:2 196:2 197:2 |
| 169:19 170:19 | 251:19 252:19 | 84:2 85:2 86:2 | 198:2 199:2 200:2 |
| 171:19 172:19 | 253:19 254:19 | 87:2 88:2 89:2 | 201:2 202:1,2 |
| 173:19 174:19 | 255:19 256:19 | 90:2 91:2 92:2 | 203:2 204:2 205:2 |
| 175:19 176:19 | 257:19 258:19 | 93:2 94:2 95:2 | 206:2 207:2 208:2 |
| 177:19 178:19 | 259:19 260:19 | 96:2 97:2 98:2 | 208:8 209:2 210:2 |
| 179:19 180:19 | 261:19 262:19 | 99:2,4,7 100:2 | 211:2 212:2 213:2 |
| 181:19 182:19 | 263:19 264:19 | 101:2 102:2 103:2 | 214:2 215:2 216:2 |
| 183:19 184:19 | 265:20 267:18 | 104:2 105:2 106:2 | 217:2 218:2 219:2 |
| 185:19 186:19 | 268:16 269:16 | 107:2 108:2 109:2 | 220:2 221:2 222:2 |
| 187:19 188:19 | **19032** 163:19,21 | 109:9,9,10 110:2 | 223:2 224:2 225:2 |
| 189:19 190:19 | **191** 3:14 | 111:2 112:2 113:2 | 226:2 227:2 228:2 |
| 191:19 192:19 | **195** 3:17 | 114:2 115:2 116:2 | 229:2 230:2 231:2 |
| 193:19 194:19 | **1995** 11:7,8,12 | 116:14 117:2 | 232:2 233:2 234:2 |
| 195:19 196:19 | **2** | 118:2 119:2 120:2 | 235:2 236:2 237:2 |
| 197:19 198:19 | | 121:2 122:2 123:2 | 238:2 239:2 240:2 |
| 199:19 200:19 | **2** 1:3 2:1 3:1 4:2 | 124:2 125:2 126:2 | 240:20 241:2 |
| 201:19 202:19 | 5:2 6:2 7:2 8:2 9:2 | 127:2 128:2 129:2 | 242:2 243:2 244:2 |
| 203:19 204:19 | 10:2 11:2 12:2 | 130:2 131:2 132:2 | 245:2 246:2 247:2 |
| 205:19 206:19 | 13:2 14:2 15:2 | 133:2 134:2 135:2 | 248:2 249:2 250:2 |
| 207:19 208:19 | 16:2 17:2 18:2 | 136:2 137:2 138:2 | 251:2 252:2 253:2 |
| 209:19 210:19 | 19:2 20:2 21:2 | 139:2 140:2 141:2 | 254:2 255:2 256:2 |
| 211:19 212:19 | 22:2 23:2 24:2 | 142:2 143:2 144:2 | 257:2 258:2 259:2 |
| 213:19 214:19 | 25:2 26:2 27:2 | 145:2 146:2 147:2 | 260:2 261:2 262:2 |
| 215:19 216:19 | 28:2 29:2 30:2 | 148:2 149:2 150:2 | 263:2 264:2 265:1 |
| 217:19 218:19 | 31:2 32:2 33:2 | 151:2 152:2 153:2 | 267:2 268:2 269:2 |
| 219:19 220:19 | 34:2 35:2 36:2 | 154:2 155:2 156:2 | **2,250** 75:19 |
| 221:19 222:19 | 37:2 38:2 39:2 | 157:2 158:2 159:2 | **2,500** 225:2 |
| 223:19 224:19 | 40:2 41:2 42:2 | 160:2 161:2 162:2 | **2.0** 77:18 |
| 225:19 226:19 | 43:2 44:2 45:2 | 163:2 164:2 165:2 | **20** 1:21 2:20 3:17 |
| 227:19 228:19 | 46:2 47:2 48:2 | 166:2 167:2 168:2 | 4:21 5:20 6:20 |
| 229:19 230:19 | 49:2 50:2 51:2 | 168:17 169:2 | 7:20 8:20 9:8,8,20 |
| 231:19 232:19 | 52:2 53:2 54:2 | 170:2 171:2 172:2 | 10:20 11:20 12:20 |
| 233:19 234:19 | 55:2 56:2 57:2 | 172:23 173:2 | 13:20 14:20 15:20 |
| 235:19 236:19 | 58:2 59:2 60:2 | 174:2 175:2 176:2 | 16:20 17:20 18:20 |
| | 61:2 62:2 63:2 | | |

| | | | |
|---|---|---|---|
| 19:20 20:20 21:20 | 127:20 128:20 | 205:20 206:20 | **2013**   21:12 22:15 |
| 22:20 23:20 24:20 | 129:20 130:20 | 207:20 208:20 | 66:17 |
| 25:20 26:20 27:20 | 131:20 132:20 | 209:20 210:20 | **2018**   126:16 |
| 28:20 29:20 30:20 | 133:20 134:20 | 211:20 212:20 | 138:17 229:19 |
| 31:20 32:20 33:20 | 135:20 136:20 | 213:20 214:20 | **2019**   5:18 98:24 |
| 34:20 35:20 36:20 | 137:20 138:20 | 215:20 216:20 | 102:8 105:12 |
| 37:20 38:20 39:20 | 139:20 140:20 | 217:20 218:20 | 126:16 183:21 |
| 40:20 41:20 42:20 | 141:20 142:20 | 219:20 220:20 | **2020**   101:22 102:6 |
| 43:20 44:20 45:20 | 143:20 144:20 | 221:20 222:20 | 214:1 229:3,5,22 |
| 46:20 47:20 48:20 | 145:20 146:20 | 223:20 224:20 | 231:4,6 236:22 |
| 49:20 50:20 51:20 | 147:20 148:20 | 225:20 226:20 | 237:18,24 238:1,3 |
| 52:20 53:20 54:20 | 149:20 150:20 | 227:20 228:20 | 265:10 266:4 |
| 55:20 56:20 57:20 | 151:20 152:20 | 229:20 230:20 | **206**   3:24 |
| 58:20 59:20 60:20 | 153:20 154:10,11 | 231:20 232:20 | **209**   155:9 |
| 61:20 62:20 63:20 | 154:11,12,14,20 | 233:20 234:20 | **20th**   92:13 |
| 64:20 65:20 66:20 | 154:24 155:20,24 | 235:20 236:20 | **21**   1:22 2:22 3:19 |
| 67:20 68:20 69:20 | 156:20 157:20 | 237:20 238:20 | 4:22 5:21 6:21 |
| 70:20 71:20 72:18 | 158:20 159:20 | 239:20 240:20 | 7:21 8:21 9:21 |
| 72:20 73:20 74:20 | 160:20 161:20 | 241:20 242:20 | 10:21 11:21 12:21 |
| 75:20 76:20 77:20 | 162:20 163:20 | 243:20 244:20 | 13:21 14:21 15:21 |
| 78:20 79:20 80:20 | 164:20 165:20 | 245:20 246:20 | 16:21 17:21 18:21 |
| 81:20 82:20 83:20 | 166:20 167:20 | 247:20 248:20 | 19:21 20:21 21:21 |
| 84:20 85:20 86:20 | 168:20 169:20 | 249:20 250:20 | 22:21 23:21 24:21 |
| 87:20 88:20 89:20 | 170:20,20,23 | 251:20 252:20 | 25:21 26:21 27:21 |
| 90:20 91:20 92:20 | 171:20 172:20 | 253:20 254:20 | 28:21 29:21 30:21 |
| 93:20 94:20 95:20 | 173:20 174:20 | 255:20 256:20 | 31:21 32:21 33:21 |
| 96:20 97:20 98:20 | 175:20 176:20 | 257:20 258:20 | 34:21 35:21 36:21 |
| 99:6,20 100:20 | 177:20 178:20 | 259:20 260:20 | 37:21 38:21 39:21 |
| 101:20 102:8,20 | 179:20 180:20 | 261:20 262:20 | 40:21 41:21 42:21 |
| 103:20 104:20 | 181:20 182:20 | 263:20 264:20 | 43:21 44:21 45:21 |
| 105:20 106:20 | 183:20 184:20 | 265:21 267:15,20 | 46:21 47:21 48:21 |
| 107:20 108:20 | 185:20 186:20 | 268:18,20 269:18 | 49:21 50:21 51:21 |
| 109:20 110:20 | 187:20 188:20 | 269:20 | 52:21 53:21 54:21 |
| 111:20 112:20 | 189:20 190:20 | **200**   3:20 205:13 | 55:21 56:21 57:21 |
| 113:20 114:20 | 191:20 192:20 | **2003**   66:17 | 58:21 59:21 60:21 |
| 115:20 116:20 | 193:20 194:20 | **2004**   175:9 | 61:21 62:21 63:21 |
| 117:20 118:20 | 195:20 196:20 | **2006**   66:12 92:19 | 64:21 65:21 66:21 |
| 119:20 120:20 | 197:20 198:20 | **2010**   66:9 | 67:21 68:21 69:21 |
| 121:20 122:20 | 199:20 200:20 | **2011**   3:10 12:11 | 70:21 71:21 72:21 |
| 123:20 124:20 | 201:20 202:20 | 66:12 72:14 | 73:21 74:21 75:21 |
| 125:20 126:20 | 203:20 204:20 | | 76:21 77:21 78:21 |

| | | | |
|---|---|---|---|
| 79:21 80:21 81:21 | 166:21 167:21 | 248:21 249:21 | 73:22 74:22 75:22 |
| 82:21 83:21 84:21 | 168:21 169:21 | 250:21 251:21 | 76:22 77:5,22 |
| 85:21 86:21 87:21 | 170:21 171:21 | 252:21 253:21 | 78:22 79:16,22 |
| 88:21 89:21 90:21 | 172:21 173:21 | 254:21 255:21 | 80:22 81:22 82:22 |
| 91:21 92:21 93:21 | 174:21 175:21 | 256:21 257:21 | 83:22 84:22 85:22 |
| 94:21 95:21 96:21 | 176:21 177:21 | 258:21 259:21 | 86:22 87:22 88:22 |
| 97:21 98:21 99:6 | 178:21 179:21 | 260:21 261:21 | 89:22 90:22 91:22 |
| 99:21 100:21 | 180:21 181:21 | 262:21 263:21 | 92:22 93:22 94:22 |
| 101:21,21 102:5,6 | 182:21 183:21 | 264:21 265:22 | 95:22 96:22 97:22 |
| 102:21 103:21 | 184:21 185:21 | 267:21 268:19 | 98:22 99:6,8,22 |
| 104:21 105:21 | 186:21 187:21 | 269:19 | 100:22 101:22 |
| 106:21 107:21 | 188:21 189:21 | **212.486.2400**   2:12 | 102:22 103:22 |
| 108:21 109:21 | 190:21 191:21 | **216-523-1313** | 104:22 105:22 |
| 110:21 111:21 | 192:21 193:21 |   266:3 | 106:22 107:22 |
| 112:21 113:21 | 194:21 195:21 | **216.479.8154**   2:5 | 108:22 109:22 |
| 114:21 115:21 | 196:21 197:21 | **2171**   265:12 | 110:22 111:22 |
| 116:21 117:21 | 198:21 199:21 | **22**   1:23 2:23 3:21 | 112:22 113:22 |
| 118:21 119:21 | 200:21 201:21 |   4:23 5:22 6:22 | 114:22 115:22 |
| 120:21 121:21 | 202:21 203:21 |   7:22 8:22 9:22 | 116:22 117:22 |
| 122:21 123:21 | 204:21 205:21 |   10:22 11:22 12:22 | 118:22 119:22 |
| 124:21 125:21 | 206:21 207:21 |   13:22 14:22 15:22 | 120:22 121:22 |
| 126:21 127:21 | 208:21 209:21 |   16:22 17:22 18:22 | 122:22 123:22 |
| 128:21 129:21 | 210:21 211:21 |   19:22 20:22 21:22 | 124:22 125:22 |
| 130:21 131:21 | 212:21 213:21 |   22:22 23:22 24:22 | 126:22 127:22 |
| 132:21 133:21 | 214:21 215:21 |   25:22 26:22 27:22 | 128:22 129:22 |
| 134:21 135:21 | 216:21 217:21 |   28:22 29:22 30:22 | 130:22 131:22 |
| 136:21 137:21 | 218:21 219:21 |   31:22 32:22 33:22 | 132:22 133:22 |
| 138:21 139:21 | 220:21 221:21 |   34:22 35:22 36:22 | 134:22 135:22 |
| 140:21 141:21 | 222:21 223:21 |   37:22 38:5,11,22 | 136:22 137:22 |
| 142:21 143:21 | 224:21 225:21 |   39:9,22 40:2,22 | 138:22 139:22 |
| 144:21 145:21 | 226:21 227:21 |   41:22 42:22 43:22 | 140:22 141:22 |
| 146:21 147:21 | 228:21 229:21 |   44:22 45:22 46:22 | 142:22 143:22 |
| 148:21 149:21 | 230:21 231:21 |   47:22 48:22 49:22 | 144:22 145:22 |
| 150:21 151:21 | 232:21 233:21 |   50:22 51:22 52:22 | 146:22 147:22 |
| 152:21 153:21 | 234:21 235:21 |   53:22 54:22 55:22 | 148:5,22 149:22 |
| 154:21 155:21 | 236:21 237:21 |   56:22 57:22 58:22 | 150:22 151:22 |
| 156:21 157:21 | 238:21 239:21 |   59:22 60:22 61:22 | 152:22 153:22 |
| 158:21 159:21 | 240:21 241:21 |   62:22 63:22 64:22 | 154:8,22 155:22 |
| 160:21 161:21 | 242:21 243:21 |   65:22 66:22 67:22 | 156:22 157:22 |
| 162:21 163:21 | 244:21 245:21 |   68:6,22 69:22 | 158:22 159:22 |
| 164:21 165:21 | 246:21 247:21 |   70:22 71:22 72:22 | 160:22 161:22 |

[22 - 23]                                                                                   Page 12

| | | | |
|---|---|---|---|
| 162:22 163:22 | 244:22 245:22 | 73:23 74:23 75:23 | 164:23 165:23 |
| 164:22 165:22 | 246:22 247:22 | 76:23 77:23 78:23 | 166:23 167:23 |
| 166:22 167:22 | 248:22 249:22 | 79:23 80:23 81:23 | 168:23 169:23 |
| 168:22 169:22 | 250:22 251:22 | 82:23 83:23 84:23 | 170:23 171:23 |
| 170:9,22 171:22 | 252:22 253:22 | 85:23 86:23 87:23 | 172:23 173:23 |
| 172:22 173:22 | 254:22 255:22 | 88:23 89:23 90:23 | 174:23 175:23 |
| 174:22 175:22 | 256:22 257:22 | 91:23 92:23 93:23 | 176:23 177:23 |
| 176:22 177:22 | 258:22 259:22 | 94:23 95:23 96:23 | 178:23 179:23 |
| 178:22 179:22 | 260:22 261:22 | 97:23 98:23 99:23 | 180:23 181:23 |
| 180:22 181:22 | 262:22 263:22 | 100:23 101:23 | 182:23 183:23 |
| 182:22 183:22 | 264:22 265:23 | 102:23 103:23 | 184:23 185:23 |
| 184:22 185:22 | 267:22 268:20 | 104:23 105:23 | 186:23 187:23 |
| 186:22 187:22 | 269:20 | 106:23 107:23 | 188:23 189:23 |
| 188:22 189:22 | **224**   4:1 | 108:23 109:23 | 190:23 191:23 |
| 190:22 191:22 | **227**   4:2 | 110:23 111:23 | 192:23 193:23 |
| 192:22 193:22 | **228**   4:3 180:9 | 112:23 113:23 | 194:23 195:23 |
| 194:22 195:22 | **229**   180:7,16 | 114:23 115:23 | 196:23 197:23 |
| 196:22 197:22 | **23**   1:24 2:24 3:23 | 116:23 117:23 | 198:23 199:23 |
| 198:22 199:22 | 4:24 5:23 6:23 | 118:23 119:23 | 200:23 201:23 |
| 200:22 201:22 | 7:23 8:23 9:23 | 120:23 121:23 | 202:23 203:23 |
| 202:22 203:22 | 10:23 11:23 12:23 | 122:23 123:23 | 204:23 205:23 |
| 204:22 205:22 | 13:23 14:23 15:23 | 124:23 125:23 | 206:23 207:23 |
| 206:22 207:22 | 16:23 17:23 18:23 | 126:23 127:23 | 208:23 209:23 |
| 208:22 209:22 | 19:23 20:23 21:23 | 128:23 129:23 | 210:23 211:23 |
| 210:22 211:22 | 22:23 23:23 24:23 | 130:23 131:23 | 212:23 213:23 |
| 212:22 213:22 | 25:23 26:23 27:23 | 132:23 133:23 | 214:23 215:23 |
| 214:22 215:22 | 28:23 29:23 30:23 | 134:23 135:23 | 216:23 217:23 |
| 216:22 217:22 | 31:23 32:23 33:23 | 136:23 137:23 | 218:23 219:23 |
| 218:22 219:22 | 34:23 35:23 36:23 | 138:23 139:23 | 220:23 221:23 |
| 220:22 221:22 | 37:23 38:23 39:23 | 140:23 141:23 | 222:23 223:23 |
| 222:22 223:22 | 40:23 41:23 42:23 | 142:23 143:23 | 224:23 225:23 |
| 224:22 225:22 | 43:23 44:23 45:23 | 144:23 145:23 | 226:23 227:23 |
| 226:22 227:22 | 46:23 47:23 48:23 | 146:23 147:23 | 228:23 229:23 |
| 228:22 229:22 | 49:23 50:23 51:23 | 148:23 149:23 | 230:23 231:23 |
| 230:22 231:22 | 52:23 53:23 54:23 | 150:23 151:23 | 232:23 233:23 |
| 232:22 233:22 | 55:23 56:23 57:23 | 152:23 153:23 | 234:23 235:23 |
| 234:22 235:22 | 58:23 59:23 60:23 | 154:23 155:23 | 236:23 237:23 |
| 236:22 237:22 | 61:23 62:23 63:23 | 156:23 157:23 | 238:23 239:23 |
| 238:22 239:22 | 64:23 65:23 66:23 | 158:23 159:23 | 240:23 241:23 |
| 240:22 241:22 | 67:23 68:23 69:23 | 160:16,23 161:23 | 242:23 243:23 |
| 242:22 243:22 | 70:23 71:23 72:23 | 162:23 163:23 | 244:23 245:23 |

**[23 - 3]**                                                              Page 13

| | | | |
|---|---|---|---|
| 246:23 247:23 | 78:24 79:24 80:24 | 167:24 168:24 | 249:24 250:24 |
| 248:23 249:23 | 81:24 82:24 83:24 | 169:24 170:24 | 251:24 252:24 |
| 250:23 251:23 | 84:24 85:24 86:24 | 171:24 172:24 | 253:24 254:24 |
| 252:23 253:23 | 87:24 88:24 89:24 | 173:24 174:24 | 255:24 256:24 |
| 254:23 255:23 | 90:24 91:24 92:24 | 175:24 176:24 | 257:24 258:24 |
| 256:23 257:23 | 93:24 94:24 95:24 | 177:24 178:24 | 259:24 260:24 |
| 258:23 259:23 | 96:24 97:24 98:24 | 179:24 180:24 | 261:24 262:24 |
| 260:23 261:23 | 99:24 100:24 | 181:24 182:24 | 263:24 264:24 |
| 262:23 263:23 | 101:24 102:24 | 183:24 184:24 | 265:25 267:24 |
| 264:23 265:24 | 103:24 104:24 | 185:24 186:24 | 268:23 269:23 |
| 267:23 268:21 | 105:24 106:24 | 187:24 188:24 | **245**　4:6 |
| 269:21 | 107:24 108:24 | 189:24 190:24 | **25**　25:13 202:9 |
| **233**　4:5 | 109:24 110:24 | 191:24 192:24 | 257:15 267:25 |
| **236**　3:2 | 111:24 112:24 | 193:24 194:24 | 268:25 269:25 |
| **239**　3:3 | 113:24 114:24 | 195:24 196:24 | **250**　222:4 |
| **24**　1:25 2:25 3:25 | 115:24 116:24 | 197:24 198:24 | **253**　4:9 |
| 4:25 5:24 6:24 | 117:24 118:24 | 199:24 200:24 | **26**　53:10,10 142:1 |
| 7:24 8:24 9:24 | 119:24 120:24 | 201:24 202:24 | 212:23 213:12 |
| 10:24 11:24 12:24 | 121:24 122:24 | 203:24 204:24 | 214:3 260:1,17 |
| 13:24 14:24 15:24 | 123:24 124:24 | 205:24 206:24 | **263**　3:3 |
| 16:24 17:24 18:24 | 125:24 126:24 | 207:24 208:24 | **27**　45:15 47:23 |
| 19:24 20:24 21:24 | 127:24 128:24 | 209:24 210:24 | 71:13 178:14 |
| 22:24 23:24 24:24 | 129:24 130:24 | 211:24 212:24 | 260:20 |
| 25:24 26:24 27:24 | 131:24 132:24 | 213:24 214:24 | **2710**　75:5 |
| 28:24 29:24 30:24 | 133:24 134:24 | 215:24 216:24 | **28**　245:23 246:20 |
| 31:24 32:8,19,24 | 135:24 136:24 | 217:24 218:24 | **29**　160:15 266:4 |
| 33:24 34:24 35:24 | 137:24 138:24 | 219:24 220:24 | **29th**　265:10 |
| 36:24 37:24 38:24 | 139:24 140:24 | 221:24 222:24 | **2nd**　180:7 |
| 39:24 40:24 41:24 | 141:24 142:24 | 223:24 224:24 | **2s**　177:22 |
| 42:24 43:24 44:24 | 143:24 144:24 | 225:24 226:24 | **3** |
| 45:24 46:24 47:24 | 145:24 146:24 | 227:24 228:24 | **3**　1:4 2:2 3:2 4:3 |
| 48:24 49:24 50:24 | 147:24 148:24 | 229:24 230:24 | 5:3 6:3 7:3 8:3 9:3 |
| 51:24 52:24 53:24 | 149:24 150:24 | 231:24 232:24 | 10:3 11:3 12:3 |
| 54:24 55:24 56:24 | 151:24 152:24 | 233:24 234:24 | 13:3 14:3 15:3 |
| 57:24 58:24 59:24 | 153:24 154:24 | 235:24 236:24 | 16:3 17:3 18:3 |
| 60:24 61:24 62:24 | 155:24 156:24 | 237:24 238:24 | 19:3 20:3 21:3 |
| 63:24 64:24 65:24 | 157:24 158:24 | 239:24 240:24 | 22:3 23:3 24:3 |
| 66:24 67:24 68:24 | 159:24 160:18,24 | 241:24 242:24 | 25:3 26:3 27:3 |
| 69:24 70:24 71:24 | 161:24 162:24 | 243:24 244:24 | 28:3 29:3 30:3 |
| 72:24 73:24 74:24 | 163:24 164:24 | 245:24 246:24 | 31:3 32:3 33:3 |
| 75:24 76:24 77:24 | 165:24 166:24 | 247:24 248:24 | 34:3 35:3 36:3 |

| | | | |
|---|---|---|---|
| 37:3 38:3 39:3 | 157:3 158:3 159:3 | **30**   2:18 9:20,21,23 | 40:4 41:4 42:4 |
| 40:3 41:3 42:3 | 160:3 161:3 162:3 | 45:15 47:24 66:8 | 43:4 44:4 45:4 |
| 43:3 44:3 45:3 | 163:3 164:3 165:3 | 71:14 79:13 84:14 | 46:4 47:4 48:4 |
| 46:3 47:3 48:3 | 166:3 167:3 168:3 | 85:10,14,15,16,19 | 49:4 50:4 51:4 |
| 49:3 50:3 51:3 | 168:18,19,23 | 113:22,23 134:22 | 52:4,15 53:4 54:4 |
| 52:3 53:3 54:3 | 169:3 170:3 171:3 | 171:16 185:3 | 55:4 56:4 57:4 |
| 55:3 56:3 57:3 | 172:3 173:3 174:3 | 211:4,17 216:1 | 58:4 59:4 60:4 |
| 58:3 59:3 60:3 | 175:3 176:3 177:3 | **300**  202:2,9,12 | 61:4 62:4 63:4 |
| 61:3 62:3 63:3 | 178:3 179:3 180:3 | 203:5,12,24 222:4 | 64:4 65:4 66:4,9 |
| 64:3 65:3,15 66:3 | 181:3 182:3 183:3 | 240:23 258:17,21 | 67:4,7,16 68:4 |
| 67:3 68:3 69:3 | 184:3 185:3 186:3 | **30j1113**   66:8 | 69:4 70:4 71:4,8 |
| 70:3 71:3 72:3,13 | 187:3 188:3 189:3 | **31**   66:13 | 72:4 73:4 74:4 |
| 73:3 74:3 75:3 | 190:3 191:3 192:3 | **32**   222:15 223:4,19 | 75:4 76:4 77:4 |
| 76:3 77:3 78:3 | 193:3 194:3 195:3 | 225:4,20 | 78:4 79:4 80:4 |
| 79:3 80:3 81:3 | 196:3 197:3 198:3 | **3200**   2:19 | 81:4 82:4 83:4 |
| 82:3 83:3 84:3,6 | 199:3 200:3 201:3 | **325**   220:22,22 | 84:4 85:4 86:4 |
| 84:13 85:3 86:3 | 201:5 202:3 203:3 | **35**   92:6 | 87:4 88:4 89:4 |
| 87:3 88:3 89:3 | 204:3 205:3 206:3 | **350**   240:21 | 90:4 91:4 92:4 |
| 90:3 91:3 92:3 | 207:3,19 208:3,10 | **36**   211:13 212:10 | 93:4 94:4 95:4,18 |
| 93:3 94:3 95:3,9 | 209:3 210:3 211:3 | 259:8,11,17,20 | 96:4 97:4 98:4 |
| 96:3 97:3 98:3 | 212:3 213:3,5 | **37**   117:22 212:23 | 99:4,4 100:4 |
| 99:3,4,7 100:3 | 214:3,3 215:3 | 260:6,7,8 | 101:4 102:4 103:4 |
| 101:3 102:3 103:3 | 216:3 217:3 218:3 | **38**   214:9,18,19 | 104:4 105:4 106:4 |
| 104:3 105:3,7,9 | 219:3 220:3 221:3 | 215:1,15 | 107:4 108:4 109:4 |
| 106:3 107:3 108:3 | 222:3 223:3 224:3 | **39**   215:2 222:8,11 | 110:4 111:4 112:4 |
| 109:3 110:3 111:3 | 225:3 226:3 227:3 | 222:12 | 113:4 114:4 115:4 |
| 112:3 113:3 114:3 | 228:3 229:3 230:3 | **3:18**   1:9 | 116:4 117:4 118:4 |
| 115:3 116:3 117:3 | 231:3 232:3 233:3 | **3rd**   180:6,7 181:9 | 119:4 120:4 121:4 |
| 118:3 119:3 120:3 | 234:3 235:3 236:3 | **4** | 122:4 123:4 124:4 |
| 121:3 122:3 123:3 | 237:3 238:3 239:3 | **4**   1:5 2:2 3:2 4:3 | 125:4 126:4 127:4 |
| 124:3 125:3 126:3 | 240:3 241:3 242:3 | 5:4 6:4 7:4 8:4 9:4 | 128:4 129:4 130:4 |
| 127:3 128:3 129:3 | 243:3 244:3 245:3 | 10:4 11:4 12:4 | 131:4 132:4 133:4 |
| 130:3 131:3 132:3 | 246:3 247:3 248:3 | 13:4 14:4 15:4 | 134:4 135:4 136:4 |
| 133:3 134:3 135:3 | 249:3 250:3 251:3 | 16:4 17:4 18:4 | 137:4 138:4 139:4 |
| 136:3 137:3 138:3 | 252:3 253:3 254:3 | 19:4 20:4 21:4 | 140:4 141:4 142:4 |
| 139:3 140:3 141:3 | 255:3 256:3 257:3 | 22:4 23:4 24:4 | 143:4 144:4 145:4 |
| 142:3 143:3 144:3 | 258:3 259:3 260:2 | 25:4 26:4 27:4 | 146:4 147:4 148:4 |
| 145:3 146:3 147:3 | 260:3,7,17 261:3,6 | 28:4 29:4 30:4 | 149:4 150:4 151:4 |
| 148:3 149:3 150:3 | 262:3 263:3 264:3 | 31:4 32:4 33:4 | 152:4 153:4 154:4 |
| 151:3 152:3 153:3 | 265:2 267:3 268:3 | 34:4 35:4 36:4 | 155:4 156:4 157:4 |
| 154:3 155:3 156:3 | 269:2 | 37:4 38:4 39:4 | 158:4 159:4 160:4 |

