IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MENARD, INC.,

    Plaintiff & Counter-defendant,

v.

DALLAS AIRMOTIVE, INC.,

    Defendant & Counter-claimant,

and

TEXTRON AVIATION, INC.,

    Defendant.

ORDER

18-cv-844-wmc

Having reviewed the parties' deposition designations, counter-designations and objections to both, the court makes the following rulings as to remaining witnesses. **The parties shall remove all objections and any other asides or discussions between counsel and/or with the court reporter, even where not noted by the court in its rulings.**

A. 12/12/19 Robert Tait (damages)

| DAI Initial Designation | Menards Objection | Menards Counter-Designation | DAI Objection | Ruling |
|---|---|---|---|---|
| 65:8-68:5 | 66:8-68:5 Relevance; unreasonable mitigation evidence (objection preserved for record) | | | Overruled, subject to curative instruction. |
| 68:17-69:22 | Hearsay | 69:23-70:14 | Competence, foundation, speculation. Misleads jury | Overruled as to both. |

| DAI Initial Designation | Menards Objection | Menards Counter-Designation | DAI Objection | Ruling |
|---|---|---|---|---|
| | | | to believe that engines were not capable of repair to airworthy status. | |
| 72:4-74:20 | Hearsay | | | Overruled. |
| 81:8-81:22 | Undisclosed expert opinion testimony | | | Sustained. |
| 87:21-88:11 | Undisclosed expert opinion testimony | | | Sustained. |
| 89:12-91:14 | 89:12-90:16 Hearsay; undisclosed expert opinion testimony | | | Overruled. |
| 101:20-104:10 | Hearsay | | | Overruled as to hearsay; Reserved as to relevance. |

B. 8/4/20 Robert Tait (damages)

| DAI Initial Designation | Menards Objection | Menards Counter-Designation | DAI Objection | Ruling |
|---|---|---|---|---|
| 14:19-15:2, 6-19 | Hearsay; witness is testifying that his emails do *not* satisfy the business records exception | | | Overruled as to hearsay; Reserved as to relevance |
| 16:6-14 | Improper attempts to admit hearsay exhibits | | | Overruled as to hearsay; Reserved as to relevance. |
| 25:13-26:6, 8-19; 27:8-10; 28:19-23; 28:24—29:15; | 25:13-25:14 Improper attempts to admit hearsay exhibits 29:6-31:15 Improper attempts to admit hearsay | | | Overruled as to 25:13-18, 26:15-19, 28:17-22. Reserved as to 29:3-25, 30:1-9, |

2

| DAI Initial Designation | Menards Objection | Menards Counter-Designation | DAI Objection | Ruling |
|---|---|---|---|---|
| 29:16-30:3,6-21; 30:22-31:9, 12-15; | exhibits 32:3-34:6 Improper attempts to admit hearsay exhibits 35:13-35:18 Improper attempts to admit hearsay exhibits | | | 30:22-23, 31:4-9, 31:15. Sustain as to all other designations. |
| 32:3-33:11 | | | | Reserve as to 32:3-4, 32:10-23. Sustain as to remainder. |
| 33:12-25; 34:2-6; 35:13-22; 35:25-36:25; 36:6-38:5; 38:6-39:9,11; 39:13-40:19, 21. | | | | Reserve as to relevance of all of these designations. |
| 52:2-6, 8, 13-19, 21-22 | Improper attempts to admit hearsay exhibits | | | Overruled as to hearsay; Reserved as to relevance. |
| 53:25-54:5, 9-11 | Improper attempts to admit hearsay exhibits | | | Overruled as to hearsay; Reserved as to relevance. |

C. Michael Tidey 30(b)(6) (damages)

| DAI Initial Designation | Menards Objection | Menards Counter-Designation | DAI Objection | Ruling |
|---|---|---|---|---|
| 18:8-19:13 | Outside the scope of Mr. Tidey's designated 30(b)(6) topics | | | Overruled. |

3

| DAI Initial Designation | Menards Objection | Menards Counter-Designation | DAI Objection | Ruling |
|---|---|---|---|---|
| 49:25-51:14 | 49:25-50:3 Outside the scope of Mr. Tidey's designated 30(b)(6) topics | | | Overruled. |
| 51:20-56:4 | 56:3-56:4 Hearsay | 51:15-51:19 | | Overuled |
| 56:6-56:9 | Hearsay | | | Overruled. |
| 59:1-59:16 | | 59:17-60:1 | Counter-designation topic of repairs does not relate to DAI designation re sale price; speculation | Overruled. |
| 67:6-68:6 | 68:3-68:6 Improper colloquy | | | Sustained. |

D. Preston Hillman 30(b)(6) (damages)

| DAI Initial Designation | Menards Objection | Menards Counter-Designation | DAI Objection | Ruling |
|---|---|---|---|---|
| 107:16-107:21 | Outside the scope of Mr. Hillman's designated 30(b)(6) topics | | | Overruled. |
| 108:1-108:5 | Outside the scope of Mr. Hillman's designated 30(b)(6) topics | | | Sustained. |

Entered this 1st day of September, 2021.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge

4