161:4 162:4 163:4
164:4 165:4 166:4
167:4 168:4 169:4
170:4 171:4 172:4
173:4 174:4 175:4
176:4 177:4 178:4
179:4 180:4 181:4
182:4 183:4 184:4
185:4 186:4 187:4
188:4 189:4 190:4
191:4 192:4 193:4
194:4 195:4 196:4
196:9 197:4,11,17
197:18 198:4
199:4 200:4 201:4
201:7,18 202:4
203:4 204:4 205:4
206:4 207:4,9
208:4 209:4 210:4
211:4 212:4 213:4
214:4 215:4 216:4
217:4 218:4,22
219:4 220:4 221:4
222:4 223:4 224:4
225:4 226:4 227:4
228:4 229:4 230:4
231:4 232:4 233:4
234:4 235:4 236:4
237:4 238:4 239:4
240:4 241:4 242:4
243:4 244:4 245:4
246:4 247:4 248:4
249:4 250:4 251:4
252:4 253:4 254:4
254:21 255:4
256:4 257:3,4,6
258:4,7,8 259:4
260:4 261:4 262:4
263:4 264:4 265:3
267:4 268:4 269:3

**4,000**  126:16 129:3
  129:8,11 131:7
**40**  8:9 9:21 10:19
  127:17 203:3
**400**  95:9 132:8
  220:9 221:2,9,20
  221:24 222:5
  258:20
**400f**  220:21,21
**4122884**  266:7
  267:2 268:2 269:2
**43**  222:14 223:19
**44114**  2:4 266:2
**473**  182:7,17
**48**  64:24
**480**  203:11,23
  258:15
**486**  206:23
**49**  64:19,22,23,24
  64:24 226:10
**4900**  2:3

**5**

**5**  1:6 2:3 3:2,3 4:4
  5:5 6:5 7:5 8:5 9:5
  10:5 11:5 12:5
  13:5 14:5 15:5
  16:5 17:5 18:5
  19:5 20:5 21:5
  22:5 23:5 24:5
  25:5 26:5 27:5
  28:5 29:5 30:5
  31:5 32:5 33:5
  34:5 35:5 36:5
  37:5 38:5 39:5
  40:5 41:5 42:5
  43:5 44:5 45:5
  46:5 47:5 48:5
  49:5 50:5 51:5
  52:5 53:5 54:5
  55:5 56:5 57:5
  58:5 59:5 60:5

61:5 62:5 63:5
64:5 65:5 66:5
67:5,14,16 68:5
69:5 70:5 71:5
72:5 73:5 74:5
75:5 76:5 77:5
78:5 79:5 80:5
81:5 82:5 83:5,21
84:5 85:5 86:5
87:5 88:5 89:5
90:5 91:5 92:5
93:5 94:5 95:5
96:5 97:5 98:5
99:4,5,7 100:5
101:5 102:5 103:5
104:5 105:5 106:5
107:5 108:5 109:5
110:5 111:5 112:5
113:5 114:5 115:5
116:5 117:5 118:5
119:5 120:5 121:5
122:5 123:5 124:5
125:5 126:5 127:5
128:5 129:5 130:5
131:5 132:5 133:5
134:5 135:5 136:5
137:5 138:5 139:5
140:5 141:5 142:5
143:5 144:5 145:5
146:5 147:5 148:5
149:5 150:5 151:5
152:5 153:5 154:5
155:5 156:5 157:5
158:5 159:5 160:5
161:5 162:5 163:5
164:5 165:5 166:5
167:5 168:5 169:5
170:5 171:5 172:5
173:5 174:5 175:5
176:5 177:5 178:5
179:5 180:5 181:5

182:5 183:5 184:5
185:5 186:5 187:5
188:5 189:5 190:5
191:5 192:5 193:5
194:5 195:5 196:5
197:5 198:5 199:5
200:5 201:5 202:1
202:5 203:5 204:5
205:5 206:5 207:5
208:5 209:5 210:5
211:5 212:5 213:5
214:5 215:5 216:5
217:5 218:5 219:5
220:5,19,19 221:5
222:5 223:5 224:5
225:5 226:5 227:5
228:5 229:5 230:5
231:5 232:5 233:5
234:5 235:5 236:5
237:5 238:5 239:5
240:5 241:5 242:5
243:5 244:5 245:5
246:5 247:5 248:5
249:5 250:5 251:5
252:5 253:5 254:5
255:5 256:5 257:5
258:5 259:5 260:5
261:5 262:5 263:5
264:5 265:4 267:4
268:4 269:3
**5.0.**  83:22
**5/28/20**  4:8
**50**  8:10 10:20 84:6
  84:7 85:6,8
  180:19,22,24
  181:6 228:18,22
  229:17,17
**50,000**  53:14
**500**  95:18 251:4
**51**  3:7

**[5101 - 7]**                                        Page 16

**5101**   2:7
**530**   250:20 251:3,7
**53067**   73:8
**530a**   27:14,24
  60:10 61:3,11
  62:13,21 63:10
  64:8 103:21 126:6
  126:10,21 127:18
  128:6,21 129:14
  130:10 142:19
  144:24 249:1
  250:6
**530as**   249:4,15,16
**530s**   250:10
**540**   62:13 63:1
**544**   68:15 99:7
  124:10,21 126:18
**545**   62:14 63:1
  64:8 68:15 99:6
  124:10,22 126:19
**54703**   2:7
**55101**   2:20
**5540**   259:9,14

**6**

**6**   1:7 2:4 3:3,6 4:5
  5:6 6:6 7:6 8:6 9:6
  10:6 11:6 12:6
  13:6 14:6 15:6
  16:6 17:6 18:6
  19:6 20:6 21:6
  22:6 23:6 24:6
  25:6 26:6 27:6
  28:6 29:6 30:6
  31:6 32:6 33:6
  34:6 35:6 36:6
  37:6 38:6 39:6
  40:6 41:6 42:6
  43:6 44:6 45:6
  46:6 47:6 48:6
  49:6 50:6 51:6
  52:6 53:6 54:6

55:6 56:6 57:6
58:6 59:6 60:6
61:6 62:6 63:6
64:6 65:6 66:6
67:6 68:6 69:6
70:6 71:6 72:6
73:6 74:6 75:6
76:6 77:6 78:6
79:6 80:6 81:6
82:6 83:6,21 84:6
85:6 86:6 87:6
88:6 89:6 90:6
91:6 92:6 93:6
94:6 95:6 96:6
97:6 98:6 99:6,7
100:6 101:6 102:6
103:6 104:6 105:4
105:6 106:6 107:6
108:6 109:6 110:6
111:6 112:6 113:6
114:6 115:6 116:6
117:6 118:6 119:6
120:6 121:6 122:6
123:6 124:6 125:6
126:6 127:6 128:6
129:6 130:6 131:6
132:6 133:6 134:6
135:6 136:6 137:6
138:6 139:6 140:6
141:6 142:6 143:6
144:6 145:6 146:6
147:6 148:6 149:6
150:6 151:6 152:6
153:6 154:6 155:6
156:6 157:6 158:6
159:6 160:6 161:6
162:6 163:6 164:6
165:6 166:6 167:6
168:6 169:6 170:6
171:6 172:6 173:6
174:6 175:6 176:6

177:6 178:6 179:6
180:6 181:6 182:6
183:6 184:6 185:6
186:6 187:6 188:6
189:6 190:6 191:6
192:6 193:6 194:6
195:6 196:6 197:6
198:6 199:6 200:6
201:6 202:2,6
203:6 204:6 205:6
206:6 207:6 208:6
209:6 210:6 211:6
212:6 213:6 214:6
215:6 216:6 217:6
218:6 219:6 220:6
221:6 222:6 223:6
224:6 225:6 226:6
227:6 228:6 229:6
230:6 231:6 232:6
233:6 234:6 235:6
236:6 237:6 238:6
239:6 240:6 241:6
242:6 243:6 244:6
245:6 246:6,23
247:6 248:6 249:6
250:6 251:6 252:6
253:6 254:6 255:6
256:6 257:6 258:6
259:6 260:6 261:6
262:6 263:6 264:6
265:5 267:5 268:5
269:4
**6/12/2020**   266:8
  267:3 268:3
**60**   229:17
**600**   93:17 94:5,16
  95:5
**630**   2:11
**64fs**   191:12
**65**   64:20,22

**651.251.8307**   2:21
**686**   70:12,17
**687**   68:16,20,22
  69:2 99:4 211:1
  213:4 252:1
**6th**   181:23

**7**

**7**   1:8 2:5 3:4 4:6
  5:7 6:7 7:7 8:7 9:7
  10:7 11:7 12:7
  13:7 14:7 15:7
  16:7 17:7 18:7
  19:7 20:7 21:7
  22:7 23:7 24:7
  25:7 26:7 27:7
  28:7 29:7 30:7
  31:7 32:7 33:7
  34:7 35:7 36:7
  37:7 38:7 39:7
  40:7 41:7 42:7
  43:7 44:7 45:7
  46:7 47:7 48:7
  49:7 50:7 51:7
  52:7,8,9 53:7 54:7
  55:7 56:7 57:7
  58:7 59:7 60:7
  61:7 62:7 63:7
  64:7 65:7 66:7
  67:7 68:7 69:7
  70:7 71:7 72:7
  73:7 74:7 75:7
  76:7 77:7 78:7
  79:7 80:7 81:7
  82:7 83:7 84:7
  85:7 86:7 87:7
  88:7 89:7 90:7
  91:7 92:7 93:7
  94:7 95:7 96:7
  97:7 98:7 99:4,7,7
  100:7 101:7 102:7
  103:7 104:7 105:4

| | | | |
|---|---|---|---|
| 105:7 106:7 107:7 | 225:7 226:7 227:7 | 49:8 50:8 51:8 | 172:8 173:8 174:8 |
| 108:7 109:7 110:7 | 228:7 229:7 230:7 | 52:8 53:8 54:8 | 175:8 176:8 177:8 |
| 111:7 112:7 113:7 | 231:7 232:7 233:7 | 55:8 56:8 57:8 | 178:8 179:8 180:8 |
| 114:7 115:7 116:7 | 234:7 235:7 236:7 | 58:8 59:8 60:8 | 181:8 182:8 183:8 |
| 117:7 118:7 119:7 | 237:7 238:7 239:7 | 61:8 62:8 63:8 | 184:8 185:8 186:8 |
| 120:7 121:7 122:7 | 240:7 241:7 242:7 | 64:8 65:8 66:8 | 187:8 188:8 189:8 |
| 123:7 124:7 125:6 | 243:7 244:7 245:7 | 67:8 68:8 69:8 | 190:8 191:8 192:8 |
| 125:7 126:7 127:7 | 246:7 247:7 248:7 | 70:8 71:8 72:8 | 193:8 194:8 195:8 |
| 128:7 129:7 130:7 | 249:7 250:7 251:7 | 73:8 74:8 75:8 | 196:8 197:8 198:8 |
| 131:7 132:7 133:7 | 252:7 253:7 254:7 | 76:8 77:8 78:8 | 199:8 200:8 201:8 |
| 134:7 135:7 136:7 | 255:7 256:7 257:7 | 79:8 80:8 81:8 | 202:8 203:8 204:8 |
| 137:7 138:7 139:7 | 258:7 259:7 260:7 | 82:8 83:8 84:8 | 205:8 206:8 207:8 |
| 140:7 141:7 142:7 | 261:7 262:7 263:7 | 85:8 86:8 87:8 | 208:8 209:8 210:8 |
| 143:7 144:7 145:7 | 264:7 265:6 267:6 | 88:8 89:8 90:8 | 211:8 212:8 213:8 |
| 146:7 147:7 148:7 | 268:6 269:4 | 91:8 92:8 93:8 | 214:8 215:8 216:8 |
| 149:7 150:7 151:7 | **7,200**   124:16 | 94:8 95:8 96:8 | 217:8 218:8 219:8 |
| 152:7 153:7 154:7 | **7,563**   124:13 | 97:8 98:8 99:4,8 | 220:8 221:8 222:8 |
| 155:7 156:7 157:7 | **700**   93:18 125:23 | 100:8 101:8 102:8 | 223:8 224:8 225:8 |
| 158:7 159:7 160:7 | **72**   3:9 | 103:8 104:8 105:8 | 226:8 227:8 228:8 |
| 161:7 162:7 163:7 | **72-09-10-220-801** | 106:8 107:8 108:8 | 229:8 230:8 231:8 |
| 164:7 165:7 166:7 | 66:10 | 109:8 110:8 111:8 | 232:8 233:8 234:8 |
| 167:7 168:7 169:7 | **74**   211:4 | 112:8 113:8 114:8 | 235:8 236:8 237:8 |
| 170:7 171:7 172:7 | **75**   84:7 85:7,20 | 115:8 116:8 117:8 | 238:8 239:8 240:8 |
| 173:7 174:7 175:7 | 220:21 229:17 | 118:8 119:8 120:8 | 241:8 242:8 243:8 |
| 176:7 177:7 178:7 | **7th**   2:18 | 121:8 122:8 123:8 | 244:8 245:8 246:8 |
| 179:7 180:7 181:7 | **8** | 124:8 125:8 126:8 | 247:8 248:8 249:8 |
| 182:7 183:7 184:7 | **8**   1:9 2:6 3:4 4:8 | 127:8 128:8 129:8 | 250:8 251:8 252:8 |
| 185:7 186:7 187:7 | 5:8 6:8 7:8 8:8 9:8 | 130:8 131:8 132:8 | 253:8 254:8 255:8 |
| 188:7 189:7 190:7 | 10:8 11:8 12:8 | 133:8 134:8 135:8 | 256:8 257:8 258:8 |
| 191:7 192:7 193:7 | 13:8 14:8 15:8 | 136:8 137:8 138:8 | 259:8 260:8 261:8 |
| 194:7 195:7 196:7 | 16:8 17:8 18:8 | 139:8 140:8 141:8 | 262:8 263:8 264:8 |
| 197:7 198:7 199:7 | 19:8 20:8 21:8 | 142:8 143:8 144:8 | 265:7 267:7 268:7 |
| 200:7 201:7 202:7 | 22:8 23:8 24:8 | 145:8 146:8 147:8 | 269:5 |
| 203:7 204:7 205:7 | 25:8 26:8 27:8 | 148:8 149:8 150:8 | **8.0**   146:12 155:13 |
| 206:7 207:7 208:7 | 28:8 29:8 30:8 | 151:8 152:8 153:8 | 170:18 171:3 |
| 209:7 210:7 211:7 | 31:8 32:8 33:8 | 154:8 155:8 156:8 | **8.0.**   146:9 |
| 212:7 213:7 214:7 | 34:8 35:8 36:8 | 157:8 158:8 159:8 | **80**   64:11 |
| 215:7 216:7 217:7 | 37:8 38:8 39:8 | 160:8 161:8 162:8 | **81**   153:21 |
| 218:7 219:7 220:7 | 40:8 41:8 42:8 | 163:8 164:8 165:8 | **83**   75:7,10 |
| 220:19 221:7 | 43:8 44:8 45:8 | 166:8 167:8 168:8 | |
| 222:7 223:7 224:7 | 46:8 47:8 48:8 | 169:8 170:8 171:8 | |

[9 - accident]                                                                                  Page 18

**9**

**9**   1:10 2:7 3:5 4:9
5:9 6:9 7:9 8:9 9:9
10:9 11:9 12:9
13:9 14:9 15:9
16:9 17:9 18:9
19:9 20:9 21:9
22:9 23:9 24:9
25:9 26:9 27:9
28:9 29:9 30:9
31:9 32:9 33:9
34:9 35:9 36:9
37:9 38:9 39:9
40:9 41:9 42:9
43:9 44:9 45:9
46:9 47:9 48:9
49:9 50:9 51:9
52:9 53:9 54:9
55:9 56:9 57:9
58:9 59:9 60:9
61:9 62:9 63:9
64:9 65:9 66:9
67:9 68:9 69:9
70:9 71:9 72:9
73:9 74:9 75:9
76:9 77:9 78:9
79:9 80:9 81:9
82:9 83:9 84:9
85:9 86:9 87:7,8,9
88:9 89:9 90:9
91:9 92:9 93:9
94:9 95:9 96:9
97:9 98:9 99:4,9
100:9 101:9 102:9
103:9 104:9 105:9
106:9 107:9 108:9
109:9 110:9 111:9
112:9 113:9 114:9
115:9 116:9 117:9
118:9 119:9 120:9
121:9 122:9 123:9

124:9 125:9 126:9
127:9 128:9 129:9
130:9 131:9 132:9
133:9 134:9 135:9
136:9 137:9 138:9
139:9 140:9 141:9
142:9 143:9 144:9
145:9 146:9 147:9
148:9 149:9 150:9
151:9 152:9 153:9
154:9 155:9 156:9
157:9 158:9 159:9
160:9 161:9 162:9
163:9 164:9 165:9
166:9 167:9 168:9
169:9 170:9 171:9
172:9 173:9 174:9
175:9 176:9 177:9
178:9 179:9 180:9
181:9 182:9 183:9
184:9 185:9 186:9
187:9 188:9 189:9
190:9 191:9 192:9
193:9 194:9 195:9
196:9 197:9 198:9
199:9 200:9 201:9
202:9 203:9 204:9
205:9 206:9 207:9
208:9 209:9 210:9
211:9 212:9 213:9
214:9 215:9 216:9
217:9 218:9 219:9
220:9 221:9 222:9
223:9 224:9 225:9
226:9 227:9 228:9
229:9 230:9 231:9
232:9 233:9 234:9
235:9 236:9 237:9
238:9 239:9 240:9
241:9 242:9 243:9
244:9 245:9 246:9

247:9 248:9 249:9
250:9 251:9 252:9
253:9 254:9 255:9
256:9 257:9 258:9
259:9 260:9 261:9
262:9 263:9 264:9
265:8 267:8 268:7
269:6

**9.0**   170:9

**90**   64:11 120:22
205:9

**91**   3:6 6:12,15
17:19 18:4 19:2,6
20:11,15 21:6
22:12 24:8 57:19
67:9 71:9 83:20
87:11 88:3,13
91:17 93:8,10
101:21,23 102:5
102:13 105:4
146:7 151:20,24
154:8,24 155:14
155:19 162:14
170:5,6 178:13
181:10 182:20
183:6 211:7,13
214:9 215:1 222:9
222:14 223:5,20
259:7

**92**   3:7 51:11,13
52:2,10,16 53:5

**93**   3:9 72:8,10
73:14,23 76:5
77:15,16 79:13

**94**   3:10 165:23,24
166:16 167:22
168:2,23 169:17

**95**   3:12 174:22
175:1,5,12 176:1

**96**   3:14 191:6,9,16
192:14,16 194:20

195:13

**97**   3:17 195:7,10
195:13,20 198:2
198:13

**98**   199:12

**99**   3:20 200:9,10
200:17,24 203:1,7
204:10 256:18,19
256:22

**a**

**aaron**   4:7 5:1,6
113:24 197:3
200:13 246:15
266:8 267:4,8
268:4,11 269:18

**ability**   122:7 134:2
242:2

**able**   6:16 99:10
100:11 101:1,9
107:10 119:10
168:1 197:3
200:13 202:24
245:15

**absolutely**   244:24
247:23 254:5
263:1

**absorb**   111:18
113:10

**absorbing**   111:3

**abusing**   141:23
142:5

**academic**   167:10
167:12

**accelerometers**
100:15

**access**   6:15 105:10

**accessible**   114:1

**accident**   26:17
29:11 214:3
239:17 242:22
243:3,9 261:6

**[account - amount]**

**account** 215:13
    217:16
**accounting** 181:19
**accumulate** 132:9
**accumulated**
    120:12 121:1
**accuracy** 4:4
    85:23
**accurate** 15:9
    146:24 147:1
    153:22 231:20
    265:7
**accurately** 187:13
    231:24
**achieve** 180:18
**achieved** 176:11
**achieving** 176:17
**acknowledge**
    267:10 268:14
**acquired** 231:19
**act** 267:13 268:18
**acted** 139:16
**acting** 107:19,19
    107:21,22 111:24
**action** 183:13
**active** 25:4 112:24
**activities** 19:21
**actual** 158:14
    171:18 185:4
    186:1 203:10
**add** 47:13 242:12
    250:19
**added** 63:20
**addition** 184:7
**additional** 232:23
**address** 266:18
**adequacy** 257:20
    258:1
**adhesion** 149:22
**adjacent** 31:15,22
    61:13 145:16,17

145:19,19 170:3
    235:14
**administered**
    212:8
**admitted** 243:21
**advance** 255:4
**aerospace** 4:3 9:7
    18:13,15,17,21
    22:13 28:4 181:1
    210:23,23
**affect** 62:20 103:5
    147:10 242:1
**affiliations** 17:15
    18:3
**affixed** 267:14
    268:19
**aforesaid** 265:6
**ago** 43:13 92:23
    93:2 100:3 173:5
    179:5
**agree** 32:8 33:20
    34:8,18 35:13,19
    35:23 36:4,16
    37:4,5,17 38:6
    42:1,12 43:14,20
    44:4,8 45:5 47:17
    47:18 48:3 49:5,8
    54:2,6 60:1 71:18
    73:1 84:17 108:3
    111:6 113:5,12
    123:5 127:11
    156:17 167:6,18
    169:6,16 175:4
    176:14 177:20
    194:10 208:15
    233:2,15 234:17
    234:18,24 235:5,6
    235:8,17,18
**agreement** 96:7
    179:15

**agrees** 123:3
**ahead** 21:5 50:17
    80:13 98:4 114:13
    125:22 153:5
    160:13 161:13
    197:7 215:4 234:4
    241:19 247:17
**air** 22:14 31:11
    33:21 34:10 132:5
    132:10 134:15,22
    238:20,21 250:2
    262:17,19
**aircraft** 10:7
    15:22,23 16:2,7
    22:13 24:20 26:4
    26:5,6,9,12 29:11
    29:14,17,22 30:1
    30:23 31:5,9,14
    32:9,20 33:12,14
    36:4 38:5,11 39:9
    40:20 49:2 70:21
    72:15 130:12
    135:15 150:9,9
    241:23 242:1,22
    242:22 243:6,9
**aircrafts** 35:10
**airmotive** 1:13 2:9
    5:15 57:24 59:11
    59:18,24 60:9
    61:10 62:2,8,8,11
    66:7,13,24 67:11
    67:24 68:3 69:18
    69:22 70:2,11,20
    71:8,10 73:13,22
    74:14 75:15 76:6
    77:17 79:1,14
    80:8 81:9 84:3,4
    86:5,10 118:22
    120:14 125:5
    127:16 128:1,3,5
    128:11,16 129:1

130:9 131:5 134:3
    135:18 136:8,12
    136:15,23 137:5,7
    138:2,7 139:7,15
    139:21 140:3,5,11
    146:12,20 148:18
    148:19 150:10
    165:3 212:15
    216:11,14,19
    217:11,17,18
    218:4,7 219:10,11
    236:15 248:4,9
    261:20
**airmotive's** 75:22
    76:12 77:21 81:13
    82:8 130:18
    146:23 158:8
**airmotives** 61:2
**airplane** 201:1
**airworthiness**
    198:23
**al** 53:23 266:6
    267:3 268:3
**alarm** 135:18
**allow** 79:6 212:5
**allowed** 235:3,9
    235:10
**alloy** 65:5 251:19
    251:20
**alloys** 65:8
**alter** 178:19
    179:20
**alternating** 37:22
    46:23
**alternative** 172:8
**america** 21:23
**amount** 11:17
    83:7 95:2 100:16
    112:6 113:2
    120:11 156:2
    157:5,21 158:21

159:14 160:17
162:9,13 194:17
223:10 228:4
**analyses** 14:15
193:4
**analysis** 9:11,14
10:4,10 12:15,15
13:14 14:16 16:7
19:19 20:4 22:20
23:6 26:20,24
29:4 30:5,11 42:8
42:15 46:24 48:6
48:9 89:24 101:11
115:5 171:9,10
200:24 214:10
215:6 216:9
227:14 257:1
**analyst** 42:8
**anecdotal** 49:14
151:5
**anecdotally** 187:9
**angeles** 22:2
**ansi** 163:2
**answer** 8:17,21,22
8:24 15:9 18:10
30:19 31:19 32:4
32:13,24 33:3,8,9
33:17 34:3,23,24
35:1 37:10 38:15
40:10,12 41:12
42:5,16 44:18,21
44:23 46:19,24
47:12 48:20 54:15
54:23 55:15 56:2
56:23 57:5 58:16
60:3,12 64:13
71:4 73:16 74:3
74:18 76:4,16
77:2,12 78:12,19
79:7,8 80:1 81:20
82:2,23 83:3

96:20 99:17
107:13 109:18
110:19 115:19
118:9 120:8 122:2
122:9 123:23
124:4 127:22
128:9 129:22
130:3 131:13
132:20 133:1
135:22 136:20
137:13,19 138:14
139:4,14 141:10
142:4,9,14 143:1
143:24 144:7,15
145:12 149:12
150:14,16 156:16
156:23 159:11
174:6 178:12
179:6 187:6 189:2
189:21 190:13
193:21 194:1
198:4 204:3
205:19 206:2,14
206:16 209:9
210:10 213:10
244:2 245:4 246:4
246:19 255:11
**answered** 32:3,23
36:20,21 46:18
48:19 54:14 56:1
79:5 82:24 149:4
159:10 203:17,21
217:14
**answering** 225:21
**anti** 193:5 194:5,6
**anvil** 24:9
**anybody** 60:8 70:2
87:21 88:2 93:7
101:5 129:16
151:17 216:14,18
217:11 221:15

250:13 263:15
**anymore** 10:24
17:22 126:7
168:17 214:23
**apologize** 7:3,12
34:5 36:13 59:15
92:21 118:14
150:20 153:4
191:19 201:13
237:10
**apparent** 95:24
215:22
**apparently** 151:14
**appear** 35:4 60:17
251:20 267:9
268:13
**appearance**
167:22 260:19
261:13
**appeared** 260:16
**appears** 21:8
72:16 204:10
227:11 247:18
**appended** 268:10
268:15
**appendix** 7:10,20
21:5 22:11
**applicable** 57:2
**application** 24:20
36:3 47:6 112:11
167:15 173:1,13
174:2 210:20,21
210:22,23 229:8
**applications** 150:8
240:19
**applied** 68:5 81:1
81:10 83:12 125:2
132:7 170:15,16
170:23,24 193:6,9
211:17 258:11
260:20 262:5,8

**applies** 65:2
**apply** 48:5 79:14
79:19 80:9,16,18
80:21 82:14 83:17
83:19 87:7 178:8
**applying** 82:9
156:13 157:7
159:24 262:12
**appropriate** 77:24
85:6,7,9,16 139:19
204:15
**appropriately**
139:16
**approved** 128:5
128:17 183:12
198:23 253:19
**approximate**
177:10
**approximately**
10:13 12:9 56:9
65:9 72:18 92:19
120:21 144:18
157:24 170:15,22
240:21 245:22
**area** 9:13 22:2
29:14 32:16 83:11
106:15 110:10,11
110:14 111:16
117:2,3 122:20
140:22 225:3,17
226:4
**areas** 7:24 31:5
88:14
**argumentative**
29:9 60:20 143:7
**arrow** 222:17
**article** 50:24 51:10
51:23 52:7 57:22
58:5,7,17 174:15
175:6,9,24 176:16
177:9

**artifacts** 198:17 237:3
**as7471** 226:12 227:10
**as9696** 210:3
**aside** 43:16
**asked** 10:13 20:21 32:2,22 36:20,24 44:17 46:17 48:18 54:14 55:24 74:20 76:7 79:4 89:22 100:21,23 101:2 113:14 138:11 140:14 144:7 159:9 174:7 179:5 183:24 184:2 189:8 203:16,21 217:13 225:22 240:1 241:12 242:20 243:17 244:5 248:2,13 249:12 252:6,7 253:15,17 256:14 258:9 259:18
**asking** 37:1 39:2 44:16 74:10 123:3 127:5 131:3 140:14 141:1 144:4 189:13,14 224:7 243:12
**asks** 77:16
**asm** 19:17 49:22
**aspect** 101:5
**aspirated** 240:22
**assemble** 219:17
**assembled** 84:4 207:24
**assemblies** 146:15 165:12 176:9
**assembling** 91:22

**assembly** 3:10 64:2 71:11 72:14 84:24 106:16 152:23 159:13 165:8 193:11 208:7 214:11,14 215:7,18,21,23 216:5,20 218:8,14 218:16,21,22 235:4 240:8 246:7 246:9,21 247:2
**assertion** 239:7
**assessed** 193:9
**assigned** 89:23
**assignment** 267:2 268:2 269:2
**assist** 89:3 93:7
**assistant** 93:9
**assisted** 92:3
**assisting** 89:8
**associate** 19:10
**associated** 262:19
**assume** 21:4 57:2 148:22 200:20 221:8 238:4
**assuming** 192:4 207:9
**asterisk** 24:4
**attached** 201:4 268:6
**attempt** 145:12
**attempted** 212:22
**attempting** 203:23 204:4
**attend** 183:24,24 184:1
**attended** 18:20
**attention** 72:8 223:24
**attorney** 22:6,7

**august** 105:12
**author** 51:4 174:19 175:7
**authoritative** 175:12
**authorizations** 25:19
**authorize** 268:9
**authorized** 66:6 66:18,22
**automotive** 8:6,8 8:14 9:2 10:3,15 12:16 18:12 76:2 240:23 241:6
**available** 117:10 245:14
**ave** 266:1
**avenue** 2:11
**aviation** 1:12 2:15 3:21 9:6 14:4,5,9 15:5,16 16:2,14 18:7,20 19:22 20:8 21:2 22:13 25:21 26:17,20,23 27:3 28:23 29:7 30:5,9,11,15 32:1 198:11 200:17 209:6 210:19,21 266:6 267:3 268:3
**avoid** 81:12 150:7 158:4 159:23
**aware** 26:1 35:7 43:3 70:11,16 123:7,8 124:9 125:24 127:13,16 128:3,4,7,10,13 130:19,21 132:15 132:22 136:22 143:14 183:11 184:21 212:4 243:11,20 244:3

244:13,17 248:7 252:10,12,13,16

**b**

**b** 2:16 3:2,4 7:10 7:20 20:23,23 91:12 234:20
**back** 14:24,24 24:3 28:19 44:20 51:21 63:19 70:23 71:7 82:20 83:20 92:22 104:9,14 114:8 122:3 146:7 150:19,24 164:9 168:15 170:5,17 178:13 181:4 184:22 208:20 212:3 223:11 225:19 250:15 254:9,20 266:17
**backed** 201:6,8 257:4
**background** 15:24 30:12 240:3 263:20
**badgering** 79:5
**bahamas** 22:14
**balance** 9:9,19
**band** 132:10,10
**bar** 20:22,23 246:22,23
**barely** 135:2,6
**baron** 91:12 99:20
**baron's** 221:5 222:10
**bars** 20:18,19
**base** 3:7
**based** 32:14 35:2 40:19 42:15 46:23 48:8,8 51:2 65:8 65:12 94:10 95:1 114:24 122:21

124:18 144:12
145:7 161:20
164:20 184:13
190:21 234:10
244:20 258:4
**bases** 142:3
**basically** 10:7
48:21 141:15
176:21
**basis** 13:3 39:4
49:12 209:3,13
241:6 246:16
**bat** 63:3
**batch** 118:12
**batches** 118:13,17
118:18
**bates** 75:5 86:7
213:20,22 246:20
259:9,13
**bear** 200:8
**bearing** 3:13
103:10 174:16
175:6 218:21,22
**bearings** 218:16
**bears** 154:20
**began** 14:5 152:10
**beginning** 84:12
88:20 92:4
**begins** 188:9
**behalf** 2:2,9,15
**behavior** 179:23
**belief** 47:4 49:12
81:13 82:8,12
114:22 118:4
126:18 133:21
155:18 189:15
209:13 221:19
**believe** 5:21 15:1
18:16 28:2 35:11
46:14 47:21 55:1
59:13 60:4 63:21

69:2 72:3,23
81:17 91:6 112:9
128:19 131:16,21
137:1 138:15
140:8 142:11
182:19 190:10,15
199:16 209:3
211:11,21 218:20
220:4 229:15
235:11 246:23
247:9
**bending** 55:9
184:11
**beneath** 160:18
**bennett** 23:22
**berkon** 2:10
**best** 48:4 178:7
188:20 189:16,17
190:6,7 197:2
231:1 251:14
**bet** 176:3 223:15
228:15
**bets** 188:13
**better** 91:19 108:4
156:20 174:21
175:20 189:4
**beyond** 74:1,15
140:16,20 142:4
**bible** 98:22
**bickford** 3:11
90:24 91:3 116:8
165:19 166:2
167:9,10,15,17,18
169:16 172:14,15
177:15,24 178:7,7
179:22 182:0,6
181:9,14 183:2,4
187:10
**bickford's** 116:9
**big** 41:8 75:20
118:12 126:13,17

**bigger** 186:12
227:8
**billed** 56:6
**binding** 209:4
**bird** 119:18,20
**bit** 7:12 12:17
48:10 83:4,10,10
84:16 88:15
109:24 134:23,24
147:4 151:21
159:16 171:12
214:5 218:3,3
231:20 238:14
**black** 200:1
**blame** 130:24
**blank** 168:3,5
199:19,20,22
**blanks** 226:16
**blind** 208:9
**block** 102:22
**blow** 196:14,22,23
**blown** 223:21
**blurry** 196:23
**board** 3:21 19:13
**body** 26:14 112:22
169:13
**boggs** 2:3 21:18,20
**boils** 260:24
**bolingbrook** 5:8
**bolt** 28:3 35:14,20
36:17 37:6,12
42:14 46:21 48:15
48:23 50:7 52:20
53:5 54:7,10,17,20
58:7,18,19 59:4
77:19 78:7 80:9
80:11,19,22 81:2
81:11 82:15 83:17
87:8 90:4,7 92:3
92:14 97:6,10
102:19 103:11,24

104:23 105:17,23
106:5,11,15,17,20
106:20 107:1,2,9
107:10,14,19,20
107:22 108:9,10
108:10,21 109:1,1
109:8,9,10,10,17
109:23,24 110:1
110:13,24 111:8
111:11,14,16,18
112:11 113:3,7,8
114:20 116:19,20
117:2,2,3,4 118:20
118:21 119:6
121:7,8 122:8,24
123:6 124:14,15
127:10 130:20
133:12,15 134:10
143:21 145:16,22
146:3 147:7
148:10,13 149:19
150:1 154:7,15,21
154:24 155:5,8,11
155:23 156:4,7,12
156:14 157:6,8,11
157:13,22 158:1,5
158:11,16 159:5,8
159:15,24 160:7
160:20,22,24
161:4,6,22 162:3,5
163:4,12,22 164:2
164:13,15 165:16
169:10 178:10
179:2 181:2 183:7
183:12 184:5
187:12 190:3,3
191:2 192:18
193:16 195:15,23
203:6 204:16
208:24 209:17
211:1,2,8,15,19,21

**[bolt - breakaway]**

211:24 212:2,12
212:14,15,17,18
213:1,3,5,16 214:1
214:3 215:16,21
215:23 216:2,7
217:1 220:4 221:8
221:12,13,18
226:16 232:14
235:3 236:19
238:12 241:17
242:18 244:17
248:20 250:22
251:23 253:12,12
253:13 254:13
255:6,13 256:3,9
257:10 259:20
260:2,3,7,17,20
261:6,10 263:5
**bolt's** 187:5
**bolted** 3:13 23:5,6
23:12,19,20,23
24:1,11,15,17,19
46:24 49:13,20,21
50:3 92:1 107:21
112:4 113:11
158:3 173:4,18
174:17 175:7
176:8 179:23
182:24 184:21
194:23 205:14
241:4,13,18,22
242:2,13
**bolts** 3:8 6:7 24:22
28:1,15,18 30:15
32:9,19 33:13,21
34:9,13,18 35:8,13
35:16,21,24 36:1,5
36:6,19 37:7 38:2
38:5,6,8,12 39:10
39:23,24 40:14,20
41:6,7,14 42:21

43:6,14,21 44:5,9
44:12 45:5,8 46:2
46:13,14 47:5,6,23
50:9 51:2 53:8,12
53:14 61:18 62:5
62:5,6,7,9 67:2
68:6,6,7 71:13
78:22 79:16,20,21
79:22 82:10,16
83:9,15 85:4 86:4
86:11,16,20 89:12
93:12 94:15 95:4
95:11,21 96:1,4,6
96:23 97:2,4,14
98:6,10,23 99:13
100:5,5,13 101:10
104:7,13 105:9,11
105:16 110:15
114:18,24 115:1,2
115:4,6,10,16,22
116:2 117:8,9
118:6,11,16,20,24
119:3,24 120:1,2
120:13 121:1,4,5,9
121:10,18,22
122:12,13,14,21
124:23 125:6
129:17 130:15
131:4 132:16
135:10 136:16,23
137:1 138:6,9,17
138:22,23 139:17
139:18,18 140:6
141:7 142:21
143:6,19 144:2,24
145:6,17 146:5,14
148:1,4,18,24
149:3,5,8,11,12,12
149:23 150:6,11
151:9,16 152:17

153:10,14 154:4,6
154:16 156:3
157:17,19 158:15
159:19 161:23,24
162:18 163:16
165:2,6 169:4
171:12 172:13,16
178:17,22 179:13
179:18 180:19
184:23 185:21
186:24 188:15,17
188:22 189:6,8,13
189:17,24 190:11
190:16,22 197:22
198:2,7 203:3
209:16 210:11,19
210:21,22 215:9
216:21 218:5,10
219:1,4,17,19
221:15,19,24
225:16,18,24
226:3,5,19 233:1
234:14,23 235:3,9
235:11 236:8
237:23 238:5,8,9
238:10 239:5,7
241:5 243:5,7,13
244:13,15,18,23
245:1 246:6,8
247:2 248:16,17
249:1,7,15,17,21
250:7,10,21
252:23 254:9
255:8,17 260:11
260:12,15,16
261:13,22 262:5
262:13,24 263:2
**book** 57:15 90:24
125:4 158:3
165:19 166:2
172:13,14 177:21

181:15 182:1
187:10
**books** 116:9
**bottom** 75:6 156:4
159:18,23 259:9
259:19
**bought** 230:11
231:9 232:10
**bound** 185:20
**box** 195:20 196:1
196:8,9 197:9,11
197:14,16,17,17
197:18,18,23
224:19,21
**boxes** 196:24
**brake** 167:23
**brand** 122:14
133:14 152:8
228:6 230:4,10,19
231:3
**break** 10:18 43:15
50:11,19,22
101:13 108:23
113:14 152:17
161:12,14 191:5
205:14 208:5
223:16 258:18
**breakages** 169:19
**breakaway** 58:22
77:18 78:7 146:13
146:19,23 147:14
147:16,24 148:10
148:12,16,17,24
185:8,16,20 186:2
186:9,21,23 187:4
193:10,17 194:11
194:16 202:3,5,8
202:16 203:14,19
204:4,17,19 205:4
205:5,8,9,15,23
206:9 207:6,12

217:6 253:11
254:7 255:5,18,19
255:24 256:1
257:17
**breaking** 113:15
**breaks** 42:9
**bring** 114:4 207:7
**brittle** 225:18
226:5
**broader** 85:18
**broke** 97:4 130:5
155:8 243:13
**broken** 32:8,19
33:13 34:18 35:7
38:12 41:6,7,14
43:5 96:5,10
97:12 98:12 105:9
124:23 129:16
130:14 131:4
133:12 139:17
154:20,21 243:7
244:16 249:15,17
250:10
**brother** 87:24
91:16 92:10,17,24
**brought** 99:19
103:14
**build** 240:12
**building** 173:21
240:20
**built** 240:17,17,18
240:22 241:3
**bulletin** 138:17
**burden** 232:22
**bus** 9:14 20:18,19
20:22,23
**business** 232:6,7,8
232:10,12 240:8
**button** 224:23
**butts** 94:3

**buy** 209:18 229:20
231:8 232:8,9
237:8
**buying** 237:17

**c**

**c** 2:1 21:5 22:11
53:10 87:17
181:22 235:2
**ca** 266:25
**calculate** 152:21
163:4 172:3
173:16 174:11
176:22
**calculated** 159:1
174:2 177:22
**calculation** 172:4
172:6 173:9,18
175:21 217:21
**calculations** 173:7
174:9 175:16
**calibrated** 84:8
152:3,6 229:6
262:18
**calibrates** 85:15
152:2
**calibrating** 231:5
**calibration** 84:2
152:11 227:12,15
227:17 228:7,13
229:19 230:2,7,10
230:15,17,20,21
230:24 231:7
**calibrations**
227:24
**call** 59:17 97:8
120:11 122:15
131:23 222:18
**called** 11:13 13:11
13:24 51:1 76:21
166:2,22 167:3
174:16 175:6

192:24 231:13
238:20
**calling** 76:19
**calls** 60:5 71:3
81:18 129:20
132:18 137:11,17
138:11 193:19,24
197:12,20 222:1
**canada** 1:14
195:17
**candidate** 10:22
**candidly** 108:6
**capable** 45:7
46:10 54:10,20
55:11
**capacity** 202:9
**captive** 208:9
**car** 204:23
**card** 190:22
**care** 98:22 112:2,3
**career** 15:4,7
242:16
**carefully** 170:3
**carry** 168:11
**cars** 263:22,22
**case** 3:8 6:5 14:17
14:19,20,23 15:1,2
15:11 20:11 21:15
21:16,24 22:18
23:23 24:1,2
27:18 28:15 35:3
35:7 36:17 38:9
41:5 42:14 45:14
45:17 47:17 51:3
57:3 58:14 68:12
69:11 70:6 71:11
74:2 75:14 81:14
90:23 91:7 94:15
95:22 101:6
102:19 104:1
105:3 106:19

122:4 125:15
140:24 141:12,18
145:22 171:19
173:4 174:1
180:23 181:5
189:1 194:24
203:6 208:24
227:14 228:23,24
229:2,21 241:11
241:22 242:3
243:2,10,20,22
266:6 267:3 268:3
**cases** 21:11 22:12
25:4 50:8 54:16
80:21 81:3,3
134:18 174:13
**casey** 2:16 3:2
236:1 263:24
**cat** 90:23
**catch** 82:4
**categorically**
76:11
**caught** 82:5
**caulfield** 13:24
14:6,21
**cause** 6:6 41:8
42:13,20 43:5,15
45:24 47:7 49:9
49:18 50:3 53:17
54:4 55:7 78:21
80:19 114:18
115:9 116:13
121:16 136:13
178:18 179:19
**caused** 44:11
101:13 102:19
103:24 104:23
112:10 157:22
233:1 234:12
235:13 239:17
243:14

causes  49:5 53:9
  115:12,14
causing  33:23
  34:11 45:7 46:10
  49:2 54:10,20
  55:11
cautions  177:11
certain  57:2 180:1
  227:19 248:3
  252:8,23
certainly  29:10
  123:19 128:22
  258:18
certainty  114:17
certificate  3:18
  152:11 165:16
  195:14 209:24
  230:16 265:1
  268:9
certificates  66:7
  66:19,22 196:5
certification  28:8
  28:10,11,13 267:1
  268:1
certified  28:4,19
  265:2,14
certifies  28:18
certify  265:4
cessna  66:12,17
  238:21 239:8
cetera  208:13
challenges  197:2
challenging  7:7
chamber  31:11
chance  72:12
  180:14
change  101:18
  104:16 115:3,14
  115:17,21,23
  116:3 121:9,12,13
  121:17 135:7

  163:8 164:6,17,18
  164:18 169:12
  212:1 218:13
  247:22 266:13,15
  268:7 269:2
changed  19:14
  96:1,2 172:12
  212:9
changes  115:1,10
  115:11 119:24
  121:4,5 125:12
  132:4 149:18
  172:16 178:21
  212:19 260:14
  266:12 267:6
  268:6,7
changing  40:9,9
chapter  3:11
  166:2,4,7,9,19
  182:3
characteristic
  120:1 121:9
characteristics
  115:2,11,15,18
  116:3 121:5,17
  149:18 171:21
characterization
  152:18 199:9
  215:11 220:10
  254:24
characterize  59:22
  153:13 154:5
  167:10 171:17
  189:5,16,18 190:7
  193:17 253:12
  254:12,14,17
  255:6
characterizes
  189:1
characterizing
  152:23 171:20

charge  6:4 137:21
chart  7:24 92:8
check  58:2 123:16
  161:8 162:2
  219:24
checklist  3:10
  67:12,24 68:4,11
  68:15,22 71:8,10
  71:16,19 72:14,19
  73:13,22 74:14
  75:16,22 76:3,19
  76:22 79:2 158:9
checklists  76:12
chemical  19:18
  193:4
cheyne  33:1 42:16
  42:19 43:4,12
  59:20 61:20 63:22
  66:21 72:6 74:5
  94:7,24 133:2
  148:21 199:3
  219:14 232:23
cheyne's  43:8 72:3
  128:24 232:20
  233:13 234:6
chicago  265:10
choice  53:11 200:7
  251:7,9,16
chrome  52:12
churning  176:12
circuit  102:2
circumference
  145:8
circumstances
  14:8 42:3 55:10
  138:6 182:9
cite  147:18 179:21
  179:24 182:2,22
citing  182:15
citings  90:3

civil  1:9 267:4
  268:4
claims  9:15 69:3,5
claire  2:7
clamped  110:4,6,9
  110:11,13 112:1
  112:24
clamping  111:4,24
  193:7 234:15
  235:2
clarksburg  183:9
  184:22
class  108:7
classes  16:2,11,13
  242:23
clbs  133:14
clean  211:11
cleaned  96:11
  211:15,19,24
clear  44:15 45:2
  160:5 162:19
  196:22 213:12
clearance  160:3,8
  160:11
clearer  214:6
clearly  144:6
  172:14 212:13
cleveland  2:4
  266:2
click  231:13,17,17
  231:18
clicker  229:10
client  10:9 135:15
  252:13,16
clients  9:11 10:5
  13:6
close  50:7 52:23
  123:14 161:9
  172:19,22 214:21
closed  257:4

closely 153:2,3,9
closer 85:12
coated 211:15
  261:12
coefficient 215:8
coherent 108:5
colao 2:10
cold 31:13,16,21
  31:24 94:1,2
collected 170:13
  170:17
college 11:7
colloquially 41:4
colors 96:1,2
combination
  66:14 233:1
  234:12 250:22
combinations
  177:16 178:2
combined 234:20
combining 8:9
combustion 31:11
  33:23 34:11
  243:18
come 51:14 83:5
  94:6 101:16 129:7
  138:8 147:9,9
  223:11 228:9
  244:21 250:10
comes 10:8 20:5
  132:7 191:2
  199:18 217:1
comfortable 29:13
coming 33:22
  34:10 70:6 95:22
  200:8 246:12
  252:18
commence 113:15
comment 225:12
commentary
  183:7

commented
  259:20
comments 130:1
  135:21 221:5
commission
  267:19 268:25
  269:25
commit 24:5
committees 19:3
commodity 209:17
common 169:3
  219:21 256:3
commonly 176:11
communicate
  108:16
communicated
  62:4 72:4 93:16
  101:4
communications
  56:24 57:1,4
companies 13:1
  248:8,8
company 11:13
  13:11,24 91:2
  128:6
comparable
  161:24
compared 103:17
  127:9 163:12
compares 62:13
comparing 164:17
  167:19
comparison 64:7
  149:11
compartment
  34:19 35:9
compensated
  37:14
complete 10:23
  16:24 17:7,18
  20:15,16 21:10

39:14 89:23
  123:22 124:4
  134:16 181:19
completed 21:14
  60:18 129:1
  266:17
completely 48:24
  96:14 106:17
  186:8 196:23
  198:12
completing 20:17
complicity 171:19
complied 66:24
component 22:24
  66:11,15 202:19
components 27:17
  27:23,24 30:11
  34:20 35:5,14
  70:8 81:9 93:19
  146:20 201:4
composition 88:8
compound 41:11
  68:5 79:15,19
  80:9 82:1 135:20
  190:12 193:6
  261:1
compressed 117:3
compressible
  63:11
compression
  24:11 35:10
compressor 33:22
  34:10
compromised
  40:16
computer 71:23
  73:11 75:3
concentrate 11:16
concentration
  117:4 169:5

concentrically
  55:6
concept 186:15
concern 41:8,14
  186:21,22 245:9
concerned 40:23
  41:18 77:1,3
  78:22 162:3
  185:14,15 194:8
concerning 218:24
  222:9
conclude 161:20
concluded 264:4,8
conclusion 95:1
  101:17 104:3
  105:1 132:19
  137:18 138:12
  145:5 204:11
  257:20 258:1
  262:20
conclusions 52:17
  140:15 212:1
condition 40:1,17
  40:24 82:14
  184:20 202:22
  204:20 207:24
  217:3
conditioning
  250:2
conditions 82:17
  83:16 101:9,10
  152:17 153:10,13
  166:21 167:1
  177:17 178:3
  214:12 242:6
conduct 227:14
conducted 19:20
  102:3 153:23
conducting 83:14
confirm 162:2
  188:8 219:16

227:2
**confirmed** 58:23
  61:22,23
**confirms** 53:11
**conform** 210:4
**conformance**
  209:23
**conformity** 3:18
  195:14 196:6
**conforms** 210:2
**confused** 96:14
**conjunctively** 12:4
**connecting** 201:5
  201:7 257:3
**connection** 64:1
  196:16 199:7
  250:13
**consequent** 53:19
**consequently** 65:9
**consider** 6:8,10
  16:5 28:23 29:3,6
  29:17,22,23 30:4,8
  30:10,14,22 31:6
  31:16 40:7 125:1
  125:12 150:3
  167:12 179:11
  186:15,19 226:8
**considerably**
  127:8
**considered** 40:21
  150:5 216:8
**considering**
  125:10 143:4
**consist** 12:22
  102:24
**consistent** 60:24
  172:1 225:17
  226:4 247:18
**consists** 13:5
**constant** 177:3

**constitute** 9:18
  189:9
**constitutes** 32:10
  32:20 178:10
  179:3
**consult** 90:15
  145:23
**consulting** 9:10
  10:1,9,16 13:3,8
  13:15,18,20,21
  29:13
**contacted** 5:17 6:1
  149:7,14
**contacting** 137:7
  158:16
**contained** 24:7
**contamination**
  257:14
**contention** 181:10
**context** 194:4
**continental** 238:21
**continue** 191:14
**continued** 14:6
**continues** 257:8
**continuing** 16:19
  17:2
**contracting**
  104:13
**contrary** 42:23
**contrastingly**
  260:18
**contribute** 42:13
  42:20 43:5 88:2
  132:11
**contributed** 87:13
  87:20 115:7 138:4
  239:4,17
**contributes** 95:3
**contributing**
  115:9 250:23

**contribution**
  88:12 262:17
**contributory**
  105:2
**conversation**
  151:17
**convey** 94:8
  156:21
**convinced** 175:19
**cook** 221:2
**cools** 215:21
  216:20 219:21
**cooperation** 264:6
**copies** 233:24
**copper** 261:2
**copy** 7:1 51:19
  91:2 191:24
  192:11 207:4
**cores** 208:10
**corporate** 2:6
**correct** 7:22 8:24
  9:3 11:9 32:1
  35:12 41:24 45:19
  64:4 67:20 68:13
  68:23 69:11,16
  71:14 72:21 76:8
  76:17 78:1,2
  82:17 86:17 95:23
  99:2 107:5,23
  110:16 111:5,19
  112:13 126:1
  127:19 128:18,23
  129:4,10 132:17
  134:6 136:6,7,10
  139:22 140:1
  143:17 148:2,3
  156:14 157:8
  158:16 165:4,5
  169:21,23 171:23
  177:5 178:11
  179:3 183:9,21

  184:2,3 188:15,22
  189:11 194:4,7,20
  195:15,16,18
  196:10 197:11
  198:3,4 203:9,15
  204:5 205:16,24
  206:10 208:14
  211:11,12 212:23
  213:2 221:3,6,16
  226:13 227:14,20
  227:22 228:19,24
  230:13 236:9
  237:13 238:1,3,6
  239:4,12 243:3
  249:4 258:24
**correcting** 88:16
**corrections** 266:12
  268:15
**correctly** 10:3
  47:4 108:14
  111:22 195:22
  209:22 230:9
  232:2
**correlation** 252:4
**corresponding**
  259:13
**corrosion** 103:24
  104:4
**corrosive** 208:7
**cosgrove** 22:7
**counsel** 2:6 59:21
  242:21
**country** 5:19
  28:13
**country's** 26:14
**county** 267:9
  268:13
**couple** 14:15 40:7
  102:16 149:2
  172:15 235:21

**[course - day]**                                                Page 28

**course**  26:24
  50:12,14 83:8
  166:13 181:21
**courses**  16:6,8
  17:2 26:17,20
  27:3
**court**  1:1 99:9,11
  180:14 267:6
**courtesy**  233:20
  234:2
**cover**  57:15 229:7
**covered**  55:19
  116:8 180:8 186:7
**crack**  48:16,23
  55:21 114:19
  115:8 120:16,19
  135:9 136:14
  157:12 161:22
  167:3,4,4
**cracked**  47:8,24
  144:2 212:24
  242:19 260:16
**cracking**  44:5,10
  44:11 45:6,18
  55:17 104:7,13
  157:15 193:12
  226:6 235:13
**cracks**  46:13,14
  117:6 143:19
  144:9 152:23,24
  161:5 164:9 169:4
  225:15,23 226:2,7
**crankshaft**  201:4
**crash**  243:3
**create**  50:10
  184:19
**creates**  158:7
**creation**  91:17
  93:8
**credentialed**  26:11

**credentialing**
  26:14
**credentials**  25:21
**creep**  54:5,7
  231:22
**critical**  150:5
  151:3,3,9,11,12,13
  151:15 177:11,19
  178:5,10,23 179:3
  179:11 189:9
**criticism**  185:7,9
**criticize**  214:10
**criticizing**  215:5
**cross**  73:4 119:7,9
**cruise**  201:3
**csr**  265:3
**csuszynski**  2:22
**cumbersome**
  67:17
**current**  13:4 17:10
  18:4 19:7 20:15
**curve**  152:21
**custody**  96:5 98:1
  99:14,16
**custom**  240:18
**customers**  140:1,4
  141:6
**cut**  89:20 240:18
**cv**  1:9 7:11,21,23
  10:22 16:18 17:15
  19:1 21:4
**cycle**  120:16,19
  125:8 131:15
**cyclic**  166:21
  208:12

**d**

**d**  3:1 175:8 235:13
  265:2,13
**da687**  216:8
**da68715**  212:12

**dai**  48:7 134:24
  213:24
**daimler**  21:16,23
  22:3,8,10 23:16
  25:1,4,9,11
**dale**  23:17
**dallas**  1:13 2:9
  5:14 57:24 59:11
  59:18,24 60:8
  61:2,10 62:1,8,8
  62:11 66:7,13,24
  67:11,24 68:3
  69:18,22 70:2,11
  70:19 71:8,10
  73:13,21 74:14
  75:14,22 76:6,11
  77:16,20 79:1,14
  80:8 81:8,13 82:8
  84:2,4 86:5,10
  105:13 118:22
  120:14 125:5
  127:16,24 128:3,5
  128:10,16,24
  129:15 130:9,18
  131:5 134:3
  135:17 136:8,12
  136:15,22 137:5,6
  138:2,7 139:7,15
  139:21 140:3,4,11
  146:12,19,23
  148:18,19 150:9
  158:8 165:3
  212:15 216:11,14
  216:18 217:11,17
  217:18 218:3,7
  219:10,11 236:15
  248:3,8 261:20
**damage**  34:19
  35:9 120:12,24
  158:20 243:15

**damaged**  35:4
**damages**  243:21
  243:23
**danger**  138:20
**dao169**  126:14
  148:5
**dao517**  116:16
  118:20 124:15
  192:19
**dao687**  124:13
  260:17
**dark**  153:6
**data**  35:3 57:9
  89:24 90:16
  114:24,24 115:5
  123:12,16,24
  146:13,24 147:24
  148:9,9 151:4
  157:20 158:20
  161:8 162:2
  164:11 170:13,17
  171:5,22 172:20
  172:22 190:9
  215:16 218:24
  219:3 246:12
  247:8 252:8
**database**  132:17
**date**  56:7,17 136:5
  136:9 229:19
  230:2,7,10,22
  231:1 252:2 266:8
  267:3,8,19 268:3
  268:11,25 269:18
  269:25
**dated**  3:10 4:7
  72:14 101:21
  102:6 175:9
**day**  63:17 240:12
  265:10 267:15
  268:20 269:20

**days** 152:10 266:20
**dead** 90:22
**deal** 41:8 175:20 197:1
**dealership** 240:10
**dear** 266:9
**december** 98:24 102:8 183:9,21
**decide** 179:10
**decided** 103:14 172:6
**decipher** 107:10
**decrease** 178:19 179:20 215:20
**decreased** 181:6
**deed** 267:13 268:18
**deemed** 266:22
**deems** 151:13,14
**deenik** 24:9
**defect** 104:23 115:6 116:14 118:5,7 119:2,5,12 226:18 239:3 248:19 249:2,9,21 250:8
**defects** 121:20
**defendant** 252:11
**defendants** 1:17
**defense** 139:11
**defer** 32:13 33:1 42:15 66:21 94:23 133:2
**defines** 207:21,22
**definitely** 81:12 223:1
**definition** 151:12 207:19
**deform** 208:8

**deformation** 47:14 162:16 163:5
**deformities** 257:13
**degree** 77:8 93:5 94:16 95:5 97:7 98:7 114:17 121:19 220:20 260:19
**degrees** 77:5 93:18 94:5 95:9,18 132:8 220:9,22 221:2,9,20,24
**dents** 35:11 243:18
**department** 12:1,2 12:3,5 266:24
**depending** 37:24 85:23 205:20
**depends** 8:10 12:23 25:16 107:15 151:12 162:12 228:4
**depict** 153:21,22 212:22
**depicted** 105:8 154:24 155:24 223:4
**depicts** 171:1
**depletion** 100:8
**deponent** 5:1 9:3 15:21 16:5,16 18:11 20:1 26:1 26:23 27:21 28:7 28:17 29:3,10,21 30:8,20 31:2,20 32:5,13 33:1,7,10 33:18 34:4,24 35:19 36:10,21 37:11,21 38:16 39:1 40:6 41:13

42:7 43:20 44:4 45:1,11 46:20 47:13 48:3,21 50:11,13,15,18 51:18 53:1 54:16 54:24 55:16 56:3 57:6 58:17 60:4 60:13,21 61:7 64:15 69:13 70:16 71:5 73:17 74:4 74:19 76:17 77:3 78:14,20 79:9 80:2,13,16 82:4,24 83:3 96:21 98:5 99:19 101:15 107:14 110:20 111:21 113:17,21 114:3 122:3 124:1 124:6 126:3 127:23 128:10 130:4 131:14 132:24 135:24 136:21 137:14,20 138:15 139:5,15 142:23 143:2,8 144:16,21 150:15 156:17 157:1 159:12 161:11,15 168:8 169:23 174:7 175:2 179:8 189:3,22 190:15 192:11 193:22 194:2 195:11 197:6,14,21 199:16,22 200:3 200:15 203:18,22 205:20 206:2,23 209:10 210:11 213:7,11 220:12 220:18 222:3 223:12 224:9,13

224:17 228:3 235:23 236:3 250:18 253:7,23 255:22 258:24
**deposition** 21:11 21:13 51:12 52:2 56:19 57:13,20 59:8 91:6,9,14,15 175:6 191:9 206:18 240:2 264:3,8 265:5 266:8,10 267:1,3 268:1,3
**depositions** 57:7 233:24
**describe** 173:11 255:8
**described** 58:11 101:23 155:13 199:8
**describes** 176:16
**design** 62:12 122:16 179:10,23 181:23 182:1 184:21 190:2,3 242:15
**designated** 140:21 140:23,23 141:14 141:16,17
**designates** 209:23
**designed** 53:19 100:6 188:16
**designer** 182:8,14 188:15 190:11 193:16
**desired** 180:18 208:3,19
**destroyed** 69:24
**detail** 63:20 180:8
**details** 122:5

detected  164:22
determine  90:9,11
    172:9,17 173:22
    173:24 187:5
    194:11 202:17,24
    208:11 217:20
    223:22 231:1
determined  53:6
    162:19,20 180:11
    189:24
develop  95:17
    114:18 152:24,24
developed  116:18
    116:20 163:1
    164:24 216:2
developing  48:16
    95:21 152:20
    164:8
development
    16:12 110:4,6
develops  161:5
diagram  112:22
dial  231:23
diameter  169:13
    181:2
dictated  150:18
    217:19
dictates  73:20
    74:13
diesel  76:2 180:16
    240:23 241:7
difference  113:4,6
    214:14 215:8
    216:2
differences  217:24
    220:7
different  10:12
    19:16 24:10 48:24
    54:19 62:18 67:14
    108:11 109:12
    110:14 111:16,17

113:3 125:14
    134:24 154:2
    162:7 163:15
    174:8 176:18
    182:10 186:3,11
    202:19 204:7
    213:1 218:4 220:5
    237:15 240:17
    261:19 262:11,12
differential  102:20
    234:20
differently  141:17
    147:10
differs  167:15
difficult  87:7
    112:7
difficulty  176:17
diffuser  6:7 28:1
    31:8,10,13,24 32:9
    32:19 33:13,20,21
    34:8,9,17,18 35:8
    36:3,18 37:4,5,7
    38:5,6,8,12 39:10
    41:6,7,14 42:13
    43:5,14,21 47:6,23
    61:13,15,17,18
    62:13,24 65:4,10
    65:12 67:1 71:13
    82:10,16 83:15
    84:4 85:4 86:4,10
    86:16,20 87:9
    93:12,15 94:14
    95:4,21 97:11
    100:12 102:22
    104:16 105:9
    114:18 121:7
    124:23 129:17
    130:15,20 131:4
    132:16 133:12,15
    134:10 136:15
    138:8 141:7 143:6

144:24 145:6,9
    146:15 153:10
    165:7,12 178:10
    179:2 184:5,23
    185:21 192:17
    208:24 211:3
    212:14 214:11,13
    215:7,9,10,18,19
    216:20 218:14
    219:1,7 233:1
    246:6,21 247:2
    249:8 251:11,18
    251:18 261:22,22
diffusers  36:16
    62:17,21,21 98:11
digital  206:6
    231:24
dipped  261:11
direct  56:22 64:10
    72:7 142:4 155:15
directed  57:1
    98:19 142:14
directing  57:3
    77:21 141:9 142:9
direction  92:12,16
    146:22 147:1,3,5,8
    147:11,12,14,19
    147:20 208:2
    256:1,2
directionally
    144:18 167:6
    182:3
directions  6:5
directly  60:13
    63:12 144:8
    145:10,13
director  12:7
directs  71:11
disagree  111:21
    130:17 234:17,24
    235:5,17

disassembled
    208:8 241:24
disassembly  202:4
    244:7 247:20
discard  246:5,7
    247:2
disclose  57:4
    255:4
disconnected
    34:14
discount  23:17
discovered  116:21
    139:16 244:15
    249:14
discovery  116:17
discuss  119:23
    120:7 133:1
    219:15 260:7,8
discussed  55:16,17
    88:21 117:18
    127:15 163:16
    219:9,12 248:16
    256:10
discussing  19:22
    62:12 170:9 213:2
    239:14
discussion  62:15
    63:14 170:10
    183:7 192:24
    223:8 259:19
    260:4 261:17
    262:2
discussions  52:16
dismissed  252:14
    252:17
displacement
    152:21 171:24
display  231:24
disposal  248:24
disposed  70:20

**dispute** 32:19 33:4
**disseminated**
  244:12
**distinction** 78:16
  251:2
**distinguishing** 8:8
**distorted** 196:14
**distress** 193:12
**distribute** 130:24
**distributed** 111:7
**distributes** 31:11
**distribution**
  111:16 122:6
**distributor** 231:9
**district** 1:1,2
**dividing** 187:22
**division** 18:13,15
  18:18
**doa508** 119:20
**doa517** 119:22
**document** 60:17
  68:12 72:19 73:6
  74:22 79:11 84:14
  192:4 196:12
  197:4 198:14
  206:19,23 207:9
  207:10 208:17
  209:15 227:8
  228:13 233:8,17
  233:20 234:3
  253:16,19 254:2,4
  254:11
**documents** 86:2,7
  90:9 214:21
  233:24
**doing** 13:13 14:3,5
  36:15 45:7 46:22
  59:15 61:3 64:15
  77:23 81:23 85:11
  100:16 125:14
  138:1 143:4

147:21 152:19,20
  153:1 155:2,6
  162:8 175:16,20
  175:21 177:5
  185:23 187:7
  197:2 232:17
  239:13 240:6,10
  251:14 254:5
  255:3 261:24
  262:11,14
**door** 10:8
**double** 58:2
  123:16 161:8
**download** 191:19
**downloaded**
  175:14,15,18
**dowty** 22:14
**dr** 221:5 222:10
**draft** 255:2
**draw** 108:18 109:9
  223:24 252:4
  257:24
**drawings** 163:13
  208:23 209:1
**drawn** 257:20
  258:1
**dried** 212:23
  260:16
**drilled** 160:2
**drive** 2:7 6:22,22
  23:14
**drives** 6:23
**duct** 65:10
**due** 90:7,20 96:2
  116:20 135:11,11
  159:15 178:21
  216:1 235:6
  257:19
**dues** 17:24
**duration** 94:14
  99:23 100:12

**dust** 11:15
**duty** 140:4 185:20

### e

**e** 2:1,1,18 3:1,4 5:6
  53:10 65:7 116:11
  175:8 181:22,22
**earlier** 12:11
  65:13 103:2
  117:13 126:15
  198:15 217:23
  239:11 247:14
  248:3,16 258:7
  261:18 263:2
**early** 240:2 242:21
**easier** 65:21
  213:12 237:21
  238:14 239:2
**easy** 160:2
**eau** 2:7
**eccentricity**
  184:14
**edge** 122:15
  131:23 132:12
  134:6,9,11,12,20
**editing** 88:5,7
**edition** 180:6,8
  181:9,23
**editor** 19:10
**editorial** 19:2,13
  19:21
**education** 15:16
  15:21,22 16:19,20
  17:2 30:12
**educational** 26:16
  26:19 27:2
**edward** 23:11
**effect** 110:21,22
  125:16 147:9,10
  216:5 217:20
  262:23

**effective** 178:19
  179:21
**effects** 208:6,7
  217:6,7
**efficient** 216:3
**ehrlich** 265:2,13
**eight** 152:15
  232:11,12
**eighths** 181:2
**either** 134:4
  145:17,19 147:17
  149:19 176:12
  225:13 231:10
**elastic** 107:24
  170:14
**elasticity** 65:6
**electrical** 20:19
**electron** 19:18
**element** 208:9
**elements** 100:8
**elevated** 93:12
**eligible** 113:10
**eliminate** 212:19
**eliminates** 138:20
**email** 4:7 168:10
  266:19
**emphasize** 147:2
**employed** 5:9,10
  216:7
**employee** 61:10
  219:11
**employees** 59:19
  59:23 62:2,11
**ems** 183:8
**enclosed** 266:10
**encompassing**
  249:3
**encountered** 14:9
  242:18
**encountering**
  208:6

**ends** 83:11 181:10
188:9 224:9
**endurance** 166:23
**engaged** 6:2
106:24 116:1
235:14
**engagement**
106:13 169:11,21
**engages** 60:9
**engine** 15:2 26:9
26:12 27:14,24
31:9,12,14 32:1
33:22,24 34:10,12
34:19,20 35:4,9
36:9 41:6 62:14
62:18 63:10 68:16
68:22 69:2,4,24
70:12,13,21 71:11
76:2 77:17 93:19
94:2,20 97:7,24
100:16 125:24
126:15 128:21
133:11,14,14
134:4 139:6 140:7
148:4 156:8
179:10 180:18
184:5 188:2,5,6,10
201:2,3 211:1
213:4 216:8 217:8
238:21 240:8,10
241:23 242:1
243:15,23 244:6
251:4,9,17 253:14
261:14
**engineer** 12:1
17:12 42:7 93:4
254:15
**engineering** 3:6
4:5 5:10 8:6 9:14
11:2,4,23 12:6,8
12:12 13:9,10,14

13:21 14:1,7
15:24 16:6 29:13
65:1 93:2,6
101:17 120:12
151:6,8 160:16
167:20 170:11
181:23 189:5
190:1 211:22
212:12 260:13
263:5
**engineers** 17:21
18:12 81:14
**engines** 4:11 32:10
32:20 37:5,9
42:18 60:10 61:4
61:11 62:7 63:1,9
65:4,11 66:12,17
68:13,15 69:5,10
69:20 70:8 72:15
72:24 73:2 76:2
95:23 96:12 97:5
97:11 98:7 103:21
103:22 117:8,9
122:14 123:1,10
123:13,17,21
124:10,20,21
125:19 126:3,4,7
126:10,12,15,19
126:20,21 127:2,2
127:3,6,11,18
128:7,18 129:2,15
129:18 130:10,14
130:19 131:6
134:6 139:22,24
141:8 142:19
143:13 145:1,23
148:1 185:1
234:15 240:7,12
240:14,18,23
241:1,5,6,7,7
243:14 248:5

249:1,3,14 250:6
251:8,22 252:24
260:13
**entails** 28:14
**entered** 268:7
**entire** 50:22 76:22
164:13 267:5
268:5
**entirely** 124:24
139:19 250:18
**entities** 188:19
**entitled** 206:19
212:23
**entity** 196:9
197:10,18
**envelope** 148:21
**episodic** 118:7
**equal** 130:23
**equipment** 30:2
153:2 154:6
227:13
**errata** 266:13,20
268:6,9,15 269:1
**error** 19:10
**esi** 59:6 105:12
189:5 190:1
**especially** 87:9
135:11 220:2
**essential** 166:20
**essentially** 55:9
69:23 109:13
116:19 131:22
164:5 184:17
**establish** 177:12
**established** 50:1
**estimate** 10:19
**et** 53:23 208:13
266:6 267:3 268:3
**events** 167:2,3
**everybody** 91:2

**evidence** 48:8
82:13 104:4
116:17 117:7
118:10,18 119:1
122:22 135:10
158:19 159:19
164:23 185:13
198:17 204:24
210:5 222:23,24
226:6 234:11
239:6,9
**evident** 199:12
**exacerbated** 104:6
104:12
**exact** 40:11 64:20
122:5,9 125:1
132:6 161:2
182:16 187:24
**exactly** 6:3 66:1
94:18 119:13
122:23 132:5
136:24 150:1
158:4 184:16
218:20 261:9
**exam** 3:2,2,3,3
**examination** 5:2
117:17 170:12
201:3 236:5
239:23 263:18
**examine** 40:11
242:2
**examined** 99:21
117:10,15 200:18
211:21
**examining** 57:8
**example** 49:16
124:13 133:11
181:1 182:15
204:22,22 205:7
205:11

examples 117:15
exceeded 202:8,12
exceeding 185:17
exceeds 128:23
　156:13 157:7
　208:2,18
excellent 7:3
excess 158:7
exclude 133:9
excuse 14:21
　84:11 165:15
　213:8
executed 201:1
　268:9
execution 267:12
　268:17
exemplar 62:5,6,7
exhibit 3:6,7,9,10
　3:12,14,17,20,24
　4:1,2,3,5,6,9 6:12
　6:15,22,23,24
　17:19 18:4 19:2,6
　20:11,15 21:6
　22:12 24:8 51:11
　51:13 52:2,10,16
　53:5 57:19 67:9
　71:9 72:8,10,13
　73:14,23 76:5
　77:15,16 79:13
　87:11 88:3,13
　91:17 92:6 93:8
　93:10 101:21,23
　102:5,5,6,13 105:4
　146:7 151:20,24
　153:21 154:8,24
　155:14,19 162:14
　165:19,20,23,24
　166:16 167:22
　168:2,23 169:17
　170:5 174:22
　175:1,5,12 176:1

178:13 181:10
182:20 183:6
191:4,6,9,16
192:14,16 194:20
195:3,7,10,13,20
196:19 198:2,13
199:11,12 200:4,9
200:10,17,24
203:1,7 204:10
206:18,22 207:22
211:7,13 214:9
215:1 222:9,14
223:5,20 224:1,2
224:21 225:2,7,9
226:23,24 228:9
228:10,12,17
229:13,18 230:12
230:15 232:4
233:16,19 234:7
245:11,12,15,19
245:24 252:19
253:2,5,6 256:12
256:18,19,22
259:4,7
exhibited 223:6
exhibits 91:22
168:13 192:9
232:23
exist 69:9 127:6
exists 68:12 138:3
158:5
expansion 102:20
215:9 216:3
234:21
expect 37:21 38:9
46:3 83:6,12
95:10,15 119:10
119:14 120:3
121:8,12,16,18,23
143:18 144:9
145:1 147:4

171:14 172:1
212:3 223:10
255:16,18,23
expected 100:10
193:7
experience 11:6
30:12 49:14
108:10 127:9
151:5 171:12
234:10 240:3,6
242:13,21 244:20
247:21 248:1
experienced 97:3
98:7 113:11
124:12,15 201:2
251:23 254:16
experiences 93:17
experiencing
111:3 124:23
130:14
experiment
175:20 178:9
experimental
172:9 174:11
experiments 217:5
expert 5:11 6:9,10
7:10,21 28:24
29:4,7,18,23,23
30:4,9,10,14,22
31:4,6 32:14 47:3
48:13 57:18 58:13
63:15 70:6 87:11
87:14 102:7 118:1
129:24 133:5
140:19,21,24
199:8 200:19
223:20
expert's 135:12
expertise 8:1
29:15 39:5 141:13

experts 13:11,17
13:23 14:17 118:2
143:20,22 144:1,3
144:5 164:21
expiration 267:19
268:25 269:25
explain 100:1
238:13
explained 120:5
explaining 250:9
explanation 70:3
70:19 130:16
149:21 244:22
explicitly 144:1,3
exposed 93:21
95:8 100:13
101:11 106:21
188:10 221:8
242:5
exposure 261:1
extended 160:19
extension 136:8
extent 69:2 102:23
162:21
external 52:11
extinguish 33:23
34:11
extremely 134:13
157:22 220:9,12
eyes 7:4

**f**

f 53:10 87:17
faa 25:17,19,21
26:13 27:9 28:9
28:13 40:18,23
128:17 133:16
134:1 140:23
248:7
faa's 132:16
facilities 128:12

[fact - figure]

**fact** 31:24 35:9
57:2 65:8 69:8
84:14 95:16
102:21 103:2,3,16
149:13 159:15
169:19 180:10
211:24 214:12
215:6 223:24
225:10 235:11
241:23 242:9
250:5 256:8
**factor** 40:13
115:19 120:6,9,10
121:3 152:22,22
158:24 162:4
171:8,18,19
172:19,22,23,24
173:8,12,17,20,24
174:3,10,11 177:4
177:10,16,18
178:1,4,8,18
179:19 180:23
**factors** 120:4
157:23 162:12
172:10 177:22
180:11 232:24
234:12
**factual** 88:18,20
**factually** 103:12
**fahrenheit** 93:18
94:6,17 95:5,19
220:9 221:2,20
**fail** 36:1,7 37:19
44:12 45:8 121:23
145:1,7 233:2
**failed** 38:6 39:10
135:11 201:8
237:24 257:4
**failing** 38:2
**fails** 35:14 36:17
37:6

**failure** 3:11 6:6
9:10,13 10:4,10
12:15,15 13:14
14:15,16 16:7
20:4 22:20 23:5
23:18,19,20 24:19
26:20,24 29:4
30:5,10 38:7 42:8
42:21 45:24 46:4
46:8,11,15 48:17
49:6,9,19 53:6,13
54:1,4,8,11,17,21
55:5,12,21 59:5
78:22 114:20
120:2,16,18,21
121:6 131:15
132:11 133:15
143:10 145:16
156:7 166:3,18
167:3 178:20
192:18 218:1
226:9 234:13
235:16 239:4
241:16 242:19
251:23
**failures** 10:7 42:14
54:5,6 63:10 81:6
81:7 90:7 102:19
103:20,24 104:23
122:11,13,21,24
123:6 124:9,12,14
124:15 125:8,9
127:3,10,13
130:20,22 131:8
131:24 132:13,15
133:21 134:10
169:4 242:14
250:21 252:5
**fair** 8:12 24:15
29:7 39:21 41:9
41:20,22 47:9

60:18 61:4 64:3,8
67:2 68:21 71:9
75:11,17 76:13
77:22 79:2 81:2
81:11 83:18 85:18
88:15 96:18 97:5
102:3,10 105:10
107:7 108:8 111:9
113:11 122:24
123:19 151:24
152:18 153:22
155:22 161:20
163:12 167:9
171:4,12 175:10
176:20 189:18
193:15 199:9
202:15 207:18,21
215:11 220:10
222:10 227:20
228:23 229:19
**fairly** 40:15
130:23 154:5
256:3
**fall** 29:14 251:24
**fallor** 59:20 60:13
61:7,20 72:6 74:6
148:21 219:14
**fallor's** 60:16 61:1
**false** 103:12
**familiar** 28:22
50:24 166:3
174:18 196:5
**family** 240:9
**family's** 240:10
**far** 40:23 52:3
77:1,3 78:22
107:3 122:22
127:9 136:22
161:21 162:3
175:10 195:20
199:19 249:16

**fashion** 153:22
170:14
**fastened** 108:9,12
**fastener** 23:18
49:6,18 171:15
176:10,13 207:24
208:7
**fasteners** 3:25
37:15,18,19,23
50:3 167:11,13
180:24 182:11
206:20 208:10
**faster** 218:3
**fatigue** 3:11 37:24
54:6,9,11,17,21
55:5,11,21 58:19
62:17 90:7 114:19
115:8 117:5
120:16,16,19
125:9 131:15
135:9 166:3,17,18
166:19 167:3
169:3 222:24
225:14 235:6,15
242:11,14 263:6
263:11
**february** 101:21
102:6 136:6,10,12
175:9
**feel** 40:3 98:19
134:10 141:4
143:4 185:20
**field** 15:16 125:20
126:10 131:4
138:21 139:22,23
169:19
**fifth** 67:8
**figure** 52:8,9
67:20 92:6 101:12
105:7,9 117:22
151:21,23 153:20

[figure - forth]                                                          Page 35

154:10,11,12,14
154:24 155:24
160:16,18 170:20
171:1 212:23
214:3 222:15
223:19 225:4,20
260:1,17,20
**figures** 91:22
162:21
**figuring** 41:22
**file** 49:23 50:22
56:12 57:8 58:9
148:9,13 152:11
155:20,21 162:24
163:9 164:14
174:16,24 175:2
183:18 200:19,21
200:22 213:24
**files** 195:4,8,14
228:13
**final** 3:10,22 64:1
71:10 72:14 84:24
96:7 167:5 200:18
214:13 215:7
**finally** 63:16
**find** 49:23 73:5
77:7 92:7 108:16
117:14 124:6
148:13 157:23
169:3 173:19
181:13 192:11
205:8 213:18
214:17,22 237:6
237:22 241:11
251:21 266:10
**finding** 164:22
**findings** 3:6
**fine** 7:1 36:15
**finish** 77:2
**fire** 12:18,19,24
13:6 17:2

**fires** 20:20
**firm** 5:17 8:12,13
8:14,15 9:1,2
13:17,18,20,21
22:3 24:16 92:18
**firms** 8:13 21:21
**first** 5:24 7:23
10:13 11:8 13:19
14:9,9,11 15:1
17:7 44:15,19,21
51:4 64:21 65:1
72:17 84:13
119:23 120:8
121:3 145:7
146:11 149:9
157:12 163:14,24
164:10 166:8,16
169:11,20 170:4
170:12 171:17
173:19 176:7
179:17 196:18
200:23 201:11,14
201:16 211:13
216:10 221:7
228:6,17 229:12
235:14
**firsthand** 240:5
**fit** 224:23,24
**five** 8:4 9:6 10:14
13:5 24:24 25:7
50:13 127:7,8
143:14 148:1,1
152:10 155:24
161:12 223:9,11
**fix** 161:16
**fixture** 160:4,5,8
160:22
**fixtured** 154:7
**fixtures** 151:24
154:2

**flame** 33:23 34:11
**flange** 145:15
160:20 184:17,18
**flanks** 149:6,14
**flaw** 166:24
168:18,20
**fleet** 126:20
144:23
**flight** 93:11 129:3
201:3
**flip** 201:18
**flow** 13:5 260:19
**fly** 33:13 38:11
39:8 40:1
**flying** 141:5
**focus** 131:1
**focused** 12:14
**folder** 245:15
**follow** 10:11 47:22
48:14 99:10 139:8
146:1 163:10
263:17
**followed** 66:7 67:4
67:5 241:10
**following** 47:19
116:24 125:13
139:11 150:17
180:15 210:13
217:18
**follows** 125:4
**foot** 202:9 203:3
205:6,13 206:7,7
228:18
**footnote** 181:11
182:20
**force** 111:4,7
112:6 146:3,3
176:18 184:5
193:7 234:15
235:2

**forced** 201:1
**forces** 49:1 55:9
106:20 107:18,21
107:24 108:11
111:4,13,15,18,24
111:24 112:1,4,10
112:23 113:10
234:13
**foregoing** 265:6
267:11 268:16
**forget** 122:23
**forgot** 118:14
**form** 15:19 16:15
18:8 19:23 25:23
26:21 27:11,19
28:5,16 29:1,8,19
30:6,18,24 32:11
38:13 54:12 58:15
60:2,11 61:5,15
64:5 70:15 79:24
80:12 86:22 95:11
96:19 98:16 99:15
107:12 110:18
111:20 126:2
128:8 150:12
156:15,22 163:1,3
163:4,19,19,21,24
164:6,8 169:22
174:4 188:23
189:19 205:17
209:8 220:11,17
228:1 245:2 255:9
255:21 258:23
**formally** 5:23 6:2
**formation** 149:23
**formed** 116:22
**former** 28:21
**forms** 197:10
**forth** 7:10,24
17:18 18:3 19:1,6
21:10 43:3 88:3

102:4 139:9 147:24 163:13 171:2 232:24
**forward** 138:21 266:17
**found** 32:9,19 45:17 92:2,5 116:17 117:7,14 163:2 180:10 185:16 195:3 243:5,7
**foundation** 127:21 131:12 188:24 210:9 243:24 245:2 246:2,17 247:15 253:22
**four** 15:14 69:4 84:8 130:19 166:20 180:19 232:24
**fourth** 79:7,8 175:23 192:21 201:18
**fractions** 206:6
**fracture** 35:20 43:21 44:1,6 47:7 49:2 53:9,17 157:14,19,24 158:23 171:15 193:12 235:10
**fractured** 3:8 23:1 39:24 40:15,20 51:3 53:7,13
**fractures** 42:9 58:19 157:6 235:6
**fracturing** 157:17
**frame** 125:15 238:21
**france** 165:14,17 190:23

**free** 98:20 112:22 267:13 268:18
**french** 195:17 198:14
**frequencies** 93:20 104:20
**frequency** 104:16 104:17,19
**frequently** 118:17
**fresh** 149:23 260:18
**friction** 3:13 80:20 115:21 149:22 152:22 157:21,22 158:1,7,14,21 159:23 160:23 174:16 175:6,17 176:19,22
**frictional** 115:2,10 115:14,17 116:3 119:24 121:4,9,17 147:9 149:18 171:20 212:19 234:13
**fudge** 173:8
**fuel** 14:20
**full** 19:7 21:10 42:16 64:21 65:1 70:7 106:12 107:9
**fully** 211:2
**functional** 156:2
**functionally** 107:8
**funny** 175:14
**further** 107:1 108:9 164:12 235:19 252:4 263:14,23
**furthermore** 182:12
**fusion** 3:6 5:10 59:6 65:1 92:20

92:21 160:16 170:10 189:4 190:1 211:21 212:12 260:13
**future** 65:23

**g**

**g** 116:11 181:22
**galling** 159:19 160:6,18 261:2
**galvanic** 103:24 104:4
**games** 26:7
**gas** 246:6
**gauge** 231:21
**gauging** 94:18 100:15
**gear** 14:19,22 22:17,18,21 23:1 24:21
**general** 12:15 29:24 59:21 61:22 169:6 176:20
**generally** 37:11 61:19 129:10,12 154:3 155:10 167:8 179:22 193:9
**generated** 11:22 158:22
**generating** 11:18
**generator** 246:6
**generically** 37:1
**geometric** 224:22
**geometry** 63:4
**getting** 39:19,20 95:12 122:4,6 125:7 131:16,17 131:23 135:1,2,5,8 135:14 136:14 137:9 171:16,23 187:15 192:9

200:3 203:4 218:1 218:4 254:11 263:9
**give** 40:11 49:16 58:2 91:19 99:1,3 99:3 100:18 122:9 166:10 174:19 187:24 191:13 192:2 194:12 200:6 207:19 214:21 223:12 235:21 256:12,21
**given** 6:4 79:9 120:4 121:15,16 121:19 130:9 131:4 162:4 181:16 208:12
**gives** 231:17,18
**giving** 70:9 163:17 233:23 259:13
**go** 13:10,22 28:19 40:22 49:22 50:17 51:21 65:13 69:14 76:5 77:15 80:13 80:15 90:8 91:18 98:4 106:14 113:24 114:4,5,11 114:13 125:22 141:5 142:4 145:16 146:1,8 149:19,20 151:20 153:5,16 154:8 160:13 161:12,17 164:13 168:15 178:6 180:22 195:6 197:7 205:3 212:3 215:4 222:14 225:19 234:4 238:16,17 241:19 247:17 259:8 263:21,22

[goes - helpful]

**goes** 72:19 74:1,15
83:6 104:14
120:22 122:3
133:23 140:16,20
145:15 152:22
164:8 208:20
227:7 229:14
252:1 258:17,21
**going** 14:23 20:21
24:3,4 30:17
38:24 39:2 40:15
43:24 44:13 46:8
51:8 55:20 63:7
64:10 65:22 69:1
71:7 72:7 73:24
74:4 92:22 93:21
93:22 102:15,16
103:18 104:15,17
104:19 107:18
109:8 110:5,7,10
110:12 112:5,23
113:4 114:6,9
115:23 116:3
118:14 119:14
122:20 125:16,17
126:11,17 132:9
132:11 134:13,18
134:19 135:8,14
135:19 136:4
138:21 140:13
150:2 153:16
162:7,9,13 168:11
168:15 172:4
173:19,22 184:18
184:19 187:6
192:5,5 195:2
198:4 199:14
200:6 201:21
202:23 205:7,10
207:4 217:2,8
219:23 225:12

227:23 232:22
233:2,7 235:24
239:12 251:5
254:6,8,8,18 255:2
255:5,16 256:12
263:10
**good** 7:4 10:17
53:11 101:16
108:16 113:22,24
114:7 167:17,19
187:5 194:13
204:22,22 227:24
261:9
**gotten** 96:13 114:6
206:21
**grab** 51:6 113:17
**grabbing** 51:18
**grade** 211:16
**graduated** 11:7,8
**grand** 232:4
**graph** 170:22
**graphic** 67:13
171:1
**gratuitous** 135:21
**great** 6:20 75:8
113:13 177:18
178:4 227:5,12
237:7
**greater** 127:7,8
216:1
**greatly** 103:19
**grossly** 157:20
171:14
**ground** 243:6
**grow** 221:10
**growing** 94:19
**growth** 167:4
**guess** 28:7,13 31:3
40:19 74:9 87:21
112:14 127:5
207:13

**guidance** 177:12
**guidelines** 210:13
210:16
**guy** 224:7
**guys** 113:19 114:7

**h**

**h** 3:4 87:17 116:11
181:22,22
**half** 39:23,23
40:14 62:22,23
63:8 65:9 103:4
240:18 263:4
**halfway** 52:19,22
**hand** 86:20 87:9
195:21,24 224:20
246:21 265:9
**handbook** 19:17
49:20 182:24
183:4
**handbooks** 49:22
**handful** 249:14
250:9
**handle** 7:19
**hands** 254:19
**handy** 51:6 233:8
237:10
**hang** 113:7,9,9
**hanging** 191:20
**happen** 21:24
115:12
**happened** 41:5,21
41:22 42:2 43:17
101:12 133:13
**happening** 233:22
**happens** 75:6
100:7 241:22
**happily** 49:24
**happy** 185:18
**hard** 7:1,13 51:18
194:12 250:3
251:12

**harmonic** 104:6
104:12
**harry** 213:23
**head** 20:9 24:23
69:14 79:21 80:10
80:18,22 81:1,10
83:8,11,17 110:13
111:11 148:8
156:4 157:21
158:1,11 159:5,8
159:15 160:18
164:18 169:9
176:12 180:19
228:3
**headed** 52:16
**header** 192:24
**hear** 8:22 30:17
34:5 38:20 84:12
104:8 250:3
251:12
**heard** 44:18
259:11
**hearing** 7:13
250:12,14
**heat** 117:1 156:8
218:19 221:15
**heated** 125:15
214:13 215:7
218:14 219:16,22
**heating** 64:2 218:8
218:20 234:22
**heats** 221:14
**heavily** 40:16
**held** 18:6 33:21
34:9
**help** 91:22 92:23
101:11 238:13
**helped** 88:18
92:24
**helpful** 70:7,10

**helping** 89:10
**helps** 225:7
**hesitant** 40:9
**hey** 250:11
**hidden** 255:4
**high** 3:8 22:24
  51:3 53:12 116:18
  118:19 119:7
  120:16,19 123:17
  125:8 127:4
  131:15 157:22
  160:23 164:1
  220:9,13 226:15
  226:17 231:16
**higher** 53:18
  62:19 100:6 111:8
  111:10 137:9
  147:5 148:24
  149:17,20 203:19
  208:18 215:24
  229:16 234:13
  263:12
**highest** 126:20
  169:5
**hired** 93:1 141:13
**history** 3:8 11:10
  51:3 126:11
**hit** 224:23
**hkm** 2:17
**hkmlawgroup.c...**
  2:22
**hold** 25:17,19,21
  33:8 56:22 98:15
  168:12,14 196:11
  196:17 200:5
  237:8 246:15
**holding** 89:11
  258:21
**holdings** 22:14
**holdup** 51:7

**hole** 83:6,9 159:16
  160:2,3,8,11,22,24
**holy** 98:22
**home** 166:8
**honda** 240:20
**honestly** 22:23
  185:2
**hope** 190:9
**hopefully** 6:15
  224:3
**horsepower**
  240:21
**hot** 31:14,15,22
  93:15,24 94:3
  221:18
**hour** 129:8
**hours** 59:9 99:24
  124:11,13,16
  126:16 129:4,11
  131:7 143:18
  144:10,19 217:9
**housing** 87:9
  215:20 217:2
  220:3,4 251:11,18
  251:18
**housings** 62:24
  65:5,12
**hover** 224:19,22
**huge** 223:10
**hundred** 63:6
  123:20
**hundreds** 127:10
**hydrid** 11:3
**hypothetical**
  33:16 34:2,22
  35:18 38:14 39:12
  39:14 40:5 43:19
  45:10 54:13 55:14
  109:21 122:1
  129:21 139:3
  142:24 144:14

  205:18 206:13
  228:2

**i**

**i.e.** 50:6
**ian** 59:20 148:21
  219:14
**idea** 91:19 157:18
  172:18
**identical** 124:14
**identified** 53:17
**identify** 22:11
**identifying** 213:21
**illinois** 5:8 11:24
  265:3,10
**illustrate** 213:5
**image** 213:11,12
  225:19 261:9
**images** 119:2,4,6
  164:1 212:11
**impact** 217:12
**implies** 95:16
  246:8
**importance** 47:18
**important** 47:21
  63:2 85:24 157:10
  227:18
**improper** 58:20
  147:15 158:2
**improperly**
  188:24
**inappropriate**
  141:21 142:7,12
**inch** 45:15,18,21
  45:22 47:24 63:6
  71:14 78:6 84:6,6
  84:7,7 85:15,16
  87:7,8 109:23
  134:22 155:9
  170:16,23 171:16
  181:2 185:3 202:2
  202:9,12 203:5,11

  203:12,23,24
  206:7 211:4,4,17
  216:1 220:23
  221:11 229:17
  231:16 232:17,19
  258:15,17
**inches** 77:18
**incident** 3:22
  200:17
**include** 25:12
  63:14 213:4
**included** 10:1
  73:10,12,21 74:13
  97:4 255:20
  266:13
**includes** 79:1
**including** 8:15
  27:16,18 73:13
  135:20
**inclusion** 214:2
**incomplete** 33:15
  34:1,21 35:17
  38:14 39:11 40:4
  43:18 45:9 54:13
  55:13 121:24
  129:21 139:2
  142:24 144:13
  205:18 206:12
  228:1
**incompressible**
  103:9,9
**inconsequential**
  125:12
**incorporate**
  175:17
**incorporated**
  268:10
**incorrect** 49:6
  53:17 76:13 103:8
  211:23 229:23

increase   11:20
  37:13,22 38:1,7
  178:18 179:20
  263:10
increased   35:15
  35:23 36:5,18
  37:6,17 180:19,23
increases   35:24
  36:6 37:18 215:17
increasing   46:21
independent
  210:18
independently
  236:14
indicate   64:4
  66:23 68:3 75:23
  84:3 93:11 160:10
  160:14 162:16
  226:14 254:22
indicated   63:24
  120:6 159:2 165:2
  172:14 189:9
  196:9 197:10
  223:23 225:9
indicates   10:22
  79:13 84:1 170:13
  195:20,22 197:10
  197:18 211:7,14
  212:10 215:16
  229:18 260:22,24
indicating   43:4
  148:10 160:23
  266:13
indication   94:13
  225:14
indicative   226:18
indicator   229:11
individual   148:13
individual's   87:18
induced   53:20

industrial   9:10,11
  9:22,24 10:5,9,16
  13:3,8,14 231:10
industries   24:1
industry   135:17
  207:16
influence   216:6
information   40:10
  63:16 71:24 75:21
  94:4,7,8 100:18,22
  101:16,17 133:23
  134:3 137:4 145:3
  145:4 146:18
  148:16,17 163:17
  194:13 211:18
  213:21 244:10,12
  244:14 247:3
  248:23 252:4
inherent   62:23
inherently   225:18
  226:5
initial   114:19
  166:24 182:13
  202:4
initially   207:23
  208:8
initiate   117:6
  120:17
initiated   46:14
initiation   48:23
  115:8 120:23
  143:19 144:9
  167:4
inquest   23:11
inquiry   104:3
insertion   261:5
inside   117:1
inspect   26:12
inspecting   260:11
  260:11

inspection   4:10
  25:19 61:23 66:11
  66:16 105:12
  183:21 214:1
  243:5 252:22
  253:20 255:12
  256:3
install   75:12 79:15
  194:7 212:16
  262:22
installation   30:15
  44:10 45:7 64:2
  78:8 106:6 208:3
  208:11,19 211:6
  219:7 234:22
  257:11,21 258:2
  261:21,24
installed   96:12
  105:15,15 118:21
  118:22 143:21
  165:7,11 178:17
  179:19 184:24
  185:21 186:24
  201:6 212:8,15
  246:8 249:1,8
  253:13
installer   205:2
installing   78:5
  234:14
instance   38:4
  43:17 46:16,20
  54:1 77:20 85:20
  89:22 107:7 145:7
  204:24 209:5
  220:2 247:21
  258:9
instances   54:24
  55:4 75:22,24
  76:21 90:13
  167:14 202:8

instantaneous
  156:12,18
instruct   221:15,17
instruction   47:22
  65:2 79:19,23
  80:8 247:13
instructions   48:14
  73:11 77:21 212:5
instructs   75:10
instrument   254:7
instrumentation
  86:9
insufficient   49:9
  50:2 90:7,21
  242:14
insurance   9:15
  24:21
intake   31:10
integer   205:16,23
  206:4
integral   230:24
intend   255:15
intention   153:1,7
intentional   214:4
  261:7,8
intentionally
  83:19 159:6,24
interest   41:21
interested   42:9
  90:4 103:6
interesting   116:17
interestingly
  103:15
interference
  160:21 161:3
intern   11:12
internal   88:10
  208:9
international   1:15
  4:3

**internet** 224:8
239:13 250:13
**interrupted**
241:19
**interruption**
196:17
**interval** 129:9,13
231:1
**introduce** 174:21
195:3 233:11,19
**introduced** 174:23
233:14
**introduction**
49:20 88:14
175:24 176:4
177:1 179:22
**invalid** 158:21
186:8,16,20 188:7
**investigate** 6:6
24:17 102:15,18
103:15,23 104:5
104:11,21,22
241:16 243:10
**investigated**
102:17 133:17
145:10
**investigation** 3:7
3:15 12:24 14:10
17:3 42:17 51:1
53:15 66:20
102:11,24 191:11
192:17 199:6
202:16 228:23
242:22 244:4
**investigations**
12:19 13:6 14:12
242:11
**investigative**
89:15
**investigators**
180:10

**invited** 183:23
**invoices** 56:11,12
56:16
**involve** 241:13
255:17
**involved** 14:18
15:12,13 21:18
23:4,5,12,14,17
24:15 25:11 49:1
60:14 81:4 89:4
188:18,19 242:10
**involves** 9:6 22:12
**involving** 15:5
24:9,19 36:3
**iron** 11:21,21 65:8
65:12
**irrelevant** 212:9
256:9
**issue** 28:15 32:10
32:15,21 34:16
36:16 55:17 56:14
62:17 63:14,24
69:10,20 84:17
94:15 95:21
116:14 118:23
119:23 136:5,9
137:10,21 138:24
139:17 140:9,12
159:3 194:23,24
208:24 236:9
237:23 241:4,13
241:18 249:20
**issued** 137:2
138:16
**issues** 8:6 9:7 15:6
16:3 19:22 22:13
29:14 55:19 122:7
141:18,19 143:5
199:18 242:7,15
244:4

**it'll** 146:1 231:6
**italian** 51:5
**italics** 182:10
**itc** 13:11,17,22
14:6,17,19,21
**item** 73:10
**items** 74:13

**j**

**j** 5:6,6,6 177:8
**january** 92:13
229:3,5,22 231:6
236:22 237:18
**jet** 31:9 93:18
241:7
**jinxing** 199:17
**job** 89:7 167:17,19
262:14
**john** 59:20 60:13
60:16 148:21
219:14
**join** 7:11 35:14
**joined** 12:3
**joining** 146:2
**joins** 169:10
**joint** 23:19,20,23
24:2,9,10,11,12,17
24:20 37:13 40:11
40:15 46:24 48:6
49:13 50:10 55:2
55:6,8 62:20 63:7
63:12 65:9 92:1
102:20 103:5,8,10
103:18 106:16
107:15,21 112:4
112:15 113:11
122:6 131:22
134:12,17 145:5
151:3 153:15
173:4,18 176:22
177:16 178:2,8,11
178:20 179:3,12

182:9 184:14,15
184:17,18,20,21
189:12,12,14
193:17,18 194:23
205:14 234:23
235:2 241:14,17
241:18,22 242:2,7
242:13,15 250:23
251:6
**joints** 3:13 23:5,6
23:12 24:15 49:20
49:21 63:4,11
109:12 112:1
150:5 158:3
174:17 175:7
177:11,19 178:5
178:23 179:23
182:24 189:9,18
190:8,11 241:4
**jones** 4:7 5:1,6
39:21 50:21 52:3
84:21 87:20,21
89:8 91:16 114:16
123:23 168:7,24
180:13 191:16
233:15 234:8
236:1 240:1
257:22 263:20
266:8 267:4,8
268:4,11 269:18
**journal** 20:4
**july** 5:18,20 21:12
**jumped** 257:5
**jumping** 46:12
**june** 3:10 66:9
72:14 265:10
266:4
**juvinall** 177:7

| k | | l | learn 62:15 |
|---|---|---|---|
| **k** 2:2 3:2,3 181:22 | 121:14 123:20 | **l** 2:10 3:3 51:4,4 | **learned** 140:5 |
| **karts** 263:21,22 | 125:11,23 126:8 | 53:10 116:11 | 141:6 166:19 |

**k**

**k** 2:2 3:2,3 181:22
**karts** 263:21,22
**kea** 214:1
**keep** 114:6 141:15
**keeps** 192:3
**kelley** 23:17
**kept** 70:21 236:18
**kevin** 87:20,21
  89:7 91:16,21,21
  91:23 92:2,3,5,5
  92:13,14,18 93:1,5
**key** 2:3 77:4
**kicked** 250:2
**kids** 38:18,23 39:1
**kind** 76:3 86:3
  87:7 88:24 89:7
  91:18 100:18
  109:14 130:5
  180:13 187:14
  207:15 225:9
**kinds** 93:20
**knew** 10:21 33:12
  38:11 39:9 136:12
  136:13
**know** 7:5 10:19
  14:9,18 18:19
  21:24 22:6 25:16
  28:3,8,14 34:24
  35:1 40:8 42:1
  46:22 48:7 51:8
  56:8,10 59:9 61:7
  68:18 70:19 71:5
  73:3 74:19 75:19
  76:4 78:24 79:22
  80:24 81:15 83:23
  86:3 88:5 89:10
  90:16 94:23 96:15
  98:23 99:24 101:1
  108:19 113:24
  118:11,12,15,17

121:14 123:20
125:11,23 126:8
126:13 127:10,23
127:24 128:23
129:14 130:9,11
131:5,18,19 132:2
132:3,5 133:13
134:2 136:24
137:14,24 142:9
143:13 144:11,16
144:21 145:3
148:11 150:23
151:6 155:3
160:13 165:13
167:17,23 171:22
172:12 181:12
185:4 186:17,19
187:4,24 190:13
192:8,24 195:2,9
197:21 198:5,6,8,9
198:22,24 201:20
205:8,12 206:21
207:2 209:21
213:22 216:16
217:20 218:5,5,14
220:16 221:22
222:4 227:2,23
232:1 234:1
236:11 237:6
238:2,4,7,11,12
242:6 249:6 250:5
250:13 258:20
**knowing** 101:8
**knowledge** 79:10
  138:2 184:4
  216:18 244:20
**known** 136:5
  177:3 182:23
  234:20
**knows** 138:2

**l**

**l** 2:10 3:3 51:4,4
  53:10 116:11
  154:15,23 177:8,8
  181:22 266:5
**label** 213:21
**laboratory** 3:16
  119:19 191:11,22
**lack** 127:20
  131:11 188:24
  210:8 235:7
**landing** 14:19,22
  22:16,18,20,24
  23:1 24:21 201:1
**language** 88:2
  198:14
**large** 75:18 185:5
  216:6
**larger** 232:13
**largest** 124:11,12
  223:3
**lateral** 93:22
**law** 22:3
**lawsuit** 252:11,14
**lawyer** 133:4
  142:5
**lawyers** 233:20
  256:7
**lay** 140:15,18
**layer** 52:12 116:18
  117:1 118:19
  149:24,24 225:16
  225:24 226:3,17
**layers** 94:19 95:17
  100:8
**lead** 22:7 54:8
  164:10 167:2
  175:7 239:15
**leader** 2:10
**leaderberkon.com**
  2:13

**learn** 62:15
**learned** 140:5
  141:6 166:19
**leaves** 261:2
**led** 89:16,17,18,21
  89:22 92:10
  234:15,22 235:3,8
  242:10,19
**leeway** 48:10
**left** 12:6,11 117:1
  117:4 246:21
**legal** 132:18
  137:17 138:11
  140:15 141:1
  266:1 269:1
**legally** 26:11
**legitimately** 41:8
**length** 72:20 107:9
  109:15,16 110:15
  111:14 163:9
  164:13,19 215:20
**lengths** 111:17
  164:17
**letter** 266:22
**level** 46:22 59:23
  92:8 162:4 176:10
**levels** 137:9
  166:22
**license** 17:6,12
  265:3,15
**licensed** 248:8
**licenses** 17:8 25:17
  25:22
**life** 24:15 120:18
  173:20 238:14
  239:1 262:23
**lifetime** 240:22
**light** 153:16
  161:16
**lights** 106:2
  150:19,24 153:5

**[lights - ma'am]**                                          Page 42

245:5
**likelihood** 35:24
36:6 37:18,23
38:1,7 263:10
**limit** 166:23 208:3
208:18
**limited** 250:19
**limits** 3:25 163:3
206:20
**line** 19:11 35:10
187:22 242:23
249:18 266:13
268:6 269:2
**linear** 170:14,21
**lined** 164:16
**liner** 243:18
**lines** 225:8
**lining** 218:21
**list** 16:24 17:7,18
19:6,7 20:12,13
21:6,10,16 23:9,16
24:7,13
**listed** 22:12
117:12 203:19,22
268:6,15
**listen** 135:15
**listing** 268:6
**lists** 203:2
**liter** 240:20
**literature** 46:23
48:8 49:13,13,16
49:23 50:4,5,5,22
57:8 91:23 116:4
116:6 147:18
151:6,6 159:2
174:16,23 178:16
179:17 187:4,8
**litigation** 9:12
10:2,16 13:15
23:4 24:18 174:12
188:19,20

**little** 7:12 10:12
54:19 63:20 83:4
83:10,10 84:16
109:24 134:23,24
135:6,7,13 136:13
147:4 151:21
159:16 214:5
218:2,3 224:15
227:8 231:20
238:14 240:15
**llp** 2:3,10
**load** 35:19 37:13
122:4 146:5
168:15 170:23
228:14 229:16
**loaded** 55:6 154:4
184:19 185:12
**loading** 208:13
**loads** 166:21 184:9
184:11,12
**locate** 233:10
**located** 31:13,16
31:24 91:1
**location** 44:1
48:24 157:14,15
248:3
**locations** 151:10
**lock** 238:22
**log** 231:7
**logical** 204:11
**long** 5:22,24 6:1
47:7,13,24 48:15
59:7 72:18 92:17
92:22 108:6
113:19 130:13
150:17 227:24
**longer** 34:17
109:17 188:2
227:9 252:11
**longitudinal** 93:23

**look** 6:14 49:24
56:10 72:12 86:2
90:15 95:24 97:23
101:3 109:4
112:22 123:12
124:8 147:22
151:4,5 158:24
159:18 162:24
191:8 197:22
233:13 245:14
253:9 259:2 260:6
**looked** 20:7 24:21
94:9 98:23 103:2
133:19,24,24
145:12 172:5
183:18 214:7
225:11 236:16
**looking** 54:3,3
67:19 74:22
123:24 124:1,8
131:1 153:19,20
202:21 204:6,12
204:13,19,24
220:5 237:11,14
237:15 238:19
**looks** 75:18 76:1
168:3 247:10
**loose** 34:19 35:8,8
205:14 208:5
235:3,9,11
**loosened** 181:3
**loosening** 80:19
81:6 146:22 147:1
147:2,12,20 256:2
257:16
**los** 22:2
**lose** 146:2
**losing** 112:18
176:18
**loss** 33:23 34:11
201:2

**lost** 69:23 259:12
**lot** 9:10,15 12:16
30:17 59:9 80:20
100:6 101:24
103:6,20 110:1
113:7,9 155:9
162:12 166:7
172:6 191:3 258:5
**lots** 107:1,4
**louder** 7:16,18
**loudly** 251:13
**low** 103:17 125:8
131:15 135:8
232:15 234:22
235:2,8 263:3,6,8
**lower** 65:8,11
104:17 149:16
154:14 161:5
219:5 224:20
234:15
**lowering** 104:18
**lowest** 251:24
**lubricant** 80:17,18
80:22 81:1,4,10
82:9,14 83:7,11,17
83:19 158:10
159:4,14,21 160:1
211:10 212:6
260:23
**lubricate** 83:8
**lubrication** 159:8
257:12
**luck** 200:11
**lump** 13:7
**lunch** 108:23
113:15

| m |
|---|

**m** 87:17 181:22
**ma'am** 99:11
169:15 239:18

*Veritext Legal Solutions*

**machine** 182:1
**machines** 65:18,22
**machining** 240:11
**madam** 266:9
**magnification**
  119:8 164:1 223:3
  223:21 225:3
**magnitude** 100:11
  208:11
**main** 49:5,8 53:8
  53:16 157:17
**maintain** 26:11
  220:6
**maintenance**
  15:23 26:8,10
  30:1,23 31:2,4,5
  69:19 70:7 261:19
**major** 164:24
**majority** 12:24
  58:18 90:6,20
  122:24 123:6,7,9
  129:17
**making** 11:17,21
  120:1 126:6
  240:21
**man** 89:7
**management**
  59:23
**manner** 118:12
  171:2
**manual** 66:9,11,14
  66:16 67:4,6
  73:12 77:6,11
  247:10,20 252:18
  262:6,15
**manufactured**
  23:15 65:5 118:6
  190:19 196:2,4
  198:11 230:3,8
  236:8 237:4,24
  238:2,7,11,24

239:7 241:2
**manufacturer**
  137:21 139:6
  150:18 151:13
  165:10,13,18
  180:17 181:1
  193:16 195:22
  196:1,10 197:11
  197:19 198:7
  244:22 247:22
**manufacturer's**
  28:10
**manufacturers**
  150:6 178:21
**manufactures**
  190:18
**manufacturing**
  13:17 104:23
  115:6 116:14,19
  116:20 118:5,7,15
  119:2,5,11 121:20
  226:18 239:3
  248:18 249:2,9,20
  250:8
**margin** 52:24
  143:15
**mariani** 2:10 3:3
  4:7 5:14,17,22,24
  6:23 8:21 15:19
  16:4,15 18:8
  19:23 25:23 26:21
  27:11,19 28:5,16
  29:1,8,19 30:6,18
  30:24 31:18 32:2
  32:11,22 33:6,8,15
  34:1,21 35:17
  36:8,20 37:8,20
  38:13,20,24 39:2
  39:11,16 40:4
  41:10 42:4 43:18
  44:3,13,18,23 45:9

46:17 47:10 48:2
  48:18 51:14,16,20
  52:23 54:12,22
  55:13,24 56:22
  57:21 58:15 60:2
  60:11,20 61:5
  62:4 64:5,10 69:1
  69:12 70:15,23
  71:2 73:15,24
  74:15 76:14 77:2
  78:11,18 79:4,24
  80:12,15 81:18
  82:1,18,22 84:11
  84:19 86:22 96:19
  98:2,15 99:15
  100:23 101:14
  104:8 107:12
  110:18 111:20
  113:23 114:9,13
  121:24 123:2,22
  124:3 126:2
  127:20 128:8
  129:19 130:1
  131:11 132:18,23
  135:19 136:18
  137:11,17 138:10
  139:2,12 140:13
  140:20 141:9,22
  142:3,8,13,22,24
  143:7 144:13,20
  150:12 156:15,22
  159:9 168:1,12
  169:22 174:4
  179:4 188:23
  189:19 190:12
  191:13 192:2
  193:19,23 196:11
  196:21 197:3,7,12
  197:20 199:18
  200:13 203:16,21
  205:17 206:1,12

209:8 210:8 213:6
  213:8 217:13
  220:11,17 222:1
  224:4,6,11,16
  228:1 233:7,17
  234:1 239:21,24
  244:1 245:3,13
  246:3,15,18
  247:16 251:1,13
  251:15 253:8
  254:1 255:10
  256:5 259:1
  263:13,24 264:3
  266:5
**marissa** 168:10
  199:23
**mark** 51:8 199:11
  211:6 223:2
  225:13 227:23
**marked** 6:12
  51:11,13 52:2
  57:18 72:8,10
  73:22 155:14
  165:24 175:1,5,24
  191:6,8,9 195:10
  198:13 200:10
  201:23 206:18,22
  211:2 223:18,20
  224:1,2 226:22,24
  228:10 233:16
  234:7 245:10,12
  252:18 253:2,6
  259:3
**marking** 195:6
  214:10 215:6
  216:6
**marks** 222:23
**mass** 110:22
**massive** 25:11
**master's** 93:5

material  52:21
53:6 59:10 62:19
62:23 78:17 83:10
166:23,24 189:23
215:10 251:7,9,16
materials  3:15
9:13 11:2,3 12:1,2
12:3,7,13 13:15
57:11,17 58:10
63:13 93:5 118:1
119:19 177:17
178:2 191:11,21
215:10 216:4
220:8
matter  5:11 21:19
23:4 48:13 56:6
56:17 78:9 91:5
112:5,12 131:20
141:2 156:2 199:7
205:22 236:2
matters  15:5
24:14,17
maximum  202:2
208:3,18
me174647  191:12
mean  34:13 40:2
41:5,7 46:20,21
47:17 55:7 64:17
75:14 76:1 78:24
81:23 86:21 89:19
90:1 92:13 93:14
94:1 95:6 96:9,15
97:16 99:1 100:1
108:19,20 110:8
111:10 118:11
122:18 126:11
127:9 131:18
135:13,14 147:3
147:13,16 155:3
167:9 171:16
173:20 177:15

178:1 184:16
187:19,21 203:13
204:20 207:2
209:17 218:18
223:11 238:5,8
242:3 249:3 258:3
meaning  94:16
122:19
means  55:8 67:5
110:9 164:6 196:4
196:8 203:14
210:2 246:23
258:4
meant  109:14
173:16
measure  146:21
154:19 160:5
185:20 186:23,24
187:12 194:10,17
203:18,24 204:4
205:3 254:7
255:18,24 256:1
258:10,14
measured  96:23
99:21 146:14,19
154:22 184:23
202:3,5,7 206:17
208:1 210:12
measurement  77:8
85:11 186:7,10
205:15,23 206:9
258:19
measurements
57:23 59:2 74:23
85:21 89:11 154:4
163:7 164:15
185:8,10 202:1
227:20 229:16
232:17
measures  203:7

measuring  147:13
147:16 171:21
193:10 203:10,12
203:14 204:18
256:9
mechanic  26:4,5
29:18,22 60:5
68:5 71:12 75:10
77:17 79:14
219:10 254:16
mechanical  11:4
12:4 24:11 149:21
181:23 240:6
mechanics  6:11
16:6 25:17 29:24
59:11 72:1 75:15
75:17,23 76:6
80:8 81:22 82:6,9
261:19 262:11,14
meet  77:10 236:3
meetings  18:17,21
member  17:20
18:15
members  112:24
memberships
17:16 18:3,6
memory  198:9
menard  1:6 2:7
69:2 117:8,9
124:10 244:15
252:14,17 253:4
266:6 267:3 268:3
menard's  32:9,20
36:4 41:9,15,18
42:12,20 43:4
48:7 72:15 95:23
97:4,10 98:11
102:7 123:1,9,13
126:19 243:20
256:7

menards  4:10
mention  63:17,21
64:19 254:5
mentioned  9:18,24
14:22 52:13 59:2
59:23 63:19,21
102:12
mentioning
248:12
mentions  63:22
merely  222:20
messier  22:14
metal  220:16,18
metallographic
117:15,17
metallurgical
91:24
metallurgist  88:1
metallurgy  6:10
20:18 39:5
method  48:4 172:9
216:7
methods  254:22
meyer  96:13,16,17
meyers  2:25 14:12
58:6 90:3 91:6,9
92:14 96:22,22
99:20 103:7
152:12 157:20
158:5 160:3
171:13 172:23
183:8 185:7 186:4
186:11 187:7
199:8 200:19
211:1,9 213:3
214:8,10 215:5
216:7 218:6
252:23 253:3
254:5 256:7,16
260:22 261:11

**[mf969624ps - new]**

Page 45

mf969624ps   165:9
michael   2:6
micrograph   52:11
microinches
  220:19,19,22
micrometer   152:4
  152:14 153:7,8,23
  154:16,22 227:18
micrometers
  227:16
microscopes   92:15
microscopy   19:18
  19:18
middle   65:3 84:1
  85:13 146:11
  162:15 215:15
  225:9
midgets   263:22
midwest   266:19
  269:1
military   210:22
mill   11:15,17
  92:24 209:1,3,10
mind   20:5 147:13
  153:17
mine   51:15,21
  168:6 196:22
  224:9
minimum   77:17
minute   99:3
  143:21,21 161:12
  233:18
minutes   50:13
  113:23 125:5
mischke   181:22
misprint   19:14
missed   8:18
missing   19:9 21:14
  68:18,19 70:3,14
misspoke   84:12

misstate   136:21
misstated   136:18
misstates   47:10
  76:14 98:2 174:5
  213:9
mistaken   15:3
  69:4 94:11 236:17
misunderstood
  76:20
mitigate   178:20
mitsubishi   23:15
mitutoyo   152:3,6
mn   2:20
modes   104:6,12
modulus   62:19,23
  63:12 65:6,7
  103:16
moment   17:5 58:3
  65:17 91:18 106:2
  116:7 124:7
  150:15 166:12
  176:2 182:6
  191:18 199:12
  201:12 207:7
  214:15,21 228:14
  244:9 245:17
  256:21
momentarily
  226:22
moments   100:2
monitor   75:3
monitors   71:23
monthly   56:14
months   17:3 25:12
  43:13 84:8 88:23
moral   141:4,11
motorcoach   24:1
move   124:4
  142:13 167:21
  194:18 207:23

moved   11:23
moving   220:16,18
ms9696   165:16
ms9696-24   192:17
  195:15
msc   231:10
mullins   22:5
multiple   35:13

**n**

n   2:1 3:1 5:6,6
  91:12 175:8 177:8
n1   94:10
n2   94:10
name   5:5 60:6,22
  87:16,19 148:20
  177:8 236:1 266:6
  267:3,4,14 268:3,4
  268:19
named   51:4
naperville   11:24
narrow   43:24
nasa   206:19
  207:21 260:21
nassar   175:8,11
national   3:21
  11:14 17:21
natural   104:16,17
  104:18 167:1
naturally   181:24
  240:21
nature   14:24
  58:22 61:24 74:24
  89:13 92:15
  205:14 242:8
  244:21 255:14
  260:14
near   40:14 105:15
  171:16 178:15
nearly   39:23,23
  215:17

necessarily   36:2
  85:22 107:15
need   8:21 74:24
  81:15 138:8,16
  168:13,14 173:18
  209:14 223:22
  259:6
needed   152:16
  156:7 229:8
negative   43:1
neighboring   146:5
neighbors   146:4
neither   218:6,6
nelson   22:5
net   112:4 206:10
  208:6
never   10:17,18
  44:18 74:20
  126:23 157:11
  172:19 174:2
  186:5,5 187:6,11
  211:9 212:6,13,17
  212:24 213:16
  214:7 219:6,9
  231:4 241:24
  258:20 259:21
  260:14,15,18,22
  260:24
new   2:11 7:7
  23:11 57:11,17
  58:10 62:9 122:13
  122:14,21 133:14
  139:18 149:10,12
  149:24 152:8
  161:6,23 165:2
  172:13 197:23
  200:7 228:6
  229:21 230:4,10
  230:19 231:3
  232:3 246:8

nice   236:3
nickel   3:7 51:2
  65:11 261:2
nicole   87:15 88:14
  90:8
night   183:18
nomenclature
  209:11
non   10:2 261:2
noncritical   225:15
  225:23 226:2,8
normal   95:14 97:8
  100:1,4,9 129:6
normally   25:15
  208:5
north   21:23
notarized   266:15
notary   266:25
  267:9,17 268:13
  268:22 269:22
note   19:8,9 98:17
  118:13 208:17
  242:12 266:12
noted   211:5
  260:13
notes   65:2 145:11
  145:24 197:24
noteworthy   78:20
  101:18 251:21
notice   69:8
notify   137:9 140:7
  140:11
notifying   138:7
noting   208:17
notion   49:17
  225:17 226:4
november   229:19
ntsb   57:22 58:17
  89:22 90:1,3,19
  133:24 199:6
  200:17 202:16

256:15 257:24
  258:9
number   9:15
  49:23 52:14 53:7
  53:8 66:15 71:15
  71:18 73:4,5,7
  92:9 99:3 103:12
  124:11,12 128:23
  154:21 165:20
  185:17 191:2
  200:4,7 205:7
  209:11,18,20
  213:22 231:22
  236:11,16,23
  238:18,22 242:20
  251:24 252:6
  259:6,9,13 262:5
  266:7,13
numbered   86:7
  246:20 259:8
numbers   52:6
  94:10,11 99:2
  122:23 147:4
  171:13 186:13
  232:1,2 251:22
  268:6
numerous   202:20
  242:9,10
nut   75:12,20,20
  77:5,19 87:6 92:9
  105:24 106:4,8,12
  106:18,19,24
  107:2,4,23 108:1,9
  108:11 109:4,4,9
  110:21 111:8,10
  111:11 112:2,3,6
  112:12,14,15,16
  112:20,21 113:7
  149:7 150:1
  152:22 154:23
  155:1,4,5,7,11,16

155:23 156:4
  157:12,22 158:24
  169:12,21 170:4
  171:7,18,19
  172:10,19,22,24
  173:12,17,19,23
  174:3,10,10,11
  176:12 177:3,10
  177:16,18,22
  178:1,3,8,18
  179:19 180:11,23
  201:7,23 202:6
  236:19 238:18,22
  239:11,14,16
  257:16,18
nuts   28:1 77:23
  105:15 185:22
  189:8 197:23
  198:3,21 201:5
  235:15 236:13,14
  236:20,21,23
  237:12,17 239:5
nutting   109:7
ny   2:11

**o**

o   5:6,6 51:4 53:10
  91:12
object   39:2 44:14
  69:1 73:24 130:1
  135:19 140:13
  142:2 205:17
  233:7 243:24
  245:2 246:2
  247:15 253:22
  255:9,21 256:8
  258:23
objection   15:19
  16:4,15 18:8
  19:23 25:23 26:21
  27:11,19 28:5,16
  29:1,8,19 30:6,18

30:24 31:18 32:2
  32:11,22 33:6,15
  34:1,21 35:17
  36:8 37:8,20
  38:13 39:11,16
  40:4 41:10 42:4
  43:18 44:3,13
  45:9 46:17 47:10
  48:2,18 54:12,22
  55:13,24 58:15
  60:2,11,20 61:5
  64:5 69:12 70:15
  71:3 73:15 74:15
  76:14 78:11,18
  79:4,24 80:12,14
  81:18 82:1,18
  86:22 96:19 98:2
  98:15,16 99:15
  101:14 107:12
  110:18 111:20
  121:24 126:2
  127:20 128:8
  129:19,20 131:11
  132:18,23 136:18
  137:11,17 138:10
  139:2,12 142:22
  143:7 144:13,20
  150:12 156:15,22
  159:9 169:22
  174:4 179:4
  188:23 189:19
  190:12 193:19,23
  197:12 203:16
  206:1,12 209:8
  210:8 213:6,8
  217:13 220:11,17
  222:1 228:1
  246:14,16
objections   141:20
  142:7,12

obligated   139:8
obligation   140:10
obligations   141:4
    141:11
observation
    105:14
observe   98:10
    105:8 119:4,10,11
    121:22 225:15,23
    226:2
observed   119:3
    121:20 160:17
    219:6
obtained   85:13
    193:8
obviously   95:11
    96:1 154:19 204:6
occasion   60:16
occasional   122:21
occur   5:16 121:18
    143:19 144:10
    162:5 167:2
occurred   123:1,9
    162:16 244:7
occurrence   132:14
occurring   122:11
    160:21 163:5
    164:9 169:20
occurs   35:20
    100:9 116:2 118:5
    118:7 170:22
odd   77:7
odds   143:9
offer   222:9
offering   70:3
    90:18
offhand   236:11
office   99:20 199:5
    231:7 247:3
official   267:14
    268:19

oh   2:4 13:7 24:16
    25:6 89:21 120:10
    173:14 182:21
    227:7 238:4
ohio   266:2
oil   211:10,16
    212:5 214:7
    260:24 261:12
oily   260:18
okay   5:4,13,22 6:4
    6:8,20 7:20 8:3,14
    9:20,24 10:11,21
    11:1,5,10 13:4,9
    13:19,22 15:10,15
    16:18 17:6 18:2
    19:12 20:11 21:15
    21:22 22:11 23:2
    23:10,21 24:7,14
    24:18 25:7,14
    36:15 39:18 41:4
    41:20 45:21 47:3
    48:12 50:13,18
    51:8,22,23 52:2,15
    52:19 53:3 56:6
    59:7,18,22 60:8
    62:15 65:13,24
    66:2,6,18 67:7,22
    68:11,21 69:8
    71:7 73:5 83:3
    84:1,19 85:18
    86:15 87:18 88:7
    88:12 90:22 91:16
    91:20 93:10 94:13
    94:22 97:2,20
    99:4 100:1 101:4
    102:11,17 105:14
    108:4 109:1,4,10
    109:12,16 112:16
    112:24 113:13
    114:8 116:15
    117:16 118:3

119:1,16 121:3
    125:3 126:6,9
    127:5 128:3,20
    129:2,14 130:17
    132:2,6 133:6,10
    134:5 137:24
    139:21 142:13
    144:4 146:7,10
    147:20 148:6,9,15
    149:6 151:20
    152:15 153:7
    154:18 155:18,22
    159:7 162:23
    163:10,15,18,23
    164:4,10 165:23
    166:14,15 167:21
    168:9,12 170:2,8
    171:1,6 173:10
    175:4,22 176:6,7
    176:16 179:15
    180:16 181:14
    182:2,7,18 184:1
    185:19 186:9,14
    187:10 188:7,14
    188:18 189:15
    191:21 192:12
    194:2 195:13
    196:21 198:6,13
    198:19 199:2
    200:17 201:14,17
    201:18,21 205:10
    211:23 214:24
    215:4 216:24
    222:7,16 223:3,7
    227:6,12 230:9
    232:20 233:3,13
    237:11,17,20
    239:1,6,10,16
    240:14 241:1,11
    241:21 242:20
    243:12 244:5

245:10,19 246:13
    246:19 247:3,6
    248:23 250:4
    252:21 253:2,7,9
    256:11,18,23
    257:8 258:7 259:2
    259:5,7,15,18
    261:15 263:13,23
    264:3
old   126:12 149:12
    172:13,13 211:8
older   125:24
omit   120:10
once   59:21 65:22
    134:14 142:20
    149:6
ones   23:10 53:8,19
    96:10 97:20,22
    98:14,24 99:1,2
    117:10,12,23
    123:8 127:14
    128:13 165:11
    232:13 241:2,3
    248:18
online   231:9
    237:21,22
onus   139:6
open   6:19 166:10
    191:13 192:10
    196:15 200:13
    201:12 214:22
    233:20 234:3,4
    253:4,7 256:19,22
    259:5
opened   192:3
    225:1 233:18
opening   168:2
    192:3 256:19
operate   100:5,6
operated   26:6

**operating** 94:5,21
101:8,10 112:4
153:9,12 158:9
188:1 242:6 249:5
249:7,16 250:7
**operation** 42:18
43:16 44:12 45:8
60:18 67:11,24
68:4,11,22 71:8,10
80:24 84:24 95:6
96:5 100:9 156:9
158:9,14 180:20
184:6 202:18
**operational**
188:12
**operations** 68:14
76:12 79:2 121:2
**operators** 137:7
138:7
**opinion** 33:10 47:4
48:13 58:13,18
114:16,23 115:13
233:5 234:18,18
239:16 251:3
**opinions** 39:5
42:22 43:3 58:23
70:6,9 74:1
101:19 140:22
**opportunity**
183:15
**opposed** 147:11
**optical** 59:5 163:7
**order** 9:20 25:15
40:11 50:9 63:8
64:13 73:7 212:16
231:21
**ordered** 198:8
**orders** 139:11
**ore** 11:19
**organization**
152:2

**orient** 52:13
117:16 160:13
**oriented** 195:21
**original** 201:6
202:7 211:6 247:7
257:21 258:2
**originally** 171:10
**outlined** 210:14
**outrageous** 17:24
**outside** 61:14
248:19
**oven** 219:4
**overall** 73:4
**overhaul** 60:17,18
61:3 64:1 66:9,14
67:4 69:9 70:12
73:5,7,8,12 82:11
85:4 86:11 123:14
123:14,15 124:21
128:6,11,17 129:6
129:12 136:16
137:8 138:23
139:1 212:16
221:17 247:20
248:10
**overhauled** 123:21
129:2,8,15 130:11
130:13 131:6
139:21,24 142:20
**overhauler** 247:1
**overhauling** 60:10
61:11,12,17 66:12
66:16
**overhauls** 127:18
127:24 128:21
129:1 138:5
**overload** 156:12
156:18
**overtorque** 44:9
48:22 53:24 55:5
55:11 156:11

164:22 203:8
204:13
**overtorqued** 45:11
144:2 187:7
194:13 202:24
216:21 218:11,12
242:18
**overtorquing**
43:14,20 44:4,11
45:5 47:5,5 54:7
54:10,16,20 55:20
90:10,13 135:11
157:11 185:13
**overwhelming**
90:6
**owe** 140:3
**owned** 126:19
240:9
**owner** 135:15
**owns** 232:12
**oxidation** 94:18
95:2,11,13,13,14
95:20 96:3 97:2,3
97:8,9,12 98:8
100:2,4 116:2
149:8 226:1,17
**oxide** 95:17
116:18,21,23
118:19 149:24,24
248:19
**oxides** 226:15
261:2

| p |
|---|

**p** 2:1,1 31:2 87:17
**p.a.** 2:17
**packer** 11:23 12:6
12:12 13:9,10,13
13:21 93:1
**page** 3:1,5 16:18
52:6,7,14,15 64:11
64:19,22,23,24

65:15,15,19,20,24
65:24 67:7,8,14,19
71:8 72:17,18
75:5 83:21,21
105:4,4 146:8,9
147:23 151:20,23
154:8 160:15
162:14,22 166:16
167:21 168:3,5,17
168:18,19,23
170:2,9,20 175:23
176:24 178:14,15
180:3,7,9,16 182:7
182:17 192:21,22
192:23 193:3
196:19,20 198:2
200:23 201:10,18
207:8,9,10,19
211:13 212:10,23
214:9,19 215:1,15
222:8,12,14
223:19 224:23,24
226:10 228:17
229:12 246:22
257:6,9 258:7,8
259:8,11,16,17,20
260:1,6,7,8 261:6
266:13,17 268:6
269:2
**pages** 166:7,9
168:2,4,6 171:3
192:5,10 199:19
199:20,22
**paper** 20:17 51:5
164:20 175:14,15
175:18 176:21
195:7
**papers** 20:2,3,6,14
172:5
**paragraph** 52:19
64:21 65:1,3 66:3

[paragraph - picture]

67:12,23 84:1
146:11 160:15
162:15 169:2
176:24 177:1
193:3 201:15,19
211:14 212:10
215:15 216:11,15
233:5 234:6
**parallel** 225:8,15
**parameters**
152:15
**paraphrasing**
181:5
**pardon** 42:23 46:6
164:7 187:20
210:2
**parents** 39:8,15,18
39:19,20 41:2
92:22,23
**part** 22:22 31:10
58:9 79:20 82:5
84:17,23 110:20
111:1,2,7 168:20
169:16 191:2
196:4 198:24
209:20 233:4
236:11,16,23
238:18,22 247:24
251:10,17 268:8
**partial** 136:14
**participated**
242:10
**particular** 12:13
35:3 47:18 55:2
101:24 105:2
148:12 153:19
163:6,22 181:5
203:5 204:24
214:12 229:8,20
230:16,17 242:3

**particularly** 7:6
102:21 177:19
178:5 221:23
**parties** 141:11
183:13 188:18
189:1 253:20
**partner** 92:18
**parts** 61:12,14,22
88:5,18 180:20
234:21 238:21
243:15 244:21
254:20
**party** 190:6,6
252:11
**pattern** 68:7 145:6
146:1
**patton** 2:3 21:18
21:20
**paul** 2:20
**pdf** 64:24 65:1,16
65:20 67:8,16
83:22 105:5 146:9
147:23 175:23
192:22 201:18
207:10 215:2
**peak** 202:2
**peer** 19:2,11,15,20
**pending** 22:1
44:14,24 82:3
**penetrates** 106:17
**people** 59:22 81:4
88:6,7,10,11
132:24 140:11
141:5 150:4
209:18 240:12
**percent** 8:10 9:8
9:20,23 10:20
13:7 25:6,13,16
53:13 69:16
120:21,22 121:21
127:17 180:19,22

180:24 181:6
248:24 257:15
**percentage** 8:3,5
9:17 12:21 13:4
24:24 25:5,8
120:2 121:7,22
127:24 144:23
249:7 250:6
**perfect** 7:6,17
**perfectly** 108:5
**perform** 91:4
101:22 163:7
254:24 255:1,12
**performance**
20:19 161:23,24
170:10
**performed** 10:10
19:15 22:20 26:8
59:4,6 90:19
92:16 128:4,22
130:18 174:9
193:4
**performing** 29:11
138:5 254:23
261:21
**performs** 128:1
**period** 95:10
136:24 188:2
**periods** 102:9
**permanent** 164:7
164:24 182:10
**permanently**
164:3
**person** 31:3
142:15
**person's** 60:6
**personal** 39:3
173:20
**personally** 26:6,8
27:13 61:2 86:12
87:10 97:10 98:10

232:6,9,11 241:24
242:16 267:9
268:13
**perspective** 48:12
112:23 263:5,6
**pertain** 72:24
229:13
**pertaining** 111:4
**pertains** 73:1
228:17 229:14
232:4
**petroleum** 23:22
23:22
**ph.d.** 10:22
**phone** 36:12 60:5
266:3
**photo** 224:15
225:11
**photograph** 4:1
154:1 213:20
214:2 223:4
**photographed**
96:22
**photographs**
57:23 59:2 117:24
155:15,19 213:15
**photography**
89:10 91:21
**phrase** 100:2
151:1
**physical** 108:11
111:3 112:10
188:21
**physically** 86:15
86:19 103:8,12
218:9 254:19
**physics** 258:16
**picture** 108:18
117:19 153:19
154:14,15 213:4

**pictures** 153:22
**piece** 30:1 109:23
  159:2
**pilot** 200:24
**pin** 179:24 182:2
**pizza** 221:2
**place** 33:21 34:9
  112:16,20,21
  169:12 181:12,14
  218:17
**placed** 112:12,15
  154:6,23 155:1
**placement** 106:4
  155:11,23
**places** 81:5 93:11
  169:3 172:15
**plaintiff** 1:8 2:2
**plan** 10:23 233:11
  255:15
**plane** 39:19,21
  41:2 142:18
**platform** 196:13
**please** 5:4 20:22
  44:19 70:24 77:2
  82:20 88:9 104:9
  124:4 142:13
  174:20 176:1
  191:14 196:17
  206:16 214:15
  233:18 234:4
  256:21 260:9
  266:10,10
**point** 10:21 37:23
  39:22 40:13 41:1
  43:1 44:5,9 45:6
  48:15 66:20 79:6
  101:19 106:6
  124:21 127:14
  131:18 169:11
  188:13 217:9
  226:1 242:19

**pointed** 182:17
  260:1
**pointing** 222:17
  225:4
**population** 121:8
  121:10,13,19
  126:10 127:1,6
  130:12 144:23
**portion** 107:20,22
  113:9 156:3
  162:17 163:8,9
  170:21 181:8
**position** 188:21
  189:4,16,17 190:7
  201:7,20,23 202:7
  202:11
**positioning** 145:8
**possession** 229:4
  231:14
**possibility** 102:18
  103:23 104:5,11
  104:22 216:23
  235:1
**possible** 44:8 55:1
  55:1,4 86:15,19
  100:23 121:21
  124:24 133:6
  153:2,3,9 218:9,10
  222:18,20 223:23
  250:18 262:16
**possibly** 32:15
  33:18 50:7 93:9
  242:17 258:16
**post** 248:10
**posting** 233:9
**potential** 166:20
  212:19
**potentially** 54:8
  122:12 261:23
  262:21,22

**pound** 77:18 202:2
  203:5,12,24 206:7
  206:7 228:18,22
  231:16 232:17
**pounds** 45:15,18
  45:21,22 47:24
  71:14 78:6 84:6,6
  84:7,7 85:15,16
  87:7,8 134:22
  155:9 170:16,23
  171:16 185:3
  202:9,9,12 203:3
  203:11,23 205:6
  205:13 211:4,4,17
  216:1 229:17
  232:19 258:15,17
**power** 33:24 34:12
  176:17 201:2
  238:20
**practical** 48:12
  167:12 173:12
  174:2 177:13
**pratt** 1:14 3:15
  27:5,13,24 28:15
  28:18 47:19,22
  48:14 60:10 61:3
  66:8,10,24 67:4
  73:10 100:17
  101:5,7 118:22
  119:16 125:6
  126:6,21 127:18
  128:4,6,16,22
  130:21,22 135:1
  136:1 137:20,24
  138:16 139:9
  142:18 144:24
  151:14,18 178:12
  179:9 188:14,20
  189:3,10,15 190:1
  190:2,6,10,15
  191:10,21 192:16

  193:15 194:19
  195:23 208:23
  209:5,15 210:5,17
  212:4 217:19
  218:2 221:14
  244:11,13 247:9
  249:1,4 250:6
  251:4,22 252:7,10
  261:20 262:6
**precise** 85:20,22
  128:20 231:22
**precision** 85:23
  86:1 134:23
  164:14
**predicate** 108:2
**predominantly**
  162:17
**prefer** 7:1 85:10
  231:12
**preload** 50:2,6
  58:20 90:8,21
  115:3,11 121:6
  122:5,8 125:16
  132:3,4 134:13
  135:3,6,7,14
  178:20,21 179:21
  180:18,21 181:4,7
  184:7 187:13
  194:7,9 218:12
  235:2,7,7,8,12
  242:15 257:10
  263:2,6,8,11
**preloaded** 263:8
**preloads** 218:4
  234:22
**preparation** 57:12
  57:19
**prepare** 56:19
**prepared** 57:6
**preparing** 59:7

**presence** 226:17
**present** 2:24 37:12
   53:14 109:20
   117:7 118:23
   120:20 159:21
   160:23 166:21
   167:1 212:14,17
   215:22
**presentations**
   20:14
**presented** 21:1
**presently** 8:12
   240:20 248:24
**presume** 131:8
**presumption**
   211:23
**pretty** 76:1 143:14
   182:22 219:21
   254:12,21
**prevailing** 87:6
**prevalent** 53:24
**previous** 138:23
   171:3 174:1
   225:19 233:24
**previously** 23:5
   36:24 57:11 58:6
   58:8 90:6 137:8
   187:12 189:13
   251:5 259:3
**primarily** 88:4
**primary** 50:3
   55:19
**principal** 49:18
**principally** 241:13
**principle** 251:2
**prior** 120:13 121:1
   123:23 124:4
   137:2 215:18
   218:15 226:16
   252:17

**privately** 180:17
**probably** 8:9 9:23
   13:7 14:11 39:24
   40:6,16,22 51:5
   65:15 67:8 81:15
   83:21 85:7 87:12
   87:20 88:15 89:21
   94:20 115:21
   122:15 175:22
   183:1 184:10
   213:7,11 215:2
   230:7 232:11
   237:22 238:13
   240:22 256:8
**problem** 67:18
   138:3,5 140:8
   150:22 166:20
   191:24 192:6
   202:21 224:11
   244:24 250:19
**problematic**
   150:11,16
**problems** 150:7
**procedure** 28:3
   31:4 61:22 125:1
   125:2,13,13
   217:18 255:14
   267:5 268:5
**procedures** 29:24
   30:23 61:24 64:2
   139:8 254:23
**proceed** 233:21
**proceedings** 265:5
   265:7
**process** 11:22
   20:16 28:9,10,11
   28:14,22 44:10
   47:8 48:1 60:9
   61:11,17 118:15
   139:18 168:21
   216:20 218:9,11

219:2,10 221:21
   255:8 261:18,24
   262:22
**produce** 56:12,16
   156:7,12 157:6
   162:7 206:4
   228:21
**produced** 51:1
   57:12,22 58:6
   84:2 90:3 91:7
   102:7 227:12,15
**produces** 53:18
   205:15,23 206:9
   206:11,17
**product** 19:21
   22:8,9,10,16 23:6
   23:13,24 25:1,9
   37:2
**production** 118:8
   196:16 266:17,19
   266:24
**products** 10:15
   12:13 37:1
**profess** 198:22,24
**professional** 11:5
   11:10 15:4 16:12
   17:12,21 18:6
   19:3 173:1
**proffer** 39:4
**proffered** 74:1,16
**progress** 166:17
   226:9
**progressed** 114:19
**progression**
   225:13 235:16
**project** 14:10
   25:11
**promoted** 12:6
**prone** 120:2
**propagation** 167:4
   222:23 223:2

**proper** 45:14
   106:16,16 227:17
**properly** 193:8
   212:16 231:23
   257:18
**properties** 188:21
   189:6,24 190:8
**proportion** 9:5
   10:13
**proposition** 180:1
   187:11
**proprietary** 209:5
   210:6
**protects** 182:8
**proto** 4:4
**protocol** 4:10
   183:11,16,19
   244:7 253:3
   254:17 255:2,16
   255:20,23 256:6
**protocols** 256:4
**protruding** 156:1
**provide** 71:24
**provided** 58:21
   62:7,9 105:11
   116:5 118:2
   146:13 160:4
   244:8 247:4 253:3
**provides** 177:9,15
   177:24
**providing** 177:12
**provision** 252:17
**prudent** 182:8
**prying** 55:9
   184:11,19
**ptwc06-009** 79:15
**public** 2:4 141:5
   267:9,17 268:13
   268:22 269:22
**publication** 49:16
   260:21

**publications** 20:12
  20:13
**published** 21:1
  116:16 172:20,22
  244:18
**pull** 173:23 205:7
  256:12
**pulling** 197:4
**purchase** 229:1
  236:20 237:2
**purchased** 228:24
  229:3 230:4 232:3
  236:14,20,24
  237:12 239:15
**pure** 184:11
**purport** 213:15
**purpose** 31:8
  79:22 80:11 154:1
  157:17 194:16
**purposes** 147:21
  241:21
**push** 238:18
**put** 24:3 35:11
  81:4,4 83:9 88:22
  88:24 105:23
  107:20 109:17,23
  112:2,3,5 139:9
  140:6 158:10
  159:4,7 194:6
  214:8 219:4,4,12
  219:17 221:18
  244:14 254:8,20
  255:14 262:13
**puts** 146:3
**putting** 89:8
  100:15 159:16
  216:12 219:22
  258:5
**pw** 128:11
**pw530** 72:15

**pw530a** 4:10
  60:14 63:7 65:10
  125:19 139:24
  184:5 251:19
**pwc** 116:15
**pwc06-009** 68:5

**q**

**quadruple** 42:24
**quality** 176:8
**quantified** 162:11
**quantify** 100:11
  101:9 221:7
**quantity** 199:5,6
**question** 8:17,22
  8:23 10:11,12,17
  14:4 28:8 33:3
  34:4,13 36:11,22
  36:24 38:21 41:13
  42:6,16 43:24
  44:16,17,24 46:10
  50:16 54:19 61:16
  64:14 67:22 70:23
  72:23 73:18 74:11
  74:20 76:4 77:12
  78:13 80:3,5 82:3
  82:19,20 83:1
  84:21 85:1 99:18
  104:8 105:21
  106:7,22 108:14
  109:19 110:2
  115:19 118:9
  120:8 123:2 130:3
  130:5 131:2
  135:20,23,24
  138:10,13 139:4
  139:12 141:23
  142:10 144:7,7
  149:4,10 153:24
  156:24 157:2
  159:7 161:12
  173:10 175:15

185:12 188:24
  189:10 190:14
  198:4 204:3
  216:10 217:10
  223:20 225:3,20
  225:21 247:24
  248:5,17 249:23
  250:16 263:17
**questioned** 254:3
  256:24
**questioning**
  233:21 242:24
  249:18 258:8
**questions** 39:3
  44:14,20 94:23
  141:16,22 142:15
  163:11 174:8
  179:5 235:20
  239:21 240:2
  242:20 243:13
  244:6 248:2,13
  249:11 252:7,22
  253:16,18 256:15
  259:19 263:14,15
  263:23
**quick** 50:11
  108:22 161:11,16
  223:13 239:13
**quickly** 151:2
  180:5
**quite** 7:18 12:16
  20:6 48:10 98:5
  136:23
**quote** 141:11
  187:10 255:6,7,19
  255:19 257:2,4,10

**r**

**r** 2:1 5:6 20:23
  51:4 53:10,10
  91:12 175:8

**raced** 263:22
**racing** 240:12,14
  240:19 263:20
**radial** 93:22
**radius** 160:6,19,22
**ran** 92:14
**range** 9:23 45:15
  45:20 46:3,9
  85:14,19 93:17
  94:17 121:13
  135:2,5 161:7
  171:14 184:10
  205:10 221:12
  229:7 231:16
  252:3 257:17
  262:7,9
**ranges** 84:5
**rare** 132:14
**ratchet** 86:16
**rate** 53:6,13 54:1
  132:11
**rated** 202:9
**rathke** 2:2 3:2,3
  5:3 6:13 9:4 16:1
  16:10,17 18:14
  20:10 26:2 27:1
  27:12,22 28:12,20
  29:5,16 30:3,13,16
  30:21 31:7,23
  32:7,17 33:2,11,19
  34:6 35:6,22
  36:14,23 37:16
  38:3,17,22 39:6,13
  39:17 41:3,16
  42:11 43:22 44:7
  44:17 45:3,13
  47:2,16 48:11
  49:4 50:12,14,17
  50:20 51:16 52:1
  53:2 54:18 55:3
  55:22 56:5 57:10

59:1 60:7,15,23
61:9 64:6,16 69:6
69:7,17 70:18
71:6 72:7,11
73:19 74:7 75:4
76:23 77:14 78:15
78:23 79:12 80:6
80:23 81:21 82:7
83:13 84:15,20
86:23 97:1 98:9
98:21 99:9,12,22
101:20 104:10
107:17 110:23
111:23 113:14,19
113:22 114:8,11
114:15 122:17
123:4 124:19
126:5 128:2,14
129:23 130:6
132:1,21 133:3
136:3 137:3,15,23
138:19 139:10,20
140:18 141:1,3,20
142:2,6,11,17
143:3,11 144:17
144:22 150:21
156:19 157:3
159:22 161:14,17
161:19 166:1
168:6,9,20,22
170:1 174:14
175:3 179:7,14
189:7 190:5,17
191:7,15 192:13
194:15 195:12
196:20 197:1,5,8
197:15 198:1
199:14,23 200:5
200:11,16 204:2
205:21 206:3,15
207:1 209:12

210:15 213:14
217:15 220:15
221:1 222:6 223:7
223:9,15,17 224:3
224:5,7,12,14,18
227:1 228:8,11
233:12,23 234:5
235:19 243:12,24
245:2 246:2,14,17
247:15 248:12
249:12 250:11
251:12 252:6
253:15,22 255:9
255:21 256:14,23
258:8,23 259:18
261:18 263:17,19
263:23
**rathke's** 252:13,16
**ratio** 53:7 113:3
**raw** 148:9
**ray** 4:7 39:18
51:14,20 84:15
113:22 141:20
168:9 193:22
197:1 199:14,16
213:24
**ray's** 250:12
**raymond** 2:10 3:3
266:5
**reach** 222:4,5
231:19 259:10
262:20
**reached** 211:5
221:19,24
**reaches** 215:23
**read** 8:20 40:19
44:19,22 50:4,4,22
53:3 64:17 70:23
71:1,22 72:2,3
82:20,21 83:2
91:9,11,13,15

104:9 158:3,8
177:20 179:16,17
194:3 197:3
201:16,21 208:15
231:24 232:20
250:15,17 257:8,9
257:22 260:9
267:5,5,11 268:5,5
268:14
**reader** 213:12
**readily** 181:13
**reading** 84:18
207:13 256:24
258:4 266:22
**readings** 257:19
**reads** 176:7 206:6
257:2
**ready** 166:14
**real** 49:14 82:16
83:16 161:16
167:14,19 220:20
223:13 252:5
**realized** 142:19
**really** 10:17,18
17:24 48:13 103:6
113:4 153:24
159:20 160:2
171:19 226:1
**reapply** 85:4
86:10
**reason** 7:13 32:18
33:4 40:8 42:10
69:15 96:2 131:16
131:21 136:4
184:1 185:19
198:10 228:21
236:15,18 245:6,7
266:15 268:7
269:2
**reasonable** 42:2
50:8 114:17

**reasonably** 180:4
**reasons** 129:7
172:10
**reassembled** 182:9
241:24
**reassembly** 151:10
180:20 219:2
**rebuilder** 139:8
**rebuilding** 240:11
**recall** 6:3 16:16
17:5 18:24 59:17
59:19 60:6,21
62:12 69:21,22
70:2,5 86:6,8
90:12 92:21 94:9
118:21 119:13
145:14 148:7,8,20
158:11 161:9
175:19 198:18,21
216:16 218:19
233:23 237:17
240:1,3 242:23
243:12,17 244:5
248:2,12,21
249:11,18,19
252:6,21 253:15
253:21 256:14,23
256:24 257:5
258:12 259:18,22
259:24 260:4
261:17 262:2
**receipt** 198:20
237:15 266:20
**receipts** 237:2,4
**receive** 96:15
148:15 245:22
258:19
**received** 26:3 27:5
27:8 57:24 94:7
96:4,9

receiving 102:7 236:14
recognize 195:9 228:12
recollection 162:1
recommend 178:22 244:23 245:8
recommendation 151:7 247:19
recommendations 47:20 151:8
recommended 230:24
recommending 138:17 179:12 244:18
recommends 167:16
reconstruction 26:17 29:12
record 5:5 8:20 44:22 53:4 71:1 75:10,15,17 76:7 82:21 83:2 85:5 114:14 161:18 175:4 191:10 201:22 223:8 232:22 250:17 260:9 265:7 268:8
recorded 74:24 76:11 186:13 202:1
recording 202:2
records 69:9,19,24 70:4,7,12,13,17,20 70:21 84:22 85:2 103:13 227:12,15 248:4,9,14
recovery 11:14,20

recyclable 11:18
recycler 11:15
refer 67:11,23 77:6 86:8 90:2 98:18,19,20,22 116:15 117:21 119:17 145:11 170:17,18 178:6 178:13 214:16
reference 49:21 65:23 71:7 177:9 182:5 203:8 214:11 226:11 261:5 266:7 267:2 268:2
referenced 227:10 260:21 263:20 267:9 268:13
references 49:24 92:2 119:17
referencing 73:4 236:18
referred 198:15
referring 28:17 67:8 71:15 72:17 95:13 105:7 116:7 117:24 119:21 146:7 162:23 170:5 181:21 196:18 207:8 227:4 236:12,21 239:5 246:11 251:9,16
refers 170:20,21
reflected 116:4 187:8
refractaloy 53:9
refresh 51:9,21 199:15 224:5
refreshing 227:6

regard 37:2 58:12 64:7 68:12 89:5 146:23 147:22 175:12 186:9 215:6 228:5 244:11 251:21 253:10 254:6 261:15,18,23 262:21,23
regarding 146:13 244:12 249:12 252:22 255:13
regardless 111:13 212:7
regions 169:4
register 186:1
registered 211:20
regular 86:16 241:6
reinserted 211:3
reinstall 82:11
reinstallation 186:6 218:15
reinstalled 120:14 148:24 211:16
relate 249:22
related 9:11,15,22 10:7,14 12:18 13:15 14:4,4,5 16:6 17:2 19:17 20:8,17 21:21 24:3,21 29:24 31:21 36:24 42:22 46:15 58:19,21 61:13,14 63:12 90:10 103:11 114:23 115:21 122:5,7 132:3,4 141:18 208:20 242:14 243:22 247:12 248:4

257:10
relates 15:17 19:2 25:1,8 30:11 31:5 39:4 40:12 79:10 174:12 198:2 251:6
relating 8:6 10:2 18:7 19:21 69:19 69:24 195:15 226:1
relation 87:23 244:8
relationship 177:2 177:14 182:12 241:17 250:9
relative 92:8 155:7 201:24 220:12,13 220:13,16
relatively 63:4 123:18 125:12 161:9
relaxation 162:9
release 66:7,19
released 66:22
relevant 78:16 111:3 162:22 251:3
reliability 176:8
reliable 177:13,19 178:4
relies 7:7
reload 199:24
reloaded 200:2
relying 80:20 256:16
remain 36:5
remainder 37:13 88:5 251:19 261:13
remaining 35:15 35:21 36:18 37:7

37:14,18,19 38:8
120:22 260:15
**remanufacturer**
139:7
**remember** 12:11
14:14,23 22:23
24:2,5 62:3 68:19
69:13,16 231:10
253:17
**removal** 183:8,12
185:5,6 193:11
211:15 255:17
260:16
**remove** 247:1
254:19
**removed** 97:7,11
97:24 98:24
120:13 146:14
178:23 212:18
226:15 252:23
260:12 261:14
**removing** 211:1
255:8
**render** 177:18
178:4
**rendered** 21:11
58:13
**repair** 26:12 66:11
66:16 248:7,8
**repeat** 34:4 36:10
74:11 130:4 157:1
225:20 249:23
**repeated** 8:23
**replace** 138:23
150:6 151:9
**replaced** 61:23
138:9,18 142:21
179:13
**replacement** 77:24
86:4 151:15
244:18,23

**replacing** 136:15
136:23 137:1
138:22 139:17
150:10 178:22
245:8
**replicate** 82:16
83:15 153:3,9,12
156:6
**replicated** 166:6
**report** 3:6,16,22
4:5 6:17 7:10,21
43:9 57:7,18
63:15,22,23 64:9
64:11,13,19,24
65:14,15,19,24
67:7,15,16 68:20
68:24 71:9 72:3
83:20,21 87:11,14
88:8,19 89:15
91:13,23 92:6
98:18,20 101:21
105:4 114:8
116:15 117:16,20
117:22 119:16,17
119:19,21 128:15
128:24 136:6,10
137:2 146:8,9,21
147:23 155:14,19
157:19 160:10,15
162:14 170:5,7,18
170:21 178:14
182:17 185:10
191:11,22 199:8
200:18 209:2
211:7,13,20 213:9
214:9,17 216:12
216:17 221:6
222:10,12 223:20
226:10 227:11
232:20,24 233:4
233:14 234:6

256:10,15 259:2
259:17
**reported** 53:9
131:19 132:16
133:7,18,22
180:17 249:17
265:5
**reportedly** 65:4
**reporter** 8:23
44:19 82:19 99:9
99:11 180:14
264:5 265:3,14
267:6
**reports** 84:2 102:8
199:7
**represent** 236:2
**representative**
171:24 173:23
**representing**
21:22 22:3 210:4
**reproduce** 122:8
**reproducing** 232:1
**reputable** 159:2
**request** 62:4 268:7
268:9
**requesting** 151:15
**require** 75:23
100:14 219:24
247:22
**required** 156:11
157:6 158:23
180:18 194:18
202:6 207:23
221:12 234:21
266:25
**requirements** 48:5
75:1 123:15 241:9
**requires** 226:15
248:7
**requiring** 77:8
247:19

**research** 20:14
89:18,21,23 90:1
90:19 91:4
**reserved** 264:7
**reside** 5:7
**residual** 187:13
212:13,17 213:16
259:21
**resistance** 53:12
**resolve** 225:7
**resonant** 104:20
**resource** 167:10
167:13
**respect** 69:3
102:21 248:19
**response** 42:2
**responsibility**
61:1
**responsible**
127:17
**rest** 162:24
**restricted** 244:3
**result** 43:21 44:5
54:17 55:20 115:3
157:14 162:7
215:22 218:8
**resulted** 81:6
**results** 171:2
**resume** 19:10,14
**retain** 248:9
**retained** 5:11,13
5:14 24:16 93:1
241:16
**retaining** 75:12,19
**retightened** 181:4
**retorqued** 68:7
71:12
**return** 187:11,13
202:6,10,11
**returned** 266:20

**[reusable - says]**                                                                Page 56

**reusable** 11:19
**reuse** 115:16
    121:18 141:7
    172:16 180:24
**reused** 121:23
    140:6 149:3 212:2
**reusing** 114:24
    115:1,10 119:24
    121:4,8 122:12
    136:16,17 138:5
    138:22 150:10
    178:17 179:18
**revealed** 201:4
**review** 19:2,13,16
    19:20 57:11,17
    58:8 64:13 69:14
    88:10 183:16
    216:14,19 234:11
    266:12 267:1
    268:1
**reviewed** 43:8
    57:15,16 58:11
    199:4,6
**reviewer** 19:11
**reviewing** 20:2,3
    57:7,7,8 77:11
**revision** 66:8,13
    246:24
**rich** 82:20 192:8
    264:5
**richard** 30:16
    250:11,15 265:2
    265:13
**rick's** 91:13
**rides** 218:22
**right** 6:14 7:14,18
    7:20,23 9:5 11:7
    12:23 13:9,22
    21:5,8 25:3,6 32:8
    37:1 45:15 50:21
    52:5,23 53:16

56:3 63:3 64:12
64:15 65:13 66:3
67:7,21 73:9
81:16 93:7,10
96:7 101:16
104:14,18 107:6
108:20 112:2
116:13 118:3
121:15 122:15
123:14,21 124:9
124:22 125:18
129:11,18 130:15
130:18 132:12,15
133:9,12 134:6,9
134:11,20 141:23
151:23 155:22
159:3 160:3,15
163:17 166:6,15
166:17 168:23
169:2 171:7 174:1
174:15 176:23
177:24 180:12
181:17,17 183:6
183:11 187:14,16
192:21 193:3
194:22 195:2,6,21
195:24 196:8
197:7,9 199:4,11
199:23 200:23
208:16 209:23
215:5,14 217:4
221:5 222:8,17
223:18 224:10,12
224:20 225:2
226:10 227:23
230:6 234:6
235:19 238:19,20
239:12 243:7
252:13 253:15
**rights** 142:5

**risk** 48:16 178:20
**rmariani** 2:13
**rod** 201:4,5,7,24
    203:2 257:3
**rods** 202:1
**role** 22:19 61:1
    91:17
**rolla** 51:4,10,23
    53:23
**rolled** 116:23,24
**rolling** 226:16
**room** 60:5 68:7
    215:23 219:23
    220:13 221:9
    263:3
**root** 226:6
**roots** 235:14
**rotating** 93:19
**rough** 257:13
**round** 224:20
**rule** 142:1
**rules** 258:16 267:4
    268:4
**run** 106:11,15
    169:10 188:11
    216:10 217:2,5,10
    217:22 218:7
    223:13 234:14
    241:3
**running** 89:9
    90:23 188:6
**runs** 118:8
**rupture** 53:20
    167:5

|  **s**  |
| :---: |

**s** 2:1 3:4 5:6 20:23
    87:17 116:11
    175:8,8,8 181:22
    181:22 266:17
    268:7,7 269:2

**sae** 4:3 18:22
    20:17 163:2,13
    209:1,4,19 210:2,3
    226:11,11 227:3
    227:10
**safe** 40:1,16,23
    143:4
**safety** 3:21 27:3
    30:5,9 32:10,21
    40:12 140:8,12
    176:7 242:22
**sale** 238:1
**sales** 73:7
**sample** 127:1
    180:11
**samples** 53:14
**sandwich** 113:18
**sarah** 2:2 3:2,3
    196:19 200:1
    224:10
**sarah's** 9:1
**sarah.rathke** 2:5
**sat** 229:24 230:3
**satisfactory**
    260:23
**saw** 84:22 95:20
    97:3,16 164:5
    190:22 226:6
    239:15
**sayed** 175:8
**saying** 42:19 53:24
    67:3 78:4 99:13
    107:11 109:11,17
    109:20 134:12
    144:6 145:21
    161:2 182:16
    198:5 207:17
    215:12 253:18
    257:24
**says** 19:10 53:16
    75:19 84:14

162:15,15 165:17
169:3,9 170:12
172:15 177:1,7,24
178:16 179:17
180:16 193:4
196:1,24 197:22
197:23 209:22
219:3 224:23,24
230:23 233:1
238:20 246:5,7,10
253:12 254:12
**scaled** 163:3 164:1
**scatter** 177:18
178:3 263:11
**scenario** 39:15
122:4
**scenarios** 111:19
112:12 113:6
**schimpf** 87:15,17
89:5,16 91:1,4
**schimpf's** 88:12
**science** 58:7 108:7
**scientific** 114:17
**scope** 74:1,16
140:16,20 141:12
**scrape** 159:17
**scratch** 85:1
**screen** 6:14,22,23
6:24 51:10 72:9
191:8 199:13
226:23 228:9
233:13
**screwdriver**
232:18
**screwing** 165:22
**se** 30:9
**seal** 267:14 268:19
**search** 191:1
237:21,22 239:13
**searching** 91:24

**second** 41:5 52:7
66:3 98:15 114:10
138:14 162:8
166:10 168:12
174:3 191:13
192:2 196:12,18
200:5 211:14
212:10,11 219:24
234:14 235:22
237:8 246:15
256:13
**secondary** 157:15
226:7
**secondly** 116:1
**section** 7:23 16:19
17:6,15 19:1
31:13,14,15,17,21
31:22 32:1 52:15
77:11 83:22 93:16
93:24 94:1,2,3,10
146:9,12 155:13
164:15 166:17
167:22 169:2
170:9,18 171:3
175:24 246:20
**sections** 19:16
88:20 119:7,9
**see** 7:14 8:1 16:22
17:16 19:4 34:16
37:12 46:8 50:5
50:23 51:10,22
52:5,15 53:21
55:20 63:8 67:12
68:1,9,21 74:21,22
75:1 76:18 79:17
84:9 85:2 86:2,9
86:12 90:5 91:18
95:15 97:10,17,18
103:20,21 104:4
109:1,10 114:4,5
118:18 119:1,8

126:17,18 134:18
145:16,21,24
146:16 147:17
151:7 154:10
156:21 159:19
161:15 164:14
166:15 168:1,13
168:19 169:14
170:11 172:2,16
178:24 185:13
192:6,9 193:13
195:4,23 196:12
196:15,24 198:3
201:9 202:13
204:20 206:8
212:20 217:5
223:22 224:15
226:20,22 237:6
239:9 245:14,16
246:5,21,24
247:11 252:2
253:4,10 254:2,4
254:10,11,17
256:6 257:22
**seeing** 48:22 60:21
63:10 95:2,17,18
124:17 125:17
129:16 131:8
132:13 145:14
149:20 250:20
**seeking** 243:21
**seen** 27:13,23
32:14 35:2 42:22
57:18 81:17 82:12
85:5 97:7 118:10
122:13,22 132:24
133:16 165:16
191:16 192:14
196:7 207:13
208:23 209:1,15
245:19 247:21

256:4
**seez** 172:19 211:9
212:6,13,17,24
213:16 214:7
259:21 260:14,15
260:18,22,24
**seize** 193:5 194:5,6
**seizure** 208:6
**selective** 100:7
**self** 238:22
**sem** 59:5 119:2,6,9
**senior** 12:7
**sense** 63:9 74:12
125:19 126:9
128:21 225:5
**sensitive** 134:13
134:17
**sent** 56:17 148:17
148:20 256:7
**sentence** 52:20
170:12 176:7
178:16 179:16
211:14 212:11
257:1,2
**sentences** 179:16
201:11,16
**separate** 18:17
**separated** 18:16
**separation** 204:23
**sequence** 166:18
167:2
**serial** 251:22
**series** 19:17
224:19 241:8
249:11 251:4
**service** 28:19
40:21 95:15 98:6
100:13 106:20
116:2 130:13
138:16 144:10,19
179:13 187:17

202:23 210:12
224:8 230:22
244:17 247:12,18
**set** 17:18 18:3 19:1
19:6 21:10 43:3
88:2 102:4 126:3
126:4 163:13
171:2 182:10
231:18 258:15
265:9
**sets** 7:10,24
147:24 201:24
232:24
**setting** 43:16
**settings** 209:7
**seven** 181:2
199:22 232:12
**shaft** 23:14
**shank** 77:19,23
113:2 160:7,20
162:17 163:7
164:10,18 169:10
169:13 238:22
**shape** 184:14
**shared** 182:18
**shed** 146:5
**sheet** 266:13 268:6
268:9,15 269:1
**shelf** 229:24 230:3
**shifted** 35:19
**shigley** 116:8,10
181:20,21 182:4,7
**shop** 128:17
228:18
**shops** 261:19
262:11,13
**short** 44:11 61:15
102:2
**shorter** 107:9,15
**shorthand** 265:2
265:14

**show** 97:18 117:19
117:22 154:2
155:16 161:4
180:3 204:9
212:13 213:15
214:6 237:4
245:10 253:16
255:15
**showed** 257:14
259:21 261:9
**showing** 52:11
92:8 154:1,3
168:16 209:15
**shown** 254:3
260:17,20 266:18
**shows** 114:7
151:24 156:11
157:5,9,10,16
160:18 161:22
164:23 172:20
178:16 179:18
**sic** 72:13 84:6
**side** 42:18 91:24
92:1 130:2 145:18
145:20 195:21,24
224:20 246:22
**sideways** 196:13
**signature** 264:7
265:12 266:15
**signed** 267:11
268:16
**significance** 58:12
171:9 210:1
**significant** 47:14
65:6 83:7 100:16
157:13 160:17
260:13
**significantly** 62:16
62:16 164:3 176:9
**signing** 266:22

**silverstein** 2:10
**similar** 76:2
118:20 124:21
153:14 155:12
242:5
**simple** 158:20
204:22 205:11
**simplified** 177:2
**simply** 98:6
115:24 178:17
179:18 194:17
203:7 254:22
**sincerely** 266:23
**single** 97:19
145:22
**sir** 5:7 176:5
238:10 239:2,16
266:9
**sit** 119:13 219:23
**site** 238:19
**sits** 93:15 106:19
**sitting** 32:18 33:3
93:24 155:4,5
**situation** 54:7,9
158:4 159:13
204:7,7,18 220:5
224:22
**six** 17:3 25:12 40:2
156:1
**size** 160:3
**sized** 109:12
**skewed** 157:20
**skipping** 84:16
**slight** 261:23
**slightly** 46:2
125:14 135:7
**sloan** 23:22,22
**slow** 180:13
262:21
**slower** 218:3

**slug** 154:7
**small** 14:15
125:10,11 132:4
143:10,12,15
159:14 160:9,11
161:1 162:9,13
232:14,17 263:9
**smearing** 160:17
160:19
**society** 17:21
18:11
**software** 168:19
**solidly** 33:20 34:9
**solution** 192:8
**solutions** 266:1
269:1
**somebody** 51:4
199:5 230:4 234:2
254:15 255:3
**soon** 185:16
188:10
**sorry** 5:23 7:17
8:16 20:12 36:11
38:19 41:13 42:24
46:12 47:20 51:16
59:14 67:15 73:12
73:17 74:11 77:1
80:2,13 82:4
88:23 89:19 96:14
106:2,22 124:1
125:22 129:20
130:8 154:11
191:12 193:22
195:13 202:10
214:16 215:4
235:23 244:8
245:5 249:23
250:2 259:6,11
**sort** 80:17 158:10
225:8

sounding  135:18
source  137:4
    180:2 181:15
    247:7
sources  182:19
span  208:12
    220:20
speak  7:16 41:4
speaker  36:12
speaking  7:18
    37:9,11 59:19
    107:8 120:19
    123:18 129:10,12
    141:20 142:7,12
    144:18 155:10
    158:12 167:7,8
    177:21 213:13
    240:15 251:13
    261:10
speaks  80:3
spec  203:11,22
    209:1,3,4,11
special  15:15 65:2
specialized  12:14
    16:2 26:3
specific  16:14 21:2
    26:24 31:5 66:20
    74:20 76:19 77:9
    141:18 182:15
    216:12
specifically  18:7
    19:22 20:3 22:22
    23:19 29:7,21
    31:3 37:2 57:1
    61:12 66:23 68:4
    73:3 77:12 90:2
    105:7 116:6
    148:19 219:15
    226:11 236:13
specification  77:9
    205:6 209:4,6

230:23
specifications
    227:22 241:9
specified  47:23
    67:1 71:13 77:22
    78:2 182:14
    185:17 190:16
    204:15 234:16
    262:6
speculation  71:3
    81:19 129:20
    137:12 193:20,24
    197:13,20 222:2
speed  134:16
spell  5:4 20:22
    87:16 116:10
spelled  87:21
spend  59:7
spent  11:13
spoke  43:11 59:20
    59:21 62:3,11
spoken  60:8 61:14
    61:19 62:1
spreadsheet  89:24
sprint  263:22
square  2:4
squire  2:3 21:18
    21:20
squireb.com  2:5
st  2:20
st6317-09  237:1
    238:22
stability  176:10
stack  125:17
    134:14
staff  12:1
stainless  103:17
stamp  60:16
stamps  60:22
standard  3:25 4:3
    106:4 163:2,13

190:4 206:19
    209:19 210:3,6,14
    210:24 226:11,14
    227:4,11
standardized
    190:3
star  68:7
start  7:9 8:18
    34:15 76:24 115:9
    125:10 135:8,14
    136:14 138:21
    166:16 263:9
started  11:12,24
    14:6 136:15
    139:17 172:3
starting  11:6
    200:23 212:11
starts  16:18 45:18
    52:20 180:9
    201:19
state  5:4 17:13
    37:24 265:3 267:9
    268:13
stated  80:15
    146:21 181:17
    187:3 237:11
    260:9 261:8
statement  4:4 47:9
    49:8,11 67:2
    102:10 111:22
    169:7 176:14,20
    182:19 194:10
    228:23 235:8,18
    267:12,12 268:16
    268:17
states  1:1 53:5
    200:24 215:15
    234:10
statistical  122:7
    122:20 124:17,17
    131:24 132:10

143:9 217:24
    218:1
statistically
    122:19 143:9
status  196:2
steam  3:7 10:5
    12:17 51:2 242:4
steel  11:14,17,17
    22:24 62:24 65:5
    92:24 103:4,17,18
    220:3,3 251:20
stenographically
    265:4
steve  2:25 14:12
    14:16,18,21 15:2
stick  106:7
sticking  107:2,4
    107:23 110:20
    111:1,2 149:22
sticks  109:24
    110:1
stiffness  62:20,24
    63:7,11 65:10
    103:4,5,18 242:7
    251:6
stock  258:5
stop  216:13
stopping  257:1
straight  21:9 43:2
strain  100:14
    110:9,11,13 164:7
    164:7,22,24
street  2:18
strength  22:24
    156:13 157:8
    263:4
strengths  53:18
stress  35:15,23
    36:5,18 37:6,17,22
    37:24 46:21,23
    92:8 110:9,11,12

117:4 131:15 164:6 166:22 169:5

**stresses** 188:12

**stretch** 152:17 153:14 155:2 156:3 162:5,8,16 170:13 216:1 221:11 253:13 254:13 256:9

**stretched** 163:12 164:3,4

**stretching** 162:3

**striation** 223:1 225:13

**striations** 222:18 222:21 223:23,24 225:10

**strike** 5:23 47:20 119:18,20 120:3,5

**string** 110:4,6

**strongly** 103:19

**studying** 222:8

**stuff** 185:14 199:1

**style** 229:10 231:13,17 232:13 232:18

**subject** 6:7 62:21 93:19 95:4 96:6 96:23 98:7 117:8 118:19 119:3 126:15 156:8 184:6,24 226:19 238:5,8,10 243:14 244:13 248:17,18 252:24 253:13 260:12

**subjected** 93:12 94:15 184:10 188:12

**subscribed** 267:8 268:12 269:19

**subsequent** 235:15

**subsequently** 116:23

**subset** 121:11

**substance** 102:4

**substantially** 153:14 155:12

**substitutes** 11:19

**sufficient** 235:12

**suggest** 75:2 82:13 159:20

**suggested** 194:21 194:22

**suggesting** 81:22 160:20

**suggests** 48:9 115:1,5 122:11 133:17 193:5 210:12

**suitable** 119:7

**suite** 2:19 266:2

**sum** 15:4 97:6 102:4

**summarized** 91:6 185:9

**summary** 88:24 91:7

**sun** 220:13

**superalloy** 3:7 20:6 51:2

**superior** 266:1

**supplied** 57:14 164:21

**support** 181:17 182:19 239:6

**supported** 34:17 180:2

**supports** 49:11,17 58:17 164:11

181:10

**supposed** 81:5,8,9 108:13 114:4 158:10 258:15

**sure** 10:21 11:12 20:1,5,7 24:6 39:7 64:17 77:4 80:4 90:14 94:12 96:8 105:22 106:23 107:18 113:19 133:1 161:17 163:11,17 168:10 180:4 181:18 182:21 197:21 198:10 208:21 209:19 210:5 225:21 236:7 237:3,9 240:17 250:1

**surface** 95:10 97:9 97:12 98:8 100:1 100:4,8 110:5,7 115:24 158:15 177:17 178:2 221:18 225:16,17 225:24 226:3,4

**surfaces** 257:13

**surprised** 203:3 222:3

**susceptible** 104:20 121:6 166:23

**suspect** 20:21 103:19 118:16 119:14 124:16 132:12 135:4 165:17 184:9 199:14 207:16 250:21

**suspicion** 184:13

**sustained** 243:18

**suszynski** 2:16 3:2 199:20 235:21,24 236:1,4,6 239:19 264:2

**swing** 90:22

**sworn** 5:1 267:8 267:11 268:12,16 269:19

**synonymous** 161:3

**system** 7:5,6 14:20 31:10 104:18,19 201:12 209:11 225:1 231:7

**systematic** 143:5,8

**systems** 11:14

**t**

**t** 3:4 53:10

**table** 147:23

**tabulated** 177:3

**tailed** 36:11

**take** 6:1 29:6 43:8 50:11 53:23 63:18 64:12 72:12 75:21 101:2,8 108:22 132:22 161:11,14 172:6 183:15,20 204:11 215:12 219:3,6,9 223:9,11 227:8 254:9 259:2 260:6

**taken** 16:8 17:1 26:16,19 27:2 154:4 205:13 212:12 217:16

**takes** 161:21

**talk** 59:11 74:5 151:21 171:7

**talked** 55:18 61:10 103:1,3

talking  28:9 36:9
  45:12 54:5 90:4
  95:14 96:4,6
  194:3,5 197:17
  203:6 208:20
  217:23 220:18
  223:19 233:5
  260:3
task  66:9,15 73:21
  75:7,10 76:5,6
  77:15,16 79:13
tasked  73:10
tasks  79:1
tavinor  23:11
tce  216:3 220:7
technical  244:4
technically  31:20
technology  7:8
  193:5
teeth  92:9
tell  14:13 15:7,7
  15:11 23:8 35:2
  44:20 51:12 59:18
  61:21 93:14 95:2
  95:17 100:21
  114:3,22 116:13
  118:9 120:11,24
  122:10 123:13
  135:9 141:5 150:1
  150:4,6 151:4
  158:4 162:20
  174:22 187:9
  188:10 194:12
  213:23 233:4
  240:5,15 245:15
  248:24 253:9
  254:18 255:3
  259:9
telling  69:23 74:8
  74:9 95:20 98:5
  112:19 160:7

247:13
tells  63:3 80:8
  159:3 247:1
temperature
  53:12 68:8 95:9
  95:12 100:5,6,10
  116:18,21 118:19
  132:6,6 134:15
  188:11 215:17,18
  215:24 216:5
  217:1,7 219:1,23
  220:10,14 221:10
  221:20 226:15,17
  242:6,7 261:1
  263:3
temperatures  3:8
  51:3 93:13,17
  94:5,16 95:5,18
tend  108:2 145:17
  149:16
tends  260:19
tensile  166:21
  184:4
tension  176:11
  177:2,13 182:11
  182:13 184:11
term  156:17,20
  207:14,15,16
terms  10:8 29:24
  88:8 120:12
  130:23 162:7
  171:23
terrible  195:5
  201:13
test  78:5 82:14
  83:14 151:24
  152:15,16 154:6,7
  154:15,23 155:6
  155:17 158:20
  160:5,8,22 163:6
  174:11 186:6,7,7

186:16,19 211:8
  214:8 257:18
  258:6
tested  154:16,22
  238:9 261:11
testified  103:7
  236:7 251:5 263:2
testify  74:17 144:4
testimony  21:6,12
  23:9,16 24:13
  47:11 76:15 98:3
  133:8 134:7
  136:19,22 143:5
  174:5 181:8
  204:17 267:5,6
  268:5,8,10
testing  59:4 88:24
  89:3,4,6,9,14 92:4
  92:10,12 96:11,18
  100:17 101:22,24
  102:1,4,11 151:21
  152:10 153:8,23
  155:2,12,15 156:2
  156:11 157:5,9,10
  157:14,16 159:4
  161:4,22 170:9,10
  171:2 175:18
  183:8,12,16
  186:17 188:8
  227:16 228:7
tests  153:8 156:6
  186:8 193:5
  257:14
text  52:7
textron  1:12 2:15
  190:20,24 191:2
  198:10 236:2,8,19
  236:19 237:5
  238:24 239:8,15
  266:6 267:3 268:3

thank  50:15,18
  71:2 82:22 90:18
  116:12 179:7
  222:7 223:14
  237:7 239:20
  256:11 261:4
  264:2,5
theoretical  173:7
theories  135:12
theory  124:22
  129:18 130:15
  144:12 145:2
  167:20 216:19
  217:11 218:7
thermal  102:20
  208:13 215:8
  216:3
thickness  215:19
thing  19:8 58:21
  62:12 64:20 78:14
  92:22 123:12
  135:6,13 136:13
  141:8 157:10
  161:2 171:17
  173:19 182:16
  195:21 201:13
things  9:16 10:4
  14:24 16:8 58:22
  61:24 74:23 89:1
  89:11,12 92:15
  102:16 125:7,9
  132:9 134:18
  137:22 147:8,9,10
  149:2 157:9
  163:15 208:21
  224:20 242:8
  252:8 255:13
think  5:17 6:21
  7:9 8:18 10:2,24
  12:6 14:22 15:13
  20:2,8 21:3 22:7

24:2,13,22,23 25:3
31:20 32:5 36:12
39:22 40:14 42:24
44:17 45:17 46:7
48:4 49:21 51:22
54:13 55:18 56:3
57:14,21 59:20
63:5,17,19 64:17
65:21 67:3 68:18
69:15 74:8 78:3
80:3 81:15 82:24
84:11,15,16 88:22
88:23 89:1,17
90:12 91:2 92:5
94:9 96:7 101:1
101:15,18 103:1
105:2 108:2,2,4
113:12,13,20
115:17 120:20
123:7,8 124:20
126:3,14 128:15
131:1 132:13
133:6,10 135:24
137:20,24 138:20
139:5,15,19
140:10 143:14
147:22 148:7
149:2,4,11 156:5
156:21 158:8
160:12 161:7
162:12 165:14
167:17,18 171:5
173:15 174:19
179:8 180:6
181:16 185:9
189:3 190:18,19
190:24 191:1
194:4 198:16,23
207:14 217:17
218:16,19 222:20
222:23 227:10

228:4 229:16
231:12 235:1
236:8 237:21
238:23 239:3
242:16 245:6,7
250:12 263:1
**thinking**   175:16
198:15 236:13
**thinks**   141:11
**third**   2:11 33:6,9
120:6,9,10 140:14
167:21 168:3,4
175:23 234:14
**thirds**   192:23
**thirty**   266:20
**thorough**   234:11
**thoroughly**   185:10
**thought**   46:12
84:13 129:23
142:8 173:16
186:20,21 198:10
198:16 236:18
238:23
**thoughts**   222:9
**thousand**   217:8
**thousands**   144:19
**thousandth**
220:23
**thousandths**   63:6
221:10
**thread**   47:14 83:5
106:13,14,16
116:24 149:6,14
157:12 163:1,3,4
163:19,21,21,24
164:6,8,10 169:10
169:11,20 170:4
194:6 208:9 226:6
226:16 235:14,15
257:12

**threaded**   3:25
49:6,18 117:2
155:9 163:8
167:11,13 176:13
206:20 208:10
**threading**   113:2
**threads**   49:3 68:6
79:15,20 80:9
105:17 106:5,7
107:4 108:12
115:23,24 116:24
149:3 156:1 163:5
164:19,23 165:1
193:6 212:9
213:17 261:3
**three**   15:12,13
19:16 25:4 32:9
32:20 37:9 69:20
79:5 123:1 124:14
124:15 125:5
130:21 168:4,6
192:3 201:16
221:10 224:20
248:4
**threshold**   166:22
**throw**   115:18
**throwing**   232:23
**tidey**   2:6
**tighten**   86:15,15
89:12
**tightened**   147:19
181:3 187:12
**tightening**   49:7,9
49:10 53:18 125:6
147:5,8,11,14
205:9 208:2
255:24 257:16
**tighter**   210:7
**time**   7:13 10:24
11:8,11,13 13:19
20:1 33:6,9 42:8

43:11 44:16 50:21
64:12 79:7,8
90:17 92:23 94:14
94:20 95:6,10
98:18,20 99:21,23
100:7 102:9 108:6
120:22 121:21
123:17 124:18
125:14 136:14,24
138:14 140:14
149:9 162:3,10
173:6,11,14,16
174:3 187:24
188:2 204:21,21
205:1 208:12
212:8,14 223:10
225:2 228:6 231:2
242:16 244:15
253:5 260:23
263:14
**times**   79:5 174:12
192:3 202:20
260:22
**tip**   108:1
**tire**   23:17
**titanium**   62:22
63:24 65:7,10
102:22 103:3,16
104:15,15 215:10
215:19 251:19
**today**   17:10 32:18
33:4 56:20 57:13
103:2 125:20
239:2 245:20
264:6
**told**   71:23 90:5
121:3 161:21
186:15,16 239:2
**tolerance**   209:16
210:13

tolerances   210:7
    210:18
ton   90:3
tool   85:14 231:7,9
tools   187:14
    227:13
top   20:9 24:23
    69:13 148:8 164:5
    224:21 228:3
    260:6
topic   249:22
topics   31:6
torch   205:23
torque   3:13,25
    30:17 45:14 48:5
    48:15 50:6 67:1
    71:18 74:21 75:1
    75:11,12,16,17,18
    75:23 76:7,10
    77:8,18,22 78:2,7
    78:8 84:5,23 85:3
    85:11,19,24 86:3
    87:6,8 90:4
    103:10 132:5,7
    134:15 146:13,19
    146:24 147:14,17
    147:24 148:10,12
    148:15,16,17,24
    149:16 152:16,20
    156:6,13 157:6,7
    157:24 158:22
    161:5,21 162:4
    170:15,16,24
    171:15,24 173:22
    174:16 175:7
    177:2,13 180:17
    180:22 181:6
    182:11,13 184:23
    185:6,8,24 186:2,9
    186:21,22,23,24
    187:4,13 193:8,10

193:17,18 194:11
    194:16,17,18
    201:24 202:3,3,5,6
    202:8,11,16,17
    203:2,7,10,15,19
    203:20,22,24,24
    204:4,14,15,17,19
    205:4,4,5,8,9,15
    205:16,22,24
    206:4,5,9,20 207:5
    207:6,11,12,22,23
    208:1,4,12,19
    211:17 215:22
    217:6 219:20
    220:1,6 221:12
    227:18,24 228:5
    228:18,22 229:1,4
    229:6,7,9,10,12,14
    229:16,21 230:5
    230:10,17,19
    231:3,13,15,16,19
    231:22 232:1,3,5
    232:11,15,16
    234:16 241:8
    253:11,12 254:7
    254:13 255:5,7,18
    255:19,24 256:1
    257:11,14,15,17
    257:21 258:2,10
    258:14 262:4,7,7,9
    262:12,17,18
torqued   46:3,8
    47:23 50:9 68:6
    134:19,21 155:8
    162:6 185:3 187:5
    205:12 211:3,4
    219:19 257:18
    263:7
torques   58:22
    76:19,21 185:5,17
    185:21 255:13

torquing   30:15,17
    47:8 77:5 125:2
    134:16,17 176:17
    176:18 215:19
    241:4
total   15:4 168:4
    201:2 232:5
touched   130:10
tower   2:3
training   15:15
    26:3,16,19 27:2,5
    27:8 59:12
trainings   16:13
transcribed   267:6
transcript   91:10
    91:14,15 265:6
    266:10,12 267:5
    267:11 268:5,10
    268:14
transfer   83:5
transmission
    23:14
transmitted   108:1
transportation
    3:21 12:5,8 13:16
treatise   181:9
treatment   117:1
    213:3
trial   21:12 23:11
tried   10:18
trouble   250:12,14
truck   8:8 9:14
    21:21,23 22:8,10
    23:15 240:10
trucking   9:2
trucks   21:17 22:4
true   110:24
    157:23 253:19
    258:22 265:7
trust   24:14

truth   78:24
truthfully   18:19
try   81:12 108:20
    168:15 186:23
    187:1 196:14,23
    200:6 202:17
    224:13,14 255:17
trying   11:20 14:23
    51:21 77:10 89:12
    101:11 108:16
    109:18 112:7,18
    124:6 130:24
    153:12,13 156:21
    172:3 191:19
    203:18 208:21
    214:16 224:17
    258:10,14
turbine   3:8 12:17
    12:17 51:2 211:10
    211:16 212:5
    241:7,23 242:1
    261:12
turbines   10:6
    242:4,5
turn   20:11 52:5,6
    75:5 77:4 150:19
    150:24 153:5,16
    175:22 192:21
    235:13 259:11
turning   21:5
    184:22
twice   159:1 219:19
twin   70:13
two   8:9,9 19:16
    20:23 44:14,16,20
    55:19 65:18,22
    67:14 76:21 82:5
    88:6 89:7 102:8
    105:16 106:5,7
    108:12 109:12
    110:14 111:18

112:11 113:6
128:11 154:2
163:15 168:1
169:11,20 171:3
172:10 174:7,12
176:18 179:5,16
182:22 192:23
201:24 248:9
262:11
**type** 12:17 24:10
62:24 158:19
165:6 198:24
240:6 255:12
**types** 176:18 242:4
242:5
**typical** 145:15
207:15
**typically** 9:12 47:1
80:16,17,21 81:1
106:13 120:19
145:20,21,24
147:7,16,18 151:8
178:22 255:12,14
255:22

**u**

**u** 20:23 177:8
**uncalled** 130:2
**uncertainty**
257:19
**unclear** 37:20
**uncommon** 205:2
219:24
**undergone** 193:11
**underneath** 158:1
158:10,15 160:16
**underside** 79:21
80:10 81:10 82:10
82:15
**undersized** 160:4
**understand** 10:3
28:7 42:5,19

44:24 53:23 73:18
78:3,12 80:3,4
82:2 99:17 105:21
106:22 107:3
111:22 112:8,17
112:18 135:22
139:4,14 144:5,6
153:24 156:23
163:11,23 167:9
188:14,16,21
196:8 197:9
213:13 221:14
**understanding**
47:3 60:24 68:17
71:20,22 72:22
73:9,20 76:10,13
80:7 95:3 105:19
106:1,3 108:14
118:4 126:22,24
129:5 133:22
137:6 140:3
148:23 149:13,15
171:4 179:2
210:17 219:18
221:13 230:9
241:15 243:2,4,4,8
245:24 246:11
247:7 249:13
261:15 262:4,10
**understood** 136:8
**undertake** 241:12
**undertorque**
58:20 90:20
202:22 203:8
204:6,9,12,18,20
205:1,2
**undertorqued**
194:9 203:6
208:22 216:22
**undertorquing**
49:17 50:1 185:15

**unfortunately**
12:20 100:14
194:14
**uniform** 50:10
**unintentionally**
159:12
**united** 1:1
**universe** 143:13
**unj** 163:19
**unknown** 182:12
211:16
**unrelated** 9:12
49:3 54:9 158:12
**unsafe** 141:7
**upcoming** 19:17
**upload** 165:19
191:4
**uploaded** 195:8
**usage** 137:8
143:18 228:4
231:2
**use** 28:4 77:24
85:10,12 104:14
106:17 124:21
125:20 126:11,20
127:11 129:3
131:7 171:8
173:22 194:5
204:14 205:22
207:4 209:6 212:5
229:11 231:12
254:8 255:6,7,15
**user** 84:17 221:17
231:1
**uses** 193:15,17
202:16 228:18
**usually** 208:2
**utilize** 65:4

**v**

**v** 177:8 266:6
267:3 268:3
**v4s** 240:19
**v8s** 240:18
**vague** 15:20 18:9
19:24 25:24 26:22
27:20 28:6 29:2,8
29:20 30:7 31:1
32:12 36:8 37:8
41:10 42:4 61:6
69:12 73:15 78:11
78:18 101:14
139:13 150:13
189:20 207:15
254:12,21,21
**valid** 154:20 188:3
188:7 204:18,19
211:8
**validity** 188:9
**value** 75:11,23
76:7 77:22 78:2
85:13 148:11,12
156:7 157:7
158:22 161:5
166:22 177:10
186:1 193:18
203:7,11 205:16
205:24 206:5,10
206:17 208:18
257:17 262:7
**values** 67:1 74:21
75:16,17 76:10
146:14,19 149:1
171:24 172:20
177:15,22 178:1
186:22 202:11,17
257:15,18
**variable** 124:24
**variables** 134:14
150:2 257:11

**variance** 126:14 126:17 257:14
**variation** 124:18
**variations** 257:13 261:23 262:21 263:9
**varies** 8:7 25:3 170:14
**variety** 10:4 25:2
**various** 93:10 152:17 177:16 178:1 192:5 236:16
**vast** 11:16 12:24 58:18 90:6,20 129:17,17
**vehicle** 21:20
**verbiage** 183:1
**verification** 74:23 207:5,11,22 208:1
**verified** 185:2
**verifies** 68:4
**verify** 66:20 71:12 72:13 77:17 194:6 200:20,21 219:20 220:6 227:21
**verifying** 77:23 78:6
**veritext** 168:3,18 196:13 266:1,7 269:1
**veritext.com.** 266:19
**versus** 22:14 23:17 23:22 24:9 85:20 109:10 113:8 251:3
**vertical** 246:22,23
**vet** 216:19
**vhx** 213:23

**vibration** 93:20 156:8 208:13 217:7 235:3,9
**vibrational** 104:6 104:12
**vibrations** 93:13 93:22 100:12
**victor** 213:23
**video** 26:7
**view** 40:13 166:11 247:12
**viewed** 66:23 223:4
**viewer** 201:13 225:1
**viewing** 66:18
**virginia** 128:11 183:9,21 244:6 252:22 261:21
**virtually** 69:9
**visible** 119:6,14 200:12
**vs** 1:10

## w

**wait** 114:9 125:5,6 138:24 199:15 233:9,18
**waiting** 114:12 228:14 234:2
**waived** 266:22
**walk** 11:5,10
**walked** 185:4,18
**want** 8:16 38:10 39:8 53:3 65:13 80:18 83:15,16 96:8 98:18,23 106:11,13 115:18 141:24 142:9 161:15 173:21,24 181:18 196:11 219:20 220:6

221:7 222:24 225:21 254:24
**wanted** 15:8 92:23 109:16 120:7 140:7 148:11 157:23 171:11,17 171:22 172:11,12 172:16,18 185:4 186:20 214:6 219:16 229:10 231:20,23 232:15 255:1,2
**wanting** 42:1
**wants** 10:9 39:20 50:6
**washer** 77:4
**waspoly** 220:4
**waste** 11:17,18,21
**watching** 231:21
**way** 6:21 18:16 40:6 43:5 76:3 97:6 102:12 105:20,23 106:12 107:20 108:5,12 108:16 122:10 131:22 147:17,18 149:19 154:23 172:9 175:13 178:7 184:18 192:23 204:18 212:3 225:13 227:3 237:21 242:2
**we've** 35:2 88:20 103:1 122:13 141:6,8 222:15 239:13 242:9 245:10 252:18 253:2
**website** 58:7 134:1 237:14 238:16,17

**websites** 236:17
**weeds** 125:8
**week** 6:3 188:4,5
**went** 13:11,24 88:15 96:11 106:2 151:1 245:5 258:7 258:20 259:24
**west** 128:11 183:9 183:21 244:6 252:22 261:20
**western** 1:2
**wet** 260:18
**wheel** 173:4,11 204:23
**wheels** 205:12
**whereof** 265:9
**whitney** 1:14 3:15 27:6,13,24 28:15 28:18 60:10 61:3 66:8,10 67:1,4 73:11 100:17 101:5,7 118:23 119:16 125:6 126:6,21 127:18 128:5,6,16,22 130:21,22 135:1 136:1 137:21,24 138:16 139:9 142:19 144:24 151:14,18 178:12 179:9 188:14,20 189:4,10,15 190:1 190:2,6,10,16 191:10 192:16 193:15 194:19 195:23 208:23 209:6 210:6,18 217:19 218:2 221:14 244:11,13 247:9 249:1,4 250:6 251:4 252:8

**[whitney - zoro]**

252:10 261:20 262:6

**whitney's** 47:19 47:22 48:14 209:16 212:4

**wi** 2:7

**wing** 244:19,24 245:8

**wisconsin** 1:2 17:13

**wish** 64:12 65:17

**withdraw** 244:9 261:16

**withdrawn** 69:3,5

**withdrew** 44:15

**witness** 39:3 56:23 64:11 74:2,16 79:6,6 98:17 124:3 140:15,17 140:18 141:10,23 239:22 263:16 265:9 266:8,11 267:1,4,9 268:1,4 268:13

**witness'** 266:15

**word** 20:23 30:16 87:10 91:11 204:9 207:5,11 254:14 254:16

**words** 11:19 20:23 68:14 82:5 87:13 95:22 120:15,18 134:5 148:11 162:5 178:6 180:21 201:19 233:3 255:6,8,19

**work** 7:1 8:5,11,13 9:1,5,9,11,17,22 10:1,2,2,14 11:16 12:16,17,18,21,24 13:4,13 14:3,4,5

19:21 21:20,21 24:18 25:1,8 59:5 59:5 61:3 72:1 76:3 89:15 91:21 92:16 145:17 155:20 172:7 187:23 191:24 192:12 196:2 240:6,11 241:12 241:13,21 262:20

**worked** 12:2,2,4 13:2 14:20 15:1 92:17,19 93:2 240:8,9 241:1 242:4

**working** 13:19 21:23 100:16 166:8 195:8 198:9 224:12 227:21

**workload** 25:5

**works** 6:21 113:21 187:22

**workstation** 71:24 84:3

**world** 13:16 49:15 82:16 83:16 127:7 167:14,19 232:14 252:5

**would've** 14:14 100:17 165:7

**wrench** 85:11,19 85:24 86:16,21 87:1,5 134:22,23 185:5,24 186:12 202:3,10 203:5,12 203:20 204:1,14 205:20,22 206:4 227:24 228:18,22 229:7,12,14,21 230:5,11,17,18,19 231:3,13,15,16,17

232:3,15,16 258:17,21 262:17 262:18

**wrenched** 207:24

**wrenches** 84:5,23 85:3 86:3 132:5 134:15 227:15,19 228:5 229:1,4,6,9 229:10 232:5,12

**write** 87:10 88:18 151:2

**writing** 87:13 88:16

**written** 51:1 71:19 74:21 256:4

**wrong** 54:4 69:6 131:1 198:12 237:14 238:17 247:23

**wrote** 57:18 88:11 88:14 89:1 216:17

**x**

**x** 3:1,4 213:24

**y**

**y** 53:10 116:11 175:8 181:22

**yeah** 19:8 23:20 50:14,17 57:21 63:18,21 65:21,24 66:1 67:19 74:13 76:17 78:10 81:12 84:15 107:6 108:24 109:6 112:9 113:17,23 114:11 130:24 139:24 146:6 154:12 163:18 166:10 173:14 176:21 180:12 182:1 197:16

201:12,14,16 207:11 224:17 225:23 237:7 248:22 252:12

**year** 8:7,7 12:23 12:23 15:11,12 24:22 25:3,3,10 142:20 162:6 230:22,24 231:5,5

**years** 8:4 9:6 10:14 12:10,10 13:2,5 15:8 16:9 20:5,7 24:3,24 25:7 93:2 173:4 240:9 241:2 242:11 248:9

**yep** 64:19 87:22 176:6 193:23 195:19 200:5 214:20 215:2 224:11,14,16

**yield** 11:21 45:22 46:2,9 50:8,9 263:4

**york** 2:11

**young's** 62:19,22 63:12 65:7

**younger** 87:24

**z**

**zealand** 23:11

**zinc** 261:3

**zoom** 265:5

**zoro** 231:10

Wisconsin Rules of Civil Procedure

Chapter 804, Depositions andDiscovery

Section 804.05

(6) Submission to Deponent; Changes; Signing.
If requested by the deponent or any party, when the
testimony is fully transcribed the deposition shall
be submitted to the deponent for examination and
shall be read to or by the deponent. Any changes in
form or substance which the deponent desires to
make shall be entered upon the deposition by the
officer with a statement of the reasons given by
the deponent for making them. The deposition shall
then be signed by the deponent, unless the parties
by stipulation waive the signing or the witness is
ill or cannot be found or refuses to sign. If the
deposition is not signed by the deponent within 30
days after its submission to the deponent, the
officer shall sign it and state on the record the
fact of the waiver or of the illness or absence of
the deponent or the fact of the refusal or failure
to sign together with the reason, if any, given
therefor; and the deposition may then be used as
fully as though signed unless on a motion to
suppress under s. 804.07 (3) (d) the court holds

that the reasons given for the refusal or failure
to sign require rejection of the deposition in
whole or in part.




DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FORINFORMATIONAL  PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.